# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant-Appellee. | Case No. 16-4040 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

_____The SCO Group, Inc., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn_____
Party or Parties

_____Plaintiff-Appellant_____, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☒ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐ There are no such parties, or any such parties have heretofore been disclosed to the court.

Stuart Singer
Name of Counsel

/s/ Stuart Singer
Signature of Counsel

401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
954-356-0011
Mailing Address and Telephone Number

ssinger@bsfllp.com
E-Mail Address

**A-5** Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant-Appellee. | Case No. 16-4040 |

**Certificate of Interested Parties**

---

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

David Boies, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
T: 914-749-8200

Stephen N. Zack, Esq.
Boies, Schiller & Flexner LLP
100 SE Second Street, Suite 2800
Miami, FL 33131
T: 305-539-8400

Devan V. Padmanabhan, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
T: 612-340-2600

Sashi Bach Boruchow, Esq.
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
T: 954-356-0011

*Attorneys who appeared on behalf of The SCO Group, Inc. in the
United States District Court for the District of Utah*

# CERTIFICATE OF SERVICE

     I, Stuart Singer, hereby certify that on this 13th day of April, 2016, a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES** was electronically filed with the court and forwarded via CM/ECF and electronic mail to the following recipients:

SNELL & WILMER L.L.P.
Alan L. Sullivan, Esq.
Todd M. Shaughnessy, Esq.
Amy F. Sorenson, Esq.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler, Esq.
David R. Marriott, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant-Appellee International Business Machines Corporation*


/s/ Stuart Singer
Stuart Singer

Dated: April 13, 2016

Stuart Singer, Esq.
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301