# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant-Appellee. | Case No. 16-4040 |

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

  The SCO Group, Inc., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn
               Party or Parties

           Plaintiff-Appellant      , in the subject case(s).
      Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☒ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐ There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Edward Normand<br>Name of Counsel | Jason Cyrulnik<br>Name of Counsel |
| /s/ Edward Normand<br>Signature of Counsel | /s/ Jason Cyrulnik<br>Signature of Counsel |
| 333 Main St., Armonk, N.Y. 10504<br>914-749-8200<br>Mailing Address and Telephone Number | 333 Main St., Armonk, N.Y. 10504<br>914-749-8200<br>Mailing Address and Telephone Number |
| enormand@bsfllp.com<br>E-Mail Address | jcyrulnik@bsfllp.com<br>E-Mail Address |

**A-5** Entry of Appearance Form 10/09

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant-Appellee. | Case No. 16-4040 |

### Certificate of Interested Parties

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

| | |
|---|---|
| David Boies, Esq.<br>Boies, Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>T: 914-749-8200 | Stephen N. Zack, Esq.<br>Boies, Schiller & Flexner LLP<br>100 SE Second Street, Suite 2800<br>Miami, FL 33131<br>T: 305-539-8400 |
| Devan V. Padmanabhan, Esq.<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>T: 612-340-2600 | Sashi Bach Boruchow, Esq.<br>Boies, Schiller & Flexner LLP<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, Florida 33301<br>T: 954-356-0011 |

*Attorneys who appeared on behalf of The SCO Group, Inc. in the United States District Court for the District of Utah*

# CERTIFICATE OF SERVICE

      I, Edward Normand, hereby certify that on this 13th day of April, 2016, a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES** was electronically filed with the court and forwarded via CM/ECF and electronic mail to the following recipients:

SNELL & WILMER L.L.P.
Alan L. Sullivan, Esq.
Todd M. Shaughnessy, Esq.
Amy F. Sorenson, Esq.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler, Esq.
David R. Marriott, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant-Appellee International Business Machines Corporation*


/s/ Edward Normand
Edward Normand

Dated: April 13, 2016

Edward Normand, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504