**TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE**

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**

Short Title: <u>SCO Group v. IBM</u>         District: <u>USDC – District of Utah</u>
District Court Number: <u>2:03-cv-00294-DN</u>     Circuit Court Number: <u>16-4040</u>
Name of Attorney: <u>Edward Normand</u>
    Name of Law Firm: <u>Boies Schiller & Flexner LLP</u>
    Address of Firm: <u>333 Main Street, Armonk, N.Y. 10504</u>
    Telephone of Firm: <u>914-749-8200</u>     Attorneys for: <u>The SCO Group, Inc.</u>
Name of Court Reporter: <u>Ed Young</u>     Telephone of Reporter: <u>801-521-7238</u>

**PART II - COMPLETE SECTION A OR SECTION B**
SECTION A -   **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
    [] A transcript is not necessary for this appeal, or
    [] The necessary transcript is already on file in District Court
    [] The necessary transcript was ordered previously in appeal
      number _____

SECTION B -   **I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)
Voir dire:_____; Opening Statements:_____;
Trial proceedings: _____; Instruction Cnf:_____;
Jury Instructions: _____; Closing Arguments: _____;
Post Trial Motions: _____; Other Proceedings: <u>March 1, 2007</u>.
(Attach additional pages if necessary)

[X] **Appellant will pay the cost of the transcript.**
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[] **This case is proceeding under the Criminal Justice Act.**
**NOTE:**   Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript.   An order of the district court allowing payment for the transcript at government expense must be obtained.   *See* 28 U.S.C. §753(f).

CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.**   I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: <u>/s/ Edward Normand</u>     Date: <u>April 13, 2016</u>

**PART III -   TO BE COMPLETED BY THE COURT REPORTER**
Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____     Date:_____

# CERTIFICATE OF SERVICE

     I, Edward Normand, hereby certify that on this 13th day of April, 2016, a true and correct copy of the foregoing **TRANSCRIPT ORDER FORM** was electronically filed with the court and forwarded via CM/ECF and electronic mail to the following recipients:

SNELL & WILMER L.L.P.
Alan L. Sullivan, Esq.
Todd M. Shaughnessy, Esq.
Amy F. Sorenson, Esq.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler, Esq.
David R. Marriott, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant-Appellee International Business Machines Corporation*


Dated: April 13, 2016              /s/ Edward Normand
                                               Edward Normand

# CERTIFICATE OF DIGITAL SUBMISSION

     The undersigned certifies with respect to this filing that no privacy redactions were necessary. This **TRANSCRIPT ORDER FORM** submitted in digital form is an exact copy of the written document filed with the Clerk. The digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program (using Symantec Antivirus which is updated weekly) and, according to the program, is free of viruses.

Dated: April 13, 2016
                                               /s/ Edward Normand
                                               Edward Normand