# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn, Plaintiff/Appellant<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, Defendant/Appellee. | Case No. 16-4040<br><br>District Court. No. 2:03-CV-00294-DN |

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for <u>International Business Machines Corporation, Defendant/Appellee,</u> in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows: **(Check one.)**

☒ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐ There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Amy F. Sorenson<br>Name of Counsel | Amber M. Mettler<br>Name of Counsel |
| /s/ Amy F. Sorenson<br>Signature of Counsel | /s/ Amber M. Mettler<br>Signature of Counsel |
| Snell & Wilmer L.L.P.<br>15 W. South Temple, Suite 1200<br>Salt Lake City, Utah 84101<br>Tel: (801) 257-1900<br>Mailing Address and Telephone Number | Snell & Wilmer L.L.P.<br>15 W. South Temple, Suite 1200<br>Salt Lake City, Utah 84101<br>Tel: (801) 257-1900<br>Mailing Address and Telephone Number |
| asorenson@swlaw.com<br>E-Mail Address | amettler@swlaw.com<br>E-Mail Address |

**A-5** Entry of Appearance Form 10/09
23884576

| | |
|---|---|
| Evan R. Chesler | David Marriott |
| Name of Counsel | Name of Counsel |
| | |
| /s/ Evan R. Chesler | /s/ David Marriott |
| Signature of Counsel | Signature of Counsel |
| | |
| Cravath, Swaine & Moore, LLP | Cravath, Swaine & Moore, LLP |
| Worldwide Plaza | Worldwide Plaza |
| 825 Eighth Avenue | 825 Eighth Avenue |
| New York, New York 10019 | New York, New York 10019 |
| Tel: (212) 474-1000 | Tel: (212) 474-1000 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | |
| echesler@cravath.com | dmarriott@cravath.com |
| E-Mail Address | E-Mail Address |

**A-5**  Entry of Appearance Form 10/09
23884576

# CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, a copy of the foregoing Entry of Appearance and Certificate was served via the Court's electronic filing system, and e-mail, to the following:

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
ssinger@bsfllp.com

*Attorney for The SCO Group, Inc.*

Edward Normand
Jason Cyrulnik
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
enormand@bsfllp.com
jcyrulnik@bsfllp.com

*Attorneys for Plaintiff/Appellant The SCO Group, Inc.*

                                          /s/ Amber M. Mettler

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| THE SCO GROUP, INC., by and through the Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION. | Case No. 16-4040<br><br>District Court. No. 2:03-CV-00294-DN |

**Certificate of Interested Parties**

---

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

Attorneys:

Alan L. Sullivan
Snell & Wilmer L.L.P.
15 W. South Temple, Suite 1200
Salt Lake City, Utah 84101

Thomas G. Rafferty
Roger G. Brooks
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Peter H. Donaldson (formerly of Snell & Wilmer L.L.P (address above))
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, Utah 84111

Judge Todd M. Shaughnessy (formerly of Snell & Wilmer L.L.P. (address above))
Third District Court
450 S. State Street
Salt Lake City, Utah 84114

Nathan E. Wheatley (formerly of Snell & Wilmer L.L.P. (address above))
Sage Law Partners LLC
140 N. Union Avenue, Suite 220
Farmington, Utah 84025

Owen J.M. Roth (formerly of Cravath, Swaine & Moore, LLP (address above))
Assistant United States Attorney in the Criminal Division
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Michael P. Burke (formerly of Cravath, Swaine & Moore, LLP (address above))

(Attach additional pages if necessary.)