# No. 16-4040

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

THE SCO GROUP, INC., by and through the
Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,

Plaintiff-Appellant,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

Defendant-Appellee.

On Appeal from the United States District Court for the District of Utah
Hon. David Nuffer, Presiding
No. 2:03-CV-00294-DAK

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF AND APPENDIX**

Plaintiff-Appellant, The SCO Group, Inc. ("SCO"), pursuant to Fed. R. App. P. 27 and 10th Cir. R. 27.4, hereby respectfully moves the Court for an enlargement of forty-five days' time in which to file its Opening Brief and Appendix, and states in support the following:

1. Plaintiff-Appellant's Opening Brief and Appendix are currently due on August 1, 2016. This is Plaintiff-Appellant's first request for an extension of time.

2. This appeal concerns two summary judgment motions and a motion for leave to amend, which were originally briefed and argued between 2004 and 2007. Prior to resolving the summary judgment motions, the District Court stayed the underlying action pending the conclusion of a related action. The related matter was subsequently resolved in 2010, and the pending summary judgment motions in this action were ultimately resolved in 2016.

3. Briefing the issues underlying this appeal requires a review of the substantial record in this case. The briefing below included hundreds pages of argument and more than 25,000 pages of exhibits. The parties intend to utilize the requested enlargement of time in part to attempt to narrow the Appendix materials necessary for the Court's consideration and resolution of the instant appeal.

4. In addition, the issues underlying this appeal are intertwined with issues that are not being appealed, and SCO intends to use the time to identify the discrete issues that are ripe for review on this appeal and narrow the briefing accordingly.

4. SCO therefore respectfully requests that the Court set the following briefing schedule:

| | |
|---|---|
| September 15, 2016 | Appellant's Opening Brief and Appendix |
| November 15, 2016 | Respondent's Opposition Brief |
| December 22, 2016 | Appellant's Reply Brief |

5. IBM does not oppose this request.

Respectfully submitted on this 26th day of July, 2016.

/s/ Edward Normand
David Boies
Edward Normand
Jason Cyrulnik
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone: 914-749-8200
Facsimile: 914-749-8300
dboies@bsfllp.com
enormand@bsfllp.com
jcyrulnik@bsfllp.com

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:   801-363-6363
Facsimile:    801-363-6666
bhatch@hjdlaw.com
mjames@hjdlaw.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone:   954-356-0011
Facsimile:    954-356-0022
ssinger@bsfllp.com

*Attorneys for Plaintiff-Appellant, The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

I, Edward Normand, hereby certify that on this 26th day of July, 2016, a true and correct copy of the foregoing **APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF AND APPENDIX** was electronically filed with the court and forwarded via electronic mail to the following recipients:

| | |
|---|---|
| SNELL & WILMER L.L.P. | CRAVATH, SWAINE & MOORE LLP |
| Alan L. Sullivan (3152) | Evan R. Chesler (admitted pro hac vice) |
| Amy F. Sorenson (8947) | David R. Marriott (7572) |
| 15 West South Temple, Suite 1200 | Worldwide Plaza |
| Salt Lake City, UT 84101-1004 | 825 Eighth Avenue |
| Telephone: (801) 257-1900 | New York, NY 10019 |
| Facsimile: (801) 257-1800 | Telephone: (212) 474-1000 |
| Email: asullivan@swlaw.com | Facsimile: (212) 474-3700 |
| asorenson@swlaw.com | Email: echesler@cravath.com |
| | dmarriott@cravath.com |

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

/s/ Edward Normand
Edward Normand
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Telephone: 914-749-8200
Facsimile:  914-749-8300
enormand@bsfllp.com

## **CERTIFICATE OF DIGITAL SUBMISSION**

The undersigned certifies with respect to this filing that no privacy redactions were necessary.  This **APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF AND APPENDIX** submitted in digital form is an exact copy of the written document filed with the Clerk.  The digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program (using Symantec Antivirus which is updated weekly) and, according to the program, is free of viruses.

Dated: July 26, 2016

/s/ Edward Normand
Edward Normand
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Telephone: 914-749-8200
Facsimile:  914-749-8300
enormand@bsfllp.com