FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**July 26, 2016**

Elisabeth A. Shumaker
Clerk of Court

---

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff Counterclaim Defendant - Appellant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant Counterclaimant - Appellee. | No. 16-4040 |

---

## ORDER

---

This matter is before the court on *Appellant's Unopposed Motion for Extension of Time to File Appellant's Opening Brief and Appendix*. Upon consideration, the motion is granted in part. Appellant shall file and serve its opening brief and appendix on or before August 31, 2016. No further extensions will be granted on the clerk's authority.

Subsequent briefing shall proceed in accordance with the Federal Rules of Appellate Procedure. *See* Fed. R. App. P. 31(a).

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

*(signed)* Jane K. Castro

by: Jane K. Castro
Counsel to the Clerk