Docket No. 16-4040

In the

# United States Court of Appeals

*for the*

# Tenth Circuit

THE SCO GROUP, INC., a Delaware corporation,

*Plaintiff Counterclaim Defendant-Appellant,*

– v. –

INTERNATIONAL BUSINESS MACHINES CORPORATION,

*Defendant Counterclaimant-Appellee.*

_____

*Appeal from a Decision of the United States District Court for the District Of Utah, Salt Lake City, Case No. 2:03-cv-00294-DN, Honorable David O. Nuffer, U.S. District Judge*

## SEALED APPELLANT'S APPENDIX
## Volume 1 of 68 (Pages 1 to 100)

STUART H. SINGER
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, Florida 33301
(954) 356-0011 Telephone
(954) 356-0022 Facsimile
ssinger@bsfllp.com

EDWARD NORMAND
JASON C. CYRULNIK
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
(914) 749-8200 Telephone
(914) 749-8300 Facsimile
jcyrulnik@bsfllp.com
enormand@bsfllp.com

BRENT O. HATCH
MARK F. JAMES
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
(801) 363-6363 Telephone
(801) 363-6666 Facsimile
bhatch@hjdlaw.com
mjames@hjdlaw.com

*Attorneys for Plaintiff Counterclaim Defendant-Appellant*

i

# TABLE OF CONTENTS

**Page**

Docket Entries.............................................................. 1

Second Amended Complaint, filed
    February 27, 2004....................................... 104

Defendant IBM's Answer to SCO's Second
    Amended Complaint, filed March 26, 2004 .......... 169

Counterclaim-Plaintiff IBM's Second Amended
    Counterclaims against SCO, filed
    March 29, 2004....................................... 195

SCO's Answer to IBM's Second Amended
    Counterclaims, filed March 23, 2004 ................... 244

    Exhibit A to Answer –
    In re: Lone Star Industries, Inc. *et al.* v. *Lone Star*
    *Industries, Incorporated, et al.,* decided April 7,
    1994 ....................................................... 273

    Exhibit B to Answer –
    *Federal Deposit Insurance Corporation, et al. v.*
    *Mario Renda, et al.,* dated August 6, 1987 ............ 286

    Exhibit C to Answer –
    *Edward Kreinik v. Showbran Photo, Inc,. et al.,*
    dated October 14, 2003 ........................................... 295

    Exhibit D to Answer –
    *In the Matter of Complaint of: Rationis*
    *Enterprises, Inc. of Panama, et al.,* dated
    January 7, 1999....................................... 306

    Exhibit E to Answer –
    *B-S Steel of Kansas, Inc. v. Texas Industries, Inc.,*
    *et al.,* dated April 28, 2004 .................................. 311

ii

**Page**

Motion for Leave to File a Third Amended
    Complaint Pursuant to Federal Rules of Civil
    Procedure 15(a) and 16(b), filed
    October 14, 2004 ...................................................     318

Memorandum of Law in Support of Motion to File
    a Third Amended Complaint Pursuant to Federal
    Rules of Civil Procedure 15(a) and 16(b) ), filed
    October 14, 2004 (Omitted herein)

    Exhibit 1 to Memorandum –
    Third Amended Complaint, dated
    October 14, 2004 ...................................................     321

    Exhibit 2 to Memorandum –
    E-mail from Bill Sandva to Daniele Combe..........     397

    Exhibit 3 to Memorandum –
    AIX Dependency on SCO Licensed Material........     400

    Exhibit 4 to Memorandum –
    E-mail from Bill Bulko to Anthony ......................     402

    Exhibit 5 to Memorandum –
    E-mail from Robet Acosta to Marllyn Payne ........     404

    Exhibit 6 to Memorandum –
    E-mail from Helene Armitage to Sharon Dobbs....     407

    Exhibit 7 to Memorandum –
    E-mail from Bill Sandve to Gerry Hackett ............     410

Declaration of Todd M. Shaughnessy, in Support of
    IBM's Opposition to SCO"s Motion for Leave to
    File a Third Amended Complaint, filed
    November 30, 2004 ................................................     414

iii

**Page**

Exhibit 1 to Shaughnessy Declaration –
Joint Development Agreement (Number
4998CR0349) between The Santa Cruz
Operation, Inc. ("Santa Cruz") and IBM, dated
October 23, 1998 ................................................... 420

Exhibit 2 to Shaughnessy Declaration –
Document entitled, "Options for Distribution and
Royalty Flow - Draft 1," dated
September 10, 1998 ............................................... 477

Exhibit 3 to Shaughnessy Declaration –
Presentation entitled, "Genus: An IBM/SCO
UNIX Project Marketing Plan Development"....... 480

Exhibit 4 to Shaughnessy Declaration –
Santa Cruz Presentation entitled, "DCAP and
Monterey," dated November 4, 1998 ................... 494

Exhibit 5 to Shaughnessy Declaration –
Monterey-64 Release 1 Product Requirement
Specification, approved by Santa Cruz and IBM,
dated February 19, 1999 ....................................... 519

Exhibit 6 to Shaughnessy Declaration –
E-mail from Michael Orr of Santa Cruz to Tilak
Agerwala of IBM, dated September 7, 1999 ......... 581

Exhibit 7 to Shaughnessy Declaration –
Presentation entitled, "IBM-SCO Family Unix
Technical Proposal," dated September 2, 1998 ..... 585

Exhibit 8 to Shaughnessy Declaration –
Presentation entitled, "Establish Monterey as the
UNIX Industry Standard" ..................................... 604

iv

**Page**

Exhibit 9 to Shaughnessy Declaration –
Santa Cruz Presentation entitled, "SCO Server
Roadmap and Operating System Strategy," dated
February 2000 .......................................................    662

Exhibit 10 to Shaughnessy Declaration –
Internal Santa Cruz E-mail from John Boland of
Santa Cruz, dated August 11, 2000 ........................    724

Exhibit 11 to Shaughnessy Declaration –
Printout from the AIX 5L Website, dated
May 2, 2001 ...........................................................    728

Exhibit 12 to Shaughnessy Declaration –
Document entitled, "Differences Between IA-64
and PPC for 9/00 Release" .....................................    730

Exhibit 13 to Shaughnessy Declaration –
Industry Report published by IDC entitled, "IBM
Announces AIX 5L Beta - Introducing the Next
Generation of AIX," dated August 2000................    735

Exhibit 14 to Shaughnessy Declaration –
Article by Lucy Sherriff entitled, "IBM Claims
AIX 5L is Proof of Monterey Concept," from *The
Register*, dated August 8, 2000 ..............................    741

Exhibit 15 to Shaughnessy Declaration –
Article by Ed Scannell entitled, "IBM Making
Linux, Server Play," from *Info World*, dated
August 10, 2000......................................................    743

Exhibit 16 to Shaughnessy Declaration –
Industry Report by Lee Kroon entitled, "IBM's
AIX 5L: An Examination of a Next-Generation
Unix Operating System," published by Andrews
Consulting Group, Inc., dated June 2001 ..............    746

v

**Page**

Exhibit 17 to Shaughnessy Declaration –
Article by Peter Williams entitled, "Enterprise
Week - Analysis: IBM Builds New AIX Power
Base," from *VNU NET*, dated
September 24, 2001 ................................................     774

Exhibit 18 to Shaughnessy Declaration –
IBM Software Announcement entitled, "IBM
AIX 5L Version 5.1 Advanced UNIX Operating
System with Linux Affinity Delivers the Most
Powerful and Flexible Choice for E-Business and
Enterprise Servers," dated April 17, 2001 .............     777

Exhibit 19 to Shaughnessy Declaration –
IBM Product Announcement entitled, "IBM US
Announcement Supplemental Information,"
dated April 17, 2001 ................................................     783

Exhibit 20 to Shaughnessy Declaration –
Document published by IBM entitled, "AIX 5L
for POWER Version 5.1 Release Notes" ...............     805

Exhibit 21 to Shaughnessy Declaration –
User's Guide published by IBM entitled,
"Printing for Fun and Profit under AIX 5L,"
dated March 2001 ................................................     852

Exhibit 22 to Shaughnessy Declaration –
Excerpts from a User's Guide published by IBM
entitled, "AIX 5L Differences Guide Version 5.1
Edition," dated June 2001 ......................................     857

Exhibit 23 to Shaughnessy Declaration –
Excerpts from a User's Guide published by IBM
entitled, "Problem Solving and Troubleshooting
in AIX 5L," dated January 2002 ...........................     861

vi

**Page**

Exhibit 24 to Shaughnessy Declaration –
Article by Daniel Lyons entitled, "SCO's
'Smoking Gun' Versus IBM," from *Forbes.com*,
dated August 4, 2004 ............................................ 877

Exhibit 25 to Shaughnessy Declaration –
Article by Maureen O'Gara entitled, "Temporary
Ceasefire Called Between SCO and BayStar,"
from *Linux Business Week*, dated
August 30, 2004 ................................................... 880

Reply Memorandum (Omitted) (Exhibits Only):

Exhibit 1 to Reply Memorandum –
Project Supplement B to Agreement Number
4998CR0349 Version 1.0 February 19, 1999 ........ 883

Exhibit 2 to Reply Memorandum –
Project Supplement C to Agreement Number
4998CR0349 Version 0.3 August 2, 1999.............. 908

Exhibit B to Reply Memorandum –
*Twila Heard v. Bonneville Billing and
Collections, Inc.*, dated November 30, 1998 ......... 914

Exhibit C to Reply Memorandum –
*Edward Kreinik v. Showbran Photo, Inc, et al.*,
dated October 14, 2003 ......................................... 921

Exhibit D to Reply Memorandum –
*Fireman's Fund Insurance Company, et al. v.
Warehouse No. 1, Inc., et al.,* dated
November 13, 1989 ............................................... 932

Exhibit E to Reply Memorandum –
Texas Industries, Inc., *et al.* v. B-S Steel of
Kansas, Inc., dated April 28, 2004 ....................... 938

Surreply Memorandum (Omitted) (Exhibits Only): ..

vii

**Page**

Exhibit A to Surreply Memorandum –
*JT Gibbons, Inc. v. Sara Lee Corporation*, dated
October 19, 1995 .................................................... 944

Exhibit B to Surreply Memorandum –
*Konstant Products Inc. v. Frazier Industrial
Company, Inc.*, dated June 7, 1993 ....................... 954

Exhibit C to Surreply Memorandum –
*Debbie Dzurella v. State of Kansas, et al.*, dated
March 18, 1991 ...................................................... 970

Exhibit D to Surreply Memorandum –
*Steven Nelson, et al. v. A.O Smith Harvestore
Products, Inc.*, dated November 30, 1990 ............. 974

Exhibit E to Surreply Memorandum –
*Scott McGarvey, et al. v. Citibank (South
Dakota), N.A., et al.*, dated July 5, 1995 ............... 977

Exhibit F to Surreply Memorandum –
*Fireman's Fund Insurance Company, et al. v.
Warehouse No. 1, Inc.*, dated November 13, 1989 .... 985

Exhibit G to Surreply Memorandum –
*Ward Enterprises, Inc., et al. v. Bang & Olufsen
America, et al.*, dated April 15, 2004 .................... 991

Exhibit H to Surreply Memorandum –
*Robert S. Keating, et al. v. Baskin-Robbins USA,
Co., et al.*, dated March 27, 2001 .......................... 995

Exhibit I to Surreply Memorandum –
*The Young Women's Christian Association of the
United State of America, National Board v. HMC
Entertainment, Inc.*, dated September 25, 1992 ..... 1010

viii

**Page**

Exhibit J to Surreply Memorandum –
*Rockwell International Corporation v. Goss
Graphic Systems, Inc.*, dated March 27, 2001 .......    1015

Exhibit K to Surreply Memorandum –
*Direct Mail Production Services Limited, et al. v.
MBNA Corporation, et al.,* dated
September 7, 2000 ...................................................    1018

Exhibit L to Surreply Memorandum –
*Mark N. Mead v. Future Medicine Publishing,
Inc., et al.,* dated February 22, 1999 ......................    1026

Exhibit M to Surreply Memorandum –
*Technology Express, Inc. v. Pinacor, Inc.,* dated
February 25, 2000 ..................................................    1033

Hearing Transcript, dated April 21, 2005 .................    1037

Order of the Honorable Dale A. Kimball, dated
July 1, 2005 ............................................................    1122

IBM's Motion for Summary Judgment on SCO's
Interference Claims (SCO's Seventh, Eighth and
Ninth Causes of Action), filed
September 25, 2006 ................................................    1129

IBM's Motion for Summary Judgment on SCO's
Unfair Competition Claim (SCO's Sixth Cause of
Action), filed September 25, 2006........................    1134

Declaration of Todd M. Shaughnessy, filed
November 10, 2006 ...............................................    1138

Exhibit 1 to Shaughnessy Declaration –
SCO's Original Complaint, dated March 6, 2003 .    1179

Exhibit 2 to Shaughnessy Declaration –
SCO's Amended Complaint, dated July 22, 2003 .    1216

ix

**Page**

Exhibit 3 to Shaughnessy Declaration –
SCO's Second Amended Complaint, dated
February 27, 2004 ................................................... 1264

Exhibit 10 to Shaughnessy Declaration –
SCO's Proposed Third Amended Complaint......... 1329

Exhibit 11 to Shaughnessy Declaration –
IBM's First Set of Interrogatories and First
Request for the Production of Documents, dated
June 13, 2003 ......................................................... 1404

Exhibit 17 to Shaughnessy Declaration –
IBM's Sixth Set of Interrogatories and Sixth
Request for Production of Documents, dated
January 11, 2005 .................................................... 1433

Exhibit 20 to Shaughnessy Declaration –
Defendant/Counterclaim-Plaintiff IBM's Notice
of 30(b)(6) Deposition, dated September 2, 2005 . 1440

Exhibit 21 to Shaughnessy Declaration –
Document entitled, "IBM Linux Update," dated
September 23, 1999 ................................................ 1449

Exhibit 22 to Shaughnessy Declaration –
Article by Stephen Shankland entitled, "Itanium:
A Cautionary Tale," from CNET News.com,
dated December 8, 2005 ........................................ 1463

Exhibit 23 to Shaughnessy Declaration –
Document entitled, "IBM-SCO Family Unix
Technical Proposal," dated September 2, 1998 ..... 1469

Exhibit 24 to Shaughnessy Declaration –
Document entitled, "Options for Distribution and
Royalty Flow-Draft 1"........................................... 1488

x

**Page**

Exhibit 25 to Shaughnessy Declaration –
Document entitled, "Genus: An IBM/SCO UNIX
Project Marketing Development Plan".................. 1491

Exhibit 26 to Shaughnessy Declaration –
Article, by Brian Pereira, entitled, "McKinley is
one to watch" from *Network Magazine India*,
dated March 2002 .................................................... 1505

Exhibit 27 to Shaughnessy Declaration –
Article, by Paul Barker, entitled, "New HP-Intel
pact could hit PC clones hard," from *Computing
Canada*, dated July 6, 1994 ................................... 1509

Exhibit 28 to Shaughnessy Declaration –
Article, by Michael Kanellos, entitled, "Is
Merced doomed?," from CNET News.com, dated
January 2, 2002 ....................................................... 1513

Exhibit 30 to Shaughnessy Declaration –
Article entitled, "What's Wrong with Merced,"
from *Microprocessor Report*, dated
August 3, 1998........................................................ 1517

Exhibit 31 to Shaughnessy Declaration –
SCO's Responses to IBM's First Set of
Interrogatories and First Request for the
Production of Documents, dated August 4, 2003 .. 1520

Exhibit 32 to Shaughnessy Declaration –
SCO's Supplemental Response to Defendant's
First Set of Interrogatories, dated
October 23, 2003 ..................................................... 1570

Exhibit 33 to Shaughnessy Declaration –
SCO's Revised Supplemental Response to IBM's
First and Second Set of Interrogatories, dated
January 15, 2004...................................................... 1604

xi

| | Page |
|---|---|
| Exhibit 36 to Shaughnessy Declaration – SCO's Response to IBM's Third Set of Interrogatories, dated April 19, 2004 .................... | 1678 |
| Exhibit 41 to Shaughnessy Declaration – SCO's Response to IBM's Sixth Set of Interrogatories and Request for the Production of Documents, dated March 2, 2005 ......................... | 1746 |
| Exhibit 46 to Shaughnessy Declaration – SCO's Supplemental Response to Interrogatory No. 8, dated January 13, 2006 ............................. | 1757 |
| Exhibit 47 to Shaughnessy Declaration – Letter from Edward Normand to Amy Sorenson, dated September 26, 2005...................................... | 1774 |
| Exhibit 49 to Shaughnessy Declaration – Document entitled, "Revenue Information for Select Customers for the Period of FY 1999-FY 2005," marked as Exhibit No. 1023 to the December 2, 2005 Deposition of Darl McBride.... | 1777 |
| Exhibit 50 to Shaughnessy Declaration – Invoice for the Period of 1996-1998, marked as Exhibit No. 1024 to the December 2, 2005 Deposition of Darl McBride .................................. | 1780 |
| Exhibit 51 to Shaughnessy Declaration – Document entitled, "Persons or Entities Whose Relationship with SCO IBM Is Alleged to Have Interfered with, Such that SCO Was Damaged, that Are the Subject of SCO's Claims against IBM - Identified by Mr. McBride at Deposition," marked as Exhibit No. 1035 to the December 2, 2005 Deposition of Darl McBride ........................ | 1788 |

xii

**Page**

Exhibit 52 to Shaughnessy Declaration –
Letter from Todd M. Shaughnessy to Edward
Normand, dated December 5, 2005 ....................... 1791

Exhibit 54 to Shaughnessy Declaration –
SCO's Disclosure of Materials allegedly misused
by IBM, dated December 22, 2005 ....................... 1796

Exhibit 55 to Shaughnessy Declaration –
Honorable Brooke C. Wells' Order Granting
IBM's Motions to Compel Discovery and
Requests for Production of Documents, dated
December 12, 2003 ................................................ 1797

Exhibit 56 to Shaughnessy Declaration –
Honorable Brooke C. Wells' Order Regarding
SCO's Motion to Compel Discovery and IBM's
Motion to Compel Discovery, dated
March 3, 2004 ...................................................... 1801

Exhibit 57 to Shaughnessy Declaration –
Honorable Dale A. Kimball's Memorandum
Decision Order, dated February 8, 2005 ............... 1812

Exhibit 58 to Shaughnessy Declaration –
Honorable Dale A. Kimball's Order, dated
July 1, 2005 .......................................................... 1833

Exhibit 59 to Shaughnessy Declaration –
Honorable Brooke C. Wells' Order Granting in
Part IBM's Motion to Limit SCO's Claims, dated
June 28, 2006 ........................................................ 1841

Exhibit 60 to Shaughnessy Declaration –
Letter from Edward Normand to Todd M.
Shaughnessy, dated December 8, 2005 ................. 1881

xiii

**Page**

Exhibit 61 to Shaughnessy Declaration –
Exhibit 90 to the December 16, 2005 Deposition
of Ryan Tibbitts ...................................................... 1888

Exhibit 62 to Shaughnessy Declaration –
Defendant/Counterclaim Plaintiff IBM's
Memorandum in Support of Motion to Compel
Discovery, dated October 1, 2003......................... 1903

Exhibit 70 to Shaughnessy Declaration –
Declaration of Todd M. Shaughnessy, dated
September 22, 2006 ................................................ 1942

Exhibit 71 to Shaughnessy Declaration –
E-mail from Sean Wilson to Reg Broughton
regarding "Oracle 9i cert"...................................... 1946

Exhibit 72 to Shaughnessy Declaration –
E-mail from Sean Wilson to execgroup@sco.com
regarding "Oracle Discussion" .............................. 1948

Exhibit 86 to Shaughnessy Declaration –
U.S. Copyright Registration Statement No. TX
TX 5-856-472, registering IBM's Copyright to its
work entitled, "Linux Kernel Support for Series
Hypervisor Terminal," dated February 2, 2004 ..... 1950

Exhibit 100 to Shaughnessy Declaration –
IBM's Copyrighted Work entitled, "Linux Kernel
Support for IBM eServer iService Device" ........... 1953

Exhibit 111 to Shaughnessy Declaration –
Form 10-K, filed by Caldera International, Inc.,
for the Fiscal Year ended October 31, 2001........... 2040

Exhibit 113 to Shaughnessy Declaration –
Form 10-K, filed by SCO, for the Fiscal Year
ended October 31, 2003 ......................................... 2130

xiv

|  | Page |
|---|---|
| Exhibit 115 to Shaughnessy Declaration – Form 10-K, filed by The Santa Cruz Operation, Inc., for Fiscal Year ended September 30, 1999 .... | 2233 |
| Exhibit 116 to Shaughnessy Declaration – E-mail, from Sean Wilson to deanr@sco.com and Troy McNamara regarding "Oracle Future for SCO UNIXes," dated June 19, 2003 .................... | 2283 |
| Exhibit 117 to Shaughnessy Declaration – E-mail with Attachment, from Sean Wilson to Gerrald Smith regarding "ISV Certifications," dated August 13, 2004 ........................................... | 2291 |
| Exhibit 118 to Shaughnessy Declaration – Transcript of the Deposition of Rick Becker, dated October 15, 2003 .......................................... | 2337 |
| Exhibit 123 to Shaughnessy Declaration – Asset Purchase Agreement between Novell, Inc. and The Santa Cruz Operation, Inc., dated September 19, 1995 ................................................. | 2380 |
| Exhibit 135 to Shaughnessy Declaration – Letter from Joseph A. La Sala, Jr. to Ryan E. Tibbitts, dated October 7, 2003 ............................ | 2478 |
| Exhibit 136 to Shaughnessy Declaration – Letter from Joseph A. La Sala, Jr. to Ryan E. Tibbitts and Ronald A. Lauderdale, dated October 10, 2003 ................................................... | 2482 |
| Exhibit 137 to Shaughnessy Declaration – Letter from Joseph A. La Sala, Jr. to Ryan E. Tibbitts, dated February 6, 2004 ........................... | 2485 |

xv

**Page**

Exhibit 138 to Shaughnessy Declaration –
Letter from Joseph A. La Sala, Jr. to Ryan E.
Tibbitts and Ronald A. Lauderdale, dated
February 11, 2004 ................................................... 2488

Exhibit 164 to Shaughnessy Declaration –
Transcript of the Deposition of Karen L. Smith,
dated January 24, 2006 ........................................... 2491

Exhibit 165 to Shaughnessy Declaration –
Declaration of Lawrence R. Goldfarb, dated
September 13, 2006 ................................................. 2520

Exhibit 170 to Shaughnessy Declaration –
Web Page entitled, "The SCO-HP Relationship" .. 2529

Exhibit 171 to Shaughnessy Declaration –
Expert Report and Declaration of Christine A.
Botosan, dated May 19, 2006 ............................... 2531

Exhibit 177 to Shaughnessy Declaration –
Declaration of Samuel Greenblatt, dated
February 7, 2005 .................................................... 2565

Exhibit 186 to Shaughnessy Declaration –
Expert Report and Declaration of Jonathan
Eunice, dated July 17, 2006 ................................... 2568

Exhibit 192 to Shaughnessy Declaration –
Web page entitled, "SCO Forum 2006" ................ 2725

Exhibit 197 to Shaughnessy Declaration –
Expert Report of Gary Pisano, dated
May 19, 2006 ......................................................... 2730

Exhibit 203 to Shaughnessy Declaration –
E-mail from Kim Jenkins, dated October 11,
2002, with Attachment ........................................... 2843

xvi

**Page**

Exhibit 204 to Shaughnessy Declaration –
Declaration of Luann Guleserian, dated
June 27, 2005 ........................................................    2852

Exhibit 205 to Shaughnessy Declaration –
Declaration of Karen Smith, dated
September 21, 2006 ...............................................    2855

Exhibit 208 to Shaughnessy Declaration –
Expert Report and Declaration of Frans
Kaashoek, dated July 14, 2006 ............................    2859

Exhibit 209 to Shaughnessy Declaration –
Letter from Curtis J. Drake to Edward J.
Normand, dated November 30, 1995 ....................    2951

Exhibit 213 to Shaughnessy Declaration –
Expert Report and Declaration of Brian W.
Kernighan, dated May 18, 2006 ...........................    2959

Exhibit 220 to Shaughnessy Declaration –
Letter from Ronald A. Lauderdale to Kimberlee
A. Madsen, dated June 19, 2001 ...........................    3008

Exhibit 221 to Shaughnessy Declaration –
Declaration of Ransom Love, dated
September 15, 2006 ...............................................    3010

Exhibit 227 to Shaughnessy Declaration –
Declaration of David McCrabb, dated
September 18, 2006 ...............................................    3040

Exhibit 239 to Shaughnessy Declaration –
Declaration of Greg Jones, dated
September 21, 2006 ...............................................    3053

Exhibit 240 to Shaughnessy Declaration –
Declaration of Joseph A. La Sala, Jr., dated
September 22, 2006 ...............................................    3059

xvii

| | Page |
|---|---|
| Exhibit 241 to Shaughnessy Declaration – Declaration of Monica Kumar, dated March 18, 2005 ......................................................... | 3072 |
| Exhibit 244 to Shaughnessy Declaration – Letter from Kimberlee A. Madsen to Ronald A. Lauderdale, dated June 6, 2001 ............................. | 3075 |
| Exhibit 245 to Shaughnessy Declaration – Joint Development Agreement (Agreement Number 4998CR0349) between SCO and IBM, dated October 26, 1998 ............................................ | 3079 |
| Exhibit 254 to Shaughnessy Declaration – Declaration of Steven M. Sabbath, dated December 22, 2003 .................................................. | 3134 |
| Exhibit 259 to Shaughnessy Declaration – Expert Report of Jeffery Leitzinger, dated May 19, 2006 ............................................................. | 3486 |
| Exhibit 267 to Shaughnessy Declaration – Declaration of John H. Terpstra, dated March 8, 2006 ............................................................. | 3613 |
| Exhibit 303 to Shaughnessy Declaration – Transcript of the Deposition of Lawrence Gasparro, dated October 6, 2004 ........................... | 3617 |
| Exhibit 304 to Shaughnessy Declaration – Transcript of the Deposition of Gregory A. Pettit, dated October 7, 2004 .............................................. | 3706 |
| Exhibit 305 to Shaughnessy Declaration – Transcript of the Deposition of Gregory S. Anderson, dated October 21, 2004 ........................ | 3752 |

xviii

**Page**

Exhibit 306 to Shaughnessy Declaration –
Deposition Transcript of Robert Bench, dated
October 26, 2004, Volume 1 .................................    3812

Exhibit 308 to Shaughnessy Declaration –
Transcript of the Deposition of Philip E. Langer,
dated November 5, 2004........................................    3880

Exhibit 309 to Shaughnessy Declaration –
Transcript of the Deposition of Michael Eugene
Anderer, dated November 9, 2004.........................    3925

Exhibit 312 to Shaughnessy Declaration –
Transcript of the Deposition of Jeff Hunsaker,
dated November 10, 2005.....................................    3982

Exhibit 317 to Shaughnessy Declaration –
Transcript of the Deposition of Darl McBride,
dated December 2, 2005 ........................................    4053

Exhibit 319 to Shaughnessy Declaration –
Transcript of the Deposition of Ryan E. Tibbitts,
dated December 16, 2005 ......................................    4122

Exhibit 322 to Shaughnessy Declaration –
Transcript of the Deposition of Jeffrey Hunsaker,
dated February 28, 2006 ........................................    4169

Exhibit 324 to Shaughnessy Declaration –
Transcript of the Deposition of Erik Hughes,
dated March 2, 2006 ..............................................    4255

Exhibit 330 to Shaughnessy Declaration –
Transcript of the Deposition of Darl McBride,
dated March 15, 2006 ............................................    4314

Exhibit 332 to Shaughnessy Declaration –
Transcript of the Deposition of Christopher
Sontag, dated March 16, 2006 ...............................    4401

xix

**Page**

Exhibit 336 to Shaughnessy Declaration –
Transcript of the Deposition of William
Broderick, dated March 23, 2006 ......................... 4476

Exhibit 345 to Shaughnessy Declaration –
Transcript of the Deposition of Ryan Tibbits,
dated June 30, 2006 ................................................ 4524

Exhibit 394 to Shaughnessy Declaration –
Article, by John G. Spooner, entitled, "Intel set to
rattle server market with Itanium," from *CNET
News.com*, dated January 2, 2002 ......................... 4570

Exhibit 414 to Shaughnessy Declaration –
Transcript of Hearing before Honorable Brooke
C. Wells, dated December 5, 2003 ......................... 4574

Exhibit 417 to Shaughnessy Declaration –
Transcript of Hearing before Honorable Dale A.
Kimball, dated April 21, 2005 ............................... 4632

Exhibit 418 to Shaughnessy Declaration –
Transcript of Hearing before Honorable Dale A.
Kimball, dated October 7, 2005............................. 4730

Exhibit 586 to Shaughnessy Declaration –
Declaration of Dan Frye, dated
September 22, 2006 ................................................ 4801

Exhibit 593 to Shaughnessy Declaration –
IBM Press Release entitled, "IBM Breaks
Barriers Between Linux and UNIX with AIX
51," dated April 23, 2001 ....................................... 4805

xx

**Page**

Exhibit 594 to Shaughnessy Declaration –
Caldera Systems, Inc. Press Release entitled,
"SCO and Caldera Release Technology Preview
of AIX 5L-64 Bit UNIX OS for Intel Itanium
Processors," dated April 23, 2001.......................... 4808

Exhibit 595 to Shaughnessy Declaration –
The Santa Cruz Operation, Inc. and Caldera
Systems, Inc. Press Release entitled, "SCO and
Caldera Release Technology Preview of AIX 5L-
64 Bit UNIX OS for Intel Itanium Processors,"
dated April 23, 2001 ................................................ 4812

Exhibit 597 to Shaughnessy Declaration –
Declaration of Joseph Beyers, dated
September 22, 2006 ................................................ 4815

Declaration of Brent O. Hatch, for Plaintiff/
Counterclaim-Defendant, dated
November 11, 2006................................................ 4823

Exhibit 1 to Hatch Declaration –
Declaration of Erik Hughes, dated
November 10, 2006 ................................................ 4846

Exhibit 3 to Hatch Declaration –
Declaration of Edward Normand, dated
November 6, 2006 ................................................ 4891

Exhibit 6 to Hatch Declaration –
Declaration of Robert Bench, dated
November 3, 2006 ................................................ 4894

Exhibit 9 to Hatch Declaration –
Declaration of Christopher S. Sontag, dated
November 4, 2006 ................................................ 4900

xxi

**Page**

Exhibit 15 to Hatch Declaration –
Deposition Transcript of Robert Leblanc, dated
November 5, 2005 ................................................    4909

Exhibit 17 to Hatch Declaration –
Declaration of Alok Mohan, dated
November 9, 2006 ................................................    4969

Exhibit 21 to Hatch Declaration –
Deposition Transcript of Ralph Yarro, dated
March 14, 2006 ....................................................    4975

Exhibit 30 to Hatch Declaration –
Bill of Sale between The Santa Cruz Operation,
Inc. and Novell, Inc., dated December 6, 1995 .....    5008

Exhibit 31 to Hatch Declaration –
Software Agreement between Systech Computer
Corp. and AT&T Information Systems, Inc.,
dated January 4, 1989 ............................................    5010

Exhibit 32 to Hatch Declaration –
Software Agreement between Gates Rubber Co.
and AT&T Information Systems, Inc., dated
March 1, 1990 ......................................................    5019

Exhibit 33 to Hatch Declaration –
Software Agreement between Information
Foundation, Inc. and UNIX System Laboratories,
Inc., dated November 24, 1992 ..............................    5028

Exhibit 35 to Hatch Declaration –
Software Agreement between Modcomp/Cerplex
L.P. and The Santa Cruz Operation, Inc., dated
March 28, 1996 ....................................................    5040

xxii

**Page**

Exhibit 38 to Hatch Declaration –
Declaration of Kim Madsen, dated
November 4, 2006 ................................................    5047

Exhibit 39 to Hatch Declaration –
Declaration of Ed Chatlos, dated October 1, 2004 ...    5057

Exhibit 40 to Hatch Declaration –
Declaration of Jim Wilt, dated
November 23, 2004 ................................................    5064

Exhibit 41 to Hatch Declaration –
Declaration of Stephen Baker, dated
October 25, 2006 ................................................    5071

Exhibit 42 to Hatch Declaration –
Declaration of Steve Sabbath, dated
November 19, 2004 ................................................    5076

Exhibit 46 to Hatch Declaration –
Article, by Hiawatha Bray, entitled, "Novell to
Buy SuSE Linux for $210 M; Firm's
Commitment to Software," from *The Boston
Globe*, dated November 5, 2003 ...........................    5080

Exhibit 57 to Hatch Declaration –
E-mail from C. Yount to B. Bulko regarding
"Project Monterey – need update," dated
October 22, 2002 ................................................    5083

Exhibit 67 to Hatch Declaration –
Wikipedia Article regarding AIX Operating
System, dated October 27, 2006 ...........................    5087

Exhibit 72 to Hatch Declaration –
Deposition Transcript of Anthony Befi, dated
January 18, 2006 ................................................    5094

xxiii

**Page**

Exhibit 81 to Hatch Declaration –
Document entitled, "Project Supplement B to
Agreement Number 4998CR0349 Version 1.0,"
dated February 19, 1999 ........................................   5111

Exhibit 82 to Hatch Declaration –
Document entitled, "AIX 5: 'From Strength to
Strength,'" dated July 2, 2006 ..............................   5137

Exhibit 84 to Hatch Declaration –
E-mail from B. Bulko to A. Befi regarding
"Project Monterey Update," dated
November 6, 2002 .................................................   5153

Exhibit 85 to Hatch Declaration –
Amendment 5 to the Joint Development
Agreement, dated October 23, 1998 .....................   5156

Exhibit 86 to Hatch Declaration –
E-mail from P. Malone to R. Saint Pierre
regarding "Re: IBM-SCO CDA Supplement
Close – Out," dated November 2, 2001 ................   5160

Exhibit 88 to Hatch Declaration –
E-mail from S. Dobbs to H. Armitage regarding
"IBM Confidential: AIX 5l Announce Positioning
re Itanium," dated April 4, 2001 ...........................   5165

Exhibit 89 to Hatch Declaration –
IBM Document entitled, "AIX 5L for Itanium
Strategy" ...............................................................   5169

Exhibit 90 to Hatch Declaration –
E-mail from W. Saulnier to B. Casey and W.
Sandve regarding "IBM Confidential: Conflicting
messages on AIX-5L support for IA/64 Itanium,"
dated May 3, 2001 ................................................   5171

xxiv

**Page**

Exhibit 91 to Hatch Declaration –
E-mail from W. Sandve to G. Hackett regarding
"IBM Confidential: Re: AIX on IA64," dated
July 22, 2001 ........................................................... 5180

Exhibit 94 to Hatch Declaration –
Draft Letter to K. Madsen regarding
"Amendment No. 2 ("Amendment") to Joint
Development Agreement No. 98CR0349
("Agreement")," dated March 11, 1999 ............... 5184

Exhibit 96 to Hatch Declaration –
E-mail from W. Sandve to D. Combe regarding
"IBM Confidential: Thoughts on Monterey
Evolution," dated May 11, 2000 ........................... 5189

Exhibit 97 to Hatch Declaration –
E-mail from R. Acosta to M. Payne regarding
"AIX 5.1 for IA proposal – comments due by
EOD 1/29," dated January 29, 2001 ..................... 5192

Exhibit 113 to Hatch Declaration –
Agreement and Plan of Reorganization between
Caldera Systems, Inc. and The Santa Cruz
Operation, Inc., dated August 1, 2000 .................. 5195

Exhibit 114 to Hatch Declaration –
Exhibit 13.15A, Contributed Assets of Agreement
and Plan of Reorganization.................................... 5304

Exhibit 115 to Hatch Declaration –
Intellectual Property Assignment between The
Santa Cruz Operation, Inc. and Caldera
International, Inc., dated May 7, 2001 .................. 5310

xxv

**Page**

Exhibit 118 to Hatch Declaration –
Termination of January 29, 1990 Supplement
Number 11 to Software Agreement between
UNIX System Laboratories, Inc. and Sequoia
Systems, Inc., dated March 20, 1992 ..................... 5337

Exhibit 129 to Hatch Declaration –
E-mail from I. Wladawsky-Berger to W. Saulnier,
W. Sandve, T. Agarwala, R. Mauri and M. Barel
regarding "AIX/Monterey source code," dated
February 1, 2000 ..................................................... 5339

Exhibit 131 to Hatch Declaration –
Deposition Transcript of Samuel Palmisano,
dated January 11, 2006 ........................................... 5343

Exhibit 136 to Hatch Declaration –
E-mail from L. Bouffard regarding "Government
contract info for SCO – Reply," dated
October 18, 1995 .................................................... 5433

Exhibit 139 to Hatch Declaration –
Declaration of Marc Rochkind, dated
November 10, 2006 ................................................. 5435

Exhibit 140 to Hatch Declaration –
E-mail from M. Miller to W. Saulnier, *et al.*
regarding "IBM Confidential: Re: Next Weeks
Solaris 8 Launch – attacks IBM's Lack of
operating system strategy uses Linux to make the
point," dated January 27, 2000 .............................. 5451

Exhibit 141 to Hatch Declaration –
Letter from K. Madsen to R. Lauderdale
regarding Joint Development Agreement No.
4998CR0349, dated June 6, 2001 .......................... 5456

xxvi

**Page**

Exhibit 142 to Hatch Declaration –
Press Release, "Caldera Systems to Acquire SCO
Server Software and Professional Services
Divisions, Providing World's Largest
Linux/UNIX Channel," dated August 2, 2000 ....... 5460

Exhibit 145 to Hatch Declaration –
Deposition Transcript of Jack Messman, dated
April 14, 2006 ......................................................... 5465

Exhibit 159 to Hatch Declaration –
Letter from J. Fair to K. Madsen regarding IBM's
2001 Royalty Payment for the "IA-64 Product,"
dated April 29, 2002 ............................................... 5568

Exhibit 165 to Hatch Declaration –
Declaration of Darl McBride, dated
November 10, 2006 ................................................. 5578

Exhibit 166 to Hatch Declaration –
Deposition Transcript of William Sandve, dated
November 19, 2004 ................................................. 5588

Exhibit 171 to Hatch Declaration –
Document entitled, "Project Monterey: Executive
Committee Presentation," dated March 26, 1999 .. 5653

Exhibit 172 to Hatch Declaration –
Document entitled, "OEM Council Meeting,"
dated December 21, 2000 ....................................... 5684

Exhibit 175 to Hatch Declaration –
E-mail from E. Lynch to K. Norsworthy, M.
Humbaugh and D. Jordan regarding "Monterey,"
dated November 30, 1999 ....................................... 5691

xxvii

**Page**

Exhibit 176 to Hatch Declaration –
Document entitled, "SC98, High Performance
Networking and Computing; Executive
Overview," dated November 3, 1988 ..................... 5695

Exhibit 177 to Hatch Declaration –
E-mail from G. Hackett regarding "Major Aix
Announcement Today," dated October 26, 1998 ... 5715

Exhibit 183 to Hatch Declaration –
E-mail from I. Wladawsky-Berger to S. Mills,
*et al.* regarding "Big play for server share," dated
October 22, 1999 .................................................. 5719

Exhibit 184 to Hatch Declaration –
E-mail from S. Mills to S. Palmisano, *et al.*
regarding "IBM's UNIX Strategy," dated
May 1, 2000 ............................................................. 5722

Exhibit 185 to Hatch Declaration –
Document entitled, "Unix Serve License Share
by Vendor (units)," dated April 24, 1998 ............... 5726

Exhibit 186 to Hatch Declaration –
Document entitled, "IBM Meeting," dated
January 28, 2000 .................................................... 5736

Exhibit 187 to Hatch Declaration –
E-mail from M. Kiehl to W. Yates regarding
"IBM Confidential: Linux," dated
February 23, 1999 ................................................... 5741

Exhibit 189 to Hatch Declaration –
Document entitled, "RS/6000 Spring Strategy,
Invest (Reduce) Bridge," dated June 16, 1998 ...... 5744

xxviii

| | **Page** |
|---|---|
| Exhibit 190 to Hatch Declaration – Document entitled, "Project Monterey: A Value Proposition to ISVs," dated February 2000 ........... | 5762 |
| Exhibit 191 to Hatch Declaration – E-mail from W. Sandve to M. Day regarding "IBM Confidential: Linux strategy and related Monterey questions," dated October 15, 1998 ...... | 5819 |
| Exhibit 192 to Hatch Declaration – Document entitled, "IBM Linux Initiatives," dated April 1999 ...................................................... | 5822 |
| Exhibit 193 to Hatch Declaration – E-mail from R. Broughton to J. Mace, A. Nagle and C. Sontag regarding "Oracle 9i Support on UnixWare," dated November 7, 2002.................... | 5843 |
| Exhibit 194 to Hatch Declaration – E-mail from J. Hunsaker to S. Wilson regarding "FW: GISS deal – LKP implicated," dated May 19, 2003 ........................................................ | 5845 |
| Exhibit 195 to Hatch Declaration – E-mail from J. Hunsaker to E. Hughes, *et al.* regarding "Oracle DE-support," dated July 8, 2003.............................................................. | 5848 |
| Exhibit 196 to Hatch Declaration – E-mail from R. Broughton to S. Cutler regarding "Oracle 9i on UW713," dated November 18, 2003 ............................................... | 5851 |
| Exhibit 197 to Hatch Declaration – Document entitled, "Strategic Issue Discussion," dated August 5, 1998 ............................................. | 5854 |

xxix

**Page**

Exhibit 198 to Hatch Declaration –
E-mail from D. Hall to N. Maldonado, *et al.*
regarding "Linux Binary Support on
Monterey-LX32," dated July 29, 2000 .................. 6010

Exhibit 199 to Hatch Declaration –
E-mail from D. Hall to D. Busch regarding
"SCO/IBM Relationship Charts," dated
October 20, 1999 ...................................... 6014

Exhibit 200 to Hatch Declaration –
E-mail from B. Butler to K. Smith, S. Solazzo
and T. Guarino regarding "IBM Confidential
Fwd: SCO Announcement," dated
December 16, 2002 ................................... 6017

Exhibit 201 to Hatch Declaration –
Document entitled, "SCO Establishes SCOsource
to License Unix Intellectual Property," dated
January 22, 2003 .................................... 6020

Exhibit 202 to Hatch Declaration –
E-mail from P. Keeler to T. Garneau regarding
"IBM Confidential: SCO Linux in RSS," dated
January 27, 2003 .................................... 6023

Exhibit 203 to Hatch Declaration –
E-mail from H. Posey to M. Paolini regarding
"Karstadt, SCO, PCM3 Datafit, Red Hat and
ROLO," dated February 27, 2003 ........................ 6027

Exhibit 204 to Hatch Declaration –
Memorandum to L. Gerstner regarding "IBM's
Unix Strategy," dated July 30, 1998 ..................... 6036

**xxx**

                                                                                **Page**

Exhibit 205 to Hatch Declaration –
E-mail from W. Sandve to J. Graham regarding
"IBM Confidential: Re: AIX and System V,"
dated January 23, 2002 .......................................    6093

Exhibit 206 to Hatch Declaration –
Letter from S. Sabbath and G. Seabrook to R.
Lauderdale regarding JDA Requirements and
Proposed Terms of the SCO-Caldera Transaction,
dated June 21, 2000 ................................................    6097

Exhibit 207 to Hatch Declaration –
Letter from R. Lauderdale to K. Madsen,
regarding "Joint Development Agreement No.
499CR0349," dated June 19, 2001 ......................    6102

Exhibit 209 to Hatch Declaration –
Services Agreement for AIX 5L for Itanium-
Based Systems between International Business
Machines Corporation and Caldera International,
Inc., dated May 18, 2001 ......................................    6104

Exhibit 213 to Hatch Declaration –
E-mail from S. Wilson to execgroup@sco.com
regarding "Oracle Discussion," dated
May 20, 2003 ........................................................    6112

Exhibit 214 to Hatch Declaration –
Document entitled, "Project Monterey: A
Strategic Approach to Business Computing,"
dated July 1999 ......................................................    6114

Exhibit 216 to Hatch Declaration –
E-mail from J. Goldstine to R. Samant, W.
Sandve and T. Keith regarding "Sun announces
improved Linux (Intel) interoperability," dated
May 19, 1999 ........................................................    6121

xxxi

**Page**

Exhibit 217 to Hatch Declaration –
E-mail from O. Krieger to J. Goldstine, *et al.*
regarding "Memo to RS600," dated
May 11, 1999 .........................................................    6128

Exhibit 218 to Hatch Declaration –
E-mail from R. Roth to W. Sandve regarding
"Action items from business case discussion,"
dated February 23, 2000 ........................................    6135

Exhibit 219 to Hatch Declaration –
E-mail from M. Day to D. Higgins, S.
Muthusamy, C. Oneil, K. Freitas and W. Sandve
regarding "List of development items we want
SCO to do for 5.1," dated August 13, 2000 ...........    6140

Exhibit 221 to Hatch Declaration –
E-mail from K. Freitas to I. Miller, *et al.*
regarding "IBM Confidential: Need input for Per
Larsen's IPMT presentation on Friday," dated
January 11, 2001 ...................................................    6143

Exhibit 222 to Hatch Declaration –
E-mail from S. Hobbs to J. Boland regarding
"Draft Support Agreement for AIX 5L/SCO
Support agreement," dated February 16, 2001 ......    6148

Exhibit 225 to Hatch Declaration –
E-mail from K. Tran to K. Stokes regarding
"Solaris AIX 5.1 ship," dated April 24, 2001 ........    6152

Exhibit 227 to Hatch Declaration –
E-mail from W. Sandve to S. Gordon, H.
Armitage, S. Keene and J. Kruemcke regarding
"Credit Lyonnais Sunset Review – 17th May
2001 – AIX Clarification," dated May 18, 2001 ...    6155

xxxii

Page

Exhibit 229 to Hatch Declaration –
E-mail from W. Sandve to D. Duerden regarding
"IBM Confidential: Re: Credit Lyonnais Sunset
Review – 17th May 2001 – AIX Clarification,"
dated June 18, 2001 ................................................. 6161

Exhibit 230 to Hatch Declaration –
E-mail from L. Smolders to D. Iseman, *et al.*
regarding "IBM Confidential: Re: Truss
Command//Special Bid 4.3.3," dated
June 22, 2001 .......................................................... 6164

Exhibit 234 to Hatch Declaration –
E-mail from R. LeBlanc to S. Mills regarding
"Linux Strategy review w/CTC Exec team,"
dated January 19, 1999 ........................................... 6192

Exhibit 235 to Hatch Declaration –
E-mail from I. Wladawsky-Berger to R. Leblanc,
S. Mills, R. Tarrant, R. Samant, A. Goyal and N.
Bowen regarding "Intel," dated March 1, 2000..... 6195

Exhibit 236 to Hatch Declaration –
E-mail from P. Horn to R. LeBlanc regarding
"Discussion at the CTC on SCO/Monterey/
Linux," dated March 22, 1999 ............................... 6197

Exhibit 239 to Hatch Declaration –
Document entitled, "Report of the IBM Academy
of Technology Consultancy on Operating
Systems Evolution requested by Irving
Wladawsky-Berger," dated July 13, 2000 ............. 6199

Exhibit 240 to Hatch Declaration –
Press Release entitled, "IBM Launches Major
UNIX Initiative, Significant Support from SCO,
Sequent, Intel, and OEMs," dated
October 26, 1998 .................................................... 6216

xxxiii

                                                                    **Page**

Exhibit 242 to Hatch Declaration –
E-mail from W. Sandve to T. Moore, *et al.*
regarding "IBM Confidential: RE: Problems with
a Strategy Using IA32 & IA64," dated
February 24, 1999 ...................................................    6223

Exhibit 243 to Hatch Declaration –
E-mail from J. Tarzia forwarding article entitled,
"IBM to Leverage SCO Unixware for Enterprise
Power on IBM PC Server," dated July 8, 1997 .....    6229

Exhibit 244 to Hatch Declaration –
Article entitled, "SCOring a Hit against
Microsoft Windows NT," by Christopher
Thompson, dated April 21, 1997 ...........................    6233

Exhibit 245 to Hatch Declaration –
*Forbes* article entitled, "Dumb and Dumber," by
Daniel Lyons, dated October 12, 2006 .................    6245

Exhibit 246 to Hatch Declaration –
Article entitled, "Unix Users Look Forward to
Advantages of Intel '486," by Evan Grossman,
dated April 17, 1989 ..............................................    6248

Exhibit 248 to Hatch Declaration –
Article entitled, "SCO gets $50 million
investment," by Stephen Shankland, dated
October 16, 2003 ...................................................    6251

Exhibit 249 to Hatch Declaration –
Article entitled, "Behind the Merced Mystique,"
by Kim Nash, dated July 15, 1998........................    6254

Exhibit 250 to Hatch Declaration –
The History of the SCO Group ..............................    6260

xxxiv

**Page**

Exhibit 252 to Hatch Declaration –
Article entitled, "IBM joins advanced Linux
effort," by Stephen Shankland, dated
January 2, 2002 ....................................................... 6264

Exhibit 253 to Hatch Declaration –
Article entitled, "SCO Forum: Trillian Project no
threat to Monterey, claims SCP president," by
Cath Everett, dated August 4, 1999 ....................... 6267

Exhibit 256 to Hatch Declaration –
Linux Executive Report, "Source Strategy," dated
August 2004 ............................................................ 6271

Exhibit 269 to Hatch Declaration –
Declaration of Ralph Yarro, dated
November 9, 2006 ................................................. 6274

Exhibit 270 to Hatch Declaration –
Expert Report of Dr. Christine A. Botosan
regarding IBM's AIX-related Revenue, dated
May 19, 2006 ......................................................... 6281

Exhibit 272 to Hatch Declaration –
Response to Report and Declaration of Professor
J.R. Kearl, by Dr. Christine A. Botosan, dated
July 17, 2006 ......................................................... 6327

Exhibit 276 to Hatch Declaration –
Expert Report of Dr. Thomas A. Cargill, in
Response to the Reports and Declaration of
Kernighan, Davis and Kaashoek, dated
August 28, 2006 ..................................................... 6340

Exhibit 277 to Hatch Declaration –
Expert Report of Dr. Evan Ivie, dated
May 19, 2006 ......................................................... 6793

xxxv

**Page**

Exhibit 279 to Hatch Declaration –
Expert Report of Avner Kalay regarding
Valuation of Lost Asset, dated May 19, 2006 ........    6904

Exhibit 281 to Hatch Declaration –
Expert Report of Dr. Jeffrey Leitzinger, dated
May 19, 2006 .........................................................    6974

Exhibit 283 to Hatch Declaration –
Rebuttal Expert Report of Dr. Jeffrey Leitzinger,
dated August 28, 2006 .........................................    7114

Exhibit 284 to Hatch Declaration –
Expert Report of Gary Pisano, Ph.D., dated
May 19, 2006 .........................................................    7233

Exhibit 285 to Hatch Declaration –
Rebuttal to the Report and Declaration of
Professor J.R. Kearl, by Gary Pisano, Ph.D.,
dated July 17, 2006 ...............................................    7356

Exhibit 286 to Hatch Declaration –
Response to the Reports and Declarations of IBM
Experts, by Gary Pisano, Ph.D., dated
August 28, 2006 ....................................................    7363

Exhibit 287 to Hatch Declaration –
Expert Report of Marc Rochkind, dated
May 19, 2006 .........................................................    7493

Exhibit 288 to Hatch Declaration –
Rebuttal Expert Report of Marc J. Rochkind,
dated August 28, 2006 ..........................................    7663

Exhibit 289 to Hatch Declaration –
Document entitled, "AIX 5L For Power Version
5.0" .......................................................................    8604

xxxvi

**Page**

Exhibit 290 to Hatch Declaration –
E-mail from S. Muthusamy to T. Agerwala *et al.*
regarding "Input for Irving's July Management
letter to LVG," dated August 7, 2000 ................... 8615

Exhibit 291 to Hatch Declaration –
E-mail from S. Hobbs to J. Boland regarding
"Draft Support Agreement for AIX 5L," dated
February 12, 2001 ................................................. 8619

Exhibit 292 to Hatch Declaration –
Document entitled, "SCO Server Roadmap and
Operating System Strategy" (Exhibit 9 to
November 30, 2004 Declaration of Todd
Shaughnessy), dated February 2, 2000 ................. 8621

Exhibit 293 to Hatch Declaration –
E-mail from J. Boland to psq, wwsmt regarding
"Monterey/64 = AIX 5L," dated August 11, 2000
(Exhibit 10 to November 30, 2004 Declaration of
Todd Shaughnessy), dated August 11, 2000 .......... 8683

Exhibit 294 to Hatch Declaration –
Document entitled, "Information and resources
for AIX 5L" (Exhibit 11 to November 30, 2004
Declaration of Todd Shaughnessy), dated
May 2, 2001 ......................................................... 8687

Exhibit 295 to Hatch Declaration –
Document entitled, "Differences between IA-64
and PPC for 9/00 release" (Exhibit 12 to
November 30, 2004 Declaration of Todd
Shaughnessy) ....................................................... 8691

Exhibit 296 to Hatch Declaration –
E-mail from C. Giordano regarding "Draft notes
of 3/26 review," dated March 26, 1999 ................. 8696

xxxvii

**Page**

Exhibit 297 to Hatch Declaration –
E-mail from R. Saint Pierre to D. Hall, *et al.*
regarding "Supplement C to SCO JDA," dated
October 11, 1999....................................................    8699

Exhibit 298 to Hatch Declaration –
Draft Document entitled, "Project Supplement C
to Agreement Number 4998CR0349 Version
0.2," dated May 26, 1999........................................    8701

Exhibit 299 to Hatch Declaration –
Declaration of Jay F. Petersen, dated
December 27, 2004.................................................    8706

Exhibit 301 to Hatch Declaration –
E-mail from N. Donofrio to R. Adkins, R.
LeBlanc, C. Gude, R. Amezcua, P. Horn and A.
Goyal regarding "Server Linux Strategy," dated
November 13, 1999 ...............................................    8745

Exhibit 304 to Hatch Declaration –
SCO's Amended Notice of 30(b)(6) Deposition,
dated August 15, 2005 ...........................................    8750

Exhibit 306 to Hatch Declaration –
Deposition Transcript of Scott Handy, dated
January 26, 2006....................................................    8757

Exhibit 309 to Hatch Declaration –
Letter from T. Shaughnessy to T. Normand
regarding SCO's Amended Notice of 30(b)(6)
Deposition Topics, dated January 10, 2006 ...........    8809

Exhibit 310 to Hatch Declaration –
Deposition Transcript of Karen Smith, dated
January 24, 2006....................................................    8814

xxxviii

**Page**

Exhibit 312 to Hatch Declaration –
IBM's Memorandum, in Support of its Motion to
Compel Production of Documents on SCO's
Privilege Log filed by Defendant International
Business Machines Corporation, dated
September 26, 2005 ................................................   8912

Exhibit 317 to Hatch Declaration –
Order granting, in part, denying, in part, Motion
to Compel Discovery, dated January 18, 2005 ......   8931

Exhibit 326 to Hatch Declaration –
Article entitled, "Investor: Microsoft helped
company finance legal fight over Linux," *AP
Financial Wire*, dated October 11, 2006 ...............   8952

Exhibit 332 to Hatch Declaration –
Letter from J. LaSalsa to D. McBride regarding
"Novell's May 28, 2003 Press Release," dated
June 6, 2003 and marked as Deposition Exhibit
1684, dated June 6, 2003 .......................................   8955

Exhibit 334 to Hatch Declaration –
Webpage entitled, "Linux Kernel Archives" .........   8958

Exhibit 335 to Hatch Declaration –
IBM's Memorandum, in Support of its Summary
Judgment Motion on its Eighth Counterclaim,
dated August 16, 2004 ...........................................   8963

Exhibit 343 to Hatch Declaration –
Letter from Joseph LaSala to Darl McBride
regarding "Asset Purchase Agreement Between
The Santa Cruz Operation, Inc. and Novell, Inc.,
September 19, 1995," dated June 26, 2003 ...........   8993

Exhibit 344 to Hatch Declaration –
Webpage entitled, "Journal file systems" ..............   8995

xxxix

**Page**

Exhibit 351 to Hatch Declaration –
Declaration of Doug Michels, dated
November 9, 2006 ................................................    9003

Exhibit 354 to Hatch Declaration –
Declaration of Jay Petersen, dated
November 11, 2006................................................    9012

Exhibit 356 to Hatch Declaration –
Declaration of Jeff Hunsaker, dated
November 9, 2006 ................................................    9024

Exhibit 362 to Hatch Declaration –
Declaration of John T. Maciaszek, dated
November 9, 2006 ................................................    9032

Exhibit 368 to Hatch Declaration –
Dept. HHTS Status, dated January/February 1999...    9038

Exhibit 369 to Hatch Declaration –
Declaration of Janet Sullivan, dated
November 9, 2006 ................................................    9043

Exhibit 371 to Hatch Declaration –
Document entitled, "Document Objective"...........    9053

Exhibit 372 to Hatch Declaration –
E-mail from D. Duerden to R. Fernando, D.
Williams, M. Newman and W. Sandve regarding
"Re: *IBM Confidential: Re: Credit Lyonnais
Sunset Review – 17th May 2001 – AIX
Clarification," dated June 28, 2001 .......................    9061

Exhibit 373 to Hatch Declaration –
E-mail from H. Armitage to W. Sandve, J.
Kruemake, S. Keene and S. Gordon regarding
"Re: Credit Lyonnais Sunset Review – 17th May
2001 – AIX Clarification," dated May 19, 2001 ...    9068

xl

|  | Page |
|---|---|
| Exhibit 374 to Hatch Declaration – Deposition Transcript of Helene Armitage, dated December 17, 2004 | 9074 |
| Exhibit 376 to Hatch Declaration – Faxed Letter from C. Reese to J. Harker regarding "First Release of AIX 5L for Itanium Systems," dated April 10, 2001 | 9178 |
| Exhibit 380 to Hatch Declaration – Presentation entitled, "Caldera Operating System Roadmap," dated December 2001 | 9193 |
| Declaration of Todd M. Shaughnessy, filed January 12, 2007 | 9232 |
| Exhibit 619 to Shaughnessy Declaration – E-mail, dated June 19, 2001 | 9241 |
| Supplemental Declaration of Todd M. Shaughnessy, filed January 12, 2007 | 9243 |
| Hearing Transcript, dated March 5, 2007 | 9246 |
| Hearing Transcript, dated March 7, 2007 | 9342 |
| Notice of Filing for Bankruptcy, dated September 14, 2007 | 9475 |
| Order Regarding Temporary Administrative Closure of Case, dated September 20, 2007 | 9484 |
| Order Dismissing Certain Claims, dated July 10, 2013 | 9485 |
| Memorandum Decision and Order Granting in Part and Denying in Part IBM's Motion for Partial Summary Judgment on the Basis of the *Novell* Judgment, dated December 15, 2014 | 9488 |

xli

|  | Page |
|---|---|
| Hearing Transcript, dated June 11, 2015 ................... | 9490 |
| Order Granting IBM's [782] Motion for Partial Summary Judgment, dated February 5, 2016 ........ | 9568 |
| Order Granting IBM's [783] Motion for Partial Summary Judgment, dated February 8, 2016 ........ | 9615 |
| Joint Motion for Certification Under Fed. R. Civ. P. 54(b), dated February 26, 2016............................ | 9680 |
| Order Granting Motion for Certification, dated February 29, 2016................................................ | 9684 |
| Judgment, dated March 1, 2016................................ | 9686 |
| Notice of Appeal, filed March 29, 2016 ................... | 9687 |

STAYED,MAG,APPEAL,JURY,LC4,LODGE_DOC,OBJMAG,SETTLE,WARNER

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:03-cv-00294-DN

SCO Grp, et al v. Intl Bus Mach Inc
Assigned to: Judge David Nuffer
Referred to: Magistrate Judge Paul M. Warner (Settlement)
Demand: $0
Case in other court: 3rd Dist SL Cnty, 030905199
               Tenth, 16-04040
Cause: 28:1441 Notice of Removal- Contract Dispute

Date Filed: 03/25/2003
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

## Plaintiff

**Caldera Systems**
*A Delaware Corporation*
*TERMINATED: 07/22/2003*
*doing business as*
SCO Group

represented by **Brent O. Hatch**
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
(801) 363-6363
Email: bhatch@hjdlaw.com
*TERMINATED: 07/22/2003*

**David Boies**
BOIES SCHILLER & FLEXNER
(ARMONK)
333 MAIN ST
ARMONK, NY 10504
(914)749-8201
Email: dboies@bsfllp.com
*TERMINATED: 07/22/2003*

**Debra Weiss Goodstone**
BOIES SCHILLER & FLEXNER (FL)
100 SE 2ND ST STE 2800
MIAMI, FL 33131
(305)539-8400
*TERMINATED: 07/22/2003*

**Fred O. Goldberg**
BERGER SINGERMAN
200 S BISCAYNE BLVD STE 1000
MIAMI, FL 33131
(305)755-9500
*TERMINATED: 07/22/2003*

**Leonard K. Samuels**
BERGER SINGERMAN
350 E LAS OLAS BLVD STE 1000
FT LAUDERDALE, FL 33301
*TERMINATED: 07/22/2003*

1

**Mark J. Heise**
BOIES SCHILLER & FLEXNER (FL)
100 SE 2ND ST STE 2800
MIAMI, FL 33131
(305)539-8400
*TERMINATED: 07/22/2003*

**Mark F James**
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
(801) 363-6363
Email: mjames@hjdlaw.com
*TERMINATED: 07/22/2003*

**Stephen Neal Zack**
BOIES SCHILLER & FLEXNER (FL)
100 SE 2ND ST STE 2800
MIAMI, FL 33131
(305)539-8400

V.

**Defendant**

**International Business Machines**              represented by **Alan L. Sullivan**
**Corporation**                                                 SNELL & WILMER (UT)
                                                                15 W SOUTH TEMPLE STE 1200
                                                                GATEWAY TOWER WEST
                                                                SALT LAKE CITY, UT 84101
                                                                (801)257-1900
                                                                Email: asullivan@swlaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **David R. Marriott**
                                                                CRAVATH SWAINE & MOORE
                                                                WORLDWIDE PLAZA
                                                                825 EIGHTH AVE
                                                                NEW YORK, NY 10019
                                                                (212)474-1000
                                                                Email: dmarriott@cravath.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Amber M. Mettler**
                                                                SNELL & WILMER (UT)
                                                                15 W SOUTH TEMPLE STE 1200
                                                                GATEWAY TOWER WEST
                                                                SALT LAKE CITY, UT 84101
                                                                (801)257-1900
                                                                Email: amettler@swlaw.com
                                                                *ATTORNEY TO BE NOTICED*

**Amy F. Sorenson**
SNELL & WILMER (UT)
15 W SOUTH TEMPLE STE 1200
GATEWAY TOWER WEST
SALT LAKE CITY, UT 84101
(801)257-1900
Email: asorenson@swlaw.com
*ATTORNEY TO BE NOTICED*

**David K. Markarian**
BOIES SCHILLER & FLEXNER (FL)
100 SE 2ND ST STE 2800
MIAMI, FL 33131
(305)539-8400
*TERMINATED: 11/18/2003*
*ATTORNEY TO BE NOTICED*

**Evan R. Chesler**
CRAVATH SWAINE & MOORE
825 EIGHTH AVE
NEW YORK, NY 10019
(212)474-1000

**Michael P. Burke**
CRAVATH, SWAINE & MOORE LLP
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK, NY 10019
(212)474-1000

**Nathan E. Wheatley**
SAGE LAW PARTNERS LLC
140 N UNION AVE STE 220
FARMINGTON, UT 84025
(801)438-7120
Email: nwheatley@sagelawpartners.com
*ATTORNEY TO BE NOTICED*

**Owen J.M. Roth**
CRAVATH SWAINE & MOORE LLP
825 EIGHTH AVE
WORLDWIDE PLAZA
NEW YORK, NY 10019
(212)474-1000
*PRO HAC VICE*

**Peter H. Donaldson**
DURHAM JONES & PINEGAR (SLC)
111 E BROADWAY STE 900
SALT LAKE CITY, UT 84111
(801)415-3000
Email: pdonaldson@djplaw.com

Roger G. Brooks
CRAVATH SWAINE & MOORE
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK, NY 10019
(212)474-1000
Email: rbrooks@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Thomas G. Rafferty
CRAVATH SWAINE & MOORE LLP
825 EIGHTH AVE
NEW YORK, NY 10019
(212)474-1000
Email: trafferty@cravath.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Todd M. Shaughnessy
THIRD DISTRICT COURT
450 S STATE ST
PO BOX 1860
SALT LAKE CITY, UT 84114-1860
(801)238-7300
*TERMINATED: 07/27/2011*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Intel Corporation**                    represented by    Anthony L. Marks
*TERMINATED: 04/04/2006*                                    PERKINS COIE LLP
                                                            2901 N CENTRAL AVE STE 2000
                                                            PHOENIX, AZ 85012-2788
                                                            (602)351-8000
                                                            *LEAD ATTORNEY*

                                                            Mark A. Wagner
                                                            PRINCE YEATES & GELDZAHLER
                                                            15 W SOUTH TEMPLE STE 1700
                                                            SALT LAKE CITY, UT 84101
                                                            (801)524-1008
                                                            Email: mwagner@princeyeates.com
                                                            *LEAD ATTORNEY*

                                                            Jessica L. Everett-Garcia
                                                            PERKINS COIE LLP
                                                            2901 N CENTRAL AVE STE 2000
                                                            PHOENIX, AZ 85012-2788
                                                            (601)351-8000

V.

**Movant**

4

**Canopy Group, The**
*TERMINATED: 03/01/2016*

represented by **Stanley J. Preston**
PRESTON & SCOTT
111 E BROADWAY STE 1200
SALT LAKE CITY, UT 84111
(801)869-1623
Email: sjp@prestonandscott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maralyn M. English**
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE 11TH FL
PO BOX 45000
SALT LAKE CITY, UT 84145-5000
(801)521-9000
Email: mme@scmlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**S2 Strategic Consulting**
*TERMINATED: 03/01/2016*

represented by **David W. Scofield**
PETERS SCOFIELD
7430 CREEK RD STE 303
SALT LAKE CITY, UT 84093-6160
(801)322-2002
Email: dws@psplawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**CNET Networks**
*TERMINATED: 03/01/2016*

represented by **Michael P. O'Brien**
JONES WALDO HOLBROOK &
MCDONOUGH (SLC)
170 S MAIN ST STE 1500
SALT LAKE CITY, UT 84101
(801)521-3200
Email: mobrien@joneswaldo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew H. Stone**
THIRD DISTRICT COURT
450 S STATE ST
PO BOX 1860
SALT LAKE CITY, UT 84111-1860

**Movant**

**Forbes**
*TERMINATED: 03/01/2016*

represented by **Michael P. O'Brien**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew H. Stone**
(See above for address)

5

**Plaintiff**

**SCO Group**
*a Delaware Corporation*
*formerly known as*
Caldera Systems

represented by **Brent O. Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin P. McBride**
MCBRIDE LAW PC
609 DEEP VALLEY DR STE 200
ROLLING HILLS ESTATES, CA 90274
(310)265-4427
Email: km@mcbride-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Heise**
(See above for address)
*TERMINATED: 07/22/2003*
*LEAD ATTORNEY*

**Aldo Noto**
ANDREWS KURTH (DC)
1350 I ST NW STE 1000
WASHINGTON, DC 20005-7205
(202)662-2700

**Daniel P. Filor**
BOIES SCHILLER & FLEXNER
(ALBANY)
10 N PEARL ST
ALBANY, NY 12210
(518)434-0600
*TERMINATED: 08/16/2006*
*ATTORNEY TO BE NOTICED*

**David Boies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David K. Markarian**
(See above for address)

**Devan V. Padmanabhan**
DORSEY & WHITNEY LLP
50 S SIXTH ST STE 1500
MINNEAPOLIS, MN 55402
(612)340-2600
Email: Padmanabhan.devan@dorsey.com

**Edward J. Normand**
BOIES SCHILLER & FLEXNER
(ARMONK)
333 MAIN ST

ARMONK, NY 10504
(914)749-8200
Email: tnormand@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Frederick S. Frei**
ANDREWS KURTH (DC)
1350 I ST NW STE 1000
WASHINGTON, DC 20005-7205
(202)662-2700

**J. Matthew Donohue**
BOIES SCHILLER & FLEXNER
(ALBANY)
10 N PEARL ST
ALBANY, NY 12210
(518)434-0600
*TERMINATED: 06/02/2006*
*ATTORNEY TO BE NOTICED*

**John J. Brogan**
STOEL RIVES
33 S SIXTH ST STE 4200
MINNEAPOLIS, MN 55402
(612)373-8845
Email: jjbrogan@stoel.com
*TERMINATED: 12/14/2009*
*ATTORNEY TO BE NOTICED*

**John K. Harrop**
ANDREWS KURTH (DC)
1350 I ST NW STE 1000
WASHINGTON, DC 20005-7205
(202)662-2700

**Mark R. Clements**
HATCH JAMES & DODGE
10 W BROADWAY STE 400
SALT LAKE CITY, UT 84101
(801)363-6363
*TERMINATED: 06/12/2006*
*ATTORNEY TO BE NOTICED*

**Mark F James**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Macmanus**
BOIES SCHILLER & FLEXNER (NJ)
150 JOHN F KENNEDY PKWY
SHORT HILLS, NJ 07078
(973)218-1111

**Robert A. Magnanini**

STONE & MAGNANINI LLP
150 JFK PKWY 4TH FL
SHORT HILLS, NJ 07078
(973)218-1111
Email: rmagnanini@stonemagnalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Silver**
BOIES SCHILLER & FLEXNER (NY)
333 MAIN ST
ARMONK, NY 10504
(914)749-8200

**Sashi Bach Boruchow**
BOIES SCHILLER & FLEXNER (FT
LAUDER)
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301
(954)356-0011
Email: sboruchow@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Sean Eskovitz**
BOIES SCHILLER & FLEXNER (NY)
333 MAIN ST
ARMONK, NY 10504
(914)749-8200

**Stephen Neal Zack**
(See above for address)

**Stuart H. Singer**
BOIES SCHILLER & FLEXNER (FT
LAUDER)
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301
(954)356-0011
Email: ssinger@bsfllp.com
*ATTORNEY TO BE NOTICED*

**David S. Stone**
STONE & MAGNANINI LLP
150 JFK PKWY 4TH FL
SHORT HILLS, NJ 07078
(973)218-1111
Email: dstone@stonemagnalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott E. Gant**
BOIES SCHILLER & FLEXNER (DC)
5301 WISCONSIN AVE NW
WASHINGTON, DC 20015

(202)237-2727
*TERMINATED: 09/15/2006*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**International Business Machines Corporation**    represented by **Alan L. Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Marriott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber M. Mettler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy F. Sorenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan R. Chesler**
(See above for address)

**Michael P. Burke**
(See above for address)

**Owen J.M. Roth**
(See above for address)
*PRO HAC VICE*

**Peter H. Donaldson**
(See above for address)

**Roger G. Brooks**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas G. Rafferty**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd M. Shaughnessy**
(See above for address)
*TERMINATED: 07/27/2011*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**SCO Group**                          represented by **Brent O. Hatch**
*formerly known as*                                  (See above for address)
Caldera Systems                                      *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Mark J. Heise**
                                                     (See above for address)
                                                     *TERMINATED: 07/22/2003*
                                                     *LEAD ATTORNEY*

                                                     **Aldo Noto**
                                                     (See above for address)

                                                     **Daniel P. Filor**
                                                     (See above for address)
                                                     *TERMINATED: 08/16/2006*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **David Boies**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **David K. Markarian**
                                                     (See above for address)

                                                     **Devan V. Padmanabhan**
                                                     (See above for address)

                                                     **Edward J. Normand**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Frederick S. Frei**
                                                     (See above for address)

                                                     **J. Matthew Donohue**
                                                     (See above for address)
                                                     *TERMINATED: 06/02/2006*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **John J. Brogan**
                                                     (See above for address)
                                                     *TERMINATED: 12/14/2009*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **John K. Harrop**
                                                     (See above for address)

                                                     **Mark F James**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael Macmanus**

(See above for address)

**Robert A. Magnanini**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Silver**
(See above for address)

**Sashi Bach Boruchow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Neal Zack**
(See above for address)

**Stuart H. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David S. Stone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott E. Gant**
(See above for address)
*TERMINATED: 09/15/2006*
*ATTORNEY TO BE NOTICED*

**Movant**

**G2 Computer Intelligence**        represented by    **Michael P. O'Brien**
*TERMINATED: 03/01/2016*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Andrew H. Stone**
                                                      (See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2003 | 2 | DISCLOSURE STATEMENT Under FRCP 7.1 filed by Caldera Sys (tsh) (Entered: 03/26/2003) |
| 03/25/2003 | 1 | Notice of Removal assigned to Judge Kimball Receipt no.: 128211 (blk) (Entered: 03/01/2004) |
| 03/26/2003 | | Clerk's mailing of certificate of acknowledgment of alternative dispute resolution option. Mailed or faxed to plaintiff Caldera Sys, defendant Intl Bus Mach Inc (tsh) (Entered: 03/26/2003) |
| 03/26/2003 | | Memo of recusal signed by Judge PGC (tsh) (Entered: 03/27/2003) |
| 03/26/2003 | | Case reassigned to Judge Dale A. Kimball (tsh) (Entered: 03/27/2003) |

| 03/27/2003 | 3 | NTC of recusal of Judge Paul G. Cassell and reassignment to Judge Dale A. Kimball. cc: atty (alt) (Entered: 03/28/2003) |
|---|---|---|
| 03/27/2003 | 4 | Motion and Order signed by Judge Paul G. Cassell , 03/27/03 Granting motion/PHV for Attorney Evan R. Chesler, Thomas G. Rafferty on behalf of defendant Intl Bus Mach Inc cc:attys (tsh) (Entered: 03/28/2003) |
| 03/27/2003 | 5 | Certificate of election filed by plaintiff Caldera Sys Refer to: normal litigation track (tsh) (Entered: 03/31/2003) |
| 03/31/2003 | 6 | Certificate of election filed by defendant Intl Bus Mach Inc Refer to: normal litigation track (tsh) (Entered: 04/01/2003) |
| 04/01/2003 | 7 | Joint motion by Caldera Sys, Intl Bus Mach Inc to extend time to dft to respond to complaint until 4/20/03 (alp) (Entered: 04/03/2003) |
| 04/02/2003 | 8 | Order granting [7-1] joint motion to extend time to dft to respond to complaint until 4/20/03, answer due set for 5:00 4/20/03 for Intl Bus Mach Inc signed by Judge Dale A. Kimball , 4/2/03 cc:atty (alp) (Entered: 04/03/2003) |
| 04/04/2003 | 9 | Amended Joint motion by Caldera Sys, Intl Bus Mach Inc to extend time to dft to respond to complaint to 4/30/03 (alp) (Entered: 04/08/2003) |
| 04/07/2003 | 10 | Order granting [9-1] joint motion to extend time to dft to respond to complaint to 4/30/03, answer due set for 5:00 4/30/03 for Intl Bus Mach Inc signed by Judge Dale A. Kimball , 4/4/03 cc:atty (alp) (Entered: 04/09/2003) |
| 04/14/2003 | 11 | Motion and Order signed by Judge Dale A. Kimball , 04/14/03 Granting motion/PHV for Attorney Fred O. Goldberg, Leonard K. Samuels on behalf of plaintiff Caldera Sys cc:attys (tsh) (Entered: 04/16/2003) |
| 04/25/2003 | 12 | Notice of filing by Intl Bus Mach Inc's counsel re: registration and name change (alp) (Entered: 04/28/2003) |
| 04/30/2003 | 13 | Answer to Complaint by Intl Bus Mach Inc; jury demand (alp) (Entered: 05/01/2003) |
| 04/30/2003 | 14 | Motion and Order signed by Judge Dale A. Kimball , 4/30/03 Granting motion/PHV for Attorney Mark J. Heise, Stephen Neal Zack, Debra Weiss Goodstone, David Boies on behalf of plaintiff Caldera Sys cc:attys (asp) (Entered: 05/02/2003) |
| 05/20/2003 | 15 | Amended Answer to Complaint by Intl Bus Mach Inc : amends [13-1] answer; jury demand (ce) (Entered: 05/22/2003) |
| 06/13/2003 | 17 | Certificate of service by Intl Bus Mach Inc re: 1st set of Interrogs and req for prod/docs (alp) (Entered: 06/17/2003) |
| 06/16/2003 | 16 | Magistrate Notice of Hearing Initial Pretrial Conference set for 9:30 8/13/03 To be held before Judge Nuffer cc:atty ( Ntc generated by: Chambers) (alp) (Entered: 06/16/2003) |
| 06/16/2003 | 18 | Motion by Caldera Sys to amend complaint (alp) (Entered: 06/17/2003) |
| 06/16/2003 | 19 | Memorandum by Caldera Sys in support of [18-1] motion to amend complaint (alp) (Entered: 06/17/2003) |
| 06/24/2003 | 20 | Certificate of service by Caldera Sys re: 1st Req for Prod/Docs and 1st set Interrogs (alp) (Entered: 06/25/2003) |
| 07/07/2003 | 21 | Memo in Response by Intl Bus Mach Inc to [18-1] motion to amend complaint (ksp) (Entered: 07/08/2003) |
| 07/10/2003 | 22 | Order granting [18-1] motion to amend complaint signed by Judge Dale A. Kimball , |

6/29/2016                                CM/ECF - U.S. District Court:utd

| | | 7/10/03. cc:atty (ce) (Entered: 07/11/2003) |
|---|---|---|
| 07/10/2003 | 23 | Scheduling order. Setting;Joining of parties, amending of pleadings on 10/1/03 ; Deadline for filing of all motions 11/10/04 ; Discovery cutoff 10/22/04 ; Attorney Conference by 3/11/05 ; Final Pretrial Conference for 2:30 3/28/05 ; 5 Week Jury Trial for 8:30 4/11/05. Rule 26(f)(1) cnf held. Expert witness disclosure dates set. Not referred to ADR. Discovery limits set. Signed by Judge David Nuffer 7/10/03 cc:atty. (ksp) (Entered: 07/11/2003) |
| 07/19/2003 | 24 | REPORT of Attorney Planning Meeting (ksp) (Entered: 07/22/2003) |
| 07/22/2003 | 25 | Amended complaint by Caldera Sys added party(ies): SCO Grp . jury demand (kpf) (Entered: 07/23/2003) |
| 08/04/2003 | 26 | Certificate of service by SCO Grp in re: Pla's responses to dfts first set of interrogatories and first request for the production of documents (kpf) (Entered: 08/06/2003) |
| 08/06/2003 | 27 | Answer by Intl Bus Mach Inc to amended complaint; jury demand (tsh) (Entered: 08/07/2003) |
| 08/06/2003 | 27 | Counterclaim by Intl Bus Mach Inc against SCO Grp (tsh) (Entered: 08/07/2003) |
| 08/14/2003 | 28 | Certificate of service by Intl Bus Mach Inc in e: IBMS Responses & Objections to SCO's First Request for the Production of Documents and First Set of Interrogatories (kpf) (Entered: 08/18/2003) |
| 08/25/2003 | 29 | Stipulation by Intl Bus Mach Inc, SCO Grp stip to extend time for pla to respond to dft counterclaim -to 9/25/03 (ksp) (Entered: 08/26/2003) |
| 08/26/2003 | 30 | Order granting [29-1] stipulated motion to extend time for pla to respond to dft counterclaim -to 9/25/03 signed by Judge Dale A. Kimball , 8/26/03 cc:atty (ksp) (Entered: 08/28/2003) |
| 08/28/2003 | 31 | Return of service executed re: Subpoena served on Canopy Group c/o Ralph Yanno on 8/26/03 (ksp) (Entered: 08/29/2003) |
| 09/08/2003 | 32 | Stipulation/Motion by Intl Bus Mach Inc, Caldera Sys stipulated to amend [23-1] Scheduling order (blk) (Entered: 09/09/2003) |
| 09/08/2003 | 33 | Order granting [32-1] stipulation motion to amend [23-1] Scheduling order signed by Judge David Nuffer (see order for details) , 09/08/03 cc:atty (blk) (Entered: 09/09/2003) |
| 09/09/2003 | 34 | Objections by Canopy Grp to dft IBM's subpoena dated 08/26/03 (kvs) (Entered: 09/10/2003) |
| 09/10/2003 | 35 | Order of Reference signed by DAK 9/9/03, 636(b)(1)(A). Mag Judge to hear & determine any nondispositive pretrial matters. cc:atty (alt) (Entered: 09/10/2003) |
| 09/10/2003 | | Case referred to magistrate under 28:636(b)(1)(A). (alt) (Entered: 09/10/2003) |
| 09/15/2003 | 36 | Case referred to Judge Brooke C. Wells cc: atty (blk) (Entered: 09/16/2003) |
| 09/16/2003 | 37 | Certificate of service re: Second Set of INterrogatories and Second Request for Production of Docs by Intl Bus Mach Inc (blk) (Entered: 09/17/2003) |
| 09/16/2003 | 38 | Stipulated Protective Order (see order for details) Signed by Judge Dale A. Kimball 09/16/03 cc: atty (blk) (Entered: 09/18/2003) |
| 09/22/2003 | 39 | Motion by SCO Grp to extend time to resp to dft IBM's ans to the amd cmp and counterclaim-pla IBM's cntrclms against SCO to 10/15/03 (Entered: 09/23/2003) |
| 09/23/2003 | 40 | Order granting [39-1] motion to resp to dft IBM's ans to the amd cmp |

13

| | | and counterclaim-pla IBM's cntrclms against SCO to 10/15/03 signed by Judge Dale A. Kimball, 9/23/03 cc:atty (alt) (Entered: 09/24/2003) |
|---|---|---|
| 09/25/2003 | 41 | Amended counterclaim by Intl Bus Mach Inc against SCO Grp : amending [27-1] counter claim (blk) (Entered: 09/26/2003) |
| 09/26/2003 | 42 | Motion by SCO Grp to extend time until 2/4/04 for pla to amd pleadings and add parties (cc) (Entered: 09/29/2003) |
| 09/29/2003 | 43 | Order granting [42-1] motion to extend time until 2/4/04 for pla to amd pleadings and add parties signed by Judge Dale A. Kimball , 09/29/03 cc:atty (blk) (Entered: 09/30/2003) |
| 10/01/2003 | 44 | Motion by Intl Bus Mach Inc to compel Discovery (blk) (Entered: 10/03/2003) |
| 10/01/2003 | 45 | Memorandum by Intl Bus Mach Inc in support of [44-1] motion to compel Discovery (blk) (Entered: 10/03/2003) |
| 10/01/2003 | 46 | Exhibits filed by defendant Intl Bus Mach Inc RE: [45-1] support memorandum (blk) (Entered: 10/03/2003) |
| 10/03/2003 | 47 | Certificate of service re: pla's req for admissions by SCO Grp (alt) (Entered: 10/06/2003) |
| 10/10/2003 | 48 | Certificate of service by Intl Bus Mach Inc re: first supplemental responses and objections to SCO's first set of interrogatories (kvs) (Entered: 10/14/2003) |
| 10/14/2003 | 49 | Motion by SCO Grp to extend time to respond to IBM's Amended Counterclaims Against SCO (blk) (Entered: 10/15/2003) |
| 10/15/2003 | 50 | Order granting [49-1] motion to extend time to respond to IBM's Amended Counterclaims Against SCO signed by Judge Dale A. Kimball , 10/15/03 cc:atty (blk) (Entered: 10/15/2003) |
| 10/16/2003 | 51 | Motion by SCO Grp to extend time to respond to dft IBM's second set of interrogatories and second request for production of documents (blk) (Entered: 10/16/2003) |
| 10/17/2003 | 52 | Motion by SCO Grp to extend time to 10/24/03 for pla to resp to mot/compel (alt) (Entered: 10/17/2003) |
| 10/17/2003 | 53 | Memorandum by Intl Bus Mach Inc in opposition to [52-1] motion to extend time to 10/24/03 for pla to resp to mot/compel (alt) (Entered: 10/17/2003) |
| 10/20/2003 | 54 | Substitute Motion by SCO Grp to extend time to respond to dft IBM's motion to compel discovery up to and including 10/24/03 (blk) (Entered: 10/21/2003) |
| 10/23/2003 | 55 | Memorandum by SCO Grp in opposition to [44-1] motion to compel Discovery (blk) (Entered: 10/24/2003) |
| 10/23/2003 | 56 | Certificate of service re: pla's supp responses to dft's first set of interrogs by SCO Grp (blk) (Entered: 10/24/2003) |
| 10/23/2003 | 57 | Certificate of service re: pla's supp responses to dft's second set of interrogs and second set of requests for prod of docs by SCO Grp (blk) (Entered: 10/24/2003) |
| 10/24/2003 | 58 | Answer by SCO Grp to amended counterclaim: [41-1] amended claim (blk) (Entered: 10/28/2003) |
| 10/28/2003 | 59 | Order granting [54-1] motion to extend time to respond to dft IBM's motion to compel discovery up to and including 10/24/03 signed by Judge Brooke Wells , 10/28/03 cc:atty |

14

| | | (blk) (Entered: 10/29/2003) |
|---|---|---|
| 10/30/2003 | 60 | Certificate of service re: Dft IBM's third set of interrogatories and third request for prod of docs by Intl Bus Mach Inc (blk) (Entered: 10/30/2003) |
| 10/30/2003 | 61 | Certificate of service by Intl Bus Mach Inc re: subp served on Baystar Capital, The Yankee Group, Renaissance Research Group, Deutsche Bank Securities (ce) (Entered: 10/31/2003) |
| 10/31/2003 | 62 | Minute entry:,Counsel for both parties present. Discussion held re: status of discovery. Parties to reconvene for a status conference set for 11/21/03 at 10:00 a.m. before Judge Wells. If at that time it is determined that a hearing should be held re: Motion to Compel (docket entry #44), that hearing will be set for 12/5/03 at 10:00 a.m. Court adjourned. status conference set for 10:00 11/21/03 , Motion hearing set for 10:00 12/5/03 for [44-1] motion to compel Discovery ; Judge: BCW Court Reporter: Electronic Tape No.: 29 Log No.: 6030-6325 Court Deputy: alp (alp) (Entered: 10/31/2003) |
| 11/03/2003 | 63 | Reply by Intl Bus Mach Inc to response to [44-1] motion to compel Discovery (blk) (Entered: 11/04/2003) |
| 11/03/2003 | 64 | Addendum to [63-1] response reply filed by Intl Bus Mach Inc . (blk) (Entered: 11/04/2003) |
| 11/04/2003 | 65 | Certificate of service re: Dft IBM's Responses and Objections to SCO's First Request for Admissions by Intl Bus Mach Inc (blk) (Entered: 11/04/2003) |
| 11/04/2003 | 66 | Motion by SCO Grp to Compel Discovery (blk) (Entered: 11/05/2003) |
| 11/04/2003 | 67 | Memorandum by SCO Grp in support of [66-1] motion to Compel Discovery (blk) (Entered: 11/05/2003) |
| 11/06/2003 | 68 | Second Motion by Intl Bus Mach Inc to compel discovery (blk) (Entered: 11/07/2003) |
| 11/06/2003 | 68 | Notice of filing re: Certificate of Compliance with rule 37(a)(2)(A) by Intl Bus Mach Inc (blk) (Entered: 11/07/2003) |
| 11/06/2003 | 69 | Memorandum by Intl Bus Mach Inc in support of [68-1] motion to compel discovery (blk) (Entered: 11/07/2003) |
| 11/07/2003 | 70 | Exhibits filed by plaintiff SCO Grp RE: [68-1] motion to compel discovery (blk) (Entered: 11/07/2003) |
| 11/10/2003 | 71 | Magistrate Notice of Hearing status conference set for 10:00 11/21/03 To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 11/12/2003) |
| 11/10/2003 | 72 | Magistrate Notice of Hearing Motion hearing set for 10:00 12/5/03 for [68-1] motion to compel discovery, set for 10:00 12/5/03 for [66-1] motion to Compel Discovery, set for 10:00 12/5/03 for [44-1] motion to compel Discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 11/12/2003) |
| 11/10/2003 | 73 | Motion by Intl Bus Mach Inc to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims (blk) (Entered: 11/12/2003) |
| 11/10/2003 | 74 | Memorandum by Intl Bus Mach Inc in support of [73-1] motion to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims (blk) (Entered: 11/12/2003) |
| 11/10/2003 | 76 | Certificate of service of Discovery by SCO Grp (blk) (Entered: 11/12/2003) |
| 11/11/2003 | 75 | Certificate of service re: Subpoenas for discovery by SCO Grp (blk) (Entered: |

| | | 11/12/2003 |
|---|---|---|
| 11/18/2003 | 77 | Motion and Order signed by Judge Dale A. Kimball , 11/18/03 Granting motion/PHV for Attorney David K. Markarian on behalf of pla SCO Grp cc:attys (blk) Modified on 11/24/2003 (Entered: 11/18/2003) |
| 11/19/2003 | 79 | Memorandum by Intl Bus Mach Inc in opposition to [66-1] motion to Compel Discovery (blk) (Entered: 11/20/2003) |
| 11/20/2003 | 78 | AMENDED Magistrate Notice of Hearing Reset status conference for 9:00 11/21/03. Time change only. To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 11/20/2003) |
| 11/21/2003 | 80 | Minute entry:Counsel present. After discussion with counsel, the motion to compel hearing will remain set for 12/5/03 at 10:00. Court Adjourned. ; Judge: BCW Court Reporter: Electronic Tape No.: 38 Log No.: 4098-4716 Court Deputy: alp (alp) (Entered: 11/21/2003) |
| 11/24/2003 | 81 | Memorandum by SCO Grp in opposition to [68-1] motion to compel discovery (blk) (Entered: 11/25/2003) |
| 11/25/2003 | 82 | Memorandum by SCO Grp in opposition to [73-1] motion to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims (blk) (Entered: 11/26/2003) |
| 11/26/2003 | 83 | Motion by SCO Grp to extend time for pla to respond to dft IBM's third set of interrogatories and third request for production of documents (blk) (Entered: 12/01/2003) |
| 12/01/2003 | 84 | Reply by SCO Grp to response to [66-1] motion to Compel Discovery (blk) (Entered: 12/03/2003) |
| 12/02/2003 | 92 | Certificate of service by SCO Grpn re: resp/obj to IBM's third set of interrogatories/request for production of docs (ekg) (Entered: 12/10/2003) |
| 12/03/2003 | 85 | Certificate of service re: Subpoenas Duces Tecum upon Northrop Grumman Corp; Sun Microsystems, Inc.; Schwartz Communications, Inc. for the production of documents by 12/16/03 by Intl Bus Mach Inc (blk) (Entered: 12/04/2003) |
| 12/03/2003 | 86 | Reply Memorandum in Support by Intl Bus Mach Inc to response to [68-1] motion to compel discovery (blk) (Entered: 12/04/2003) |
| 12/03/2003 | 87 | Declaration of Todd M. Shaughnessy Re: [68-1] motion to compel discovery (blk) (Entered: 12/04/2003) |
| 12/04/2003 | 90 | CORRECTED Certificate of service by SCO Grp re: second request for production/interrogatories (kvs) (Entered: 12/10/2003) |
| 12/05/2003 | 88 | Minute entry: Counsel for both parties present. The Court hears arguments re: Motion to Compel (#68). Court GRANTS motion. Plaintiff is to provide responses/affidavits within 30 days of the entry of this order. All other discovery is to be postponed until the order has been complied with. An order reflecting this ruling is to be prepared by counsel for defendant. A motion hearing is scheduled for 1/23/04 at 10:00 a.m. Court is adjourned. granting [68-1] motion to compel discovery, Motion hearing set for 10:00 1/23/04 for [66-1] motion to Compel Discovery, set for 10:00 1/23/04 for [73-1] motion strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims, set for 10:00 1/23/04 for [83-1] motion to extend time for pla to respond to dft IBM's third set of interrogatories and third request for production of documents ; Judge: BCW Court Reporter: Dawn Brunner-Hahn Court |

6/29/2016                                          CM/ECF - U.S. District Court:utd

| | | Deputy: alp (alp) (Entered: 12/05/2003) |
|---|---|---|
| 12/05/2003 | 91 | Notice of attorney appearance for SCO Grp by Kevin P McBride (kvs) (Entered: 12/10/2003) |
| 12/09/2003 | 89 | Magistrate Notice of Hearing Motion hearing set for 10:00 1/23/04 for [83-1] motion to extend time for pla to respond to dft IBM's third set of interrogatories and third request for production of documents, set for 10:00 1/23/04 for [73-1] motion to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims, set for 10:00 1/23/04 for [66-1] motion to Compel Discovery, set for 10:00 1/23/04 for [52-1] motion to extend time to 10/24/03 for pla to resp to mot/compel, set for 10:00 1/23/04 for [51-1] motion to extend time to respond to dft IBM's second set of interrogatories and second request for production of documents, set for 10:00 1/23/04 for [44-1] motion to compel Discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 12/10/2003) |
| 12/10/2003 | 93 | Reply by Intl Bus Mach Inc to response to [73-1] motion to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims (blk) (Entered: 12/11/2003) |
| 12/12/2003 | 94 | Order granting [68-1] motion to compel discovery, granting [44-1] motion to compel Discovery. The SCO Group is hereby ORDERED: 1) To respond fully and in detail to Interrogatory Nos. 1-9 as stated in IBM's First Set of Interrogatories. 2) To respond fully and in detail to Interrogatory Nos 12 and 13 as stated in IBM's Second Set of Interrogatories. 3) IBM is to provide SCO a list of requested documents as stated in IBM's First and Second Requests for the Production of Documents and SCO is to produce all requested documents. 4) To identify and state with specificity the source code(s) that SCO is claiming form the basis of their action against IBM. This is to include identification of all Bates numbered documents previously provided. 5) To the extent IBM's requests call for the production of documents or are met by documents SCO has already provided, SCO is to identify with specificity the location of responsive answers including identification of the Bates numbered documents previously provided if applicable. 6) If SCO does not have sufficient information in its possession, custody, or control to specifically answer any of IBM's requests that are the subject of this order, SCO shall provide an affidavit setting forth the full nature of its efforts, by whom thy were taken, what further efforts it intends to utilize in order to comply, and the expected date of compliance. SCO is required to provide such answers and documents within thirty days from the date of this order. All other discovery, including SCO's Motion to Compel is hereby STAYED until this Court determines that SCO has fully complied with this Order. The Court will hold a hearing on the forgoing issues January 23, 2004 at 10:00 a.m. Signed by Judge Brooke C. Wells , 12/12/03 cc:atty (blk) (Entered: 12/12/2003) |
| 12/18/2003 | 95 | Order, for transcript of proceedings for hearing held 12/05/03, before the magistrate judge in the above entitiled case, to be prepared by a certified court reporter and paid for by the clerk's office, USDC, signed by Judge Brooke C. Wells , 12/16/03 cc:atty (blk) (Entered: 12/19/2003) |
| 01/13/2004 | 96 | Notice of Compliance with Court Order of 12/12/03 by SCO Grp (blk) (Entered: 01/15/2004) |
| 01/13/2004 | 97 | Declaration of Ryan E. Tibbitts Re: [96-1] file notice (blk) (Entered: 01/15/2004) |
| 01/20/2004 | 99 | Certificate of service by SCO Grp re: pla's revised supplemental response to dft's first and second set of interrogatories. (blk) (Entered: 01/26/2004) |
| 01/21/2004 | 98 | Magistrate Notice of Hearing Motion hearing set for 10:00 2/6/04 for all pending |

| | | |
|---|---|---|
| | | motions: [83-1] motion to extend time for pla to respond to dft IBM's third set of interrogatories and third request for production of documents, set for 10:00 2/6/04 for [73-1] motion to strike the 5th, 15th, and 19th affirmative defenses asserted by the SCO Grp in its Answers to IBM' Amended Counterclaims, set for 10:00 2/6/04 for [66-1] motion to Compel Discovery, set for 10:00 2/6/04 for [52-1] motion to extend time to 10/24/03 for pla to resp to mot/compel, set for 10:00 2/6/04 for [51-1] motion to extend time to respond to dft IBM's second set of interrogatories and second request for production of documents To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 01/22/2004) |
| 01/26/2004 | | Transcript of Proceedings for date(s) of 12/05/03. Court Reporter: Dawn E. Brunner-Hahn (blk) (Entered: 01/26/2004) |
| 02/04/2004 | 100 | Motion by SCO Grp for leave to file Amended Pleadings (blk) (Entered: 02/05/2004) |
| 02/04/2004 | 101 | Notice of filing Pla's exhibits for use at hearing on 2/6/04 by SCO Grp (blk) (Entered: 02/05/2004) |
| 02/04/2004 | 102 | Memorandum by SCO Grp in support of [100-1] motion for leave to file Amended Pleadings (blk) (Entered: 02/05/2004) |
| 02/05/2004 | 103 | Status Report on SCO's Compliance with the Court's December 12, 2003 Order filed by Intl Bus Mach Inc (blk) (Entered: 02/06/2004) |
| 02/06/2004 | 104 | Minute entry: Counsel for both parties present. The Court hears statements re: compliance with previous order as to discovery and SCO's motion for discovery (d.e.#66). The Court takes the matter under advisement and an order will be forthcoming. ; Judge: BCW Court Reporter: Ed Young Court Deputy: alp (alp) (Entered: 02/09/2004) |
| 02/17/2004 | 105 | Notice of filing of change of atty address by SCO Grp cc: DQA (alt) (Entered: 02/18/2004) |
| 02/19/2004 | 106 | Response Memorandum by Intl Bus Mach Inc to SCO's [100-1] motion for leave to file Amended Pleadings (blk) (Entered: 02/20/2004) |
| 02/25/2004 | 107 | Order granting [100-1] motion for leave to file Amended Pleadings signed by Judge Brooke C. Wells , 2/25/04 cc:atty (blk) (Entered: 02/26/2004) |
| 02/27/2004 | 108 | Second Amended complaint by SCO Grp; no parties added. Amends [108-1] amended complaint; jury demand (blk) (Entered: 03/01/2004) |
| 03/03/2004 | 109 | Order regarding SCO's Motion to Compel Discovery and IBM's Motion to Compel Discovery; (Please see the order for all information, as this is an extensive order). Ordering both parties to file affidavits re compliance with this order; and additional memoranda addressing the impact of the second amended complaint and IBM's subsequent answer on IBM's Motion to Strike the 5th, 15th, and 19th Affirmative Defenses asserted by SCO in its Answers to IBM's Amended Counterclaims. IBM is to file its initial memoranda with the court withing 60 days of the entry of this order. SCO will then have 15 days to respond. IBM will have 7 days to reply to this response. Following the additional briefing, the Court will contact parties to schedule a hearing regarding IBM's motion to strike SCO's affirmative defenses. (Please see the order for all information, as this is an extensive order) Signed by Judge Brooke C. Wells , 3/3/04 cc:atty (blk) (Entered: 03/03/2004) |
| 03/05/2004 | 110 | ADDENDUM to Stipulated Protective Order Signed by Judge Dale A. Kimball 3/5/04 cc: atty (blk) Modified on 03/05/2004 (Entered: 03/05/2004) |

| 03/09/2004 | 114 | Minute entry: Teleconference held in chambers at the request of both parties; Judge: BCW (alp) (Entered: 03/12/2004) |
|---|---|---|
| 03/10/2004 | 111 | Motion and Order signed by Judge Dale A. Kimball, 3/10/04 Granting motion/PHV for Attorney Scott E. Gant on behalf of counter-defendant SCO Grp, plaintiff SCO Grp cc:attys (blk) (Entered: 03/10/2004) |
| 03/11/2004 | 112 | Amended answer by SCO Grp to amended counterclaim : amends [58-1] counter answer (blk) (Entered: 03/12/2004) |
| 03/11/2004 | 113 | Exhibits filed by plaintiff SCO Grp RE: [108-1] second amended complaint. (blk) (Entered: 03/12/2004) |
| 03/12/2004 | 115 | Stipulation by SCO Grp, Intl Bus Mach Inc to extend time for dft IBM to respond to Second Amended Complaint up to and including3/19/04 (blk) (Entered: 03/15/2004) |
| 03/15/2004 | 116 | Order granting [115-1] stipulation motion to extend time for dft IBM to respond to Second Amended Complaint up to and including 3/19/04 signed by Judge Dale A. Kimball , 3/15/04 cc:atty (blk) (Entered: 03/15/2004) |
| 03/19/2004 | 117 | Stipulation and joint motion by Intl Bus Mach Inc, SCO Grp to extend time to respond to second amended complaint up to and including 3/26/04 (blk) (Entered: 03/22/2004) |
| 03/22/2004 | 118 | Order granting [117-1] stipulation motion to extend time to respond to second amended complaint up to and including 3/26/04 signed by Judge Dale A. Kimball , 3/22/04 cc:atty (blk) (Entered: 03/24/2004) |
| 03/24/2004 | 120 | Motion by SCO Grp to bifurcate (blk) Modified on 03/26/2004 (Entered: 03/26/2004) |
| 03/24/2004 | 121 | Memorandum by SCO Grp in support of [120-1] motion to bifurcate (blk) (Entered: 03/26/2004) |
| 03/24/2004 | 122 | Notice of service of Subpoenas Duces Tecum by Intl Bus Mach Inc (blk) (Entered: 03/26/2004) |
| 03/25/2004 | 119 | Acceptance of service of Subpoena Duces Tecum as to Intl Bus Mach Inc 3/25/04 (blk) (Entered: 03/26/2004) |
| 03/26/2004 | 123 | Motion by Intl Bus Mach Inc to amend [41-1] amended counterclaim (asp) (Entered: 03/29/2004) |
| 03/26/2004 | 124 | Order granting [123-1] motion to amend [41-1] amended counterclaim signed by Judge Dale A. Kimball , 3/26/04 cc:atty (asp) (Entered: 03/29/2004) |
| 03/26/2004 | 125 | Certificate of service re: 4th req for prod/docs & 4th set of interrogs by SCO Grp (alt) (Entered: 03/30/2004) |
| 03/26/2004 | 126 | Answer by Intl Bus Mach Inc to 2ND amended complaint (alt) (Entered: 03/30/2004) |
| 03/29/2004 | 127 | 2ND Amended counterclaim by Intl Bus Mach Inc: amending [41-1] amended claim (alt) (Entered: 03/30/2004) |
| 03/30/2004 | 128 | Certificate of service by Intl Bus Mach Inc re: fourth set of interrogatories and fourth request for production of documents (blk) (Entered: 03/30/2004) |
| 04/05/2004 | 129 | Motion by SCO Grp to amend [23-1] Scheduling order (blk) (Entered: 04/06/2004) |
| 04/05/2004 | 130 | Memorandum by SCO Grp in support of [129-1] motion to amend [23-1] Scheduling order (blk) (Entered: 04/06/2004) |
| 04/07/2004 | 131 | Certificate of service re: Sco's Objections to EBM's Amended Notice of Deposition by |

6/29/2016                                      CM/ECF - U.S. District Court:utd

| | | SCO Grp (blk) Modified on 04/08/2004 (Entered: 04/08/2004) |
|---|---|---|
| 04/12/2004 | 132 | Response by Intl Bus Mach Inc to [120-1] motion to bifurcate (blk) (Entered: 04/13/2004) |
| 04/15/2004 | 133 | Certificate of service of pla's objections to IBM's notice of deposition by SCO Grp (blk) (Entered: 04/15/2004) |
| 04/15/2004 | 134 | Stipulation by SCO Grp, Intl Bus Mach Inc to extend time for SCO to respond to IBM's Amended Counterclaims up to and including 4/23/04; and for IBM to respond to SCO's Motion to Amend the Scheduling Order up to and including 4/30/04. (blk) (Entered: 04/16/2004) |
| 04/15/2004 | 134 | Order granting [134-1] stipulation motion to extend time for SCO to respond to IBM's Amended Counterclaims up to and including 4/23/04; and for IBM to respond to SCO's Motion to Amend the Scheduling Order up to and including 4/30/04. signed by Judge Dale A. Kimball, 4/15/04 cc:atty (blk) (Entered: 04/16/2004) |
| 04/19/2004 | 135 | Certificate of service re: responses to third set of interrogatories by SCO Grp (blk) (Entered: 04/20/2004) |
| 04/19/2004 | 136 | Objections by S2 Strategic Consult to Subpoena Duces Tecum directed to S2 Strategic Consulting, and Response (blk) (Entered: 04/20/2004) |
| 04/19/2004 | 137 | Reply by SCO Grp to response to [120-1] motion to bifurcate (blk) (Entered: 04/20/2004) |
| 04/19/2004 | 138 | Declaration of Chris Sontag Re: [109-1] order Ordering both parties to file affidavits re compliance with this order; and additional memoranda addressing the impact of the second amended complaint and IBM's subsequent answer on IBM's Motion to Strike the 5th, 15th, and 19th Affirmative Defenses asserted by SCO in its Answers to IBM's Amended Counterclaims. IBM is to file its initial memoranda with the court withing 60 days of the entry of this order. SCO will then have 15 days to respond. IBM will have 7 days to reply to this response. Following the additional briefing, the Court will contact parties to schedule a hearing regarding IBM's motion to strike SCO's affirmative defenses. (Please see the order for all information, as this is an extensive order) (blk) (Entered: 04/20/2004) |
| 04/20/2004 | 139 | Declaration of Todd M. Shaughnessy Re: [109-1] order Ordering both parties to file affidavits re compliance with this order; and additional memoranda addressing the impact of the second amended complaint and IBM's subsequent answer on IBM's Motion to Strike the 5th, 15th, and 19th Affirmative Defenses asserted by SCO in its Answers to IBM's Amended Counterclaims. IBM is to file its initial memoranda with the court withing 60 days of the entry of this order. SCO will then have 15 days to respond. IBM will have 7 days to reply to this response. Following the additional briefing, the Court will contact parties to schedule a hearing regarding IBM's motion to strike SCO's affirmative defenses. (Please see the order for all information, as this is an extensive order), [109-2] relief (blk) (Entered: 04/21/2004) |
| 04/20/2004 | 140 | Certificate of service re: second supp rsponses and obj to SCO's first set of interrrogs; responses and obj to SCO's second set of interrogs and second request for the prod of docs; and responses and obj to SCO's third set of interrogs and third request for the prod of docs by Intl Bus Mach Inc (blk) (Entered: 04/21/2004) |
| 04/23/2004 | 141 | Answer by SCO Grp to [127-1] second amended counterclaim (blk) (Entered: 04/26/2004) |
| 04/23/2004 | 142 | Motion by SCO Grp to dismiss counterclaim , or, in the alternative to separate , or to stay counts 9,10 and 14 of the counterclaim-pla IBM's second amended counterclaims |

20

| | | against SCO (blk) (Entered: 04/26/2004) |
|---|---|---|
| 04/23/2004 | 143 | Memorandum by SCO Grp in support of [142-1] motion to dismiss counterclaim, [142-2] motion or, in the alternative to separate, [142-3] motion or to stay counts 9,10 and 14 of the counterclaim-pla IBM's second amended counterclaims against SCO (blk) (Entered: 04/26/2004) |
| 04/26/2004 | 144 | Corrected/Amended [142-1] motion to dismiss counterclaim, [142-2] motion or, in the alternative to separate, [142-3] motion or to stay counts 9,10 and 14 of the counterclaim-pla IBM's second amended counterclaims against SCO. Amended Motion is entitled: CORRECTED Motion to Dismiss , or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, by SCO Grp (blk) (Entered: 04/27/2004) |
| 05/03/2004 | 145 | Certificate of service re: responses and objections to SCO's 4th set of requests for the production of docs and 4th set of interrogatories by Intl Bus Mach Inc (blk) (Entered: 05/04/2004) |
| 05/05/2004 | 146 | Stipulation by SCO Grp, Intl Bus Mach Inc stip re: briefing for pending motions (kvs) (Entered: 05/06/2004) |
| 05/06/2004 | 147 | Order granting [146-1] stipulated motion re: briefing for pending motions signed by Judge Dale A. Kimball, 5/6/04 cc:atty (alt) (Entered: 05/06/2004) |
| 05/14/2004 | 148 | Memorandum by Intl Bus Mach Inc in opposition to [129-1] motion to amend [23-1] Scheduling order (blk) (Entered: 05/17/2004) |
| 05/14/2004 | 149 | Certificate of service re: fifth request for the production of docs by Intl Bus Mach Inc (blk) (Entered: 05/17/2004) |
| 05/14/2004 | 150 | Stipulation by Intl Bus Mach Inc to amend [147-1] order setting briefing on pending motions. Stipultated to the following: IBM's Memo in Opposition to SCO's Motion to Dismiss due 5/18/04; SCO's Reply Memo in Support of its Motion to Dismiss due 6/1/04. (blk) (Entered: 05/17/2004) |
| 05/18/2004 | 151 | Order granting [150-1] stipulation motion to amend [147-1] order setting briefing on pending motions. Stipultated to the following: IBM's Memo in Opposition to SCO's Motion to Dismiss due 5/18/04; SCO's Reply Memo in Support of its Motion to Dismiss due 6/1/04. signed by Judge Dale A. Kimball , 5/17/04 cc:atty (blk) (Entered: 05/18/2004) |
| 05/18/2004 | 152 | Cross-motion by Intl Bus Mach Inc for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 05/19/2004) |
| 05/18/2004 | 153 | Memorandum by Intl Bus Mach Inc in support of [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 05/19/2004) |
| 05/18/2004 | 154 | Declaration of Daniel Frye Re: [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 05/19/2004) |
| 05/18/2004 | 155 | Memorandum by Intl Bus Mach Inc in opposition to [144-1] amended motion to Dismiss, [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, (blk) (Entered: 05/19/2004) |
| 05/18/2004 | 156 | Declaration of Amy F. Sorenson Re: [155-1] opposition memorandum (blk) (Entered: 05/19/2004) |
| 05/19/2004 | 157 | Declaration of Todd M. Shaughnessy Re: [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement. (Please Note: This is |

| | | |
|---|---|---|
| | | an oversized document and has been placed in an expandable folder next to the case file.) (blk) Modified on 05/19/2004 (Entered: 05/19/2004) |
| 05/26/2004 | 158 | Notice of Hearing filed : Motion hearing set for 10:30 6/8/04 for [142-2] motion or, in the alternative to separate, set for 10:30 6/8/04 for [129-1] motion to amend [23-1] Scheduling order To be held before Judge Kimball cc:atty ( Ntc generated by: KJ) (blk) (Entered: 05/27/2004) |
| 05/26/2004 | 159 | Notice of Hearing filed : Motion hearing set for 3:00 8/4/04 for [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement, set for 3:00 8/4/04 for [144-1] amended motion to Dismiss, set for 3:00 8/4/04 for [142-1] motion to dismiss counterclaim To be held before Judge Kimball cc:atty (ntc generated: KJ) (blk) (Entered: 05/27/2004) |
| 05/26/2004 | 160 | Stipulation by SCO Grp to amend [151-1] briefing order as follows: SCO's reply memo in support of motion to dismiss due 6/14/04. (blk) (Entered: 05/27/2004) |
| 05/27/2004 | 161 | Order granting [160-1] stipulation motion to amend [151-1] briefing order as follows: SCO's reply memo in support of motion to dismss due 6/14/04. signed by Judge Dale A. Kimball , 5/27/04 cc:atty (blk) (Entered: 05/27/2004) |
| 05/28/2004 | 162 | Motion and Order signed by Judge Dale A. Kimball , 5/28/04 Granting motion/PHV for Attorney Robert Silver on behalf of plaintiff SCO Grp, counter-defendant SCO Grp cc:attys (blk) (Entered: 05/28/2004) |
| 05/28/2004 | 163 | Memorandum RE: Discovery filed by SCO Grp (tsh) (Entered: 06/01/2004) |
| 05/28/2004 | 164 | Ex parte motion by SCO Grp for leave to file overlength reply memo in support of pla's Motion to Amend the Scheduling Order (tsh) (Entered: 06/01/2004) |
| 05/28/2004 | | Proposed document from SCO Grp entitled Pla's Reply Memo in Support of Motion to Amend the Scheduling Order (tsh) (Entered: 06/01/2004) |
| 05/28/2004 | 165 | Certificate of service by SCO Grp re: Pla's Response to Dft's Fourth Set of Interrogatories (tsh) (Entered: 06/01/2004) |
| 06/02/2004 | 166 | Order granting [164-1] ex parte motion for leave to file overlength reply memo in support of pla's Motion to Amend the Scheduling Order signed by Judge Dale A. Kimball , 6/2/04 cc:atty (blk) (Entered: 06/03/2004) |
| 06/02/2004 | 167 | Reply by SCO Grp to response to [160-1] stipulation motion to amend [151-1] briefing order as follows: SCO's reply memo in support of motion to dismss due 6/14/04. (blk) (Entered: 06/03/2004) |
| 06/03/2004 | 168 | Expedited Motion by SCO Grp for protective order (blk) (Entered: 06/04/2004) |
| 06/03/2004 | 168 | Memorandum by SCO Grp in support of [168-1] expedited motion for protective order (blk) (Entered: 06/04/2004) |
| 06/03/2004 | 169 | Motion and Order signed by Judge Dale A. Kimball , 6/3/04 Granting motion/PHV for Attorney David S. Stone on behalf of counter-defendant SCO Grp, plaintiff SCO Grp cc:attys (blk) (Entered: 06/04/2004) |
| 06/03/2004 | 170 | Motion and Order signed by Judge Dale A. Kimball , 6/3/04 Granting motion/PHV for Attorney Robert A. Magnanini on behalf of counter-defendant SCO Grp, plaintiff SCO Grp cc:attys (blk) (Entered: 06/04/2004) |
| 06/03/2004 | 171 | Motion and Order signed by Judge Dale A. Kimball , 6/3/04 Granting motion/PHV for Attorney Michael Macmanus on behalf of counter-defendant SCO Grp, plaintiff SCO |

| | | |
|---|---|---|
| | | Grp cc:attys (blk) (Entered: 06/04/2004) |
| 06/04/2004 | 172 | Memorandum by Intl Bus Mach Inc in opposition to [168-1] motion for protective order (blk) (Entered: 06/04/2004) |
| 06/04/2004 | 174 | Reply by SCO Grp to response to [168-1] motion for protective order (tsh) (Entered: 06/07/2004) |
| 06/07/2004 | 173 | Motion and Order signed by Judge Dale A. Kimball , 6/7/04 Granting motion/PHV for Attorney Frederick S. Frei, John K. Harrop, Aldo Noto on behalf of counter-defendant SCO Grp, plaintiff SCO Grp cc:attys (tsh) (Entered: 06/07/2004) |
| 06/08/2004 | 175 | Minute entry: Counsel for both parties contact the Court by telephone re: expedited motion for protective order (d.e. #168). Court hears arguments and DENIES the motion due to lateness of the objection and inconvenience to the parties already scheduled for deposition. Counsel for defendant is to prepare an order. denying [168-1] motion for protective order ; Judge: BCW Court Reporter: n/a Tape No.: n/a Log No.: n/a Court Deputy: alp (alp) (Entered: 06/08/2004) |
| 06/08/2004 | 176 | Minute entry: Motion hearing held for [142-2] motion or, in the alternative to separate, held for [129-1] motion to amend [23-1] Scheduling order [142-2] motion or, in the alternative to separate taken under advisement [129-1] motion to amend [23-1] Scheduling order taken under advisement ; Judge: DAK Court Reporter: Kelly Hicken Court Deputy: Kim Jones (kj) (Entered: 06/08/2004) |
| 06/09/2004 | | Transcript of Proceedings for date(s) of 10/31/03 Status Cnf. Court Reporter: Geri Jardine (blk) (Entered: 06/09/2004) |
| 06/09/2004 | | Transcript of Proceedings for date(s) of 11/21/03 Status Cnf. Court Reporter: Geri Jardine (blk) (Entered: 06/09/2004) |
| 06/10/2004 | 177 | Order granting in part, denying in part [129-1] motion to amend [23-1] Scheduling order. Denying [120-1] motion to bifurcate. Scheduling Order amended as follows: discovery due set for 4/22/05 , motion filing deadline set for 5/20/05 , Final Pretrial Conference set for 2:30 10/10/05 , 5-Week Jury trial set for 8:30 11/1/05 See file/image for further deadlines. Signed by Judge Dale A. Kimball , 6/10/04 cc:atty (tsh) (Entered: 06/10/2004) |
| 06/14/2004 | 178 | Amended Notice of Hearing filed : Final Pretrial Conference reset for 2:30 10/11/05 To be held before Judge Kimball cc:atty ( Ntc generated by: KJ) (blk) (Entered: 06/14/2004) |
| 06/14/2004 | 179 | Stipulation by SCO Grp re: briefing for pending motions (blk) (Entered: 06/14/2004) |
| 06/14/2004 | 180 | Certificate of service by SCO Grp re: response to IBM's fifth request for production of docs. (blk) (Entered: 06/15/2004) |
| 06/14/2004 | 181 | Order granting [179-1] stipulation motion re: briefing for pending motions signed by Judge Dale A. Kimball , 6/14/04 cc:atty (blk) (Entered: 06/15/2004) |
| 06/16/2004 | 182 | Order denying [168-1] motion for protective order signed by Judge Brooke C. Wells , 6/15/04 cc:atty (blk) (Entered: 06/17/2004) |
| 06/21/2004 | 183 | Stipulation by SCO Grp re: Briefing for pending motions. Pending motions are: IBM's Partial Motion for Summary Jgm; SCO's Motion to Dismiss, and SCO's Memorandum Regarding Discovery. Stipulated that briefing should proceed as follows: IBM's supplemental mem opp to motion to dismiss due 6/28/04; IBM's response to SCO's memo re discovery due 6/23/04; SCO's reply memo re discovery due 7/12/04; IBM's reply memo in support of motion for summary jgm due 7/26/04; SCO's reply memo in |

| | | support of motion to dismiss due 7/26/04; and SCO's reply memo in support of motion to dismiss due 7/26/04j (blk) (Entered: 06/22/2004) |
|---|---|---|
| 06/22/2004 | 185 | Order granting [183-1] stipulation motion re: Briefing for pending motions. Pending motions are: IBM's Partial Motion for Summary Jgm; SCO's Motion to Dismiss, and SCO's Memorandum Regarding Discovery. Stipulated that briefing should proceed as follows: IBM's supplemental mem opp to motion to dismiss due 6/28/04; IBM's response to SCO's memo re discovery due 6/23/04; SCO's reply memo re discovery due 7/12/04; IBM's reply memo in support of motion for summary jgm due 7/26/04; SCO's reply memo in support of motion to dismiss due 7/26/04; and SCO's reply memo in support of motion to dismiss due 7/26/04j signed by Judge Dale A. Kimball , 6/22/04 cc:atty (blk) (Entered: 06/23/2004) |
| 06/23/2004 | 184 | Order affs and decls intended for use at depos must be produced to opposing pty at least 48 hrs prior to depo signed by Judge Brooke C. Wells, 6/22/04 cc:atty (alt) (Entered: 06/23/2004) |
| 06/23/2004 | 186 | Response by Intl Bus Mach Inc to [163-1] memo re: discovery filed by SCO (blk) (Entered: 06/24/2004) |
| 06/25/2004 | 187 | Certificate of service by SCO Grp re: Pla's Amended Responses to Dft's Fourth Set of Interrogatories (tsh) (Entered: 06/28/2004) |
| 06/28/2004 | 188 | SUPPLEMENTAL Memorandum by Intl Bus Mach Inc in opposition to [144-1] amended motion to Dismiss, [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, (tsh) (Entered: 06/29/2004) |
| 07/06/2004 | 189 | Ex parte motion by SCO Grp for leave to file overlength memorandum re: renewed motion to compel (blk) (Entered: 07/07/2004) |
| 07/06/2004 | 190 | Renewed Motion by SCO Grp to compel discovery (blk) (Entered: 07/07/2004) |
| 07/06/2004 | | Proposed document from SCO Grp entitled: Memorandum in Support of Pla's Renewed Motion to Compel. (overlength doc. pending order allowing to file) (blk) (Entered: 07/07/2004) |
| 07/06/2004 | 191 | SEALED DOCUMENT: Exhibits G,H,I and J to memorandum in support of pla's renewed motion to compel. (blk) (Entered: 07/07/2004) |
| 07/07/2004 | 192 | Order granting [189-1] ex parte motion for leave to file overlength memorandum re: renewed motion to compel signed by Judge Dale A. Kimball , 7/7/04 cc:atty (blk) (Entered: 07/08/2004) |
| 07/07/2004 | 193 | Memorandum by SCO Grp in support of [190-1] motion to compel discovery (blk) (Entered: 07/08/2004) |
| 07/07/2004 | 194 | Certificate of service re: production of documents by SCO Grp (blk) (Entered: 07/08/2004) |
| 07/08/2004 | 195 | Rule 56(f) Motion & Further Memorandum by SCO Grp in opposition to [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 07/09/2004) |
| 07/08/2004 | 195 | Rule 56(f) Motion by SCO Grp in further opposition to IBM's Motion for Partial Summary Jgm (blk) (Entered: 07/09/2004) |
| 07/08/2004 | 196 | Ex parte motion by SCO Grp for leave to file overlength memorandum in opposition to IBMs' Motion for Summary Judgment on its tenth counterclaim for declaratory jgm of |

| | | non-infringement (blk) (Entered: 07/09/2004) |
|---|---|---|
| 07/08/2004 | | Proposed document from SCO Grp entitled : Memorandum in Opposition to Dft IBM's Motion for Summary Jgm on its Tenth Counterclaim for Declaratory Jgm on Non-Infringement (blk) (Entered: 07/09/2004) |
| 07/08/2004 | 197 | SEALED DOCUMENT: Declaration in Support of SCO's Opposition to IBM's Cross-Motion for Partial Summary Jgm 195 . Declaration and Exhibits filed under seal. (blk) (Entered: 07/09/2004) |
| 07/08/2004 | 198 | SEALED DOCUMENT: Declarations in Support of SCO's Motion for Continuance Pursuant to Rule 56(f) 195 . Declarations and exhibits filed under seal. (blk) (Entered: 07/09/2004) |
| 07/08/2004 | 199 | Declaration of John Harrop Re: [195-1] motion in further opposition to IBM's Motion for Partial Summary Jgm, [195-1] opposition memorandum (blk) (Entered: 07/09/2004) |
| 07/09/2004 | 200 | Certificate of service [199-1] declaration, [198-1] document(s), [197-1] document(s), [0-0] received proposed document, [196-1] ex parte motion for leave to file overlength memorandum in opposition to IBMs' Motion for Summary Judgment on its tenth counterclaim for declaratory jgm of non-infringement, [195-1] motion in further opposition to IBM's Motion for Partial Summary Jgm, [195-1] opposition memorandum by SCO Grp (blk) (Entered: 07/09/2004) |
| 07/09/2004 | 201 | Order granting [196-1] ex parte motion for leave to file overlength memorandum in opposition to IBMs' Motion for Summary Judgment on its tenth counterclaim for declaratory jgm of non-infringement signed by Judge Dale A. Kimball , 7/9/04 cc:atty (kvs) (Entered: 07/12/2004) |
| 07/09/2004 | 206 | Memorandum by SCO Grp in opposition to [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 07/14/2004) |
| 07/09/2004 | 206 | Exhibits filed by plaintiff SCO Grp RE: [206-1] opposition memorandum. Vols 1-5. All exhibits are oversized and placed on the shelf in an expandable folder next to the case file with the exception of vol 5. Vol 5 is SEALED and placed in the sealed file room. (blk) (Entered: 07/14/2004) |
| 07/12/2004 | 202 | Ex parte motion by SCO Grp for leave to file overlength memorandum re: Discovery (blk) (Entered: 07/13/2004) |
| 07/12/2004 | | Proposed document from SCO Grp entitled: Reply Memorandum RE: Discovery (blk) (Entered: 07/13/2004) |
| 07/12/2004 | 203 | SEALED DOCUMENT filed by SCO entitled: Delaration of Chris Sontag in Support of Reply Memorandum Regarding Discovery (blk) Additional attachment(s) added on 8/4/2005 (blk, ). Modified on 8/4/2005 by unsealing document and adding document image (blk, ). (Entered: 07/13/2004) |
| 07/13/2004 | 204 | Order granting [202-1] ex parte motion for leave to file overlength memorandum re: Discovery signed by Judge Dale A. Kimball , 7/13/04 cc:atty (blk) (Entered: 07/13/2004) |
| 07/13/2004 | 205 | Reply by SCO Grp to response to [190-1] motion to compel discovery (blk) (Entered: 07/13/2004) |
| 07/22/2004 | 207 | Stipulation by SCO Grp, Intl Bus Mach Inc Stip to amend the deadlines for briefing (jmr) (Entered: 07/26/2004) |

| 07/26/2004 | 208 | Order granting [207-1] stipulated motion to amend the deadlines for briefing signed by Judge Dale A. Kimball, 7/26/04 cc:atty (alt) (Entered: 07/26/2004) |
| 07/27/2004 | 209 | Notice of Hearing filed by defendant Intl Bus Mach Inc : Motion hearing set for 2:00 9/15/04 for [144-1] amended motion to Dismiss, set for 2:00 9/15/04 for [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO,, set for 2:00 9/15/04 for [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement To be held before Judge Dale A. Kimball cc:atty ( Ntc generated by: Atty) (blk) (Entered: 07/28/2004) |
| 07/30/2004 | 210 | Certificate of service by Intl Bus Mach Inc re: Dft's Fifth Set of Interrogatories (tsh) (Entered: 08/02/2004) |
| 08/04/2004 | 211 | Magistrate Notice of Hearing Motion hearing set for 10:00 9/2/04 for [190-1] motion to compel discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 08/04/2004) |
| 08/04/2004 | 212 | Motion by Intl Bus Mach Inc to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 213 | Memorandum by Intl Bus Mach Inc in support of [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 214 | Declaration of Joan Thomas Re: [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 215 | Motion by Intl Bus Mach Inc for leave to file overlength opposition memorandum to SCO's renewed Motion to Compel (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 217 | Memorandum by Intl Bus Mach Inc in opposition to [190-1] motion to compel discovery (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 218 | Certificate of service re: discovery by Intl Bus Mach Inc (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 219 | Declaration of Amy F. Sorenson Re: [217-1] opposition memorandum (blk) (Entered: 08/05/2004) |
| 08/04/2004 | 220 | SEALED DOCUMENT by IBM entitled: Exhibits to Declaration of Amy F. Sorenson [219-1] (blk) Modified on 08/06/2004 (Entered: 08/05/2004) |
| 08/05/2004 | 216 | Order granting [215-1] motion for leave to file overlength opposition memorandum to SCO's renewed Motion to Compel signed by Judge Dale A. Kimball , 8/5/04 cc:atty (blk) (Entered: 08/05/2004) |
| 08/09/2004 | 221 | Errata to [213-1] support memorandum filed by Intl Bus Mach Inc . (blk) (Entered: 08/10/2004) |
| 08/12/2004 | 222 | Stipulation by Intl Bus Mach Inc to amend briefing for pending motions (blk) (Entered: 08/13/2004) |
| 08/13/2004 | 223 | Magistrate Notice of Hearing Motion hearing set for 10:00 9/14/04 for [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag, set for 10:00 9/14/04 for [190-1] motion to compel discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 08/13/2004) |
| 08/13/2004 | 224 | Order granting [222-1] stipulation motion to amend briefing for pending motions signed by Judge Dale A. Kimball , 8/13/04 cc:atty (blk) (Entered: 08/13/2004) |
| 08/13/2004 | 225 | Motion by Intl Bus Mach Inc for partial summary judgment on Breach of Contract |

| | | Claims. (Oral Argument Requested) (blk) (Entered: 08/16/2004) |
|---|---|---|
| 08/13/2004 | 226 | Motion by Intl Bus Mach Inc for leave to file overlength memorandum in support of motion for partial summary jgm on breach of contract claims (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 227 | Declaration of Todd M. Shaughnessy Re: [225-1] motion for partial summary judgment on Breach of Contract Claims. (Oral Argument Requested) (blk) (Entered: 08/16/2004) |
| 08/13/2004 | | Proposed document from Intl Bus Mach Inc entitled: Memorandum in Support of Motion for Partial Summary Jgm re: Breach of Contract (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 228 | Exhibits filed by defendant Intl Bus Mach Inc RE: [227-1] declaration of Todd M. Shaughnessy. (3 volumes of exhibits, oversized, placed in expandable folders next to case file.) (blk) (Entered: 08/16/2004) |
| 08/13/2004 | 232 | REDACTED Memorandum by Intl Bus Mach Inc in support of [225-1] motion for partial summary judgment on Breach of Contract Claims. (blk) (Entered: 08/18/2004) |
| 08/13/2004 | 234 | SEALED DOCUMENT entitled: IBM's Sealed Exhibits to the Declaration of Todd M. Shaughnessy in Support of Motion for Partial Summary Jgm on Breach of Contract Claims (blk) (Entered: 08/18/2004) |
| 08/13/2004 | 235 | Declarations of Kathleen Bennett, Thomas L. Cronan III, Randall Davis, Michael J. Defazio, David W. Frasure Re: [225-1] motion for partial summary judgment on Breach of Contract Claims. Volume 1 of 2. (blk) Modified on 08/18/2004 (Entered: 08/18/2004) |
| 08/13/2004 | 236 | Declarations of Geoffrey D. Green, Ira Kristenberg, Richard A. McDonough III, Jeffrey W. Mobley, Scott Nelson, David P. Rodgers, Roger C. Swanson, Joan Thomas, Steve Vuksanovich, Otis L. Wilson Re: [225-1] motion for partial summary judgment on Breach of Contract Claims. Volume 2 of 2. (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 229 | Order granting [226-1] motion for leave to file overlength memorandum in support of motion for partial summary jgm on breach of contract claims signed by Judge Dale A. Kimball , 8/16/04 cc:atty (blk) (Entered: 08/17/2004) |
| 08/16/2004 | 230 | SEALED DOCUMENT entitled: IBM's Memorandum in Support of Motion for Partial Summary Jgm on Breach of Contract Claims. (blk) (Entered: 08/17/2004) |
| 08/16/2004 | 231 | REDACTED Memorandum by Intl Bus Mach Inc in support of [233-1] IBM's Motion for Partial Summary Jgm on its Counterclaim for Copyright Infringement (Eighth Counterclaim) (blk) Modified on 08/18/2004 (Entered: 08/18/2004) |
| 08/16/2004 | 233 | Motion by Intl Bus Mach Inc for partial summary judgment on its counterclaim for copyright infringement (eighth counterclaim) (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 237 | Declaration of Amy F. Sorenson Re: [233-1] motion for partial summary judgment on its counterclaim for copyright infringement (eighth counterclaim) (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 238 | Exhibits filed by defendant Intl Bus Mach Inc RE: [237-1] declaration of Amy F. Sorenson (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 239 | SEALED DOCUMENT entitled: Sealed exhibits to declaration of Amy F. Sorenson [237-1] (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 240 | Declaration of Kathleen Bennett Re: [233-1] motion for partial summary judgment on its counterclaim for copyright infringement (eighth counterclaim) (blk) (Entered: 08/18/2004) |

| 08/16/2004 | 241 | SEALED DOCUMENT entitled: Memorandum in Support of IBM's Motion for Partial Summary Judgment on its Counterclaim for Copyright Infringement (Eighth Counterclaim) [233-1] (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 242 | Certificate of service [232-1] support memorandum by Intl Bus Mach Inc (blk) (Entered: 08/18/2004) |
| 08/16/2004 | 243 | SEALED DOCUMENTS: 9 boxes of SEALED Exhibits filed by IBM to Declaration of Amy F. Sorenson in Support of IBM's Motion for Partial Summary Jgm on its Counterclaims for Copyright Infringment (Contains exhibits 5.1-5.3, 6.1-9.3, 10.1, 10.3, 11.1-20.3) Clerk's Note: These boxes are housed in the 5th floor sealed room of the courthouse. (blk) (Entered: 08/18/2004) |
| 08/17/2004 | 244 | Addendum to [231-1] redacted support memorandum filed by Intl Bus Mach Inc . (blk) (Entered: 08/18/2004) |
| 08/19/2004 | 245 | SEALED Ex parte motion by SCO Grp for leave to file a supplemental memo re: discovery (tsh) (Entered: 08/22/2004) |
| 08/19/2004 | | SEALED Proposed documents from SCO Grp entitled Supplemental Mmeorandum re: Discovery, Declaration of Jeremy O. Evans, and Declaration of Barbara L. Howe (tsh) Modified on 08/22/2004 (Entered: 08/22/2004) |
| 08/19/2004 | 287 | SEALED DOCUMENT filed by SCO entitled: Supplemental Memorandum Regarding Discovery (blk) (Entered: 09/13/2004) |
| 08/19/2004 | 288 | SEALED DOCUMENT filed by SCO entitled: Declaration of Jeremy O. Evans in Support of Pla/Cntlclmdft SCO's Supplemental Memorandum Regarding Discovery (blk) (Entered: 09/13/2004) |
| 08/19/2004 | 289 | SEALED DOCUMENT filed by SCO entitled: Declaration of Barbara L. Howe in Support of Pla/cntclmdft SCO's Supplemental Memorandum Regarding discovery (blk) (Entered: 09/13/2004) |
| 08/23/2004 | 246 | Motion by Intl Bus Mach Inc to strike materials submitted by SCO in opposition to IBM's cross-motion for partial summary jgm (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 247 | Memorandum by Intl Bus Mach Inc in support of [246-1] motion to strike materials submitted by SCO in opposition to IBM's cross-motion for partial summary jgm (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 248 | Ex parte motion by Intl Bus Mach Inc for leave to file overlength memorandum in support of motion to strike (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 249 | Declaration of Randall Davis Re: [246-1] motion to strike materials submitted by SCO in opposition to IBM's cross-motion for partial summary jgm (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 250 | Reply Declaration of Todd M. Shaugnessy Re: [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 251 | SEALED Exhibits filed by defendant Intl Bus Mach Inc RE: [250-1] reply declaration of Todd M. Shaughnessy (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 252 | SEALED DOCUMENT entitled: Declaration of Brian W. Kernighan. Filed under seal and placed in the sealed room. (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 253 | Ex parte motion by Intl Bus Mach Inc for leave to file overlength reply memo (blk) (Entered: 08/24/2004) |

| 08/23/2004 | 254 | Reply by SCO Grp to response to [144-1] amended motion to Dismiss, [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 255 | Ex parte motion by SCO Grp for leave to file overlength memorandum (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 256 | REDACTED Reply by Intl Bus Mach Inc to response to [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement (blk) (Entered: 08/24/2004) |
| 08/23/2004 | 257 | SEALED Reply by Intl Bus Mach Inc to response to [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement. (This document has been filed under seal and is placed in the sealed room) (blk) (Entered: 08/24/2004) |
| 08/24/2004 | 258 | Order granting [248-1] ex parte motion for leave to file overlength memorandum in support of motion to strike signed by Judge Dale A. Kimball , 8/24/04 cc:atty (blk) (Entered: 08/25/2004) |
| 08/24/2004 | 259 | Order granting [253-1] ex parte motion for leave to file overlength reply memo signed by Judge Dale A. Kimball , 8/24/04 cc:atty (blk) (Entered: 08/25/2004) |
| 08/24/2004 | 260 | Order granting [255-1] ex parte motion for leave to file overlength memorandum signed by Judge Dale A. Kimball , 8/24/04 cc:atty (blk) (Entered: 08/25/2004) |
| 08/25/2004 | 261 | Memorandum by Intl Bus Mach Inc in opposition to [245-1] ex parte motion for leave to file a supplemental memo re: discovery (blk) (Entered: 08/26/2004) |
| 08/26/2004 | 263 | Ex parte motion by SCO Grp for leave to file overlength memorandum re: renewed motion to compell (blk) (Entered: 08/27/2004) |
| 08/26/2004 | 264 | Reply by SCO Grp to response to [190-1] renewed motion to compel discovery (blk) (Entered: 08/27/2004) |
| 08/26/2004 | 265 | Memorandum by SCO Grp in opposition to [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 08/27/2004) |
| 08/26/2004 | 266 | Declaration of Christopher Sontag Re: [265-1] opposition memorandum (blk) (Entered: 08/27/2004) |
| 08/27/2004 | 262 | Notice of Hearing filed : Motion hearing set for 2:30 12/9/04 for [233-1] motion for partial summary judgment on its counterclaim for copyright infringement (eighth counterclaim), set for 2:30 12/9/04 for [225-1] motion for partial summary judgment on Breach of Contract Claims. (Oral Argument Requested) To be held before Judge Kimball cc:atty ( Ntc generated by: KJ) (blk) (Entered: 08/27/2004) |
| 08/27/2004 | 267 | Order granting [263-1] ex parte motion for leave to file overlength memorandum re: renewed motion to compell signed by Judge Dale A. Kimball , 8/27/04 cc:atty (blk) (Entered: 08/30/2004) |
| 09/01/2004 | 268 | Notice of Hearing filed : Motion hearing set for 2:00 9/15/04 for [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement, set for 2:00 9/15/04 for [144-1] amended motion to Dismiss To be held before Judge Kimball cc:atty ( Ntc generated by: KJ) (blk) (Entered: 09/01/2004) |
| 09/03/2004 | 269 | SEALED Reply by SCO Grp to response to [245-1] ex parte motion for leave to file a supplemental memo re: discovery (ce) (Entered: 09/07/2004) |
| 09/03/2004 | 270 | Sealed ex parte order granting [245-1] ex parte motion for leave to file a supplemental |

| | | |
|---|---|---|
| | | memo re: discovery signed by Judge Brooke C. Wells , 9/3/04 cc:atty (kvs) (Entered: 09/08/2004) |
| 09/07/2004 | 271 | SEALED Memorandum by Intl Bus Mach Inc in support of [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 09/09/2004) |
| 09/07/2004 | 272 | Ex parte motion by SCO Grp for leave to file over-length memorandum re: opposition to IBM's Motion to Strike Materials (blk) (Entered: 09/09/2004) |
| 09/07/2004 | | Proposed document from SCO Grp entitled : Memo in Opposition to IBM's Motion to Strike Materials Submitted by SCO in Opposition to IBM's Cross-Motion for Partial Summary Jgm (blk) Modified on 09/09/2004 (Entered: 09/09/2004) |
| 09/07/2004 | 273 | Supplemental Declaration of Christopher Sontag Re: In Support of SCO's Opposition to IBM's Motion to Strike (blk) (Entered: 09/09/2004) |
| 09/07/2004 | 274 | Supplemental Declaration of Sandeep Gupta Re: SCO's Opposition to IBM's Motion to Strike (blk) (Entered: 09/09/2004) |
| 09/07/2004 | 275 | Supplemental Declaration of John Harrop Re: In Support of SCO's Opposition to IBM's Motion to Strike (blk) (Entered: 09/09/2004) |
| 09/07/2004 | 276 | REDACTED Reply by Intl Bus Mach Inc to response to [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag (blk) (Entered: 09/09/2004) |
| 09/07/2004 | 286 | Memorandum by SCO Grp in opposition to [246-1] motion to strike materials submitted by SCO in opposition to IBM's cross-motion for partial summary jgm (blk) (Entered: 09/13/2004) |
| 09/08/2004 | 277 | Motion by SCO Grp to extend time to file response to IBM's Motion for Partial Summary Jgm on Breach of Contract Claims and IBM's Motion for Partial Summary Jgm on its Conterclaim for Copyright Infringement (Eighth Counterclaim) (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 278 | Declaration of Martin Pfeffer (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 279 | Memorandum by SCO Grp in support of [277-1] motion to extend time to file response to IBM's Motion for Partial Summary Jgm on Breach of Contract Claims and IBM's Motion for Partial Summary Jgm on its Conterclaim for Copyright Infringement (Eighth Counterclaim) (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 280 | Certificate of service by SCO Grp re: responses to 5th set of interrogs (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 281 | Expedited Motion by SCO Grp to enforce the Court's Amended Scheduling Order Dated June 10, 2004 (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 282 | Ex parte motion by SCO Grp for leave to file over-length memorandum re: In support of Expedited Motion to Enforce (blk) (Entered: 09/09/2004) |
| 09/08/2004 | | Proposed document from SCO Grp entitled : Sealed Memorandum in Support of Expedited Motion to Enforce (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 283 | Ex parte motion by Intl Bus Mach Inc for leave to file a response to SCO's Supplement Memorandum Re: Discovery and to Continue Hearing Date (blk) (Entered: 09/09/2004) |
| 09/08/2004 | 290 | SEALED DOCUMENT filed by SCO entitled: Memorandum in Support of SCO's Expedited Motion to Enforce the Court's Amended Scheduling Order Dated June 10, 2004 (blk) Modified on 8/4/2005 by unsealing document and adding document image (blk, ). Additional attachment(s) added on 8/4/2005 (blk, ). (Entered: 09/13/2004) |

| 09/09/2004 | 291 | REDACTED Memorandum by SCO Grp in support of [281-1] expedited motion to enforce the Court's Amended Scheduling Order Dated June 10, 2004 (blk) (Entered: 09/13/2004) |
|---|---|---|
| 09/09/2004 | 292 | 3 volumes of Exhibits filed by plaintiff SCO Grp RE: [291-1] support memorandum, [290-1] sealed support memorandum re: expedited motion to enforce the court's amended scheduling order dated 6/10/04 (blk) (Entered: 09/13/2004) |
| 09/09/2004 | 293 | SEALED DOCUMENT filed by SCO entitled: Exhibits to Memorandum in Support of SCO's Expedited Motion to Enforce the Court's Amended Scheduling Order Dated 6/10/04 (blk) (Entered: 09/13/2004) |
| 09/09/2004 | 294 | Response by SCO Grp to [283-1] ex parte motion for leave to file a response to SCO's Supplement Memorandum Re: Discovery and to Continue Hearing Date (blk) (Entered: 09/13/2004) |
| 09/10/2004 | 284 | Order granting [283-1] ex parte motion for leave to file a response to SCO's Supplement Memorandum Re: Discovery and to Continue Hearing Date, Hearing scheduled for 9/14/04 is rescheduled: Motion hearing reset for 10:00 10/19/04 for [190-1] motion to compel discovery, set for 10:00 10/19/04 for [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag signed by Judge Brooke C. Wells , 9/10/04 cc:atty (blk) (Entered: 09/10/2004) |
| 09/10/2004 | 285 | Amended Magistrate Notice of Hearing Motion hearing reset for 10:00 10/19/04 for [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag, reset for 10:00 10/19/04 for [190-1] motion to compel discovery To be held before Judge Wells cc:atty ( Ntc generated by: JD) (blk) (Entered: 09/10/2004) |
| 09/10/2004 | | Transcript of Proceedings for date(s) of 12/5/03, Motion to Compell hearing. Court Reporter: Dawn E. Brunner-Hahn (blk) (Entered: 09/13/2004) |
| 09/13/2004 | 295 | Memorandum by Intl Bus Mach Inc in opposition to [277-1] motion to extend time to file response to IBM's Motion for Partial Summary Jgm on Breach of Contract Claims and IBM's Motion for Partial Summary Jgm on its Conterclaim for Copyright Infringement (Eighth Counterclaim) (blk) (Entered: 09/13/2004) |
| 09/13/2004 | 296 | Order granting [277-1] motion to extend time to file response to IBM's Motion for Partial Summary Jgm on Breach of Contract Claims and IBM's Motion for Partial Summary Jgm on its Conterclaim for Copyright Infringement (Eighth Counterclaim). To be filed on or before 10/13/04, signed by Judge Dale A. Kimball , 9/13/04 cc:atty (blk) (Entered: 09/13/2004) |
| 09/13/2004 | 297 | Order granting [282-1] ex parte motion for leave to file over-length memorandum re: In support of Expedited Motion to Enforce signed by Judge Dale A. Kimball , 9/13/04 cc:atty (blk) (Entered: 09/13/2004) |
| 09/13/2004 | 298 | Order granting [272-1] ex parte motion for leave to file over-length memorandum re: opposition to IBM's Motion to Strike Materials signed by Judge Dale A. Kimball , 9/13/04 cc:atty (blk) (Entered: 09/13/2004) |
| 09/13/2004 | 299 | Ex parte emergency motion by SCO Grp for a scheduling conference (blk) (Entered: 09/14/2004) |
| 09/13/2004 | 300 | Memorandum by SCO Grp in support of [299-1] ex parte emergency motion for a scheduling conference (blk) (Entered: 09/14/2004) |
| 09/13/2004 | 301 | Reply by Intl Bus Mach Inc to response to [246-1] motion to strike materials submitted by SCO in opposition to IBM's cross-motion for partial summary jgm (blk) (Entered: 09/14/2004) |

| | | |
|---|---|---|
| 09/15/2004 | 302 | Minute entry: Motion hearing held for [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag, held for [195-1] motion in further opposition to IBM's Motion for Partial Summary Jgm, held for [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement, held for [144-1] amended motion to Dismiss, held for [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, [144-1] amended motion to Dismiss taken under advisement, [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO, taken under advisement [195-1] motion in further opposition to IBM's Motion for Partial Summary Jgm taken under advisement [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement taken under advisement [212-1] motion to strike the 7/12/04 Declaration of Christopher Sontag taken under advisement ; Judge: DAK Court Reporter: Becky Janke Court Deputy: Kim Jones (kj) (Entered: 09/16/2004) |
| 09/22/2004 | 303 | Memorandum by Intl Bus Mach Inc in opposition to [299-1] ex parte emergency motion for a scheduling conference, [281-1] expedited motion to enforce the Court's Amended Scheduling Order Dated June 10, 2004 (ce) (Entered: 09/24/2004) |
| 09/24/2004 | 304 | SEALED DOCUMENT filed by IBM entitled: IBM's Opposition to SCO's Supplemental Memorandum Re Discovery (blk) (Entered: 09/27/2004) |
| 09/24/2004 | 305 | SEALED DOCUMENT filed by IBM entitled: Declaration of Ron Saint Pierre (blk) (Entered: 09/27/2004) |
| 09/24/2004 | 306 | SEALED DOCUMENT filed by IBM entitled: Declaration of David Bullis (blk) (Entered: 09/27/2004) |
| 09/24/2004 | 307 | SEALED DOCUMENT filed by SCO entitled: Consolidated Reply Memorandum in Further Support of SCO's Expedited Motion to Enforce the Court's Amended Scheduling Order and Emergency Motion for a Scheduling Conference (blk) (Entered: 09/27/2004) |
| 09/24/2004 | 308 | REDACTED VERSION OF DOC NO. 307 - Reply by SCO Grp to response to [281-1] motion to enforce the Court's Amended Scheduling Order Dated June 10, 2004 (blk) (Entered: 09/27/2004) |
| 09/24/2004 | 309 | Ex parte motion by SCO Grp for leave to file over-length memorandum re: consolidated reply memo in further support (blk) (Entered: 09/27/2004) |
| 09/27/2004 | 310 | Order granting [309-1] ex parte motion for leave to file over-length memorandum re: consolidated reply memo in further support signed by Judge Dale A. Kimball , 9/27/04 cc:atty (blk) (Entered: 09/27/2004) |
| 09/29/2004 | 311 | Stipulation by SCO Grp, Intl Bus Mach Inc to extend time for pla to reply to opposition to supp memo re disc up to and including 10/4/04 (blk) (Entered: 09/30/2004) |
| 09/30/2004 | 312 | Order granting [311-1] stipulation motion to extend time for pla to reply to opposition to supp memo re disc up to and including 10/4/04 signed by Judge Dale A. Kimball , 9/30/04 cc:atty (blk) (Entered: 09/30/2004) |
| 10/01/2004 | 313 | Order denying [299-1] ex parte motion for a scheduling conference, denying [281-1] motion to enforce the Court's Amended Scheduling Order Dated June 10, 2004 signed by Judge Dale A. Kimball , 9/30/04 cc:atty (blk) (Entered: 10/01/2004) |
| 10/04/2004 | 314 | Ex parte motion by Intl Bus Mach Inc for leave to file overlength memorandum: Reply brief in further support of supplemental memorandum re discovery (blk) (Entered: 10/05/2004) |

| 10/04/2004 | 316 | SEALED Reply brief filed by SCO Grp RE: Sealed Supplemental Mem re: Discovery [287-1] document(s), [163-1] memo re: discovery (blk) (Entered: 10/06/2004) |
| --- | --- | --- |
| 10/04/2004 | 317 | SEALED Declaration of Jermey O. Evans Re: [316-1] brief reply (blk) Modified on 8/4/2005 by unsealing document and adding document image (blk, ). Additional attachment(s) added on 8/4/2005 (blk, ). (Entered: 10/06/2004) |
| 10/05/2004 | 315 | Order granting [314-1] ex parte motion for leave to file overlength memorandum: Reply brief in further support of supplemental memorandum re discovery signed by Judge Dale A. Kimball , 10/5/04 cc:atty (blk) (Entered: 10/05/2004) |
| 10/06/2004 | 318 | Motion and Order signed by Judge Dale A. Kimball, 10/6/04. Granting motion/PHV for Attorney Edward Normand, Sean Eskovitz on behalf of plaintiff SCO Grp cc:attys (alt) (Entered: 10/08/2004) |
| 10/12/2004 | 319 | Joint Stipulation filed by SCO Grp to extend time for briefing re: IBM's motion for partial summary jgm on breach of contract claims and motion for partial summary jgm on counterclaims for copyright infringment 8th counterclaim (blk) (Entered: 10/13/2004) |
| 10/13/2004 | 320 | Order granting [319-1] stipulation motion to extend time for briefing re: IBM's motion for partial summary jgm on breach of contract claims and motion for partial summary jgm on counterclaims for copyright infringment 8th counterclaim up to and including 11/23/04 signed by Judge Dale A. Kimball , 10/13/04 cc:atty (blk) (Entered: 10/14/2004) |
| 10/14/2004 | 321 | Ex parte motion by SCO Grp for leave to file overlength memorandum (blk) (Entered: 10/15/2004) |
| 10/14/2004 | 322 | Motion by SCO Grp to amend complaint (for leave to file 3rd amended complaint) (blk) (Entered: 10/15/2004) |
| 10/14/2004 | 323 | SEALED Memorandum by SCO Grp in support of [322-1] motion to amend complaint (for leave to file 3rd amended complaint) (blk) (Entered: 10/15/2004) |
| 10/15/2004 | 324 | Order granting [321-1] ex parte motion for leave to file overlength memorandum signed by Judge Dale A. Kimball , 10/15/04 cc:atty (blk) (Entered: 10/18/2004) |
| 10/18/2004 | 325 | Certificate of service re: ntc deposition David Bullis by SCO Grp (blk) (Entered: 10/19/2004) |
| 10/18/2004 | 326 | Certificate of service re: ntc deposition William Sandve by SCO Grp (blk) (Entered: 10/19/2004) |
| 10/19/2004 | 327 | Minute entry: Counsel for both parties present. The Court hears arguments and rebuttal from each party as to pla's renewed motion to compel (d.e. #190). The Court orders that privilege logs be prepared and exchanged within 30 days; Dft to provide within 30 days, affidavits from management members Palmisano and Wladawsky-Berger and Board of Directors as to what exists if their files and takes the remainder of the motion under advisment. ; Judge: BCW Court Reporter: Kelly Hicken Court Deputy: alp (alp) (Entered: 10/19/2004) |
| 10/20/2004 | 328 | Order, re: SCO's renewed Motion to Compel Discovery. Both parties are to prepare and exchange privilege logs within 30 days from the entry of this order. IBM is to provide affidavits from the Board of Directors re production of all non-privileged documents pertaining to IBM's Linux strategy. The affidavits are to be filed within 30 days from the entry of this order. The court takes the remainder of SCo's motion under advisement. The court sua sponte, hereby seals the transcript to the proceedings held on 10/19/04. Copies of the transcript are to be provided to the parties in the case and the court but the |

6/29/2016                                CM/ECF - U.S. District Court:utd

| | | transcript shall remain sealed until further order of the court. signed by Judge Brooke C. Wells , 10/20/04 cc:atty (blk) (Entered: 10/21/2004) |
|---|---|---|
| 10/27/2004 | 329 | Stipulation by Intl Bus Mach Inc to amend briefing re: motion for leave to file 3rd amended complaint (blk) (Entered: 10/28/2004) |
| 10/28/2004 | 330 | Order granting [329-1] stipulation motion to amend briefing re: motion for leave to file 3rd amended complaint as follows - IBM's memo in opposition to SCO's motion due 11/23/04; and SCO's reply due 12/21/04 signed by Judge Dale A. Kimball , 10/27/04 cc:atty (blk) (Entered: 10/28/2004) |
| 11/19/2004 | 331 | SEALED Declaration of Alec S. Berman (blk) (Entered: 11/22/2004) |
| 11/19/2004 | 332 | SEALED Declaration of Irving Wladawsky-Berger Re: (blk) (Entered: 11/22/2004) |
| 11/19/2004 | 333 | SEALED Declaration of Samuel J. Palmisano (blk) (Entered: 11/22/2004) |
| 11/19/2004 | 334 | SEALED Declaration of Andrew Bonzani (blk) (Entered: 11/22/2004) |
| 11/23/2004 | 335 | Stipulation by Intl Bus Mach Inc to amend briefing on pending motions (blk) (Entered: 11/24/2004) |
| 11/24/2004 | 336 | Order granting [335-1] stipulation motion to amend briefing on pending motions signed by Judge Dale A. Kimball , 11/24/04 cc:atty (blk) (Entered: 11/24/2004) |
| 11/30/2004 | 337 | SEALED DOCUMENT entitled: IBM's opposition to SCO's motion for leave to file a third amended complaint pursuant to FRCivP 15(a) and 16(b) (blk) (Entered: 12/01/2004) |
| 11/30/2004 | 338 | Motion by Intl Bus Mach Inc for leave to file overlength memo in opposition re: SCO's motion for leave to file third amd cmp (blk) (Entered: 12/01/2004) |
| 11/30/2004 | 340 | Motion to intervene and to unseal court's file by G2 Computer Intel (blk) Modified on 01/21/2005 (Entered: 12/01/2004) |
| 11/30/2004 | 341 | Memorandum by G2 Computer Intel in support of [340-1] motion to intervene by G2 Computer Intel (blk) (Entered: 12/01/2004) |
| 11/30/2004 | 342 | Memorandum by SCO Grp in opposition to [233-1] motion for partial summary judgment on its counterclaim for copyright infringement (eighth counterclaim) (blk) (Entered: 12/01/2004) |
| 11/30/2004 | 343 | Motion by SCO Grp pursuant to Rule 56(f) in further opposition to IBM's Motion for Summary Jgm on SCO's Contract Claims (blk) (Entered: 12/01/2004) |
| 11/30/2004 | 344 | Declaration of Edward Normand filed by SCO (blk) (Entered: 12/01/2004) |
| 11/30/2004 | 345 | SEALED DOCUMENT entitled: DECLARATION of Todd M. Shaughnessy in support of IBM's opposition to SCO's Motion for Leave to File a Third Amended Complaint (blk) (Entered: 12/01/2004) |
| 11/30/2004 | 346 | SEALED DOCUMENT entitled: Memorandum in Opposition to IBM's Motion for Summary Jgm on SCO's Breach of Contract Claims (blk) (Entered: 12/01/2004) |
| 12/01/2004 | 339 | Motion by SCO Grp for leave to file overlength memo re: IBM's motion for summary jgm on breach of contract claims (blk) (Entered: 12/01/2004) |
| 12/01/2004 | 347 | AUTHORITITES of Declaration of Jeremy O. Evans Re: [346-1] Sealed Memo in Opposition to IBM's Motion for Summary Jgm on Breach of Contract Claims (blk) Modified on 12/02/2004 (Entered: 12/02/2004) |

34

| 12/01/2004 | 348 | Declaration of Jeremy O. Evans Re: [346-1] Memo in Opposition to IBM's Motion for Summary Jgm on Breach of Contract Claims (Portions filed under seal) (blk) (Entered: 12/02/2004) |
| 12/01/2004 | 349 | Exhibits filed by plaintiff SCO Grp RE: [348-1] declaration (blk) (Entered: 12/02/2004) |
| 12/01/2004 | 350 | SEALED Exhibits filed by plaintiff SCO Grp RE: [348-1] declaration (blk) (Entered: 12/02/2004) |
| 12/01/2004 | 351 | Order granting [338-1] motion for leave to file overlength memo in opposition re: SCO's motion for leave to file third amd cmp signed by Judge Dale A. Kimball , 12/1/04 cc:atty (blk) (Entered: 12/02/2004) |
| 12/01/2004 | 352 | Order granting [339-1] motion for leave to file overlength memo re: IBM's motion for summary jgm on breach of contract claims signed by Judge Dale A. Kimball , 12/1/04 cc:atty (blk) (Entered: 12/02/2004) |
| 12/09/2004 | 353 | Correction/Errata to [342-1] opposition memorandum filed by SCO Grp . (blk) (Entered: 12/10/2004) |
| 12/13/2004 | 354 | Certificate of service re: subpoena duces tecum upon PointServe by Intl Bus Mach Inc (blk) (Entered: 12/13/2004) |
| 12/16/2004 | 355 | Stipulation by SCO Grp to extend time up to 12/29/04 to file reply to IBM's opposition to motion for leave to file 3rd amd complaint (blk) (Entered: 12/16/2004) |
| 12/16/2004 | 356 | Motion and Order signed by Judge Dale A. Kimball , 12/14/04 Granting motion/PHV for Attorney Stuart H. Singer on behalf of plaintiff SCO Grp cc:attys (blk) (Entered: 12/16/2004) |
| 12/16/2004 | 357 | Order granting [355-1] stipulation motion to extend time up to 12/29/04 to file reply to IBM's opposition to motion for leave to file 3rd amd complaint signed by Judge Dale A. Kimball , 12/16/04 cc:atty (blk) (Entered: 12/16/2004) |
| 12/20/2004 | 358 | Stipulation by SCO Grp to extend time to respond to Motion to intervene and to unseal up to and including 1/7/05 (blk) Modified on 12/21/2004 (Entered: 12/21/2004) |
| 12/20/2004 | 359 | Certificate of service re: discovery by SCO Grp (blk) (Entered: 12/21/2004) |
| 12/20/2004 | 360 | Ex parte motion by Intl Bus Mach Inc to extend time to file response to motion to intervene and unseal by 1/20/05 (blk) (Entered: 12/21/2004) |
| 12/21/2004 | 361 | Order granting [360-1] ex parte motion to extend time to file response to motion to intervene and unseal by 1/20/05 signed by Judge Dale A. Kimball , 12/21/04 cc:atty (blk) (Entered: 12/21/2004) |
| 12/21/2004 | 362 | Response by G2 Computer Intel to [360-1] ex parte motion to extend time to file response to motion to intervene and unseal by 1/20/05 (blk) (Entered: 12/22/2004) |
| 12/22/2004 | 363 | Order granting [358-1] stipulation motion to extend time to respond to Motion to intervene and to unseal up to and including 1/7/05 signed by Judge Dale A. Kimball , 12/21/04 cc:atty (blk) (Entered: 12/22/2004) |
| 12/23/2004 | 364 | Substitution Exhibit 19 filed by plaintiff SCO Grp RE: [348-1] declaration of Jeremy O. Evans (blk) (Entered: 12/23/2004) |
| 12/23/2004 | 365 | SEALED DOCUMENT filed by SCO entitled: Pla's Memorandum in Support of Renewed Motion to Compel Discovery (blk) Modified on 7/14/2005 by UNSEALING DOCUMENT per agreement of parties and attaching document image(blk, ). Additional attachment(s) added on 7/14/2005 (blk, ). (Entered: 12/28/2004) |

| 12/23/2004 | 366 | Renewed Motion by SCO Grp to compel Discovery (blk) (Entered: 12/28/2004) |
|---|---|---|
| 12/28/2004 | 367 | Return of service executed on 12/9/04 of subpoena upon PointeServe (blk) (Entered: 12/29/2004) |
| 12/29/2004 | 368 | Ex parte motion by SCO Grp for leave to file overlength reply memo re: motion for leave to file third amd complaint (blk) (Entered: 12/30/2004) |
| 12/29/2004 | 369 | ***SEALED***Reply by SCO Grp to response to [322-1] motion to amend complaint (for leave to file 3rd amended complaint) (blk) Additional attachment(s) added on 8/4/2005 (blk, ). Modified on 8/4/2005 by unsealing document and adding document image (blk, ). (Entered: 12/30/2004) |
| 12/30/2004 | 370 | Ex parte order granting [368-1] ex parte motion for leave to file overlength reply memo re: motion for leave to file third amd complaint signed by Judge DAK 12/30/04 cc: atty (tsh) (Entered: 01/03/2005) |
| 01/03/2005 | 371 | Certificate of service by SCO Grp re: discovery (blk) Modified on 01/06/2005 (Entered: 01/05/2005) |
| 01/07/2005 | 372 | Stipulation by Intl Bus Mach Inc amend/to extend time for briefing as follows: IBM's mem opp to SCO' renewed motion to compel disc due 2/4/05; IBM's reply mem sup re: motion for partial sum jgm on breach of contract claims due 2/25/05; and, IBM's reply memo in support of motion for partial sum jgm on counterclaim for copyright infringement 8th counterclaim due on 2/25/05 (blk) (Entered: 01/07/2005) |
| 01/07/2005 | 373 | Order granting [372-1] stipulation motion amend/to extend time for briefing as follows: IBM's mem opp to SCO' renewed motion to compel disc due 2/4/05; IBM's reply mem sup re: motion for partial sum jgm on breach of contract claims due 2/25/05; and, IBM's reply memo in support of motion for partial sum jgm on counterclaim for copyright infringement 8th counterclaim due on 2/25/05 signed by Judge Dale A. Kimball , 1/7/05 cc:atty (blk) (Entered: 01/10/2005) |
| 01/12/2005 | 374 | Motion by SCO Grp to compel IBM to produce Samuel J. Palmisano for deposition (blk) Modified on 01/14/2005 (Entered: 01/13/2005) |
| 01/12/2005 | 375 | SEALED - Memorandum by SCO Grp in support of [374-1] motion to compel IBM to produce Samuel J. Palmisano for deposition (blk) Modified on 01/14/2005 Additional attachment(s) added on 8/4/2005 (blk, ). Modified on 8/4/2005 by unsealing document and adding document image (blk, ). (Entered: 01/13/2005) |
| 01/12/2005 | 376 | Certificate of service re: discovery by Intl Bus Mach Inc (blk) (Entered: 01/13/2005) |
| 01/18/2005 | 377 | Order granting in part, denying in part [366-1] motion to compel Discovery, striking amended scheduling [177-1] order discovery due set for 4/22/05, [177-2] relief motion filing deadline set for 5/20/05, [177-3] relief Final Pretrial Conference set for 2:30 10/10/05, [177-4] relief 5-Week Jury trial set for 8:30 11/1/05, [177-5] relief , The discovery ordered by the court is due 3/18/05 , The Court ORDERS both parties to meet and confer re: a new schedule and to submit a proposed amended shceduling order to the court by 3/25/05 signed by Judge Brooke C. Wells , 1/18/05 cc:atty (blk) (Entered: 01/19/2005) |
| 01/19/2005 | 380 | Motion by CNET Networks, Forbes for Joinder RE: [340-1] motion to intervene and to unseal court's file by G2 Computer Intel , to intervene (joined with [340-1] motion by G2 Computer Intelligence) , and to unseal court files (joined with [340-1] motion by G2 Computer Intelligence) (tsh) (Entered: 01/21/2005) |

| 01/19/2005 | 381 | Certificate of service by Intl Bus Mach Inc re: Subpoenas Duces Tecum issued to: Target Corporation; Autozone, Inc.; Sherwin-Williams Corp.; and Intel Corporation. (Note: Filing not considered a return of service executed as there was no proof of service/declaration of server included with these documents.) (tsh) (Entered: 01/21/2005) |
| 01/19/2005 | 382 | Certificate of service by Intl Bus Mach Inc re: Subpoenas issued to Oracle Corp. and Computer Associates, Inc. (Note: Filing not considered a return of service executed as there was no proof of service/declaration of server included with these documents.) (tsh) (Entered: 01/21/2005) |
| 01/20/2005 | 378 | Response by SCO Grp to [340-1] motion to intervene and to unseal court's file by G2 Computer Intel (blk) (Entered: 01/21/2005) |
| 01/20/2005 | 379 | Memorandum by Intl Bus Mach Inc in opposition to [340-1] motion to intervene and to unseal court's file by G2 Computer Intel (blk) (Entered: 01/21/2005) |
| 01/24/2005 | 383 | Objections to Notice of Deposition (The Click-Wrap Notice) by SCO Grp (blk) (Entered: 01/25/2005) |
| 01/24/2005 | 384 | Objections to IBM's Notice of Deposition (The Compression Notice) by SCO Grp (blk) (Entered: 01/25/2005) |
| 01/24/2005 | 385 | Objections to IBM's Notice of Deposition (The Configurable High Availability Notice) by SCO Grp (blk) (Entered: 01/25/2005) |
| 01/28/2005 | 386 | Stipulation by Intl Bus Mach Inc to amend briefing as follows: IBM's Memo in Opposition to Motion to Compel IBM to produce Samuel Palmisano for Deposition due 2/11/05; SCO's reply memo in support of its renewed Motion to Compel by 2/25/05; SCO's reply memo re motion to compel IBM to produce Samuel Palmisano for Deposition due by 3/4/05 (blk) (Entered: 01/28/2005) |
| 01/28/2005 | 387 | Order granting [386-1] stipulation motion to amend briefing as follows: IBM's Memo in Opposition to Motion to Compel IBM to produce Samuel Palmisano for Deposition due 2/11/05; SCO's reply memo in support of its renewed Motion to Compel by 2/25/05; SCO's reply memo re motion to compel IBM to produce Samuel Palmisano for Deposition due by 3/4/05 signed by Judge Dale A. Kimball , 1/28/05 cc:atty (blk) (Entered: 01/31/2005) |
| 01/28/2005 | 388 | Ex parte motion by Intl Bus Mach Inc for leave to file sur-reply brief (blk) (Entered: 01/31/2005) |
| 01/31/2005 | 389 | Reply by G2 Computer Intel, CNET Networks, Forbes to response to [380-2] motion to intervene (joined with [340-1] motion by G2 Computer Intelligence), [380-3] motion to unseal court files (joined with [340-1] motion by G2 Computer Intelligence), [340-1] motion to intervene and to unseal court's file by G2 Computer Intel (blk) (Entered: 02/01/2005) |
| 02/01/2005 | 390 | Certificate of service re: Subpoena Duces Tecum upon Hewlett-Packard by Intl Bus Mach Inc (blk) (Entered: 02/01/2005) |
| 02/01/2005 | 391 | Ex parte motion by Intl Bus Mach Inc to extend time to submit objections to discovery order (blk) (Entered: 02/01/2005) |
| 02/01/2005 | 392 | Order granting [388-1] ex parte motion for leave to file sur-reply brief signed by Judge Brooke C. Wells , 2/1/05 cc:atty (blk) (Entered: 02/02/2005) |
| 02/02/2005 | 393 | Order granting [391-1] ex parte motion to extend time to submit objections to discovery |

| | | order signed by Judge Dale A. Kimball , 2/1/05 cc:atty (blk) (Entered: 02/02/2005) |
|---|---|---|
| 02/02/2005 | 394 | Memorandum by SCO Grp in opposition to [391-1] ex parte motion to extend time to submit objections to discovery order (blk) (Entered: 02/02/2005) |
| 02/04/2005 | 395 | Memorandum by Intl Bus Mach Inc in opposition to [190-1] renewed motion to compel discovery (blk) (Entered: 02/08/2005) |
| 02/04/2005 | 396 | Certificate of service re: discovery by Intl Bus Mach Inc (blk) (Entered: 02/08/2005) |
| 02/08/2005 | 397 | Certificate of service re: discovery by Intl Bus Mach Inc (blk) (Entered: 02/08/2005) |
| 02/09/2005 | 398 | Memorandum Decision denying [144-1] amended motion to Dismiss, denying [144-2] amended motion or to Stay Count Ten of Counterclaim-Pla Ibm's Second Amended Counterclaims Against SCO,, denying without prejudice to renew or refile after discovery is completed [152-1] cross motion for partial summary judgment on claim for declaratory judgment of non-infringement, mooting [195-1] motion in further opposition to IBM's Motion for Partial Summary Jgm, denying [246-1] motion to strike materials submitted by SCO in opposition to IBM's cross-motion for partial summary jgm, denying without prejudice to renew or refile after discovery is complete [225-1] motion for partial summary judgment on Breach of Contract Claims, denying without prejudice to renew or refile after discovery is complete [233-1] motion for partial summary judgment on its counterclaim for copyright infringement (eighth counterclaim) vacating to the extent that it grants permission to file dispositive motions prior to the close of discovery [313-1] order; The court will not entertain any dispositive motions until after discovery is complete, unless both parties stipulate that resolution of the motion is possible prior to the close of discovery, signed by Judge Dale A. Kimball, on 2/8/05 cc:atty (blk) (Entered: 02/09/2005) |
| 02/11/2005 | 399 | Stipulation by Intl Bus Mach Inc to extend time for filing privilege logs no later than 3/10/05; objections within 30 days thereafter, by 4/9/05 (blk) (Entered: 02/11/2005) |
| 02/11/2005 | 400 | Stipulation by Intl Bus Mach Inc to extend time on motion briefing deadlines on SCO's Motion to Compel as follows: IBM's memo in opposition due by 2/18/05; SCO's reply due by 3/11/05 (blk) (Entered: 02/11/2005) |
| 02/11/2005 | 401 | Order granting [400-1] stipulation motion to extend time on motion briefing deadlines on SCO's Motion to Compel as follows: IBM's memo in opposition due by 2/18/05; SCO's reply due by 3/11/05 signed by Judge Brooke C. Wells , 2/11/05 cc:atty (blk) (Entered: 02/11/2005) |
| 02/11/2005 | 402 | Order granting [399-1] stipulation motion to extend time for filing privilege logs no later than 3/10/05; objections within 30 days thereafter, by 4/9/05 signed by Judge Brooke C. Wells , 2/11/05 cc:atty (blk) (Entered: 02/11/2005) |
| 02/11/2005 | 403 | Motion by Intl Bus Mach Inc for reconsideration of [377-1] order striking amended scheduling [177-1] order discovery due set for 4/22/05, [177-2] relief motion filing deadline set for 5/20/05, [177-3] relief Final Pretrial Conference set for 2:30 10/10/05, [177-4] relief 5-Week Jury trial set for 8:30 11/1/05, [177-5] relief (blk) (Entered: 02/14/2005) |
| 02/18/2005 | 404 | Ex parte motion by Intl Bus Mach Inc for leave to file overlength sur-reply memo re: motion to file 3rd amd cmp (blk) (Entered: 02/22/2005) |
| 02/18/2005 | 405 | Motion by Intl Bus Mach Inc for entry of order limiting scope of IBM's ninth counterclaim (blk) (Entered: 02/22/2005) |
| 02/18/2005 | 406 | SEALED DOCUMENT filed by IBM entitled: Memorandum in Opposition to SCO's |

| | | motion to compel IBM to produce Samuel J. Palmisano for deposition (blk) (Entered: 02/22/2005) |
|---|---|---|
| 02/18/2005 | 407 | SEALED DOCUMENT filed by IBM entitled: Sur-reply memo in further opposition to SCO's motion for leave to file a third amd complaint (blk) (Entered: 02/22/2005) |
| 02/22/2005 | 408 | Order granting [404-1] ex parte motion for leave to file overlength sur-reply memo re: motion to file 3rd amd cmp signed by Judge Dale A. Kimball , 2/22/05 cc:atty (blk) (Entered: 02/23/2005) |
| 02/25/2005 | 409 | SEALED DOCUMENT entitled: SCO's Reply Memo in Further Support of Renewed Motion to Compel Discovery (blk) (Entered: 02/28/2005) |
| 02/28/2005 | 410 | Memorandum by SCO Grp in opposition to [403-1] motion for reconsideration of [377-1] order striking amended scheduling [177-1] order discovery due set for 4/22/05, [177-2] relief motion filing deadline set for 5/20/05, [177-3] relief Final Pretrial Conference set for 2:30 10/10/05, [177-4] relief 5-Week Jury trial set for 8:30 11/1/05, [177-5] relief (blk) (Entered: 03/01/2005) |
| 03/02/2005 | 411 | Certificate of service re: discovery by SCO Grp (blk) (Entered: 03/03/2005) |
| 03/04/2005 | 412 | Motion by SCO Grp to extend time to file response to motion for entry of order by 3/23/05 (blk) (Entered: 03/07/2005) |
| 03/08/2005 | 413 | Order granting [412-1] motion to extend time to file response to motion for entry of order by 3/23/05 signed by Judge Dale A. Kimball , 3/7/05 cc:atty (blk) (Entered: 03/08/2005) |
| 03/09/2005 | 414 | Motion by Intl Bus Mach Inc to extend time to comply with 1/18/05 order by 45 days or by 5/3/05 (blk) (Entered: 03/10/2005) |
| 03/10/2005 | 415 | *SEALED* Notice of filing entitled: IBM's Privilege Log Group Email List filed by Intl Bus Mach Inc (blk) Modified on 03/11/2005 (Entered: 03/11/2005) |
| 03/10/2005 | 416 | *SEALED* Notice of filing entitled: IBM's Privilege Log, filed by Intl Bus Mach Inc (Oversized Document) (blk) Modified on 03/11/2005 (Entered: 03/11/2005) |
| 03/10/2005 | 417 | Certificate of service [416-1] file notice, [415-1] file notice by Intl Bus Mach Inc (blk) (Entered: 03/11/2005) |
| 03/10/2005 | 418 | SEALED DOCUMENT entitled: SCO's Privilege Log, filed by SCO Group (blk) (Entered: 03/11/2005) |
| 03/11/2005 | 419 | SEALED DOCUMENT entilted: Reply memorandum in support of SCO's Motion to compel IBM to produce Samuel J. Palmisano for deposition (blk) (Entered: 03/14/2005) |
| 03/14/2005 | 420 | Reply by Intl Bus Mach Inc to response to [403-1] motion for reconsideration of [377-1] order striking amended scheduling [177-1] order discovery due set for 4/22/05, [177-2] relief motion filing deadline set for 5/20/05, [177-3] relief Final Pretrial Conference set for 2:30 10/10/05, [177-4] relief 5-Week Jury trial set for 8:30 11/1/05, [177-5] relief (blk) (Entered: 03/15/2005) |
| 03/15/2005 | 421 | Memorandum by SCO Grp in opposition to [414-1] motion to extend time to comply with 1/18/05 order by 45 days or by 5/3/05 (blk) (Entered: 03/15/2005) |
| 03/17/2005 | 422 | Notice of Hearing filed : Motion hearing set to 3:00 4/21/05 for [374-1] motion to compel IBM to produce Samuel J. Palmisano for deposition, set for 3:00 4/21/05 for [322-1] motion to amend complaint (for leave to file 3rd amended complaint) To be held before Judge Kimball cc:atty ( Ntc generated by: KJ) (blk) (Entered: 03/17/2005) |

| 03/17/2005 | 423 | Notice of Hearing filed : Motion hearing set for 3:00 4/26/05 for [340-1] motion to intervene and to unseal court's file by G2 Computer Intel, set for 3:00 4/26/05 for [380-2] motion to intervene (joined with [340-1] motion by G2 Computer Intelligence), set for 3:00 4/26/05 for [380-3] motion to unseal court files (joined with [340-1] motion by G2 Computer Intelligence) To be held before Judge Kimball cc:atty ( Ntc generated by: KJ) (blk) (Entered: 03/17/2005) |
|---|---|---|
| 03/17/2005 | 424 | Order granting [414-1] motion to extend time to comply with 1/18/05 order by 45 days or by 5/3/05 signed by Judge Dale A. Kimball , 3/16/05 cc:atty (blk) (Entered: 03/17/2005) |
| 03/23/2005 | 425 | SEALED DOCUMENT entitled: Memorandum in Opposition to IBM's Motion for Entry of Order Limiting Scope of IBM's Ninth Counterclaim (blk) Modified on 8/4/2005 by unsealing this document(blk, ). Additional attachment(s) added on 8/4/2005 (blk, ). (Entered: 03/24/2005) |
| 03/25/2005 | 426 | Memorandum by Intl Bus Mach Inc in support of proposed scheduling order (tsh) (Entered: 03/28/2005) |
| 04/01/2005 | 427 | Memorandum by SCO Grp in support of SCO's proposed scheduling order (alt) (Entered: 04/01/2005) |
| 04/01/2005 | 427 | Request for Oral Argument filed by SCO Grp on [427-1] support memorandum (alt) (Entered: 04/01/2005) |
| 04/01/2005 | 428 | Reply by Intl Bus Mach Inc to response to [405-1] motion for entry of order limiting scope of IBM's ninth counterclaim (blk) (Entered: 04/04/2005) |
| 04/11/2005 | 429 | Ex parte motion by SCO Grp to vacate/adjourn the April 21, 2005 Argument on SCO's Motion to Amend Complaint (blk) (Entered: 04/12/2005) |
| 04/11/2005 | 430 | Memorandum by Intl Bus Mach Inc in further support of proposed scheduling order (blk) (Entered: 04/12/2005) |
| 04/11/2005 | 431 | Objections by Intl Bus Mach Inc to SCO's privilege log (blk) (Entered: 04/12/2005) |
| 04/11/2005 | 432 | SEALED DOCUMENT filed by SCO entitled: Objections to IBM's privelege log and memo in support of SCO's request to compel IBM to provide proper bases for its privilege claims (blk) Modified on 8/4/2005 by unsealing document and adding image (blk, ). Additional attachment(s) added on 8/4/2005 (blk, ). (Entered: 04/12/2005) |
| 04/12/2005 | 435 | Memorandum by Intl Bus Mach Inc in opposition to [429-1] ex parte motion to vacate/adjourn the April 21, 2005 Argument on SCO's Motion to Amend Complaint (blk) (Entered: 04/15/2005) |
| 04/13/2005 | 433 | Reply by SCO Grp to response to [429-1] ex parte motion to vacate/adjourn the April 21, 2005 Argument on SCO's Motion to Amend Complaint (blk) (Entered: 04/13/2005) |
| 04/13/2005 | 434 | Order denying [429-1] ex parte motion to vacate/adjourn the April 21, 2005 Argument on SCO's Motion to Amend Complaint signed by Judge Dale A. Kimball , 4/13/05 cc:atty (blk) (Entered: 04/14/2005) |
| 04/20/2005 | 436 | Order granting in part, denying in part [403-1] motion for reconsideration of [377-1] order striking amended scheduling [177-1] order discovery due set for 4/22/05, [177-2] relief motion filing deadline set for 5/20/05, [177-3] relief Final Pretrial Conference set for 2:30 10/10/05, [177-4] relief 5-Week Jury trial set for 8:30 11/1/05, [177-5] relief (see order for specifics) signed by Judge Brooke C. Wells , 4/19/05 cc:atty (blk) (Entered: 04/20/2005) |
| 04/21/2005 | 437 | Minute entry: Motion hearing held for [380-2] motion to intervene (joined with [340-1] |

| | | |
|---|---|---|
| | | motion by G2 Computer Intelligence), held for [380-3] motion to unseal court files (joined with [340-1] motion by G2 Computer Intelligence), held for [374-1] motion to compel IBM to produce Samuel J. Palmisano for deposition, [343-1] motion pursuant to Rule 56(f) in further opposition to IBM's Motion for Summary Jgm on SCO's Contract Claims, held for [340-1] motion to intervene and to unseal court's file by G2 Computer Intel [405-1] motion for entry of order limiting scope of IBM's ninth counterclaim taken under advisement, [380-2] motion to intervene (joined with [340-1] motion by G2 Computer Intelligence) taken under advisement, [380-3] motion to unseal court files (joined with [340-1] motion by G2 Computer Intelligence) taken under advisement, [374-1] motion to compel IBM to produce Samuel J. Palmisano for deposition taken under advisement, [343-1] motion pursuant to Rule 56(f) in further opposition to IBM's Motion for Summary Jgm on SCO's Contract Claims taken under advisement, [340-1] motion to intervene and to unseal court's file by G2 Computer Intel taken under advisement, [322-1] motion to amend complaint (for leave to file 3rd amended complaint) taken under advisement ; Judge: DAK Court Reporter: Kelly Hicken Court Deputy: Anne Morgan (kj) (Entered: 04/25/2005) |
| 04/28/2005 | 438 | Order denying [380-2] motion to intervene (joined with [340-1] motion by G2 Computer Intelligence), denying [380-3] motion to unseal court files (joined with [340-1] motion by G2 Computer Intelligence) signed by Judge Dale A. Kimball , 4/28/05 cc:atty (blk) (Entered: 04/29/2005) |
| 05/02/2005 | 439 | MOTION for order approving stipulation regarding responses to privilege log objections filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 05/02/2005) |
| 05/02/2005 | 440 | ORDER granting/approving 439 Motion re: Responses to Privilege Log Objections. . Signed by Judge Dale A. Kimball on 5/2/05. (blk, ) (Entered: 05/03/2005) |
| 05/03/2005 | 441 | DECLARATION of Todd M. Shaughnessy filed by International Business Machines Corporation. (blk, ) (Entered: 05/04/2005) |
| 05/04/2005 | 442 | REDACTION to 406 Sealed Document entitled: Memorandum in Opposition to SCOs Motion to Compel IBM to Produce Samuel J. Palmisano for Deposition by Defendant International Business Machines Corporation. (blk, ) (Entered: 05/05/2005) |
| 05/04/2005 | 443 | REDACTION to 332 Declaration of Irving Wladawsky-Berger by Defendant International Business Machines Corporation. (blk, ) (Entered: 05/05/2005) |
| 05/04/2005 | 444 | REDACTION to 304 Sealed Document entitled: Opposition to SCOs Supplemental Memorandum Regarding Discovery by Defendant International Business Machines Corporation. (blk, ) (Entered: 05/05/2005) |
| 05/04/2005 | 445 | REDACTION to 334 Declaration of Andrew Bonzani by Defendant International Business Machines Corporation. (blk, ) (Entered: 05/05/2005) |
| 05/04/2005 | 446 | REDACTION to 331 Declaration of Alec S. Berman by Defendant International Business Machines Corporation. (blk, ) (Entered: 05/05/2005) |
| 05/04/2005 | 447 | REDACTION to 407 Sealed Document entitled: Sur-reply Memorandum in Further Opposition to SCOs Motion for Leave to File a Third Amended Complaint by Defendant International Business Machines Corporation. (Attachments: # 1 exhibits a-m# 2 # 3 # 4)(blk, ) (Entered: 05/05/2005) |
| 05/04/2005 | 448 | REDACTION to 333 Declaration of Samuel J. Palmisano by Defendant International Business Machines Corporation. (blk, ) (Entered: 05/05/2005) |
| 05/27/2005 | 449 | NOTICE of regarding unsealing of documents pursuant to 4/28/05 order by International Business Machines Corporation re 438 Order, (blk, ) (Entered: |

| | | 05/31/2005) |
|---|---|---|
| 05/27/2005 | 450 | STATUS REPORT in compliance with the courts 4/28/05 Order regarding the unsealing of documents by SCO Group. (blk, ) (Entered: 05/31/2005) |
| 06/03/2005 | 451 | SCOs UPDATED REPORT in compliance with the Courts 4/28/05 order regarding the unsealing of documents by SCO Group. (blk, ) (Entered: 06/07/2005) |
| 06/16/2005 | 452 | NOTICE of Unsealing by SCO Group (blk, ) (Entered: 06/20/2005) |
| 06/20/2005 | 453 | REDACTION to 271 Memorandum in Support of Motion by Defendant International Business Machines Corporation. (blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 454 | REDACTION to 230 Sealed Document/Memo in Support by Defendant International Business Machines Corporation. (Attachments: # 1 # 2)(blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 455 | REDACTION to 257 Reply Memorandum/Reply to Response to Motion by Defendant International Business Machines Corporation. (blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 456 | REDACTION to 252 Sealed Document/Declaration of Brian W. Kernighan by Defendant International Business Machines Corporation. (blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 457 | REDACTION to 227 Declaration of Todd M. Shaughnessy, 228 Exhibits by Defendant International Business Machines Corporation. (blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 458 | REDACTION to 239 Sealed Document, 238 Exhibits, 237 Declaration of Amy F. Sorenson by Defendant International Business Machines Corporation. (blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 459 | REDACTION to 250 Reply Declaration of Todd M. Shaughnessy, 251 Exhibits by Defendant International Business Machines Corporation. NOTE: Document is oversized, therefore it is not scanned into an electronic image and is stored in the clerks office for viewing. (blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 460 | REDACTION to Exhibits re: 239 Sealed Document, 238 Exhibits, 237 Declaration of Amy F. Sorenson by Defendant International Business Machines Corporation. NOTE: Document is oversized, therefore it is not scanned into an electronic image and is stored in the clerks office for viewing. (blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 461 | REDACTION to 241 Sealed Document/Memo in Support by Defendant International Business Machines Corporation. NOTE: Document is oversized, therefore it is not scanned into an electronic image and is stored in the clerks office for viewing. (blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 462 | REDACTION to Exhibits vol 1 227 Declaration, 228 Exhibits by Defendant International Business Machines Corporation. NOTE: Document is oversized, therefore it is not scanned into an electronic image and is stored in the clerks office for viewing. (blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 463 | REDACTION to Exhibits Vol 2 227 Declaration, 228 Exhibits by Defendant International Business Machines Corporation. NOTE: Document is oversized, therefore it is not scanned into an electronic image and is stored in the clerks office for viewing. (blk, ) (Entered: 06/27/2005) |
| 06/20/2005 | 464 | REDACTION to Exhibit Vol 3 227 Declaration, 228 Exhibits by Defendant International Business Machines Corporation. NOTE: Document is oversized, therefore it is not scanned into an electronic image and is stored in the clerks office for viewing. (blk, ) (Entered: 06/27/2005) |
| 06/27/2005 | 465 | REDACTION/Unsealed filing to 337 Sealed Document/Memo in Opposition by |

|  |  | Defendant International Business Machines Corporation. (blk, ) (Entered: 06/29/2005) |
|---|---|---|
| 07/01/2005 | 466 | MEMORANDUM DECISION denying 322 Motion to Amend/Correct/File Third Amended Complaint, granting 374 SCO Motion to Compel IBM to produce Samuel J. Palmisano for deposition, granting 405 motion for entry of order limiting scope of IBM ninth counterclaim. IBM is directed to file a proposed order that restates its ninth counterclaim. An amended scheduling order is set forth in this order as is a procedure to follow when unsealing documents that were previously filed under seal. Signed by Judge Dale A. Kimball on 7/1/05. (ce, ) (Entered: 07/01/2005) |
| 07/01/2005 |  | Set Deadlines/Hearings per order no 466: Discovery due by 3/17/2006. Motions due by 7/28/2006. Pretrial Order due by 1/19/2007. Five Week Jury Trial set for 2/26/2007 08:30 AM in Room 220 before Judge Dale A. Kimball. (ce, ) (Entered: 07/01/2005) |
| 07/05/2005 | 467 | REDACTION to 197 Sealed Document: Declaration of Sandeep Gupta by Plaintiff SCO Group. (blk, ) (Entered: 07/14/2005) |
| 07/05/2005 | 468 | REDACTION to 203 Sealed Document: Declaration of Chris Sontag by Plaintiff SCO Group. (blk, ) (Entered: 07/14/2005) |
| 07/05/2005 | 469 | REDACTION to 350 Exhibit S-8 to Declaration of Jeremy O. Evans by Plaintiff SCO Group. (blk, ) (Entered: 07/14/2005) |
| 07/05/2005 | 470 | REDACTION to 316 Reply Brief by Plaintiff SCO Group. (blk, ) (Entered: 07/14/2005) |
| 07/05/2005 | 472 | REDACTION to 365 Sealed Document, by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 473 | NOTICE of filing: Letter from SCO to the Court dated 4/25/05 by SCO Group (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 474 | NOTICE of filing: Letter from SCO to the Court dated 4/19/05 by SCO Group (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 475 | NOTICE of filing: Letter from IBM to the Court dated 4/28/05 by International Business Machines Corporation (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 476 | REDACTION to 198 Declaration - Sealed Document by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 477 | REDACTION to 317 Declaration by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 478 | REDACTION to 206 Exhibit-S3, by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 479 | REDACTION to 269 Reply Memorandum/Reply to Response to Motion by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 480 | REDACTION to 419 Sealed Document Reply Memo re: SCO's Motion to Compel IBM to Produce Samuel J. Palmisano for Deposition by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 481 | REDACTION to 409 Sealed Document/ reply memo re: Renewed Motion to Compel Discovery by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 482 | REDACTION to 287 Sealed Document/Supplemental Memorandum re Discovery by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 484 | REDACTION to 191 Sealed Document/Exhibits by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 485 | REDACTION to 198 Sealed Document/Exhibits by Plaintiff SCO Group. (blk, ) |

| | | (Entered: 08/04/2005) |
|---|---|---|
| 07/05/2005 | 486 | REDACTION to 206 Exhibits, by Plaintiff SCO Group. (blk, ) Modified on 8/4/2005 by correcting filed date (blk, ). (Entered: 08/04/2005) |
| 07/05/2005 | 487 | REDACTION to 206 Exhibits, (Part 2 of docket # 486 ) by Plaintiff SCO Group. (blk, ) Modified on 8/4/2005 by correcting filed date (blk, ). (Entered: 08/04/2005) |
| 07/05/2005 | 488 | REDACTION to 206 Exhibits, (additional to exhibits in # 486 by Plaintiff SCO Group. (Attachments: # 1 # 2 # 3)(blk, ) (Entered: 08/04/2005) |
| 07/05/2005 | 497 | REDACTION to 197 Sealed Document Exhibits by Plaintiff SCO Group. (Attachments: # 1 # 2 # 3 # 4 # 5)(blk, ) Additional attachment(s) added on 8/4/2005 (blk, ). (Entered: 08/04/2005) |
| 07/06/2005 | 483 | REDACTION to 350 Exhibits by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/06/2005 | 489 | REDACTION to 317 Declaration Exhibits by Plaintiff SCO Group. (Attachments: # 1) (blk, ) (Entered: 08/04/2005) |
| 07/06/2005 | 490 | REDACTION to 425 Exhibits to Sealed Document, by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/06/2005 | 491 | REDACTION to 432 Sealed Document Exibits, by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/06/2005 | 492 | REDACTION to 293 Sealed Exhibits by Plaintiff SCO Group. (This document is oversized, therefore the image is only of the 1st page. The full document may be viewed in the Clerks office.) (blk, ) Modified on 8/4/2005 by correcting filed date (blk, ). (Entered: 08/04/2005) |
| 07/06/2005 | 493 | REDACTION to 365 Sealed Document Exhibits, by Plaintiff SCO Group. (Attachments: # 1)(blk, ) Modified on 8/4/2005 by correcting filed date (blk, ). (Entered: 08/04/2005) |
| 07/06/2005 | 494 | REDACTION to 419 Sealed Document Exhibits by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/06/2005 | 495 | REDACTION to 323 Exhibits to Memorandum in Support of Motion by Plaintiff SCO Group. (Attachments: # 1 # 2)(blk, ) (Entered: 08/04/2005) |
| 07/06/2005 | 496 | REDACTION to 409 Sealed Document Exhibits by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/28/2005 | 498 | REDACTION to 323 Memorandum in Support of Motion by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 07/28/2005 | 499 | REDACTION to 323 Exhibit 7 of Memorandum in Support of Motion by Plaintiff SCO Group. (blk, ) (Entered: 08/04/2005) |
| 08/01/2005 | 471 | ORDER Limiting the Scope of IBM's Ninth Counterclaim. Signed by Judge Dale A. Kimball on 8/1/05. (ce, ) (Entered: 08/02/2005) |
| 08/19/2005 | 500 | CERTIFICATE OF SERVICE re: discovery by International Business Machines Corporation (blk, ) (Entered: 08/23/2005) |
| 08/19/2005 | 501 | CERTIFICATE OF SERVICE re: discovery by International Business Machines Corporation (blk, ) (Entered: 08/23/2005) |
| 09/06/2005 | 502 | **RESTRICTED DOCUMENT** TRANSCRIPT of Proceedings held on SEPTEMBER 15, 2004(ARGUMENT ON MOTION) before Judge DALE A. |

| | | KIMBALL. Court Reporter: REBECCA JANKE. (asp) (Entered: 09/06/2005) |
|---|---|---|
| 09/06/2005 | 503 | RENEWED MOTION to Compel discovery filed by Plaintiff SCO Group. (kvs, ) (Entered: 09/07/2005) |
| 09/06/2005 | 504 | REDACTED MEMORANDUM in Support re 503 RENEWED MOTION to Compel discovery filed by Plaintiff SCO Group. (kvs, ) Modified on 9/7/2005 (kvs, ). (Entered: 09/07/2005) |
| 09/12/2005 | 505 | **NOTICE OF HEARING ON MOTION** re: 503 MOTION to Compel discovery: Motion Hearing set for 10/7/2005 at 10:00 AM in Room 436 before Magistrate Judge Brooke C. Wells. (jwd, ) (Entered: 09/12/2005) |
| 09/12/2005 | 506 | MOTION/ORDER granting motion for Admission Pro Hac Vice for of J. Matthew Donohue for SCO Group. *Attorneys admitted pro hac vice may download a copy of the District of Utah's local rules from court's web site at http://www.utd.uscourts.gov.* Signed by Judge Dale A. Kimball on 9/12/05. (blk, ) (Entered: 09/13/2005) |
| 09/12/2005 | 507 | MOTION/ORDER granting motion for Admission Pro Hac Vice for of Daniel P. Filor for SCO Group. *Attorneys admitted pro hac vice may download a copy of the District of Utah's local rules from court's web site at http://www.utd.uscourts.gov.* Signed by Judge Dale A. Kimball on 9/12/05. (blk, ) (Entered: 09/13/2005) |
| 09/20/2005 | 508 | Expedited MOTION and Supporting Memorandum for Discovery/for leave to take additional depositions filed by Plaintiff SCO Group. (blk, ) (Entered: 09/21/2005) |
| 09/20/2005 | 509 | CERTIFICATE OF SERVICE re: discovery by International Business Machines Corporation (blk, ) (Entered: 09/21/2005) |
| 09/21/2005 | 510 | **AMENDED NOTICE OF HEARING ON MOTION** re: 365 Renewed Motion by SCO Group to Compel Discovery, 503 MOTION to Compel discovery, 508 MOTION for Discovery: Motion Hearing set for 10/7/2005 10:00 AM in Room 436 before Magistrate Judge Brooke C. Wells. (jwd, ) (Entered: 09/21/2005) |
| 09/21/2005 | 511 | STIPULATION/MOTION for Extension of Time to Respond to Renewed Motion to Compel filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 09/23/2005) |
| 09/23/2005 | 512 | ORDER granting 511 Motion for Extension of Time to respond to renewed motion to compel by 9/26/05. Signed by Judge Dale A. Kimball on 9/22/05. (blk, ) (Entered: 09/26/2005) |
| 09/26/2005 | 513 | MEMORANDUM in Opposition re 503 SCO's Renewed MOTION to Compel discovery filed by Defendant International Business Machines Corporation. (ce, ) (Entered: 09/27/2005) |
| 09/26/2005 | 514 | MOTION to Compel production of documents on SCO's privilege log filed by Defendant International Business Machines Corporation. Oral argument requested. (ce, ) (Entered: 09/27/2005) |
| 09/26/2005 | 515 | REQUEST for Oral Argument re 514 MOTION to Compel production of documents on SCO's privilege log filed by Defendant International Business Machines Corporation. (ce, ) (Entered: 09/27/2005) |
| 09/26/2005 | 516 | MEMORANDUM in Support re 514 MOTION to Compel production of documents on SCO's privilege log filed by Defendant International Business Machines Corporation. (ce, ) (Entered: 09/27/2005) |

| 09/26/2005 | 517 | DECLARATION of Daniel Frye re 514 MOTION to Compel production of documents on SCO's privilege log filed by International Business Machines Corporation. (ce, ) (Entered: 09/27/2005) |
| 09/26/2005 | 518 | DECLARATION of Todd M. Shaughnessy re 513 Memorandum in Opposition to Motion filed by International Business Machines Corporation. (blk, ) (Entered: 09/29/2005) |
| 09/26/2005 | 519 | DECLARATION of Amy F. Sorenson re 514 MOTION to Compel production of documents on SCO's privilege log filed by International Business Machines Corporation. (Attachments: # 1 2nd half of document)(blk, ) (Entered: 09/29/2005) |
| 09/26/2005 | 520 | **SEALED DOCUMENT** Attachment E to Exhibit 2 re 518 Declaration of Todd M. Shaughnessy in Support of IBM's Opposition to SCO's Renewed Motion to Compel filed by Defendant International Business Machines Corporation. (ce, ) (Entered: 09/29/2005) |
| 09/30/2005 | 521 | **SECOND AMENDED NOTICE OF HEARING ON MOTION** re: 365 Renewed Motion by SCO Group to Compel Discovery, 503 MOTION to Compel discovery, 508 MOTION for Discovery: Motion Hearing remains set for 10/7/2005 at 10:00 AM before Magistrate Judge Brooke C. Wells, however, it will be heard in Courtroom 220. (jwd, ) (Entered: 09/30/2005) |
| 10/05/2005 | 522 | REPLY to Response to Motion re 503 MOTION to Compel discovery filed by Plaintiff SCO Group. (blk, ) (Entered: 10/06/2005) |
| 10/06/2005 | 523 | MEMORANDUM in Opposition re 508 MOTION for Discovery/to take additional depositions filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 10/06/2005) |
| 10/06/2005 | 525 | STIPULATION of Dismissal re: Counterclaims by International Business Machines Corporation. (blk, ) (Entered: 10/12/2005) |
| 10/07/2005 | 524 | Minute Entry for proceedings held before Judge Brooke C. Wells : Motion Hearing held on 10/7/2005 re 503 MOTION to Compel discovery filed by SCO Group,, 508 MOTION for Discovery filed by SCO Group. The Court hears arguments and rules from bench: denying 503 Motion to Compel, granting in part and denying in part 508 Motion for Discovery - see order for specifics. Counsel for IBM to prepare the order. Hearing set for 12/20/05 at 10:00 a.m. as to dft's remaining motion to compel and pla's renewed motion to be filed by 10/21/05. The Courtroom is to be determined, a notice of hearing will be sent. Court is adjouned.Attorney for Plaintiff: Stuart Singer, Attorney for Defendant David Marriott.(Court Reporter Kelly Hicken.) (alp, ) (Entered: 10/07/2005) |
| 10/11/2005 | 526 | ORDER that IBMs 11th counterclaim, 12th counterclaim, and 13th counterclaim, from IBMs 2nd Amd Counterclaims are dismissed with prejudice, each party to bear own costs and fees. Re 525 Stipulation of Dismissal filed by International Business Machines Corporation, . Signed by Judge Dale A. Kimball on 10/10/05. (blk, ) (Entered: 10/12/2005) |
| 10/11/2005 | 527 | UNSEALED DECLARATION of Todd M. Shaughnessy re 345 Sealed Document filed by International Business Machines Corporation. (TAKE NOTE: This document is oversized. Only the main declaration is scanned into an image. The exhibits are not scanned. The complete document is retained in the clerks office for viewing.) (blk, ) (Entered: 10/13/2005) |
| 10/11/2005 | 528 | UNSEALED DECLARATION of Amy F. Sorenson re 220 Sealed Document, 219 Declaration filed by International Business Machines Corporation. (TAKE NOTE: This document is oversized and only the declaration is scanned into an image. The exhibits |

| | | |
|---|---|---|
| | | are not scanned. The entire document is retained in the clerks office for viewing.) (blk, ) (Entered: 10/13/2005) |
| 10/11/2005 | 529 | NOTICE of unsealing documents by International Business Machines Corporation re 527 Declaration,, 528 Declaration, (blk, ) (Entered: 10/13/2005) |
| 10/13/2005 | 530 | ORDER re 503 MOTION to Compel discovery filed by SCO Group, 508 MOTION for Discovery filed by SCO Group, 366 Motion to Compel filed by SCO Group . Signed by Judge Brooke C. Wells on 10/12/05. (ce, ) (Entered: 10/18/2005) |
| 10/17/2005 | 531 | STIPULATED MOTION for Extension of Time Until 10/21/05 to File Response/Reply to 514 MOTION to Compel production of documents on SCO's privilege log filed by Defendant International Business Machines Corporation, Plaintiff SCO Group. (ce, ) (Entered: 10/19/2005) |
| 10/18/2005 | 533 | ORDER re 531 sStipulated MOTION for Extension of Time to File Response/Reply as to 514 MOTION to Compel production of documents on SCO's privilege log filed by International Business Machines Corporation, SCO Group. SCO's memo in opposition to IBM's motion to compel production of documents on SCO's privilege log is due 10/21/05 . Signed by Judge Dale A. Kimball on 10/18/05. (ce, ) (Entered: 10/21/2005) |
| 10/20/2005 | 532 | ORDER granting 531 Stipulated Motion for Extension of Time to File Response/Reply to 514 MOTION to Compel production of documents on SCO's privilege log. SCO is to file their opposition by 10/21/05. IBM is to file any reply by 11/4/2005. By Judge Brooke C. Wells on 10/20/05. (mjw, ) (Entered: 10/20/2005) |
| 10/21/2005 | 534 | Plas New Renewed MOTION to Compel Discovery filed by Plaintiff SCO Group. (blk, ) (Entered: 10/24/2005) |
| 10/21/2005 | 535 | MEMORANDUM in Opposition re 514 MOTION to Compel production of documents on SCO's privilege log filed by Plaintiff SCO Group. (blk, ) (Entered: 10/24/2005) |
| 10/27/2005 | 537 | MOTION to Compel Discovery filed by Plaintiff SCO Group. (blk, ) (Entered: 10/31/2005) |
| 10/27/2005 | 538 | MEMORANDUM in Support re 537 MOTION to Compel Discovery filed by Plaintiff SCO Group. (blk, ) (Entered: 10/31/2005) |
| 10/27/2005 | 539 | OBJECTIONS to 530 Order of Magistrate dated 10/12/05 filed by Plaintiff SCO Group. (blk, ) (Entered: 10/31/2005) |
| 10/27/2005 | 540 | Memorandum in Support re 539 Objections filed by Plaintiff SCO Group. (blk, ) (Entered: 10/31/2005) |
| 10/28/2005 | 536 | **NOTICE OF HEARING ON MOTION** re: 514 MOTION to Compel production of documents on SCO's privilege log, 534 MOTION to Compel Discovery: Motion Hearing set for 12/20/2005 at 10:00 AM in Room 220 before Magistrate Judge Brooke C. Wells. (jwd, ) (Entered: 10/28/2005) |
| 10/28/2005 | 541 | **\*\*SEALED DOCUMENT\*\***entitled: SCO's Revised Supplemental Response to Dfts Six Sets of Interrogatories filed by Plaintiff SCO Group. (blk, ) (Entered: 11/01/2005) |
| 10/28/2005 | 542 | NOTICE OF FILING of Interim Disclosure of Material Misused by IBM filed by Plaintiff SCO Group. (blk, ) (Entered: 11/01/2005) |
| 10/28/2005 | 543 | CERTIFICATE OF SERVICE of Subpoena Duces Tecum upon KPMG by International Business Machines Corporation (blk, ) (Entered: 11/01/2005) |
| 10/28/2005 | 544 | **\*\*SEALED DOCUMENT\*\*** Exhibit 1 re 542 Notice of Filing filed by Plaintiff SCO Group. (Clerks Note: Document is oversized and not scanned. It will be retained in the |

| | | courts sealed room) (blk, ) (Entered: 11/01/2005) |
|---|---|---|
| 10/31/2005 | 545 | **SEALED DOCUMENT**APPENDIX VOLUMES I THROUGH X to 544 Sealed Document - Exhibit 1 to SCOs Interim disclosure of Material Misused by IBM filed by Plaintiff SCO Group. (CLERKS NOTE: These Appendixes are oversized (not scanned) and housed in 5 bankers boxes. They will be retained in the courts sealed room. They were also filed on disk for the use of the Judges Chambers) (blk, ) (Entered: 11/01/2005) |
| 11/01/2005 | 546 | **NOTICE OF HEARING**: (Notice generated by Kim Jones) Status Conference set for 11/3/2005 10:30 AM in Room 220 before Judge Dale A. Kimball. (kmj, ) (Entered: 11/01/2005) |
| 11/03/2005 | 547 | **SEALED DOCUMENT** Corrections to 544 Sealed Document/Exhibit 1 to SCOs Interim Disclosure of Material Misused by IBM filed by Plaintiff SCO Group. (blk, ) (Entered: 11/04/2005) |
| 11/04/2005 | 548 | MOTION for Extension of Time to File Response/Reply by 11/11/05 as to 514 MOTION to Compel production of documents on SCO's privilege log filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/07/2005) |
| 11/08/2005 | 549 | ORDER granting 548 Motion for Extension of Time to File Response/Reply re 514 MOTION to Compel production of documents on SCO's privilege log Replies due by 11/11/2005.. Signed by Judge Dale A. Kimball on 11/7/05. (blk, ) (Entered: 11/08/2005) |
| 11/08/2005 | 550 | NOTICE OF/CERTIFICATE OF SERVICE re: subpoena upon Arthur Anderson LLP c/o CT Corporation System by International Business Machines Corporation (blk, ) (Entered: 11/09/2005) |
| 11/08/2005 | 551 | NOTICE OF/CERTIFICATE OF SERVICE of subpoena upon Ernst & Young LLP c/o David R. Jolley by International Business Machines Corporation (blk, ) (Entered: 11/09/2005) |
| 11/08/2005 | 552 | MEMORANDUM in Opposition re 534 New Renewed MOTION to Compel Discovery filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/09/2005) |
| 11/09/2005 | 553 | AFFIDAVIT OF SERVICE for subpoena served on KPMG/Craig Omer on 10/31/05, filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/10/2005) |
| 11/09/2005 | 554 | CERTIFICATE OF SERVICE of Subpoena Duces Tecum upon Deloitte & Toche c/o Paul G. Child by International Business Machines Corporation (blk, ) (Entered: 11/10/2005) |
| 11/10/2005 | 555 | STIPULATED MOTION for Extension of Time until 12/8/05 for dft to file its reply memorandum in support of its motion to compel production of documents from SCO privilege log filed by Defendant International Business Machines Corporation, Plaintiff SCO Group. (kvs, ) (Entered: 11/14/2005) |
| 11/14/2005 | 556 | ORDER granting 555 Motion for Extension of Time to file reply memo by 12/8/05. Signed by Judge Dale A. Kimball on 11/14/05. (blk, ) (Entered: 11/14/2005) |
| 11/14/2005 | 557 | STIPULATION/MOTION for Extension of Time for IBM to respond to SCOs Motion to Compel Discovery by 11/21/05, and for IBM to respond to SCO's Objection to Magistrates Order of 10/12/05 by 11/21/05 filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/15/2005) |
| 11/14/2005 | 558 | **RESTRICTED DOCUMENT** RETURN OF SERVICE Executed for Subpoena |

|  |  | served on Deloitte & Touche, c/o Thomas T. Rich on 11/9/05, filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/15/2005) |
| 11/14/2005 | 559 | **RESTRICTED DOCUMENT** RETURN OF SERVICE Executed for Subpoena served on Ernst & Young, c/o David Jolley on 11/8/05, filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/15/2005) |
| 11/17/2005 | 560 | **RESTRICTED DOCUMENT** RETURN OF SERVICE Executed for Subpoena served on Arthur Andersen c.o CT corporation System on 11/9/05, filed by Defendant International Business Machines Corporation. (kvs, ) (Entered: 11/18/2005) |
| 11/21/2005 | 561 | MEMORANDUM in Opposition re 537 MOTION to Compel Discovery filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/22/2005) |
| 11/21/2005 | 562 | Opposition Memorandum re 539 Objections to Magistrates Decision of 10/12/05 filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/22/2005) |
| 11/23/2005 | 563 | ORDER granting 557 Motion for Extension of Time . Signed by Judge Dale A. Kimball on 11/23/05. (blk, ) (Entered: 11/23/2005) |
| 11/23/2005 | 564 | REPLY to Response to Motion re 534 New Renewed MOTION to Compel Discovery filed by Plaintiff SCO Group. (blk, ) (Entered: 11/28/2005) |
| 12/02/2005 | 565 | **NOTICE OF MISCELLANEOUS HEARING**: (Notice generated by Kim Jones) Miscellaneous Hearing re: objections to Magistrate Order set for 12/13/2005 10:30 AM in Room 220. (kmj, ) (Entered: 12/02/2005) |
| 12/06/2005 | 566 | REPLY to Response to Motion re 537 MOTION to Compel Discovery filed by Plaintiff SCO Group. (blk, ) (Entered: 12/07/2005) |
| 12/06/2005 | 567 | Reply Memorandum in support of 539 Objections filed by Plaintiff SCO Group. (blk, ) (Entered: 12/07/2005) |
| 12/07/2005 | 568 | MOTION to Seal re 566 Reply Memorandum/Reply to Response to Motion filed by Plaintiff SCO Group. (blk, ) (Entered: 12/07/2005) |
| 12/07/2005 | 569 | MOTION to Seal re 567 Memorandum (NOT to motion) filed by Plaintiff SCO Group. (blk, ) (Entered: 12/07/2005) |
| 12/07/2005 | 570 | STIPULATION RE: Scheduling Order by International Business Machines Corporation. (blk, ) (Entered: 12/09/2005) |
| 12/08/2005 | 572 | REDACTION to 571 Sealed Document: IBM's Reply Memorandum in Support of Motion to Compel Production of Documents on SCO' Privilege Log by Defendant International Business Machines Corporation. (blk, ) (Entered: 12/09/2005) |
| 12/08/2005 | 574 | STIPULATION & MOTION for entry of order eliminating the numerical limit on requests for admission contained in the Scheduling Order entered by Magistrate Judge Nuffer on 6/20/03 filed by Defendant International Business Machines Corporation. (blk, ) Modified on 12/9/2005 (blk, ). (Entered: 12/09/2005) |
| 12/08/2005 | 579 | **SEALED DOCUMENT** Exhibit 4 to 578 Declaration of Todd M. Shaughnessy, filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 12/12/2005) |
| 12/09/2005 | 575 | ORDER granting 574 Motion to eliminate limitations on the number of requests for admissions. Signed by Judge Brooke C. Wells on 12/9/05. (blk, ) (Entered: 12/12/2005) |
| 12/09/2005 | 576 | ORDER granting 568 Motion to Seal . Signed by Judge Dale A. Kimball on 12/8/05. |

| | | |
|---|---|---|
| | | (blk, ) (Entered: 12/12/2005) |
| 12/09/2005 | 577 | ORDER granting 569 Motion to Seal . Signed by Judge Dale A. Kimball on 12/8/05. (blk, ) (Entered: 12/12/2005) |
| 12/09/2005 | 578 | DECLARATION of Todd M. Shaughnessy re 573 IBM's Reply Memo in Support of Motion to Compel Production of Documents on SCOs Privilege Log, filed by International Business Machines Corporation. (Clerks Note: This document is the same as 571 Sealed Declaration, which was filed mistakenly under seal) (blk, ) (Entered: 12/12/2005) |
| 12/13/2005 | 580 | Minute Entry for proceedings held before Judge Dale A. Kimball : Miscellaneous Hearing re: pla's objections to Magistrate Judge's order held on 12/13/2005. After hearing the arguments of counsel, the Court took the matter under advisement.Attorney for Plaintiff: Ted Normand & Brent Hatch, Attorney for Defendant David Marriott & Todd Shaunessy.(Court Reporter : Mindy Powers.) (kmj, ) (Entered: 12/13/2005) |
| 12/14/2005 | 581 | CERTIFICATE OF SERVICE re: discovery by International Business Machines Corporation (kla, ) (Entered: 12/15/2005) |
| 12/14/2005 | 582 | MOTION for Protective Order filed by Plaintiff SCO Group. (blk, ) (Entered: 12/16/2005) |
| 12/15/2005 | 584 | ORDER RE: Requests for Admission. It is hereby ordered that the limit on the number of requests for admission contained in the Scheduling Order entered by Magistrate Judge Nuffer on 6/20/03 be and hereby is eliminated.. Signed by Judge Dale A. Kimball on 12/9/05. (blk, ) (Entered: 12/16/2005) |
| 12/16/2005 | 583 | ORDER overruling SCO's Objection to Magistrate Judge's Order of October 12, 2005 and AFFIRMING Magistrate Judge's Order. Signed by Judge Dale A. Kimball on 12/16/05. (awm, ) (Entered: 12/16/2005) |
| 12/16/2005 | 585 | CERTIFICATE OF SERVICE re: discovery by International Business Machines Corporation (kla, ) (Entered: 12/19/2005) |
| 12/20/2005 | 586 | ORDER Regarding Third Party Subpoena Production. Signed by Judge Brooke C. Wells on 12/20/05. (blk, ) (Entered: 12/20/2005) |
| 12/20/2005 | 587 | Minute Entry for proceedings held before Judge Brooke C. Wells :, Motion Hearing held on 12/20/2005. Counsel for both parties present. The Court hears oral argument and rules as follows: re 537 MOTION to Compel Discovery filed by SCO Group - GRANTED IN PART, DENIED IN PART - Affidavits to be provided by 1/6/06, re: 514 MOTION to Compel production of documents on SCO's privilege log filed by International Business Machines Corporation - GRANTED - log to be provided by 1/6/06; re: 534 MOTION to Compel Discovery filed by SCO Group - FINDING AS MOOT - based on Judge Kimball's ruling; 582 MOTION for Protective Order filed by SCO Group - FINDING AS MOOT - The parties have reached a resolution and an order is executed and filed in open court. Order to be prepared by defendant; See order for specifics. Court is adjourned.Attorney for Plaintiff: Edward Normand, Attorney for Defendant David Marriott, Todd Shaughnessy.(Court Reporter Kelly Hicken.) (alp, ) (Entered: 12/20/2005) |
| 12/21/2005 | 588 | Modification of Docket: Error: The previous minute entry contains an error as to ruling on motions. Correction: Motion 534 is GRANTED IN PART AND DENIED IN PART with affidavits due on 1/6/06; Motion 537 is MOOT per Judge Kimball's ruling. (alp, ) (Entered: 12/21/2005) |
| 12/21/2005 | | Minute Entry for proceedings held before Judge Brooke C. Wells : Telephone |

| | | |
|---|---|---|
| | | Conference held on 12/21/2005. Court hears discussion by both parties re: Requests for Admissions (RFAs). Due date of 1/20/06 is set for both parties, for both discovery periods. Parties will agree to any additional RFAs that may be provided after 1/20/06.Attorney for Plaintiff: Ted Normand, Attorney for Defendant Todd Shaughnessey. (alp, ) (Entered: 12/21/2005) |
| 12/22/2005 | | Modification of Docket: Error: the minute entry for the previous teleconference states that the due date for RFAs for both parties and both discovery periods is 1/20/06. Correction: After further clarification, the order will be that the RFAs for the INITIAL discovery period will be 1/20/06. The rest of the order stands. (alp, ) (Entered: 12/22/2005) |
| 12/22/2005 | 589 | NOTICE OF FILING of Disclosure of Material Misused by IBM filed by Plaintiff SCO Group. (blk, ) (Entered: 12/27/2005) |
| 12/22/2005 | 590 | **SEALED DOCUMENT**Entitled: SCOs Second Revised Supplemental Response to Defendants Six Sets of Interrogatories filed by Plaintiff SCO Group. (blk, ) (Entered: 12/27/2005) |
| 12/22/2005 | 591 | **SEALED DOCUMENT** Entitled: Appendix Volumes I-XX to 589 Disclosure of Material Misused by IBM filed by Plaintiff SCO Group. (CLERKS NOTE: Appendix volumes are oversized, therefore they are not scanned into electronic images for attachment to docket event. They are contained in 7 labled boxes. They will be retained in the 5th floor sealed room for viewing by the court, and by persons with authorization to view by court order only.) (blk, ) (Entered: 12/27/2005) |
| 12/29/2005 | 592 | MOTION to Compel Discovery filed by Plaintiff SCO Group. (blk, ) (Entered: 01/03/2006) |
| 12/29/2005 | 593 | MOTION for Leave to File Excess Pages filed by Plaintiff SCO Group. (blk, ) (Entered: 01/03/2006) |
| 12/29/2005 | 594 | **SEALED DOCUMENT** Memorandum in Support re 592 MOTION to Compel Discovery filed by Plaintiff SCO Group. (blk, ) (Entered: 01/03/2006) |
| 01/03/2006 | 595 | **SEALED DOCUMENT** DECLARATION of Mark F. James re 592 MOTION to Compel Discovery filed by SCO Group. (Clerks Note: Exhibits to this are oversized and have not been scanned and attached as an electronic image. Document will be retained in the clerks office sealed room.) (blk, ) Modified on 1/6/2006 - sealed document (rak, ). (Entered: 01/03/2006) |
| 01/06/2006 | 596 | ORDER granting 593 Motion for Leave to File Excess Pages by Judge Brooke C. Wells on 1/6/06. (mjw, ) (Entered: 01/06/2006) |
| 01/06/2006 | 597 | DECLARATION of Nicholas S. Bowen filed by International Business Machines Corporation. (kla, ) (Entered: 01/09/2006) |
| 01/06/2006 | 598 | DECLARATION of Paul M. Horn filed by International Business Machines Corporation. (kla, ) (Entered: 01/09/2006) |
| 01/11/2006 | 599 | **RESTRICTED DOCUMENT** RETURN OF SERVICE/Acceptance of Service Executed for Subpoena served on PricewaterhouseCoopers LLC, Ivan P. Stolze on 1/4/06, filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 01/12/2006) |
| 01/17/2006 | 600 | MEMORANDUM in Opposition re 592 MOTION to Compel Discovery filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 01/19/2006) |
| 01/17/2006 | 601 | DECLARATION of Todd M. Shaughnessy filed by International Business Machines |

| | | Corporation. (blk, ) (Entered: 01/19/2006) |
|---|---|---|
| 01/19/2006 | 602 | Minute Entry for proceedings held before Judge Brooke C. Wells : Telephone Conference held on 1/19/2006 re: Interpretation of order 184 as to production of affidavits or delcarations to be used at deposition. Parties to prepare order.Attorney for Plaintiff: Ted Normand, Attorney for Defendant David Marriott. (alp, ) (Entered: 01/19/2006) |
| 01/24/2006 | 603 | **RESTRICTED DOCUMENT** TRANSCRIPT of Proceedings held on December 13, 2005(Miscellaneous Hearing) before Judge DALE A. KIMBALL. Court Reporter: Mindi Powers. (asp, ) (Entered: 01/24/2006) |
| 01/26/2006 | 604 | Minute Entry for proceedings held before Judge Brooke C. Wells : Telephone Conference held on 1/26/2006. The Court hears arguments as to depositions as rules as follows: The depositions of Otis Wilson and Ted Kennedy ONLY may be extended by 30 days (by 2/26/05). Counsel are to agree on the date and time. As to Mr. Wilson - he is not to be subjected to any questions other than reasonable inferences re: new information ONLY. As to the depositions of the three corporations addressed by SCO, the Court will not address this except via motion, which SCO may file.Attorney for Plaintiff: Ted Normand, Attorney for Defendant Todd Shaughnessey. (alp, ) (Entered: 01/26/2006) |
| 01/27/2006 | 607 | MOTION for Leave to Take Certain Prospective Depositions filed by Plaintiff SCO Group (alt) (Entered: 01/31/2006) |
| 01/31/2006 | 605 | CERTIFICATE OF SERVICE by International Business Machines Corporation *to SCO's Ninth Request for the Production of Documents* (Shaughnessy, Todd) Modified on 1/31/2006 - the incorrect PDF was attached to this entry. This certificate of service will be re-efiled by counsel. (ce, ). (Entered: 01/31/2006) |
| 01/31/2006 | 606 | CERTIFICATE OF SERVICE by International Business Machines Corporation *to SCO's Sixth Set of Interrogatories* (Shaughnessy, Todd) (Entered: 01/31/2006) |
| 01/31/2006 | 608 | CERTIFICATE OF SERVICE by International Business Machines Corporation *of IBM's Responses and Objections to SCO's Ninth Request for the Production of Documents* (Shaughnessy, Todd) (Entered: 01/31/2006) |
| 01/31/2006 | 609 | Modification of Docket: Error: incorrect PDF was attached to entry no. 605. Correction: the docket text of this entry was modified to reflect that counsel will re-efile the CERTIFICATE OF SERVICE by International Business Machines Corporation of IBM's Responses and Objections to SCO's Ninth Request for the Production of Documents. (ce, ) (Entered: 01/31/2006) |
| 01/31/2006 | 610 | **SEALED DOCUMENT** Reply Memorandum in Support of 592 MOTION to Compel Discovery filed by Plaintiff SCO Group. (blk, ) (Entered: 02/03/2006) |
| 02/01/2006 | 611 | REDACTION to 610 Sealed Document entitled: Reply Memorandum in Support of Motion to Compel Discovery by Plaintiff SCO Group. (blk, ) (Entered: 02/03/2006) |
| 02/07/2006 | 612 | NOTICE of Appearance by Mark A. Wagner on behalf of Intel Corporation (kla, ) (Entered: 02/08/2006) |
| 02/07/2006 | 613 | RESPONSE to Motion re 607 MOTION for Leave to Take Certain Prospective Depositions filed by Interested Party Intel Corporation. (kla, ) (Entered: 02/08/2006) |
| 02/08/2006 | 614 | MOTION/ORDER granting motion for Admission Pro Hac Vice for of Jessica L. Everett-Garcia for Intel Corporation, Anthony L. Marks for Intel Corporation. *Attorneys admitted pro hac vice may download a copy of the District of Utah's local rules from court's web site at http://www.utd.uscourts.gov.* Signed by Judge Dale A. |

CM/ECF - U.S. District Court:utd

| | | |
|---|---|---|
| | | Kimball on 2/8/06. (blk, ) Additional attachment(s) added on 2/8/2006 (blk, ). (Entered: 02/08/2006) |
| 02/08/2006 | 615 | Modification of Docket: Error: Document image did not attach to docket entry. Correction: Attached document image to docket entry and to this entry for viewing and downloading. re 614 Motion/Order Pro Hac Vice,. (blk, ) (Entered: 02/08/2006) |
| 02/10/2006 | 616 | **NOTICE OF HEARING ON MOTION** re: 607 MOTION for Leave to Take Certain Prospective Depositions, 592 MOTION to Compel Discovery: Motion Hearing set for 2/24/2006 at 09:30 AM in Room 220 before Magistrate Judge Brooke C. Wells. (jwd, ) (Entered: 02/10/2006) |
| 02/10/2006 | 618 | REDACTION to 592 MOTION to Compel Discovery entitled: Declaration of Mark F. James in Support of Plaintiff's Motion to Compel by Plaintiff SCO Group. (kla, ) (Entered: 02/13/2006) |
| 02/10/2006 | 621 | REDACTION to 592 MOTION to Compel Discovery entitled: Memorandum in Support of Plaintiff's Motion to Compel by Plaintiff SCO Group. (Attachments: # 1 Exhibit 1 - Plaintiff's Fifth Request for Production of Documents# 2 Exhibit 2 - IBM's Responses and Objections to SCO's Fifth Request for the Production of Documents# 3 Exhibit 3 to 17 Filed Under Seal# 4 Exhibit 18 - Plaintiff's Seventh Request for Production of Documents# 5 Exhibit 19 - IBM's Responses and Objections to SCO's Seventh Request for the Production of Documents# 6 Exhibit 20 to 21 Filed Under Seal# 7 Exhibit 22 - SCO's Amended Notice of 30(b)(6) Deposition# 8 Exhibit 23 - Correspondence# 9 Exhibit 24 to 29 Filed Under Seal# 10 Exhibit 30 - SCO's Amended Notice of 30(b)(6) Deposition# 11 Exhibit 31 - Correspondence# 12 Exhibit 32 to 33 Filed Under Seal# 13 Exhibit 34 - Correspondence)(kla, ) (Entered: 02/13/2006) |
| 02/13/2006 | 617 | MEMORANDUM in Opposition re 607 MOTION for Leave to Take Certain Prospective Depositions filed by Defendant International Business Machines Corporation. (Attachments: # 1 # 2 # 3 # 4)(Shaughnessy, Todd) (Entered: 02/13/2006) |
| 02/13/2006 | 619 | Defendant's MOTION to Limit SCO's Claims Relating to Allegedly Misused Material filed by Defendant International Business Machines Corporation. (Shaughnessy, Todd) (Entered: 02/13/2006) |
| 02/13/2006 | 620 | MEMORANDUM in Support re 619 Defendant's MOTION to Limit SCO's Claims Relating to Allegedly Misused Material filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit A,B)(Shaughnessy, Todd) (Entered: 02/13/2006) |
| 02/13/2006 | 622 | **AMENDED NOTICE OF HEARING ON MOTION** re: 607 MOTION for Leave to Take Certain Prospective Depositions, 592 MOTION to Compel Discovery: Motion Hearing previously set for 2/24/2006 at 09:30 AM in Room 220 before Magistrate Judge Brooke C. Wells has been reset for 2/24/2006 at 2:30 PM in Room 220 before Magistrate Judge Brooke C. Wells. Please note the change in time from 9:30 AM to 2:30 PM. (jwd, ) (Entered: 02/13/2006) |
| 02/13/2006 | 623 | **SEALED DOCUMENT** Exhibit 4 to 617 Memorandum in Opposition to Motion filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 02/14/2006) |
| 02/14/2006 | 626 | **SEALED DOCUMENT** Reply Memorandum in Support of 607 MOTION for Leave to Take Certain Prospective Depositions filed by Plaintiff SCO Group. (blk, ) (Entered: 02/15/2006) |
| 02/15/2006 | 624 | CERTIFICATE OF SERVICE by International Business Machines Corporation *of IBM's Seventh Set of Interrogatories* (Shaughnessy, Todd) (Entered: 02/15/2006) |

| | | |
|---|---|---|
| 02/15/2006 | 625 | CERTIFICATE OF SERVICE by International Business Machines Corporation *of IBM's Eleventh Set of Requests for Admission* (Shaughnessy, Todd) (Entered: 02/15/2006) |
| 02/15/2006 | 627 | CERTIFICATE OF SERVICE by International Business Machines Corporation *of IBM's Eighth Request for the Production of Documents* (Shaughnessy, Todd) (Entered: 02/15/2006) |
| 02/17/2006 | 628 | REDACTION to 626 Sealed Document: Reply Memorandum in Support of Motion for Leave to Take Certain Prospective Depositions by Plaintiff SCO Group. (blk, ) (Entered: 02/21/2006) |
| 02/17/2006 | 629 | STIPULATION & JOINT MOTION regarding requests for admission filed by Defendant International Business Machines Corporation, Plaintiff SCO Group. (blk, ) (Entered: 02/21/2006) |
| 02/21/2006 | 630 | NOTICE of Service of Subpoenas Duces Tecum by International Business Machines Corporation (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Sorenson, Amy) (Entered: 02/21/2006) |
| 02/22/2006 | 631 | NOTICE of Service of Subpoena Duces Tecum by International Business Machines Corporation *re Houlihan Valuation Advisors* (Attachments: # 1 Exhibit Exhibit A Part 1# 2 Exhibit Exhibit A Part 2# 3 Exhibit Exhibit A Part 3# 4 Exhibit Exhibit A Part 4) (Donaldson, Peter) (Entered: 02/22/2006) |
| 02/24/2006 | 633 | Minute Entry for proceedings held before Judge Brooke C. Wells : Motion Hearing held on 2/24/2006. Counsel for both parties present. Court hears arguments and rules as follows: 592 Motion to Compel filed by SCO Group - DENIED without prejudice. A much more detailed and concise motion to compel may be filed within 30 days. 607 MOTION for Leave to Take Certain Prospective Depositions filed by SCO Group - DENIED. Counsel for defendant to prepare order. Court is ADJOURNED. Attorney for Plaintiff: Brett Hatch, Mark James, Attorney for Defendant Todd Shaughnessey. (Court Reporter Kelly Hicken.) (alp, ) (Entered: 03/01/2006) |
| 02/28/2006 | 632 | NOTICE of SERVICE OF SUBPOENAS DUCES TECUM by International Business Machines Corporation (Attachments: # 1 Exhibit A and B)(Donaldson, Peter) (Entered: 02/28/2006) |
| 03/01/2006 | 634 | AFFIDAVIT OF SERVICE for Subpoena *in a Civil Case* served on Ricardo Miranda/Registered Agent/Houlihan Valuation Advisors on 2/23/2006, filed by Defendant International Business Machines Corporation. (Donaldson, Peter) (Entered: 03/01/2006) |
| 03/02/2006 | 635 | AFFIDAVIT OF SERVICE for Subpoena in a Civil Case served on Michael Sean Wilson on 2-22-2006, filed by Defendant International Business Machines Corporation. (Donaldson, Peter) (Entered: 03/02/2006) |
| 03/02/2006 | 636 | AFFIDAVIT OF SERVICE for Subpoena *In A Civil Case* served on Prentice-Hall/Registered Agent/McGraw-Hill on 3-1-2006, filed by Defendant International Business Machines Corporation. (Donaldson, Peter) (Entered: 03/02/2006) |
| 03/03/2006 | 637 | ORDER granting 629 STIPULATION & JOINT MOTION regarding requests for admission signed by Judge Brooke C. Wells on 3/3/06. (mjw, ) (Entered: 03/03/2006) |
| 03/03/2006 | 638 | Remark: Letters Rogatory issued by the clerk's office and given to counsel Todd M. Shaughnnessy. (jwt, ) (Entered: 03/03/2006) |
| 03/03/2006 | 646 | Minute Entry for proceedings held before Judge Brooke C. Wells : Telephone Conference held on 3/3/2006 regarding Letters Rogatory and depositions. SCO has no objection to the deposition of the witness taking place after the discovery deadline. |

CM/ECF - U.S. District Court:utd

| | | |
|---|---|---|
| | | Parties updated the Court as to the status of the case. The Court directed that should further telephone status conferences be necessary, counsel are to contact the Court for scheduling. Attorney for Plaintiff: Edward Normand, Attorney for Defendant Todd Shaughnessy. (tsh, ) (Entered: 03/13/2006) |
| 03/07/2006 | 639 | MOTION for Leave to File Excess Pages filed by Plaintiff SCO Group. (blk, ) (Entered: 03/08/2006) |
| 03/07/2006 | 643 | **SEALED DOCUMENT** Memorandum in Opposition to 619 Defendant's MOTION to Limit SCO's Claims Relating to Allegedly Misused Material filed by Plaintiff SCO Group. (blk, ) (Entered: 03/10/2006) |
| 03/08/2006 | 640 | ORDER granting 639 Motion for Leave to File Excess Pages . Signed by Judge Dale A. Kimball on 3/8/06. (blk, ) (Entered: 03/08/2006) |
| 03/08/2006 | 644 | **SEALED DOCUMENT** EXHIBITS TO 643 Sealed Memorandum in Opposition to IBMs Motion to Limit SCOs Claims Relating to Misused Material filed by Plaintiff SCO Group. (Clerks Note: This document is oversized and therefore not scanned and attached as a pdf. It will be retained in the clerks office sealed room for viewing by authorized persons only.) (blk, ) (Entered: 03/10/2006) |
| 03/09/2006 | 641 | Stipulated MOTION to Seal *Confidential Documents* re 631 Notice (Other), Notice (Other) filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Shaughnessy, Todd) (Entered: 03/09/2006) |
| 03/09/2006 | 642 | NOTICE of Issuance of Subpoenas by International Business Machines Corporation (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E)(Wheatley, Nathan) (Entered: 03/09/2006) |
| 03/13/2006 | 645 | AFFIDAVIT OF SERVICE for Subpoena *In A Civil Case* served on Robert Marsh on 2/27/2006, filed by Defendant International Business Machines Corporation. (Donaldson, Peter) (Entered: 03/13/2006) |
| 03/13/2006 | 647 | ORDER Granting in Part and Denying in Part # 537 Renewed Motion to Compel - re 587 Order on Motion to Compel,,,,,,,,,,,, Order on Motion for Protective Order,,,, Motion Hearing,,,. Follows oral order of 12/20/05.. Signed by Judge Brooke C. Wells on 3/10/06. (blk, ) (Entered: 03/14/2006) |
| 03/13/2006 | 648 | Stipulated MOTION filed by Defendant International Business Machines Corporation, Plaintiff SCO Group to Seal Document/Exhibits 1 and 2 of Attachment A to 631 Notice of Subpoena Duces Tecum re Houlihan Valuation Advisors filed by IBM on 2/22/06. (ce, ) (Entered: 03/15/2006) |
| 03/13/2006 | 649 | ORDER granting 641 Motion to Seal, granting 648 Motion to Seal Document 631 Notice of Subpoena Duces Tecum re Houlihan Valuation Advisors filed 2/22/06 by dft IBM - Exhibits 1 and 2 of Attachment A to the Subpoena are sealed . Signed by Judge Brooke C. Wells on 3/10/06. (ce, ) (Entered: 03/15/2006) |
| 03/15/2006 | 650 | AFFIDAVIT OF SERVICE for Subpoena *In A Civil Case* served on Scott Lemon on March 8, 2006, filed by Defendant International Business Machines Corporation. (Donaldson, Peter) (Entered: 03/15/2006) |
| 03/17/2006 | 651 | Stipulated MOTION for Extension of Time Discovery filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Wheatley, Nathan) (Entered: 03/17/2006) |
| 03/20/2006 | 652 | ORDER granting 651 Motion for Extension of Time of Discovery Deadlines and Dispositive Motions Deadline. Signed by Judge Brooke C. Wells on 3/20/06. (blk, ) (Entered: 03/20/2006) |

6/29/2016                                          CM/ECF - U.S. District Court:utd

| 03/20/2006 | | **Set/Reset Deadlines:** Motions due by 8/4/2006. (blk, ) (Entered: 03/20/2006) |
|---|---|---|
| 03/21/2006 | 653 | Stipulated MOTION to Amend/Correct re *Briefing* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) (Shaughnessy, Todd) (Entered: 03/21/2006) |
| 03/22/2006 | 654 | ORDER granting 653 Motion to Amend/Correct briefing re: # 619 Motion to Limit SCOs Claims. IBMs Reply Memo due 4/4/06. Signed by Judge Brooke C. Wells on 2/22/06. (blk, ) (Entered: 03/22/2006) |
| 03/22/2006 | 655 | **NOTICE OF HEARING ON MOTION** re: 619 Defendant's MOTION to Limit SCO's Claims Relating to Allegedly Misused Material: Motion Hearing set for 4/14/2006 at 03:00 PM in Room 220 before Magistrate Judge Brooke C. Wells. (jwd, ) (Entered: 03/22/2006) |
| 03/22/2006 | 656 | DOCUMENTS LODGED consisting of Order Re Briefing (an order from Magistrate Wells is already on file, see # 654 ). (blk, ) (Entered: 03/23/2006) |
| 04/04/2006 | 657 | REPLY to Response to Motion re 619 Defendant's MOTION to Limit SCO's Claims Relating to Allegedly Misused Material filed by Defendant International Business Machines Corporation. (Attachments: # 1 # 2 # 3)(Shaughnessy, Todd) (Entered: 04/04/2006) |
| 04/04/2006 | 658 | DECLARATION of Randall Davis re 657 Reply Memorandum/Reply to Response to Motion filed by International Business Machines Corporation. (Attachments: # 1 # 2) (Shaughnessy, Todd) (Entered: 04/04/2006) |
| 04/04/2006 | 659 | NOTICE of REMOVING COUNSEL FROM SERVICE LIST filed by Anthony L. Marks, Mark A. Wagner.Attorney Anthony L. Marks, Mark A. Wagner will no longer receive notice from the court in this case including final judgment. (blk, ) (Entered: 04/05/2006) |
| 04/04/2006 | 660 | **SEALED DOCUMENT** Declaration of Todd M. Shaughnessy filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 04/05/2006) |
| 04/10/2006 | 661 | MOTION for Leave to File Declaration of Marc Rochkind filed by Plaintiff SCO Group. (blk, ) (Entered: 04/12/2006) |
| 04/12/2006 | 662 | **AMENDED NOTICE OF HEARING ON MOTION** re: 619 Defendant's MOTION to Limit SCO's Claims Relating to Allegedly Misused Material: Motion Hearing previously set for 4/14/06 at 3:00 PM has been reset for 4/14/2006 at 11:00 AM in Room 220 before Magistrate Judge Brooke C. Wells. [PLEASE NOTE TIME CHANGE].(jwd, ) (Entered: 04/12/2006) |
| 04/12/2006 | 663 | Stipulated MOTION to Amend/Correct 38 Protective Order filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order Addendum to Protective Order)(Sorenson, Amy) (Entered: 04/12/2006) |
| 04/12/2006 | 664 | MEMORANDUM in Opposition re 661 MOTION for Leave to File Declaration of Marc Rochkind filed by Defendant International Business Machines Corporation. (Sorenson, Amy) (Entered: 04/12/2006) |
| 04/13/2006 | 665 | REPLY to Response to Motion re 661 MOTION for Leave to File Declaration of Marc Rochkind filed by Plaintiff SCO Group. (blk, ) (Entered: 04/14/2006) |
| 04/14/2006 | 666 | ADDENDUM TO PROTECTIVE ORDER. Signed by Judge Brooke C. Wells on 4/13/06. (cc, ) (Entered: 04/17/2006) |

| 04/14/2006 | 667 | Minute Entry for proceedings held before Judge Brooke C. Wells : Motion hearing held on 4/14/06. Counsel for both parties present. The Court GRANTS 661 MOTION for Leave to File Declaration of Marc Rochkind filed by SCO Group. IBM is given 10 business days from the date of the hearing to respond to the Declaration of Marc Rochkind. The Court hears arguments re: 619 motion to limit SCO Group's claims. The matter is taken under advisement. Court is adjourned. Attorney for Plaintiff: Stuart Singer, Attorney for Defendant David Marriott.(Court Reporter Rebecca Janke.) (alp, ) Modified on 4/20/2006 (tsh, ). (Entered: 04/19/2006) |
| --- | --- | --- |
| 04/14/2006 | 668 | **SEALED DOCUMENT** Declaration of Marc Rochkind filed by Plaintiff SCO Group. (blk, ) (Entered: 04/20/2006) |
| 04/14/2006 | 669 | REDACTION to 668 Sealed Document Declaration of Marc Rochkind by Plaintiff SCO Group. (blk, ) (Entered: 04/20/2006) |
| 04/20/2006 | 670 | Modification of Docket: re 667 Minute Entry/Order on Motion for Leave to File. Amended text of minute entry 667. (tsh, ) (Entered: 04/20/2006) |
| 04/26/2006 | 671 | ORDER re 633 Order on Motion to Compel, Order on Motion for Miscellaneous Relief, Motion Hearing. Follows oral order of 2/24/06. Motion for Leave to Take Certain Prospective Depositions # 607 is DENIED. Motion to Compel # 592 is DENIED, WITHOUT PREJUDICE. SCO is granted leave to file a new motion to compel no later than 3/26/06. Signed by Judge Brooke C. Wells on 4/26/06. (blk, ) (Entered: 04/26/2006) |
| 04/28/2006 | 672 | DECLARATION of Randall Davis re 668 Sealed Document, 619 Defendant's MOTION to Limit SCO's Claims Relating to Allegedly Misused Material filed by International Business Machines Corporation, International Business Machines Corporation. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit) (Shaughnessy, Todd) (Entered: 04/28/2006) |
| 04/28/2006 | 673 | **SEALED DOCUMENT** Rebuttal Declaration of Randall Davis re 668 Sealed Document: Declaration of Marc Rochkind filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 05/01/2006) |
| 05/01/2006 | 674 | Stipulated MOTION to Amend/Correct *Regarding Requests for Admission* filed by Defendant International Business Machines Corporation. (Attachments: # 1) (Shaughnessy, Todd) (Entered: 05/01/2006) |
| 05/02/2006 | 675 | ORDER granting 674 Motion to Amend/Correct Requests for Admissions. As per the parties' stipulation, the parties shall have an extension of time, to and including June 2, 2006, within which to respond to all outstanding Requests for Admission. Signed by Judge Brooke C. Wells on 5/2/2006. (mjw, ) (Entered: 05/02/2006) |
| 05/04/2006 | 676 | Plaintiff's MOTION to Strike 672 Declaration,, 673 Sealed Document *Declaration of Randall Davis* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Hatch, Brent) (Entered: 05/04/2006) |
| 05/04/2006 | 677 | Plaintiff's MEMORANDUM in Support re 676 Plaintiff's MOTION to Strike 672 Declaration,, 673 Sealed Document *Declaration of Randall Davis* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Hatch, Brent) (Entered: 05/04/2006) |
| 05/05/2006 | 678 | Plaintiff's MOTION For in camera review of allegedly privileged documents filed by Plaintiff SCO Group. (James, Mark) (Entered: 05/05/2006) |
| 05/05/2006 | 679 | Plaintiff's MEMORANDUM in Support re 678 Plaintiff's MOTION For in camera review of allegedly privileged documents filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Errata Exhibit C# 4 Exhibit Exhibit D# 5 |

| | | |
|---|---|---|
| | | Exhibit Exhibit E# 6 Exhibit Exhibit F# 7 Exhibit Exhibit G# 8 Exhibit Exhibit H# 9 Exhibit Exhibit I# 10 Exhibit Exhibit J# 11 Exhibit Exhibit K# 12 Exhibit Exhibit L# 13 Exhibit Exhibit M# 14 Exhibit Exhibit N# 15 Exhibit Exhibit 1# 16 Exhibit Exhibit 2# 17 Exhibit Exhibit 3)(James, Mark) (Entered: 05/05/2006) |
| 05/10/2006 | 680 | ORDER denying 676 Motion to Strike 673 Sealed Document, 672 Declaration, . Signed by Judge Brooke C. Wells on 5/10/06. (blk, ) (Entered: 05/10/2006) |
| 05/12/2006 | 681 | Stipulated MOTION for Extension of Time Regarding Certain Scheduling Deadlines filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order)(Hatch, Brent) (Entered: 05/12/2006) |
| 05/15/2006 | 682 | ORDER granting 681 Motion for Extension of Time for Certain Scheduling Deadlines. Initial Expert Reports due: 5/19/06. Opposing Expert Reports due: 6/16/06. Rebuttal Exp Reports due: 7/14/06. Final Deadline for Expert Discovery due: 7/24/06. Dispositive Motions due: 8/4/06. Oppositions to Disp Motions due: 9/8/06. Replies on Disp Motions due: 10/6/06. Signed by Judge Brooke C. Wells on 5/15/06. (blk, ) (Entered: 05/15/2006) |
| 05/22/2006 | 683 | CERTIFICATE OF SERVICE by International Business Machines Corporation of Expert Reports (Shaughnessy, Todd) (Entered: 05/22/2006) |
| 05/23/2006 | 684 | Stipulated MOTION for Extension of Time to File Response/Reply as to 678 Plaintiff's MOTION For in camera review of allegedly privileged documents filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit 1 Proposed Order)(Sorenson, Amy) (Entered: 05/23/2006) |
| 05/24/2006 | 685 | ORDER granting 684 Motion for Extension of Time to File Response/Reply re 678 Plaintiff's MOTION For in camera review of allegedly privileged documents. Replies due by 5/30/2006. Signed by Judge Brooke C. Wells on 5/24/06. (blk, ) (Entered: 05/24/2006) |
| 05/24/2006 | 686 | CERTIFICATE OF SERVICE by SCO Group (Hatch, Brent) (Entered: 05/24/2006) |
| 05/30/2006 | 687 | Stipulated MOTION for Extension of Time to file its Memorandum in Opposition to SCO?s Motion for In Camera Review of Allegedly Privileged Documents filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Shaughnessy, Todd) (Entered: 05/30/2006) |
| 05/31/2006 | 688 | ORDER granting 687 Motion for Extension of Time . Signed by Judge Brooke C. Wells on 5/31/06. (blk, ) (Entered: 05/31/2006) |
| 05/31/2006 | 689 | MOTION to Withdraw as Attorney filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order)(Hatch, Brent) (Entered: 05/31/2006) |
| 05/31/2006 | 690 | Stipulated MOTION for Extension of Time to Complete Discovery filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Shaughnessy, Todd) (Entered: 05/31/2006) |
| 06/02/2006 | 691 | ORDER granting 690 Motion for Extension of Time to Complete Discovery. It is hereby ordered that the parties shall have an extension of time, to and including 8/4/06, within which to respond to all outstanding Requests for Admission . Signed by Judge Brooke C. Wells on 6/2/06. (blk, ) (Entered: 06/02/2006) |
| 06/02/2006 | 692 | ORDER granting 689 Motion to Withdraw as Attorney. Attorney J. Matthew Donohue withdrawn from case for SCO. . Signed by Judge Brooke C. Wells on 6/2/06. (blk, ) (Entered: 06/05/2006) |
| 06/06/2006 | 693 | MEMORANDUM in Opposition re 678 Plaintiff's MOTION For in camera review of |

| | | allegedly privileged documents filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Shaughnessy, Todd) (Entered: 06/06/2006) |
|---|---|---|
| 06/08/2006 | 694 | Stipulated MOTION to Amend/Correct 466 Memorandum Decision,,, Order on Motion to Amend/Correct,,, Order on Motion to Compel,,, Order on Motion for Miscellaneous Relief,, filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit A)(Sorenson, Amy) (Entered: 06/08/2006) |
| 06/08/2006 | 695 | MOTION to Strike *Allegations in Excess of the Final Disclosures* filed by Defendant International Business Machines Corporation. (Sorenson, Amy) (Entered: 06/08/2006) |
| 06/08/2006 | 696 | MEMORANDUM in Support re 695 MOTION to Strike *Allegations in Excess of the Final Disclosures* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Sorenson, Amy) (Entered: 06/08/2006) |
| 06/08/2006 | 697 | REQUEST for Expedited Briefing and Hearing re 695 MOTION to Strike *Allegations in Excess of the Final Disclosures*, 696 Memorandum in Support of Motion, filed by Defendant International Business Machines Corporation. (Sorenson, Amy) (Entered: 06/08/2006) |
| 06/09/2006 | 698 | MOTION to Withdraw as Attorney filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order)(Hatch, Brent) (Entered: 06/09/2006) |
| 06/12/2006 | 699 | RESPONSE to Motion 697 Request for Expedited Briefing & Hearing re 695 MOTION to Strike *Allegations in Excess of the Final Disclosures* filed by Plaintiff SCO Group. (Hatch, Brent) Modified on 6/14/2006 by linking to correct motion/request for briefing/hearing(blk, ). (Entered: 06/12/2006) |
| 06/12/2006 | 702 | ORDER granting 698 Motion to Withdraw as Attorney. Attorney Mark R. Clements withdrawn from case for The SCO Group. . Signed by Judge Brooke C. Wells on 6/12/06. (blk, ) (Entered: 06/13/2006) |
| 06/13/2006 | 700 | RESPONSE re 697 Request, *for Expedited Briefing and Hearing* filed by Defendant International Business Machines Corporation. (Sorenson, Amy) (Entered: 06/13/2006) |
| 06/13/2006 | 701 | ORDER granting 697 Request for Expedited Briefing and Hearing regarding IBMs Motion to Strike the SCO Grps Allegations in Excess of the Final Disclosures filed by International Business Machines Corporation, . SCOs opposition to motion due: 6/19/06 by 5:00 p.m. IBMs reply due: 6/26/06 by 5:00 p.m. A hearing will be held after briefing is complete. Signed by Judge Brooke C. Wells on 6/13/06. (blk, ) (Entered: 06/13/2006) |
| 06/14/2006 | 703 | Amended ORDER granting 697 Request for Expedited Briefing and Hearing on IBMs Motion to Strike SCOs Allegations in Excess of the Final Disclosures filed by International Business Machines Corporation, Amends previous 702 Order on Motion to Withdraw as Attorney. Briefing is set as follows: SCO to file any opposition to IBMs Motion to Strike by 6/19/06 at 5:00 p.m. IBM is to file any reply by 6/26/06 at 5:00 p.m. A hearing will be held on the motion after issue is fully briefed. Signed by Judge Brooke C. Wells on 6/14/06. (blk, ) (Entered: 06/14/2006) |
| 06/14/2006 | 704 | ORDER of Amendment to Scheduling Order Discovery due by 9/22/2006 expert. Motions due by 9/25/2006. (For other dates see order). Signed by Judge Brooke C. Wells on 6/13/06. (blk, ) (Entered: 06/14/2006) |
| 06/19/2006 | 705 | NOTICE OF CONVENTIONAL FILING of Memorandum in Opposition to Motion to Confine SCO?s Claims to, and Strike Allegations in Excess of, the Final Disclosures filed by Plaintiff SCO Group re 695 MOTION to Strike *Allegations in Excess of the* |

| | | |
|---|---|---|
| | | *Final Disclosures* (James, Mark) (Entered: 06/19/2006) |
| 06/19/2006 | 706 | Plaintiff's MOTION for Leave to File Excess Pages filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order)(James, Mark) (Entered: 06/19/2006) |
| 06/19/2006 | 707 | MEMORANDUM in Opposition re 695 MOTION to Confine Claims to and to Strike *Allegations in Excess of the Final Disclosures* filed by Plaintiff SCO Group. (blk, ) (Entered: 06/20/2006) |
| 06/19/2006 | 708 | EXHIBITS 12, 13, 14, 18, & 19 filed by SCO Group re 707 Memorandum in Opposition to Motion. (blk, ) Additional attachment(s) added on 6/20/2006 (blk, ). (Entered: 06/20/2006) |
| 06/19/2006 | 710 | **SEALED DOCUMENT** Sealed Exhibits re 707 Memorandum in Opposition to Motion filed by Plaintiff SCO Group. (Oversized and not scanned. Documents to remain in the clerks office sealed room for access by authorized persons only.) (blk, ) (Entered: 06/20/2006) |
| 06/20/2006 | 709 | Modification of Docket: Error: Did not attach all of the exhibits. Correction: Attached the exhibits left off. re 708 Exhibits to Memo in Opposition. (blk, ) (Entered: 06/20/2006) |
| 06/20/2006 | 711 | ORDER granting 706 Motion for Leave to File Excess Pages . Signed by Judge Dale A. Kimball on 6/20/06. (kmj, ) (Entered: 06/20/2006) |
| 06/20/2006 | 712 | REPLY to Response to Motion re 678 Plaintiff's MOTION For in camera review of allegedly privileged documents filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Hatch, Brent) (Entered: 06/20/2006) |
| 06/20/2006 | 713 | ORDER granting in part and denying in part 678 Motion In Camera Review of Allegedly Privileged Documents . Signed by Judge Brooke C. Wells on 6/20/06. (blk, ) (Entered: 06/20/2006) |
| 06/20/2006 | 714 | **SEALED DOCUMENT** Exhibit 11, re 707 Memorandum in Opposition to Motion filed by Plaintiff SCO Group. (Clerks Note: Document oversized and not scanned. It will be retained in the clerks office sealed room for access to authorized persons only). (blk, ) (Entered: 06/21/2006) |
| 06/20/2006 | 715 | CERTIFICATE OF SERVICE by SCO Group re 714 Sealed Document, (blk, ) (Entered: 06/21/2006) |
| 06/22/2006 | 716 | ORDER RE SCOs MOTION FOR IN CAMERA REVIEW re 678 Plaintiff's MOTION For in camera review of allegedly privileged documents filed by SCO Group,, 712 Reply Memorandum/Reply to Response to Motion filed by SCO Group. It is Ordered: IBM is to provide SCO a copy of the declarations from Sharon Dobbs and Mark Walker by 6/30/06. These declarations are to be filed with the court under seal by 6/30/06. SCO may file a reply memo in support of its motion, if it chooses, by 7/7/06 . Signed by Judge Brooke C. Wells on 6/22/06. (blk, ) (Entered: 06/22/2006) |
| 06/26/2006 | 717 | REPLY to Response to Motion re 695 MOTION to Strike *Allegations in Excess of the Final Disclosures* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Shaughnessy, Todd) (Entered: 06/26/2006) |
| 06/28/2006 | 718 | ORDER granting in part 619 Motion to Limit SCOs Claims . Signed by Judge Brooke C. Wells on 6/28/06. (blk, ) Additional attachment(s) added on 6/30/2006 (rak, ). Modified on 6/30/2006 - original contained a clerical error - replaced with corrected copy per chambers (rak, ). (Entered: 06/28/2006) |

6/29/2016                                          CM/ECF - U.S. District Court:utd

| 06/30/2006 | 719 | Modification of Docket: Error: Original order contained a clerical error. Correction: replaced with corrected copy. re 718 Order on Motion to Limit SCOs Claims. (rak, ) (Entered: 06/30/2006) |
| 07/07/2006 | 720 | REPLY to Response to Motion re 678 Plaintiff's MOTION For in camera review of allegedly privileged documents *Supplemental* filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 07/07/2006) |
| 07/13/2006 | 721 | NOTICE OF CONVENTIONAL FILING of SCO's Objections to Order Granting In Part IBM's Motion to Limit SCO's Claims filed by Plaintiff SCO Group (Hatch, Brent) (Entered: 07/13/2006) |
| 07/13/2006 | 722 | NOTICE OF CONVENTIONAL FILING of Declaration of Mark F. James filed by Plaintiff SCO Group (Hatch, Brent) (Entered: 07/13/2006) |
| 07/13/2006 | 723 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages *Objections to Order Granting In Part IBM's Motion to Limit SCO's Claims* filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order)(Hatch, Brent) (Entered: 07/13/2006) |
| 07/13/2006 | 726 | **SEALED DOCUMENT** SCO's Objections to Order Granting in Part IBM's Motion to Limit SCO's Claims re 718 Order on Motion for Miscellaneous Relief, filed by Plaintiff SCO Group. (Attachments: # 1 Appendix A# 2 Appendix B# 3 Appendix C# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D)(kla, ) (Entered: 07/18/2006) |
| 07/13/2006 | 727 | **SEALED DOCUMENT** Declaration of Mark F. James filed by Plaintiff SCO Group. (This document is not scanned as it is too large. There are 3 envelopes containing the document located in the sealed room.) (kla, ) (Entered: 07/18/2006) |
| 07/17/2006 | 724 | REDACTION *SCO'S OBJECTIONS TO ORDER GRANTING IN PART IBM'S MOTION TO LIMIT SCO'S CLAIMS* by Plaintiff SCO Group. (Attachments: # 1 Appendix A# 2 Appendix B# 3 Appendix C# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D)(Hatch, Brent) Modified on 7/19/2006 by linking to 718 order re: motion to limit SCO's claims (ce, ). (Entered: 07/17/2006) |
| 07/17/2006 | 725 | REDACTION *Declaration of Mark F. James* by Plaintiff SCO Group. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23# 24 Exhibit 24# 25 Exhibit 25# 26 Exhibit 26# 27 Exhibit 27# 28 Exhibit 28# 29 Exhibit 29# 30 Exhibit 30# 31 Exhibit 31# 32 Exhibit 32# 33 Exhibit 33# 34 Exhibit 34# 35 Exhibit 35# 36 Exhibit 36# 37 Exhibit 37# 38 Exhibit 38# 39 Exhibit 39# 40 Exhibit 40# 41 Exhibit 41# 42 Exhibit 42# 43 Exhibit 43# 44 Exhibit 44# 45 Exhibit 45# 46 Exhibit 46# 47 Exhibit 47# 48 Exhibit 48# 49 Exhibit 49# 50 Exhibit 50# 51 Exhibit 51# 52 Exhibit 52# 53 Exhibit 53# 54 Exhibit 54# 55 Exhibit 55# 56 Exhibit 56# 57 Exhibit 57# 58 Exhibit 58# 59 Exhibit 59# 60 Exhibit 60# 61 Exhibit 61# 62 Exhibit 62# 63 Exhibit 63# 64 Exhibit 64# 65 Exhibit 65# 66 Exhibit 66# 67 Exhibit 67# 68 Exhibit 68# 69 Exhibit 69# 70 Exhibit 70# 71 Exhibit 71# 72 Exhibit 72# 73 Exhibit 73# 74 Exhibit 74)(Hatch, Brent) Modified on 7/20/2006 by linking to the original sealed Declaration # 727 (blk, ). (Entered: 07/17/2006) |
| 07/17/2006 | 728 | ORDER granting 723 Motion for Leave to File Excess Pages . Signed by Judge Dale A. Kimball on 7/14/06.(blk, ) (Entered: 07/18/2006) |
| 07/18/2006 | 729 | CERTIFICATE OF SERVICE by International Business Machines Corporation *of Expert Reports* (Shaughnessy, Todd) (Entered: 07/18/2006) |
| 07/18/2006 | 730 | CERTIFICATE OF SERVICE by SCO Group *(1) Report of Dr. Thomas A. Cargill In* |

61

| | | |
|---|---|---|
| | | *Response to the Report and Declaration of Dr. Brian W. Kernigham; (2) Response of Dr. Jeffrey Leitzinger to the Report and Declaration of Professor J.R. Kearl; (3) Response to Report and Declaration of Professor J.R. Kearl by Christine A. Botosan, CA, Ph.D; and (4) Rebuttal to the Report and Declaration of Professor J.R. Kearl by Gary Pisano, Ph.D* (Hatch, Brent) (Entered: 07/18/2006) |
| 07/31/2006 | 731 | Stipulated MOTION for Extension of Time Re Various Deadlines filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order)(Hatch, Brent) (Entered: 07/31/2006) |
| 08/01/2006 | 732 | ORDER granting 731 Motion for Extension of Time on Various Deadlines. Response to Requests for Admissions due: 8/18/06. IBMs Opposition Brief due: 8/14/06. SCOs Reply Brief due: 8/28/06 . Signed by Judge Brooke C. Wells on 7/31/06.(blk, ) (Entered: 08/02/2006) |
| 08/14/2006 | 733 | Plaintiff's MOTION to Withdraw as Attorney *Dan Filor* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order)(Hatch, Brent) (Entered: 08/14/2006) |
| 08/14/2006 | 734 | NOTICE OF CONVENTIONAL FILING of IBM's Memorandum in Opposition to SCO's Objections to Magistrate Judge Wells' Order of June 28, 2006 and the Declaration of Todd M. Shaughnessy filed by Defendant International Business Machines Corporation (Sorenson, Amy) (Entered: 08/14/2006) |
| 08/14/2006 | 735 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages *in Opposition to SCO's Objections to Magistrate Judge Wells' Order of June 28, 2006* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order Granting Motion for Leave to File Overlength Memorandum)(Sorenson, Amy) (Entered: 08/14/2006) |
| 08/14/2006 | 736 | SEALED Memorandum re 724 Redacted Document - SCO's Objections to Magistrate Judge Wells Order of June 28, 2006 filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. NOTE: THIS DOCUMENT IS OVERLENGTH AND HAS NOT BEEN SCANNED. IT HAS BEEN PLACED ON THE SHELF IN THE SEALED ROOM. (ce, ) (Entered: 08/15/2006) |
| 08/14/2006 | 737 | SEALED DECLARATION of Todd M. Shaughnessy, Esq. re 736 Memorandum in Opposition to SCO's Objections to Magistrate Judge Wells Order of June 28, 2006 filed by International Business Machines Corporation. NOTE: THIS IS AN OVERLENGTH DOCUMENT AND HAS NOT BEEN SCANNED. IT HAS BEEN PLACED ON THE SHELF IN THE SEALED ROOM. (ce, ) (Entered: 08/15/2006) |
| 08/14/2006 | 752 | Minute Entry for proceedings held before Judge Brooke C. Wells: Telephone Conference held on 8/14/2006. Counsel appeared via telephone. Argument was heard re: deposition of Mr. Wilson. The Court requested both parties submit three legal cases supporting their respective arguments no later than 8/16/06. The matter is taken under advisement and an order will issue. Attorney for Plaintiff: Edward Normand, Attorney for Defendant Todd Shaughnessy. (tsh, ) (Entered: 08/22/2006) |
| 08/16/2006 | 738 | ORDER granting 735 Motion for Leave to File Excess Pages . Signed by Judge Dale A. Kimball on 8/15/06.(blk, ) (Entered: 08/16/2006) |
| 08/16/2006 | 739 | ORDER granting 733 Motion to Withdraw as Attorney. Attorney Daniel P. Filor withdrawn from case for SCO Group. . Signed by Judge Dale A. Kimball on 8/15/06. (blk, ) (Entered: 08/16/2006) |
| 08/16/2006 | 740 | NOTICE of IBM's Legal Authority re Otis Wilson Deposition by International Business |

6/29/2016                                    CM/ECF - U.S. District Court:utd

| | | Machines Corporation (Shaughnessy, Todd) (Entered: 08/16/2006) |
|---|---|---|
| 08/18/2006 | 741 | Stipulated MOTION for Extension of Time Regarding Requests for Admission filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit Proposed Order)(Shaughnessy, Todd) (Entered: 08/18/2006) |
| 08/18/2006 | 742 | NOTICE OF CONVENTIONAL FILING of IBM's Redacted Memorandun in Opposition to SCO's Objections to 7/28/06 Order and Declaration of T. Shaughnessy With Unsealed Exhibits filed by Defendant International Business Machines Corporation re 726 Sealed Document,, 724 Redacted Document, (Sorenson, Amy) (Entered: 08/18/2006) |
| 08/18/2006 | 744 | DECLARATION of Todd M. Shaughnessy with Unsealed Exhibits filed by International Business Machines Corporation, International Business Machines Corporation. (Attachments: # 1 Exhibits 19 to 25)(kla, ) (Entered: 08/21/2006) |
| 08/18/2006 | 745 | NOTICE of Errata by International Business Machines Corporation, International Business Machines Corporation re 744 Declaration. (kla, ) (Entered: 08/21/2006) |
| 08/18/2006 | 746 | DECLARATION of Todd M. Shaughnessy with Unsealed Exhibits filed by International Business Machines Corporation, International Business Machines Corporation. (Attachments: # 1 Exhibit 4 through 8# 2 Exhibit 9 through 13# 3 Exhibit 14 through 19# 4 Exhibit 20 through 25)(kla, ) (Entered: 08/21/2006) |
| 08/18/2006 | 748 | REDACTION to 736 Memorandum in Opposition to Objection to Magistrate Wells Order of 6/28/06 by Defendant International Business Machines Corporation. (Attachments: # 1 Addendum# 2 Addendum# 3 Addendum# 4 Addendum# 5 Addendum)(blk, ) (Entered: 08/21/2006) |
| 08/21/2006 | 743 | ORDER granting 741 Motion for Extension of Time, to and including 10/13/06, within which to respond to all outstanding Requests for Admissions. Signed by Judge Brooke C. Wells on 8/21/06.(kla, ) Modified on 8/21/2006 to correct the name of the signing judge from Judge Kimball to Judge Wells(kla, ). (Entered: 08/21/2006) |
| 08/21/2006 | 747 | MEMORANDUM DECISION AND ORDER - the court orders that the deposition of Mr. Wilson should go forward in the time and manner as ordered by the North Carolina court. Signed by Judge Brooke C. Wells on 8/21/06. (kla, ) (Entered: 08/21/2006) |
| 08/21/2006 | 749 | MOTION for Admission Pro Hac Vice of John J. Brogan Registration fee $ 15, receipt number 4681013119. filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit A - Pro Hac Application# 2 Exhibit B - ECF Registration# 3 Exhibit C - Proposed Order) (Hatch, Brent) (Entered: 08/21/2006) |
| 08/21/2006 | 750 | MOTION for Admission Pro Hac Vice of Devan V. Padmanabhan Registration fee $ 15, receipt number 4681013120. filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit A - Pro Hac Application# 2 Exhibit B - ECF Registration# 3 Exhibit C - Proposed Order) (Hatch, Brent) (Entered: 08/21/2006) |
| 08/21/2006 | 751 | Modification of Docket: Error: When the order was originally docketed it was incorrectly docketed as being signed by Judge Kimball. Correction: changed the signing judge to Judge Wells re 743 Order on Motion for Extension of Time. (kla, ) (Entered: 08/22/2006) |
| 08/22/2006 | 753 | ORDER granting 749 Motion for Admission Pro Hac Vice of John J. Brogan for SCO Group.<br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov*<br>. Signed by Judge Dale A. Kimball on 8/22/06.(blk, ) (Entered: 08/23/2006) |

| 08/22/2006 | 754 | ORDER granting 750 Motion for Admission Pro Hac Vice of Devan V. Padmanabhan for SCO Group. *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov* . Signed by Judge Dale A. Kimball on 8/22/06.(blk, ) (Entered: 08/23/2006) |
|---|---|---|
| 08/23/2006 | 755 | Stipulated MOTION for Extension of Time to File Response/Reply as to 736 Memorandum (NOT to motion), Memorandum (NOT to motion) *Stipulated Motion fo Extend Time fo File Reply* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hatch, Brent) (Entered: 08/23/2006) |
| 08/24/2006 | 756 | ORDER granting 755 Motion for Extension of Time to File Response/Reply to Memo in Opposition to Objections re: Magistrates Order of 6/28/06. Replies due by 9/5/2006. Signed by Judge Brooke C. Wells on 8/24/06.(blk, ) (Entered: 08/24/2006) |
| 08/31/2006 | 757 | CERTIFICATE OF SERVICE by International Business Machines Corporation *of Expert Reports* (Shaughnessy, Todd) (Entered: 08/31/2006) |
| 08/31/2006 | 758 | CERTIFICATE OF SERVICE by SCO Group (Hatch, Brent) (Entered: 08/31/2006) |
| 09/01/2006 | 759 | ORDER & MEMORANDUM DECISION RE: Alleged Privileged Documents. Signed by Judge Brooke C. Wells on 9/1/06 (alt) (Entered: 09/01/2006) |
| 09/05/2006 | 760 | ORDER & MEMORANDUM DECISION RE: Alleged Privileged Documents. Signed by Judge Brooke C. Wells on 9/1/06. (Clerks Note: Supersedes document # 759 Order & Memorandum Decision).(blk, ) (Entered: 09/05/2006) |
| 09/05/2006 | 761 | Mail Returned as Undeliverable. Mail sent to Frederick S. Frei (djs, ) (Entered: 09/05/2006) |
| 09/05/2006 | 762 | NOTICE OF CONVENTIONAL FILING of Reply Memorandum filed by Plaintiff SCO Group, Counter Defendant SCO Group re 721 Notice of Conventional Filing (Hatch, Brent) (Entered: 09/06/2006) |
| 09/06/2006 | 763 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages *Reply Memorandum* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1) (Hatch, Brent) (Entered: 09/06/2006) |
| 09/06/2006 | 764 | NOTICE OF CONVENTIONAL FILING of Reply Memorandum and Declaration of BOH with Exhibits filed by Plaintiff SCO Group, Counter Defendant SCO Group *Corrected Caption of Docket 762* (Hatch, Brent) (Entered: 09/06/2006) |
| 09/06/2006 | 765 | **SEALED DOCUMENT** Reply Memorandum in Support of 726 724 Objections to Order granting in part IBMs motion to limit SCOs claims, filed by Plaintiff SCO Group. (blk, ) Additional attachment(s) added on 9/7/2006 (blk, ). Modified on 3/22/2007 - sealed the additional documents(rak). (Entered: 09/07/2006) |
| 09/06/2006 | 766 | **SEALED DOCUMENT**DECLARATION of Brent O. Hatch re 765 Reply Memorandum in Support of Objections to Order filed by Plaintiff SCO Group. (blk, ) (Entered: 09/07/2006) |
| 09/07/2006 | 767 | Mail Returned as Undeliverable. Mail sent to Frederick S. Frei (djs, ) (Entered: 09/07/2006) |
| 09/07/2006 | 768 | ORDER granting 763 Motion for Leave to File Excess Pages . Signed by Judge Dale A. Kimball on 9/7/06.(blk, ) (Entered: 09/08/2006) |

| 09/14/2006 | 769 | MOTION to Withdraw as Attorney *Scott Gant* filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order)(Hatch, Brent) (Entered: 09/14/2006) |
|---|---|---|
| 09/15/2006 | 770 | ORDER granting 769 Motion to Withdraw as Attorney. Attorney Scott Gant withdrawn from case for SCO. . Signed by Judge Dale A. Kimball on 9/15/06.(blk, ) (Entered: 09/15/2006) |
| 09/18/2006 | 771 | **NOTICE OF MISCELLANEOUS HEARING**: (Notice generated by Kim Jones) Miscellaneous Hearing re: SCO's objections to Magistrate Judge order set for 10/24/2006 10:00 AM in Room 220. (kmj, ) (Entered: 09/18/2006) |
| 09/25/2006 | 772 | NOTICE OF CONVENTIONAL FILING of Exhibits to SCO's Memorandum in Support of SCO's Motion for Partial Summary Judgment on SCO's Third Cause of Action for Breach of Contract filed by Plaintiff SCO Group (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | 773 | MOTION for Leave to File Additional Declarations *in Support of Motions for Summary Judgment* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Shaughnessy, Todd) (Entered: 09/25/2006) |
| 09/25/2006 | 774 | DECLARATION of Todd M. Shaughnessy *Supplemental* filed by International Business Machines Corporation. (Attachments: # 1 Exhibit 598# 2 Exhibit 599)(Shaughnessy, Todd) (Entered: 09/25/2006) |
| 09/25/2006 | 775 | MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract* filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | 776 | MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims* filed by Counter Defendant SCO Group. (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | 777 | MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims* filed by Counter Defendant SCO Group. (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | 778 | MOTION for Relief for IBM's Spoliation of Evidence filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order SCO's Motion for Spoliation)(Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | 779 | NOTICE OF CONVENTIONAL FILING of Memoranda in Support of Summary Judgment and Declaration filed by Defendant International Business Machines Corporation (Sorenson, Amy) (Entered: 09/25/2006) |
| 09/25/2006 | 780 | MOTION for Summary Judgment *on SCO's Contract Claims* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) (Entered: 09/25/2006) |
| 09/25/2006 | 781 | MOTION for Summary Judgment *on SCO's Copyright Claim* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) (Entered: 09/25/2006) |
| 09/25/2006 | 782 | MOTION for Partial Summary Judgment *on SCO's Unfair Competition Claim* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) Modified on 2/5/2016: updated motion relief (alt) (Entered: 09/25/2006) |
| 09/25/2006 | 783 | MOTION for Summary Judgment *on SCO's Interference Claims* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) (Entered: 09/25/2006) |
| 09/25/2006 | 784 | MOTION for Summary Judgment *on IBM's Eighth Counterclaim* filed by Defendant |

| | | International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) (Entered: 09/25/2006) |
|---|---|---|
| 09/25/2006 | 785 | MOTION for Summary Judgment *on IBM's Tenth Counterclaim* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) (Entered: 09/25/2006) |
| 09/25/2006 | 786 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages *on IBM's Memorandum in Support of Summary Judgment on SCO's Contract Claims* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) (Entered: 09/25/2006) |
| 09/25/2006 | 787 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages *on IBM's Memorandum in Support of Summary Judgment on SCO's Unfair Competition Claim* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) (Entered: 09/25/2006) |
| 09/25/2006 | 788 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages *on IBM's Memorandum in Support of Summary Judgment on SCO's Interference Claims* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) (Entered: 09/25/2006) |
| 09/25/2006 | 789 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages *on IBM's Memorandum in Support of Summary Judgment on IBM's Tenth Counterclaim* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) (Entered: 09/25/2006) |
| 09/25/2006 | 790 | NOTICE OF CONVENTIONAL FILING of MEMORANDUM IN SUPPORT OF SCO?S MOTION FOR RELIEF FOR IBM?S SPOLIATION OF EVIDENCE AND EXHIBITS THERETO filed by Plaintiff SCO Group (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | 791 | NOTICE OF CONVENTIONAL FILING of NOTICE OF CONVENTIONAL FILING OF EXHIBITS TO SCO?S MEMORANDUM IN SUPPORT OF SCO?S MOTION FOR PARTIAL SUMMARY JUDGMENT ON IBM?S SIXTH, SEVENTH, AND EIGHTH COUNTERCLAIMS filed by Plaintiff SCO Group (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | 792 | NOTICE OF CONVENTIONAL FILING of MEMORANDUM IN SUPPORT OF SCO?S MOTION FOR PARTIAL SUMMARY ON IBM?S SECOND, THIRD, FOURTH AND FIFTH COUNTERCLAIMS AND EXHIBITS THERETO filed by Plaintiff SCO Group (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | 793 | NOTICE OF CONVENTIONAL FILING of MEMORANDUM IN SUPPORT OF SCO?S MOTION FOR PARTIAL SUMMARY ON SCO?S THIRD CAUSE OF ACTION FOR BREACH OF CONTRACT filed by Plaintiff SCO Group (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | 794 | MEMORANDUM in Support re 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims* filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | 795 | EXHIBITS filed by SCO Group re 794 Memorandum in Support of Motion. (Attachments: # 1 Exhibit Unpublished Decisions in Support of Memorandum# 2 Exhibit Exhibit A in Support of MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON IBM?S SIXTH, SEVENTH AND EIGHTH COUNTERCLAIMS# 3 Exhibit Exhibit B MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON IBM?S SIXTH, SEVENTH AND |

| | | EIGHTH COUNTERCLAIMS# <u>4</u> Exhibit Exhibit E MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON IBM?S SIXTH, SEVENTH AND EIGHTH COUNTERCLAIMS)(Hatch, Brent) (Entered: 09/25/2006) |
|---|---|---|
| 09/25/2006 | <u>796</u> | DECLARATION of Brent O. Hatch re <u>790</u> Notice of Conventional Filing *regarding exhibits to SCO's Memorandum for Relief for IBM's Soliation of Evidence* filed by SCO Group. (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | <u>797</u> | DECLARATION of Brent O. Hatch re <u>792</u> Notice of Conventional Filing *regarding Exhibits of SCO's Memorandum in Support of Motion for Summary Judgment on IBM's Second, Third, Fourth, and Fifth Counterclaims* filed by SCO Group. (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | <u>798</u> | DECLARATION of Brent O. Hatch re <u>793</u> Notice of Conventional Filing *regarding Exhibits to SCO's Memorandum in Support of Motion for Summary Judgment on SCO's Third Cause of Action for Breach of Contracts* filed by SCO Group. (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | <u>799</u> | DECLARATION of Brent O. Hatch re <u>791</u> Notice of Conventional Filing *regarding Exhibits to SCO's Memorandum in Support of Motion for Summary Judgment on IBM's Sixth, Seventh and Eighth Counterclaims* filed by SCO Group. (Hatch, Brent) (Entered: 09/25/2006) |
| 09/25/2006 | <u>801</u> | **SEALED DOCUMENT**MEMORANDUM IN SUPPORT re <u>784</u> MOTION for Summary Judgment *on IBM's Eighth Counterclaim* filed by Counter Claimant International Business Machines Corporation. (blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | <u>802</u> | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re <u>780</u> MOTION for Summary Judgment *on SCO's Contract Claims* filed by Defendant International Business Machines Corporation. (Attachments: # <u>1</u> 2nd Half of Document)(blk, ) NOTE: Exhibits are oversized and were submitted on CD. The CD will be retained with this document in the sealed room. (Entered: 09/27/2006) |
| 09/25/2006 | <u>803</u> | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re <u>783</u> MOTION for Summary Judgment *on SCO's Interference Claims* filed by Defendant International Business Machines Corporation. NOTE: Exhibits are oversized and were submitted on CD. The CD will be retained with the document in the sealed room. (blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | <u>804</u> | **SEALED DOCUMENT** DECLARATION of Todd Shaughnessy re <u>785</u> MOTION for Summary Judgment *on IBM's Tenth Counterclaim*, <u>784</u> MOTION for Summary Judgment *on IBM's Eighth Counterclaim*, <u>782</u> MOTION for Summary Judgment *on SCO's Unfair Competition Claim*, <u>783</u> MOTION for Summary Judgment *on SCO's Interference Claims*, <u>780</u> MOTION for Summary Judgment *on SCO's Contract Claims*, <u>781</u> MOTION for Summary Judgment *on SCO's Copyright Claim* filed by Defendant International Business Machines Corporation. (blk, ) NOTE: Addendum is oversized and was submitted on CD. The CD will be retained with the document in the sealed room. (Entered: 09/27/2006) |
| 09/25/2006 | <u>805</u> | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re <u>785</u> MOTION for Summary Judgment *on IBM's Tenth Counterclaim* filed by Counter Claimant International Business Machines Corporation. NOTE: Exhibits are oversized and were submitted on CD. The CD will be retained with the document in the sealed room. (blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | <u>806</u> | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re <u>782</u> MOTION for Summary Judgment *on SCO's Unfair Competition Claim* filed by Defendant International Business Machines Corporation. NOTE: Exhibits are oversized and were |

| | | submitted on CD. The CD will be retained with the document in the sealed room. (blk, ) (Entered: 09/27/2006) |
|---|---|---|
| 09/25/2006 | 807 | **SEALED DOCUMENT**MEMORANDUM IN SUPPORT re 781 MOTION for Summary Judgment *on SCO's Copyright Claim* filed by Defendant International Business Machines Corporation. NOTE: Exhibits are oversized and were submitted as a CD. The CD will be retained with the document in the sealed room. (blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | 808 | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re 778 MOTION for Relief for IBM's Spoliation of Evidence filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit 1-B# 2 Exhibit C-J)(blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | 809 | **SEALED DOCUMENT** Exhibit A re 794 Memorandum in Support of Motion, 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims* filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | 810 | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit 1-4# 2 Exhibit 5-7)(blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | 811 | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract* filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | 812 | **SEALED DOCUMENT**Exhibits to 810 Sealed Memo in support re 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract*, 810 Sealed Document filed by Defendant International Business Machines Corporation. NOTE: Exhibits are oversized and not scanned into an image. They will be retained in the sealed room. (blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | 813 | **SEALED DOCUMENT** Exhibits (pt. 1 of 5) to 810 Sealed Memo in Support re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims*, 810 Sealed Document, filed by Counter Claimant International Business Machines Corporation. (blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | 814 | **SEALED DOCUMENT** Exhibits (pt 2 of 5) to 810 Memo in Support re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims*, 810 Sealed Document, filed by Counter Claimant International Business Machines Corporation. (blk, ) NOTE: Oversized - no image. Retained in sealed room. (Entered: 09/27/2006) |
| 09/25/2006 | 815 | **SEALED DOCUMENT** Exhibits (pt 3 of 5) to 810 Memo in Support re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims*, 810 Sealed Document, filed by Counter Claimant International Business Machines Corporation. NOTE: Oversized - no image. Retained in sealed room. (blk, ) (Entered: 09/27/2006) |
| 09/25/2006 | 816 | **SEALED DOCUMENT** Exhibits (pt. 4 of 5) to 810 Sealed Memo in Support re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims*, 810 Sealed Document, filed by Counter Claimant International Business Machines Corporation. (blk, ) NOTE: Oversized - no image. Retained in sealed room. (Entered: 09/27/2006) |
| 09/25/2006 | 817 | **SEALED DOCUMENT** Exhibits (pt. 5 of 5) to 810 Sealed Memo in Support re |

| | | |
|---|---|---|
| | | 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims*, 810 Sealed Document, filed by Counter Claimant International Business Machines Corporation. NOTE: Oversized - no image. Retained in sealed room. (blk, ) (Entered: 09/27/2006) |
| 09/26/2006 | 800 | **DOCKET TEXT ORDER** Granting 773 Motion for Leave to File Additional Declarations, <br><br>Granting 786 Motion for Leave to File Excess Pages, <br><br>Granting 787 Motion for Leave to File Excess Pages, <br><br>Granting 788 Motion for Leave to File Excess Pages, and <br><br>Granting 789 Motion for Leave to File Excess Pages. <br><br>So ordered by Judge Brooke C. Wells on 9/26/06. Please note no attached document. (mjw, ) (Entered: 09/26/2006) |
| 09/27/2006 | 818 | NOTICE OF CONVENTIONAL FILING of IBM's Memorandum in Support of Summary Judgment on SCO's Unfair Competition Claim filed by Defendant International Business Machines Corporation re 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim* (Sorenson, Amy) (Entered: 09/27/2006) |
| 09/27/2006 | 819 | MEMORANDUM in Support re 778 MOTION for Relief for IBM's Spoliation of Evidence *(Redacted version of Memorandum filed under seal)* filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E# 9 Exhibit F# 10 Exhibit G# 11 Exhibit H# 12 Exhibit I# 13 Exhibit J)(Hatch, Brent) (Entered: 09/27/2006) |
| 09/27/2006 | 820 | MEMORANDUM in Support re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims (Redacted version of Memorandum previously filed under seal)* filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R)(Hatch, Brent) (Entered: 09/27/2006) |
| 09/27/2006 | 821 | MEMORANDUM in Support re 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract (Redacted version of Memorandum previously filed under seal)* filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit A# 6 Exhibit B# 7 Exhibit C# 8 Exhibit D# 9 Exhibit E# 10 Exhibit F# 11 Exhibit G# 12 Exhibit H# 13 Exhibit I# 14 Exhibit 15 Errata K# 16 Exhibit L# 17 Exhibit M# 18 Exhibit N# 19 Exhibit O# 20 Exhibit P# 21 Exhibit Q# 22 Exhibit R# 23 Exhibit S# 24 Exhibit T# 25 Exhibit U# 26 Exhibit V) (Hatch, Brent) (Entered: 09/27/2006) |
| 09/27/2006 | 822 | REPLY to Response to Motion re 723 Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages *Objections to Order Granting In Part IBM's Motion to Limit SCO's Claims (Redacted version of Reply Memorandum previously filed under seal re: 726 Objections to Order Granting in Part IBM's Motion to Limit SCO's Claims)* filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M)(Hatch, Brent) (Entered: 09/27/2006) |
| 09/27/2006 | 823 | MOTION for Admission Pro Hac Vice of Roger G. Brooks Registration fee $ 15, receipt number 4681013770. Fee Status: paid. filed by Defendant International Business |

| | | Machines Corporation, Counter Claimant International Business Machines Corporation. (blk, ) (Entered: 09/28/2006) |
|---|---|---|
| 09/27/2006 | 824 | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit A-E# 2 Exhibit F-J)(blk, ) (Entered: 09/28/2006) |
| 09/29/2006 | 825 | ORDER granting 823 Motion for Admission Pro Hac Vice of Roger G. Brooks for International Business Machines Corporation.<br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov*<br>. Signed by Judge Dale A. Kimball on 9/29/06.(blk, ) (Entered: 09/29/2006) |
| 09/29/2006 | 826 | MEMORANDUM in Support re 784 MOTION for Summary Judgment *on IBM's Eighth Counterclaim for Copyright Infringement* filed by Defendant International Business Machines Corporation. (Shaughnessy, Todd) (Entered: 09/29/2006) |
| 09/29/2006 | 827 | DECLARATION of Todd M. Shaughnessy *(Second Supplemental)* filed by International Business Machines Corporation. (Attachments: # 1 Exhibit Exhibit 600)(Shaughnessy, Todd) (Entered: 09/29/2006) |
| 09/29/2006 | 828 | MEMORANDUM in Support re 783 MOTION for Summary Judgment *on SCO's Interference Claims (Redacted Version)* filed by Defendant International Business Machines Corporation. (Shaughnessy, Todd) (Entered: 09/29/2006) |
| 09/29/2006 | 829 | MEMORANDUM in Support re 781 MOTION for Summary Judgment *on SCO's Copyright Claim (Redacted Version)* filed by Defendant International Business Machines Corporation. (Shaughnessy, Todd) (Entered: 09/29/2006) |
| 09/29/2006 | 830 | MEMORANDUM in Support re 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim (Redacted Version)* filed by Defendant International Business Machines Corporation. (Shaughnessy, Todd) (Entered: 09/29/2006) |
| 09/29/2006 | 831 | NOTICE OF CONVENTIONAL FILING of IBM's Redacted Memorandum in Support of its Motion for Summary Judgment on SCO's Contract Claims (SCO's First, Second, Third and Fourth Causes of Action) and IBM's Redacted Memorandum in Support of its Motion for Summary Judgment on its Claim for Declaratory Judgment of Non-Infringement (IBM's Tenth Counterclaim) filed by Defendant International Business Machines Corporation (Shaughnessy, Todd) (Entered: 09/29/2006) |
| 09/29/2006 | 832 | REDACTION to 802 Sealed Memorandum in Support of 780 Motion for Summary Jgm on SCOs Contract Claims, by Defendant International Business Machines Corporation. (blk, ) Additional attachment(s) added on 10/2/2006 (blk, ). (Entered: 10/02/2006) |
| 10/02/2006 | 833 | Modification of Docket: Error: Did not attach 2nd half of the document pdf. Correction: Added second half of document. re 832 Redacted Document. (blk, ) (Entered: 10/02/2006) |
| 10/04/2006 | 834 | NOTICE OF CONVENTIONAL FILING of Declaration of Todd M. Shaughnessy With Unsealed or Redacted Exhibits filed by Defendant International Business Machines Corporation (Sorenson, Amy) (Entered: 10/04/2006) |
| 10/04/2006 | 835 | REDACTION to 804 Sealed Declaration of Todd M. Shaughnessy by Defendant International Business Machines Corporation. (CLERKS NOTE: The exhibits are too extensive to attach and were submitted on DVD. They will be retained in the clerks office for public access.) (blk, ) (Entered: 10/04/2006) |

| 10/05/2006 | 836 | Amended MEMORANDUM in Support re 783 MOTION for Summary Judgment *on SCO's Interference Claims (Redacted Version)* filed by Defendant International Business Machines Corporation. (Shaughnessy, Todd) (Entered: 10/05/2006) |
|---|---|---|
| 10/11/2006 | 837 | Stipulated MOTION for Extension of Time re Various Deadlines filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Shaughnessy, Todd) (Entered: 10/11/2006) |
| 10/12/2006 | 838 | REDACTION to 805 Sealed Memo in Support of Summary Jgm re: 10th counterclaim, by Defendant International Business Machines Corporation. (blk, ) Additional attachment(s) added on 10/13/2006 (blk, ). (Entered: 10/13/2006) |
| 10/18/2006 | 839 | Stipulated MOTION for Extension of Time re Deadlines filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Shaughnessy, Todd) (Entered: 10/18/2006) |
| 10/19/2006 | 840 | ORDER granting 839 Motion for Extension of Time regarding deadlines . Signed by Judge Dale A. Kimball on 10/19/06.(blk, ) (Entered: 10/19/2006) |
| 10/20/2006 | 841 | NOTICE OF CONVENTIONAL FILING of SCO?S MOTION FOR A PROTECTIVE ORDER REGARDING DR. JEFFREY LEITZINGER?S PERSONAL FINANCIAL INFORMATION AND CERTIFICATE OF COMPLIANCE WITH RULE 37(c), EXHIBITS THERETO, and PROPOSED ORDER filed by Plaintiff SCO Group, Counter Defendant SCO Group (Hatch, Brent) (Entered: 10/20/2006) |
| 10/24/2006 | 843 | **NOTICE OF HEARING ON MOTION** re: 695 MOTION to Strike *Allegations in Excess of the Final Disclosures*: Motion Hearing set for 11/15/2006 10:30 AM in Room 220 before Magistrate Judge Brooke C. Wells. (jwd, ) (Entered: 10/24/2006) |
| 10/24/2006 | 844 | Minute Entry for proceedings held before Judge Dale A. Kimball : Miscellaneous Hearing re: pla's objections to Magistrate Judge Wells' order held on 10/24/2006. After hearing the arguments of counsel, the Court took the matter under advisement. After discussion with the attorneys, the Court vacated the trial date of 2/26/07 to allow time for the pending motions to be briefed, heard, and decided prior to trial.Attorneys for Plaintiff: Stuart Singer, Mark James, Sashi Boruchow; Attorneys for Defendant: David Marriott, Todd Shaughnessey, Michael Burke, Wing Chiu. Court Reporter: Becky Janke. (kmj, ) (Entered: 10/24/2006) |
| 10/24/2006 | | Deadlines/Hearings terminated: Jury trial set for 2/26/07 is stricken from the calendar. (kmj, ) (Entered: 10/24/2006) |
| 10/26/2006 | 845 | MOTION for Protective Order *Regarding Dr. Jeffrey Leitzinger's Personal Financial Information and Certificate of Compliance with Rule 37(c) FILED IN REDACTED FORM (Originally Filed Under Seal)* filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 10/26/2006) |
| 11/01/2006 | 846 | Joint MOTION for Extension of Time to File Opposition to Summary Judgment Motions filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order # 2 Text of Proposed Order)(Hatch, Brent) (Entered: 11/01/2006) |
| 11/01/2006 | 847 | RESPONSE to Motion re 846 Joint MOTION for Extension of Time to File Opposition to Summary Judgment Motions *and Cross-Motion for Extension of Time* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Shaughnessy, Todd) (Entered: 11/01/2006) |
| 11/07/2006 | 848 | NOTICE OF CONVENTIONAL FILING of IBM's Memorandum in Opposition to SCO's Motion for a Protective Order filed by Defendant International Business |

6/29/2016                                      CM/ECF - U.S. District Court:utd

| | | Machines Corporation re 845 MOTION for Protective Order *Regarding Dr. Jeffrey Leitzinger's Personal Financial Information and Certificate of Compliance with Rule 37(c) FILED IN REDACTED FORM (Originally Filed Under Seal)* (Shaughnessy, Todd) (Entered: 11/07/2006) |
|---|---|---|
| 11/07/2006 | 849 | Stipulated MOTION for Extension of Time re Deadlines filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Shaughnessy, Todd) (Entered: 11/07/2006) |
| 11/07/2006 | 851 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION to 842 Sealed Motion & to 845 MOTION for Protective Order *Regarding Dr. Jeffrey Leitzinger's Personal Financial Information and Certificate of Compliance with Rule 37(c) FILED IN REDACTED FORM (Originally Filed Under Seal)* filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/08/2006) |
| 11/08/2006 | 850 | Mail Returned as Undeliverable. Mail sent to Frederick S. Frei (djs, ) (Entered: 11/08/2006) |
| 11/08/2006 | 852 | MEMORANDUM in Opposition re 845 MOTION for Protective Order *Regarding Dr. Jeffrey Leitzinger's Personal Financial Information and Certificate of Compliance with Rule 37(c) FILED IN REDACTED FORM (Originally Filed Under Seal) (REDACTED MEMORANDUM)* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Shaughnessy, Todd) (Entered: 11/08/2006) |
| 11/08/2006 | 853 | ORDER granting 849 Motion for Extension of Time regarding deadlines. Signed by Judge Dale A. Kimball on 11/8/06.(blk, ) (Entered: 11/08/2006) |
| 11/09/2006 | 854 | **NOTICE OF HEARING ON MOTION** re: 695 MOTION to Strike *Allegations in Excess of the Final Disclosures*: Motion Hearing previously set for 11/15/06 at 10:30 a.m. has been reset for 11/30/2006 at 03:30 PM in Room 102 before Magistrate Judge Brooke C. Wells. [This hearing has been reset pursuant to the parties request and agreement] (jwd, ) (Entered: 11/09/2006) |
| 11/10/2006 | 855 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages *re Memorandum in Support of IBM's Opposition to SCO's Motion Regarding Spoilation* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Shaughnessy, Todd) (Entered: 11/10/2006) |
| 11/10/2006 | 856 | NOTICE OF CONVENTIONAL FILING of (1) Declaration of Todd M. Shaughnessy; (2) IBM's Memorandum in Opposition to SCO's Motion Regarding Spoliation; (3) IBM's Memorandum in Opposition to SCO's Motion for Partial Summary Judgment on SCO's Third Cause of Action, for Breach of Contract; (4) IBM's Memorandum in Opposition to SCO's Motion for Summary Judgment on IBM's Sixth, Seventh and Eighth Counterclaims; and (5) IBM's Memorandum in Opposition to SCO's Motion for Partial Summary Judgment on IBM's Second, Third, Fourth and Fifth Counterclaims filed by Defendant International Business Machines Corporation re 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract*, 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims*, 778 MOTION for Relief for IBM's Spoliation of Evidence, 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims* (Shaughnessy, Todd) (Entered: 11/10/2006) |
| 11/10/2006 | 863 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION re 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract* filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/15/2006) |

| 11/10/2006 | 864 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION re 778 MOTION for Relief for IBM's Spoliation of Evidence filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/15/2006) |
|---|---|---|
| 11/10/2006 | 865 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims* filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/15/2006) |
| 11/10/2006 | 866 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION re 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims* filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/15/2006) |
| 11/10/2006 | 867 | **SEALED DOCUMENT** DECLARATION of Todd M. Shaughnessy filed by Defendant International Business Machines Corporation. (blk, ) (Entered: 11/15/2006) |
| 11/11/2006 | 857 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) (Hatch, Brent) (Entered: 11/11/2006) |
| 11/11/2006 | 858 | NOTICE OF CONVENTIONAL FILING of Opposition Memoranda and Declaration of Brent O. Hatch filed by Plaintiff SCO Group, Counter Defendant SCO Group (Hatch, Brent) (Entered: 11/11/2006) |
| 11/11/2006 | 861 | **SEALED DOCUMENT**MEMORANDUM IN OPPOSITION re 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim* filed by Plaintiff SCO Group. (blk, ) (Entered: 11/15/2006) |
| 11/11/2006 | 862 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION re 233 Motion for Partial Summary Judgment RE: IBMs 8th Counterclaim - Copyright Infringement, filed by Plaintiff SCO Group. (blk, ) (Entered: 11/15/2006) |
| 11/11/2006 | 868 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION re 783 MOTION for Summary Judgment *on SCO's Interference Claims* filed by Plaintiff SCO Group. (Attachments: # 1 2nd half of document)(blk, ) Modified on 11/15/2006 to correct file date (blk, ). (Entered: 11/15/2006) |
| 11/11/2006 | 869 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION re 781 MOTION for Summary Judgment *on SCO's Copyright Claim* filed by Plaintiff SCO Group. (Attachments: # 1 2nd half of document)(blk, ) (Entered: 11/15/2006) |
| 11/11/2006 | 870 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION part 1 re 785 MOTION for Summary Judgment *on IBM's Tenth Counterclaim* filed by Plaintiff SCO Group. (blk, ) (Entered: 11/15/2006) |
| 11/11/2006 | 871 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION part 2 re 785 MOTION for Summary Judgment *on IBM's Tenth Counterclaim* filed by Plaintiff SCO Group. CLERKS NOTE: Oversized document not attached as a pdf image. It will be retained in the sealed room.(blk, ) (Entered: 11/15/2006) |
| 11/11/2006 | 872 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION part 1 of 4 re 780 MOTION for Summary Judgment *on SCO's Contract Claims* filed by Plaintiff SCO Group. (blk, ) (Entered: 11/15/2006) |
| 11/11/2006 | 873 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION part 3 of 4 re 780 MOTION for Summary Judgment *on SCO's Contract Claims* filed by Plaintiff SCO Group. (Attachments: # 1 2nd half of document)(blk, ) Modified on 11/15/2006 (blk, ). (Entered: 11/15/2006) |

| 11/11/2006 | 874 | **SEALED DOCUMENT** Memorandum in Opposition part 2 of 4 re 780 MOTION for Summary Judgment *on SCO's Contract Claims* filed by Plaintiff SCO Group. (blk, ) (Entered: 11/15/2006) |
| 11/11/2006 | 875 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION part 4 of 4 re 780 MOTION for Summary Judgment *on SCO's Contract Claims* filed by Plaintiff SCO Group. (blk, ) (Entered: 11/15/2006) |
| 11/11/2006 | 876 | **SEALED DOCUMENT** DECLARATION of Brent O. Hatch filed by Plaintiff SCO Group. (blk, ) (Entered: 11/15/2006) |
| 11/13/2006 | 859 | ORDER granting 855 Motion for Leave to File Excess Pages. Signed by Judge Dale A. Kimball on 11/13/06 (alt) (Entered: 11/13/2006) |
| 11/13/2006 | 860 | ORDER granting 857 Motion for Leave to File Excess Pages. Signed by Judge Dale A. Kimball on 11/13/06 (alt) (Entered: 11/14/2006) |
| 11/17/2006 | 877 | NOTICE OF CONVENTIONAL FILING of Reply in Support of Motion for a Protective Order Regarding Dr. Jeffrey Leitzinger's Personal Financial Information filed by Plaintiff SCO Group (James, Mark) (Entered: 11/17/2006) |
| 11/17/2006 | 878 | **SEALED DOCUMENT** REPLY IN SUPPORT re 842 SEALED MOTION for Protective Order re Dr. Jeffrey Leitzingers Personal Financial Information filed by Plaintiff SCO Group. (blk, ) (Entered: 11/20/2006) |
| 11/21/2006 | 879 | MEMORANDUM in Opposition re 778 MOTION for Relief for IBM's Spoliation of Evidence *(REDACTED VERSION)* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P) (Shaughnessy, Todd) (Entered: 11/21/2006) |
| 11/22/2006 | 880 | DECLARATION of Todd M. Shaughnessy *(REDACTED VERSION)* filed by International Business Machines Corporation. (Attachments: # 1 Exhibit 601# 2 Exhibit 602# 3 Exhibit 603# 4 Exhibit 604# 5 Exhibit 605# 6 Exhibit 606# 7 Exhibit 607# 8 Exhibit 608# 9 Exhibit 609# 10 Exhibit 610# 11 Exhibit 611# 12 Exhibit 612# 13 Exhibit 613# 14 Exhibit 614# 15 Exhibit 615# 16 Exhibit 616# 17 Exhibit 617# 18 Exhibit 618)(Shaughnessy, Todd) (Entered: 11/22/2006) |
| 11/22/2006 | 881 | MEMORANDUM in Opposition re 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims (REDACTED VERSION)* filed by Defendant International Business Machines Corporation. (Shaughnessy, Todd) (Entered: 11/22/2006) |
| 11/22/2006 | 882 | MEMORANDUM in Opposition re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims (REDACTED VERSION)* filed by Defendant International Business Machines Corporation. (Shaughnessy, Todd) (Entered: 11/22/2006) |
| 11/22/2006 | 883 | MEMORANDUM in Opposition re 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract (REDACTED VERSION)* filed by Defendant International Business Machines Corporation. (Shaughnessy, Todd) (Entered: 11/22/2006) |
| 11/29/2006 | 884 | ORDER re 539 Objections to Magistrates Order Granting in Part IBMs Motion to Limit SCOs Claims filed by SCO Group. Objections are OVERRULED - Magistrate Judges Order is AFFIRMED and ADOPTED in its entirety. Trial set for 2/26/07 is VACATED. Oral Argument is set for pending motions for summary jgm as follows: 3/1/07 from 3:00p.m. to 5:00p.m., 3/5/07 from 2:30p.m. to 5:00p.m., and 3/7/07 from 2:30p.m. to |

| | | 5:00p.m... Signed by Judge Dale A. Kimball on 11/29/06. (blk, ) (Entered: 11/29/2006) |
|---|---|---|
| 11/29/2006 | 885 | **NOTICE OF HEARING ON MOTION** re: 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims*, 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract*, 784 MOTION for Summary Judgment *on IBM's Eighth Counterclaim*, 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim*, 783 MOTION for Summary Judgment *on SCO's Interference Claims*, 780 MOTION for Summary Judgment *on SCO's Contract Claims*, 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims*, 785 MOTION for Summary Judgment *on IBM's Tenth Counterclaim*, 781 MOTION for Summary Judgment *on SCO's Copyright Claim*: Motion Hearing set for 3/1/2007 03:00 PM in Room 220 before Judge Dale A. Kimball. (blk, ) (Entered: 11/29/2006) |
| 11/29/2006 | 886 | **NOTICE OF HEARING ON MOTION** re: 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims*, 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract*, 784 MOTION for Summary Judgment *on IBM's Eighth Counterclaim*, 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim*, 783 MOTION for Summary Judgment *on SCO's Interference Claims*, 780 MOTION for Summary Judgment *on SCO's Contract Claims*, 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims*, 785 MOTION for Summary Judgment *on IBM's Tenth Counterclaim*, 781 MOTION for Summary Judgment *on SCO's Copyright Claim*: Motion Hearing set for 3/5/2007 02:30 PM in Room 220 before Judge Dale A. Kimball. (blk, ) (Entered: 11/29/2006) |
| 11/29/2006 | 887 | **NOTICE OF HEARING ON MOTION** re: 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims*, 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract*, 784 MOTION for Summary Judgment *on IBM's Eighth Counterclaim*, 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim*, 783 MOTION for Summary Judgment *on SCO's Interference Claims*, 780 MOTION for Summary Judgment *on SCO's Contract Claims*, 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims*, 785 MOTION for Summary Judgment *on IBM's Tenth Counterclaim*, 781 MOTION for Summary Judgment *on SCO's Copyright Claim*: Motion Hearing set for 3/7/2007 02:30 PM in Room 220 before Judge Dale A. Kimball. (blk, ) (Entered: 11/29/2006) |
| 11/30/2006 | 888 | Minute Entry for proceedings held before Judge Brooke C. Wells : Court heard oral arguments. Courtgranted 695 MOTION to Strike *Allegations in Excess of the Final Disclosures* filed by International Business Machines Corporation. Written Order to be prepared by Mr. Marriott.Attorney for Plaintiff: Brad Hatch, Attorney for Defendant David Marriott. Court Reporter: Becky Janke. (mlp, ) (Entered: 11/30/2006) |
| 12/01/2006 | 889 | NOTICE OF CONVENTIONAL FILING of Reply Memorandum in Further Support of SCO's Motion for Relief For IBM's Spoliation of Evidence filed by Plaintiff SCO Group (Hatch, Brent) (Entered: 12/01/2006) |
| 12/01/2006 | 890 | Ex Parte (Not Sealed) MOTION for Leave to File Over-length Reply Memorandum filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order)(Hatch, Brent) (Entered: 12/01/2006) |
| 12/01/2006 | 891 | **SEALED DOCUMENT** REPLY MEMORANDUM in Further Support re 778 MOTION for Relief for IBM's Spoliation of Evidence filed by Plaintiff SCO Group. (blk, ) (Entered: 12/04/2006) |
| 12/06/2006 | 892 | ORDER granting 890 Motion for Leave to File overlength reply memorandum. Signed |

| | | |
|---|---|---|
| | | by Judge Dale A. Kimball on 12/6/06.(blk, ) (Entered: 12/06/2006) |
| 12/13/2006 | 893 | NOTICE OF CONVENTIONAL FILING of MOTION FOR RECONSIDERATION OF NOVEMBER 29TH ORDER and MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF NOVEMBER 29TH ORDER filed by Plaintiff SCO Group (Hatch, Brent) (Entered: 12/13/2006) |
| 12/13/2006 | 894 | SEALED MOTION for Reconsideration of November 29th Order # 884 filed by Plaintiff SCO Group. (blk, ) (Entered: 12/14/2006) |
| 12/13/2006 | 895 | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re 894 SEALED MOTION to Reconsider Order # 884 dated 11/29/06, filed by Plaintiff SCO Group. (blk, ) (Entered: 12/14/2006) |
| 12/14/2006 | 896 | NOTICE OF HEARING ON MOTION re: 845 MOTION for Protective Order *Regarding Dr. Jeffrey Leitzinger's Personal Financial Information and Certificate of Compliance with Rule 37(c) FILED IN REDACTED FORM (Originally Filed Under Seal)*, 842 SEALED MOTION, 778 MOTION for Relief for IBM's Spoliation of Evidence: Motion Hearing set for 1/18/2007 09:30 AM in Room 102 before Magistrate Judge Brooke C. Wells. (jwd, ) (Entered: 12/14/2006) |
| 12/14/2006 | 897 | REQUEST for Reconsideration of November 29th Order filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 12/14/2006) |
| 12/14/2006 | 898 | SUPPORTING MEMORANDUM BRIEF re 897 Request *for Reconsideration of November 29th Order* filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 12/14/2006) |
| 12/14/2006 | 899 | OBJECTION TO MAGISTRATE JUDGE DECISION to District Court by SCO Group (Hatch, Brent) (Entered: 12/14/2006) |
| 12/18/2006 | 900 | NOTICE OF DEFICIENCY re 897 Request. The document was filed as a request and would be better filed as a motion. The court asks the filer of the original document to file the pleading again. The new pleading will receive a new document number on the docket. (jmr ) (Entered: 12/18/2006) |
| 12/18/2006 | 901 | Stipulated MOTION for Extension of Time to file reply memoranda in further support of pending motions for summary judgment filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Shaughnessy, Todd) (Entered: 12/18/2006) |
| 12/19/2006 | 902 | REDACTION to 894 SEALED MOTION *for Reconsideration of November 29th Order* by Plaintiff SCO Group. (James, Mark) (Entered: 12/19/2006) |
| 12/20/2006 | 903 | REDACTION to 869 Sealed Document *SCO's Memorandum in Opposition to IBM's "Motion for Summary Judgment on SCO's Copyright Claim (SCO's Fifth Cause of Action)"* by Plaintiff SCO Group. (Attachments: # 1 Part 2: pages 30-64# 2 Appendix A)(Hatch, Brent) (Entered: 12/20/2006) |
| 12/20/2006 | 904 | ORDER granting 901 Motion for Extension of Time to file reply memoranda in further support of pending motions for summary judgment. Reply Memoranda Due: 1/12/07. Signed by Judge Dale A. Kimball on 12/19/06.(blk, ) (Entered: 12/21/2006) |
| 12/21/2006 | 905 | MOTION for Admission Pro Hac Vice of Sashi Bach Boruchow Registration fee $ 15, receipt number 436957. filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Application for Admission# 2 Electronic Case Filing Registration Form# 3 Text of Proposed Order)(James, Mark) (Entered: 12/21/2006) |
| 12/26/2006 | 906 | WRITTEN ORDER FOLLOWING 888 Minute Entry granting Motion to Strike (oral |

| | | |
|---|---|---|
| | | order of 11/30/06). Signed by Judge Brooke C. Wells on 12/21/06 (alt) (Entered: 12/26/2006) |
| 12/27/2006 | 907 | REDACTION to 861 Sealed Document *Memorandum in Opposition to IBM's Motion for Summary Judgment on SCO's Unfair Competition Claim* by Plaintiff SCO Group, Counter Defendant SCO Group. (Hatch, Brent) Modified on 12/28/2006 by sealing document for re-filed redaction see document # 909 (blk, ). (Entered: 12/27/2006) |
| 12/27/2006 | 908 | REDACTION to 868 Sealed Document, *Memorandum in Opposition to IBM's Motion for Summary Judgment on SCO's Interference Claims* by Plaintiff SCO Group, Counter Defendant SCO Group. (Hatch, Brent) Modified on 12/28/2006 by sealing document, please refer to refiled redaction # 910 (blk, ). (Entered: 12/27/2006) |
| 12/28/2006 | 909 | REDACTION to 861 Sealed Document *REFILE of Document #907: Memorandum in Opposition to IBM's Motion for Summary Judgment on SCO's Unfair Competition Claim* by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Appendix A)(Hatch, Brent) (Entered: 12/28/2006) |
| 12/28/2006 | 910 | REDACTION to 868 Sealed Document, *REFILE of Document #908:Memorandum in Opposition to IBM's Motion for Summary Judgment on SCO's Interference Claims* by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Appendix A) (Hatch, Brent) (Entered: 12/28/2006) |
| 01/02/2007 | 911 | MOTION for Extension of Time to File Response/Reply as to 894 SEALED MOTION *for Reconsideration* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells. (Wheatley, Nathan) (Entered: 01/02/2007) |
| 01/03/2007 | 912 | ORDER granting 911 Motion for Extension of Time to File Response/Reply re 894 SEALED MOTION. Replies due by 1/19/2007. Signed by Judge Dale A. Kimball on 1/3/07. (kla) (Entered: 01/04/2007) |
| 01/09/2007 | 913 | MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Hatch, Brent) (Entered: 01/09/2007) |
| 01/09/2007 | 914 | MEMORANDUM in Support re 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Exhibit 1-3 FILED UNDER SEAL# 2 Exhibit 4# 3 Exhibit 5# 4 Exhibit 6# 5 Exhibit 7)(Hatch, Brent) (Entered: 01/09/2007) |
| 01/09/2007 | 915 | NOTICE OF CONVENTIONAL FILING of EXHIBITS 1, 2 AND 3 TO MEMORANDUM IN SUPPORT OF SCO'S MOTION TO AMEND DECEMBER SUBMISSION filed by Plaintiff SCO Group, Counter Defendant SCO Group (Hatch, Brent) (Entered: 01/09/2007) |
| 01/09/2007 | 916 | NOTICE OF CONVENTIONAL FILING of SCO'S MEMORANDUM IN SUPPORT OF ITS OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER ON IBM'S MOTION TO CONFINE filed by Plaintiff SCO Group, Counter Defendant SCO Group (Hatch, Brent) (Entered: 01/09/2007) |
| 01/09/2007 | 917 | Plaintiff's MOTION for Leave to File OVER LENGTH MEMORANDUM IN SUPPORT OF ITS OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER ON IBM'S MOTION TO CONFINE filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells. (Hatch, Brent) (Entered: 01/09/2007) |
| 01/09/2007 | 920 | ORDER granting 905 Motion for Admission Pro Hac Vice of Sashi Bach Boruchow for |

| | | |
|---|---|---|
| | | SCO Group.<br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov*<br>. Signed by Judge Dale A. Kimball on 1/8/07. (blk) (Entered: 01/10/2007) |
| 01/09/2007 | 921 | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re 899 Objection to Magistrate Judge Decision to District Court filed by Plaintiff SCO Group. (Clerks Note: Exhibits are oversized and not attached to this entry. They will be retained in the Clerks Office 5th floor sealed room for viewing by authorized persons only.) (blk) (Entered: 01/10/2007) |
| 01/09/2007 | 922 | **SEALED DOCUMENT** EXHIBITS 1, 2 & 3 to 914 Memorandum in Support of 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION*, filed by Plaintiff SCO Group. (Clerks Note: Oversized - not attaches. Retained in sealed room.) (blk) (Entered: 01/10/2007) |
| 01/10/2007 | 918 | Stipulated MOTION for Extension of Time of Deadlines filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Shaughnessy, Todd) (Entered: 01/10/2007) |
| 01/10/2007 | 919 | ORDER granting 917 Motion for Leave to File overlength memo. Signed by Judge Dale A. Kimball on 1/10/07. (blk) (Entered: 01/10/2007) |
| 01/12/2007 | 923 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Shaughnessy, Todd) (Entered: 01/12/2007) |
| 01/12/2007 | 924 | NOTICE OF CONVENTIONAL FILING of (1) IBM's Reply Memorandum in Further Support of its Motion for Summary Judgment on SCO's Contract Claims (SCO's First, Second, Third and Fourth Causes of Action); (2) IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Copyright Claim (SCO's Fifth Cause of Action); (3) IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Unfair Competition Claim (SCO's Sixth Cause of Action); (4) IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Interference Claims (SCO's Seventh, Eighth and Ninth Causes of Action); (5) IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment Regarding Its Claim for Declaratory Judgment of Non-Infringement (IBM's Tenth Counterclaim); (6) IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on Its Claim for Copyright Infringement Claim (IBM's Eighth Counterclaim); (7) Declaration of Todd M. Shaughnessy; (8) Supplemental Declaration of Todd M. Shaughnessy filed by Defendant International Business Machines Corporation (Shaughnessy, Todd) (Entered: 01/12/2007) |
| 01/12/2007 | 925 | NOTICE OF CONVENTIONAL FILING of SCO'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON SCO'S THIRD CAUSE OF ACTION, FOR BREACH OF CONTRACT filed by Plaintiff SCO Group, Counter Defendant SCO Group (Hatch, Brent) (Entered: 01/12/2007) |
| 01/12/2007 | 926 | NOTICE OF CONVENTIONAL FILING of PLAINTIFF/COUNTERCLAIM-DEFENDANT SCO'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON IBM'S SECOND, THIRD, FOURTH AND FIFTH COUNTERCLAIMS filed by Plaintiff SCO Group, Counter Defendant SCO Group (Hatch, Brent) (Entered: 01/12/2007) |
| 01/12/2007 | 927 | MOTION for Leave to File SCO's Over length Reply Memorandum in Further Support of its Motion for Partial Summary Judgment on SCO's Third Cause of Action, For Breach of Contract filed by Plaintiff SCO Group, Counter Defendant SCO Group. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Hatch, Brent) (Entered: 01/12/2007) |
| 01/12/2007 | 928 | Ex Parte (Not Sealed) MOTION for Leave to File Over Length Reply Memorandum in Support of its Motion for Summary Judgment on IBM's Sixth, Seventh and Eighth Counterclaims filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Hatch, Brent) (Entered: 01/12/2007) |
| 01/12/2007 | 929 | Ex Parte (Not Sealed) MOTION for Leave to File Over Length Reply Memorandum in Support of Motion for Summary Jugment on IBM's Second, Third, Fourth and Fifth Counterclaims filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Hatch, Brent) (Entered: 01/12/2007) |
| 01/12/2007 | 930 | REPLY to Response to Motion re 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Hatch, Brent) (Entered: 01/12/2007) |
| 01/12/2007 | 938 | **SEALED DOCUMENT** REPLY MEMORANDUM in support of 780 MOTION for Summary Judgment *on SCO's Contract Claims* filed by Defendant International Business Machines Corporation. Part 1 of 2.(Oversized - no document attached.) (blk) (Entered: 01/18/2007) |
| 01/12/2007 | 939 | **SEALED DOCUMENT**REPLY MEMORANDUM in support of 780 MOTION for Summary Judgment *on SCO's Contract Claims* filed by Defendant International Business Machines Corporation. Part 2 of 2. (Oversized - no document attached.) (blk) (Entered: 01/18/2007) |
| 01/12/2007 | 940 | **SEALED DOCUMENT** REPLY MEMORANDUM in support of 785 MOTION for Summary Judgment *on IBM's Tenth Counterclaim* filed by Defendant International Business Machines Corporation. (Oversized - no document attached.) (blk) (Entered: 01/18/2007) |
| 01/12/2007 | 941 | **SEALED DOCUMENT** DECLARATION of Todd M. Shaughnessy filed by Defendant International Business Machines Corporation. (blk) (Entered: 01/18/2007) |
| 01/12/2007 | 942 | **SEALED DOCUMENT** REPLY MEMORANDUM in support of 781 MOTION for Summary Judgment *on SCO's Copyright Claim* filed by Defendant International Business Machines Corporation. (blk) (Oversized - no document attached.) (Entered: 01/18/2007) |
| 01/12/2007 | 943 | **SEALED DOCUMENT** REPLY MEMORANDUM in Support of 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract* filed by Plaintiff SCO Group. (Oversized - no document attached.) (blk) (Entered: 01/18/2007) |
| 01/12/2007 | 944 | **SEALED DOCUMENT** REPLY MEMORANDUM in support re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims* filed by Plaintiff SCO Group. (blk) (Oversized - no document attached.) (Entered: 01/18/2007) |
| 01/12/2007 | 945 | **SEALED DOCUMENT** REPLY MEMORANDUM in support of 784 MOTION for Summary Judgment *on IBM's Eighth Counterclaim* filed by Defendant IBM. (blk) Modified on 1/18/2007 by correcting filer information(blk). (Entered: 01/18/2007) |
| 01/12/2007 | 946 | **SEALED DOCUMENT** REPLY MEMORANDUM in support of 783 MOTION for Summary Judgment *on SCO's Interference Claims* filed by Defendant International |

| | | Business Machines Corporation. (Oversized - no document attached.) (blk) (Entered: 01/18/2007) |
|---|---|---|
| 01/12/2007 | 947 | **SEALED DOCUMENT** REPLY MEMORANDUM in support of 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim* filed by Defendant International Business Machines Corporation. (blk) (Entered: 01/18/2007) |
| 01/12/2007 | 948 | **SEALED DOCUMENT** SUPPLEMENTAL DECLARATION of Todd M. Shaughnessy filed by Defendant International Business Machines Corporation. (blk) (Entered: 01/18/2007) |
| 01/16/2007 | 931 | ORDER granting 918 Stipulated Motion for Extension of Time regarding deadlines. Signed by Judge Dale A. Kimball on 1/16/07. (blk) (Entered: 01/16/2007) |
| 01/16/2007 | 932 | ORDER granting 923 Motion for Leave to File Excess Pages. Signed by Judge Dale A. Kimball on 1/16/07. (blk) (Entered: 01/16/2007) |
| 01/16/2007 | 933 | ORDER granting 927 Motion for Leave to File overlength reply memo. Signed by Judge Dale A. Kimball on 1/16/07. (blk) (Entered: 01/16/2007) |
| 01/16/2007 | 934 | ORDER granting 929 Motion for Leave to File overlength reply memo. Signed by Judge Dale A. Kimball on 1/16/07. (blk) (Entered: 01/16/2007) |
| 01/16/2007 | 935 | ORDER granting 928 Motion for Leave to File overlength reply memo. Signed by Judge Dale A. Kimball on 1/16/07. (blk) (Entered: 01/16/2007) |
| 01/16/2007 | 936 | MOTION for Admission Pro Hac Vice of Michael P. Burke, Registration fee $ 15, receipt number 4681015650, Fee Status: paid. filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (blk) (Entered: 01/16/2007) |
| 01/16/2007 | 937 | ORDER granting 936 Motion for Admission Pro Hac Vice of Michael P. Burke for International Business Machines Corporation. *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov* . Signed by Judge Dale A. Kimball on 1/16/07. (blk) (Entered: 01/16/2007) |
| 01/19/2007 | 950 | MEMORANDUM in Opposition re 894 SEALED MOTION *FOR RECONSIDERATION OF THE COURT'S ORDER OF NOVEMBER 29, 2006* filed by Defendant International Business Machines Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Shaughnessy, Todd) (Entered: 01/19/2007) |
| 01/24/2007 | 951 | Stipulated MOTION for Extension of Time for IBM to file its opposition to (i) SCO's Objections to the Magistrate Judge's Order on IBM's Motion to Confine, and (ii) SCO's Motion to Amend/Correct December 2005 Submission filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Shaughnessy, Todd) (Entered: 01/24/2007) |
| 01/29/2007 | 952 | ORDER granting 951 Motion for Extension of Time. Signed by Judge Dale A. Kimball on 1/26/07. (blk) (Entered: 01/29/2007) |
| 02/02/2007 | 953 | Ex Parte (Not Sealed) MOTION for Leave to File SCO's Over Length Reply Memorandum in Support of Its Motion for Reconsideration of the Court's Order of November 29, 2009 filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(James, Mark) (Entered: 02/02/2007) |

6/29/2016                              CM/ECF - U.S. District Court:utd

| 02/02/2007 | 954 | REDACTION to 862 Sealed Document *SCO's Memorandum in Opposition to IBM's Motion for Summary Judgment on Its Claim for Copyright Infringement (IBM's Eighth Counterclaim)* by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Appendix A)(Normand, Edward) (Entered: 02/02/2007) |
|---|---|---|
| 02/02/2007 | 955 | REPLY to Response to Motion re 894 SEALED MOTION *FOR RECONSIDERATION* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Exhibit A)(James, Mark) (Entered: 02/02/2007) |
| 02/06/2007 | 956 | REDACTION to 870 Sealed Document *SCO's Memorandum in Opposition to IBM's Motion for Summary Judgment on Its Claim for Declaratory Judgment of Non-Infringement (IBM's 10th Counterclaim)* by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Redacted Brief Part 2# 2 Appendix Part 1# 3 Appendix Part 2# 4 Appendix Part 3# 5 Appendix Part 4)(Normand, Edward) (Entered: 02/06/2007) |
| 02/08/2007 | 957 | MOTION for Extension of Time to File Response/Reply as to 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION*, 899 Objection to Magistrate Judge Decision to District Court filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Shaughnessy, Todd) (Entered: 02/08/2007) |
| 02/12/2007 | 958 | ORDER Granting SCOs Motion for a Protective Order Regarding Dr. Jeffrey Leitzingers Personal Financial Information re 842 SEALED MOTION filed by SCO Group, 845 Redacted MOTION for Protective Order *Regarding Dr. Jeffrey Leitzinger's Personal Financial Information and Certificate of Compliance with Rule 37(c) FILED IN REDACTED FORM (Originally Filed Under Seal)* MOTION for Protective Order *Regarding Dr. Jeffrey Leitzinger's Personal Financial Information and Certificate of Compliance with Rule 37(c) FILED IN REDACTED FORM (Originally Filed Under Seal)* filed by SCO Group. Signed by Judge Brooke C. Wells on 2/12/07. (blk) (Entered: 02/13/2007) |
| 02/13/2007 | 959 | ORDER granting 957 Motion for Extension of Time to File Response/Reply re: Objections and Motion to Amend Decision. Replies due by 2/16/2007. Signed by Judge Dale A. Kimball on 2/13/07. (blk) (Entered: 02/13/2007) |
| 02/16/2007 | 960 | REDACTION to 872 Sealed Document *SCO's Memorandum in Opposition to IBM's Motion for Summary Judgment on SCO's Contract Claims* by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Opposition Part 2# 2 Opposition Part 3# 3 Opposition Part 4# 4 Appendix Part 1# 5 Appendix Part 2# 6 Appendix Part 3) (Normand, Edward) (Entered: 02/16/2007) |
| 02/16/2007 | 961 | MEMORANDUM in Opposition re 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION and re 899 Objection to Magistrate Judge Decision* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit Addendum A# 2 Exhibit Addendum B# 3 Exhibit Addendum C# 4 Exhibit Addendum D# 5 Exhibit Addendum E# 6 Exhibit Addendum F# 7 Exhibit Addendum G# 8 Exhibit Addendum H# 9 Exhibit Addendum I (under seal)# 10 Exhibit Addendum J (under seal)# 11 Exhibit Addendum K (Unpublished Opinions))(Sorenson, Amy) (Entered: 02/16/2007) |
| 02/16/2007 | 962 | Ex Parte (Not Sealed) MOTION for Leave to File Excess Pages *for Docket No. 961 (Memorandum in Opposition)* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells. (Sorenson, Amy) (Entered: 02/16/2007) |

81

| 02/16/2007 | 963 | ADDENDUM K to 961 Memorandum in Opposition to Motion, filed by Defendant International Business Machines Corporation. (Clerks Note: Full document not scanned and attached due to size. Complete document will be retained in the clerks office for viewing.) (blk) (Entered: 02/20/2007) |
|---|---|---|
| 02/16/2007 | 964 | **SEALED DOCUMENT** ADDENDUM J - re 961 Memorandum in Opposition to Motion, filed by Defendant International Business Machines Corporation. (blk) (Entered: 02/20/2007) |
| 02/16/2007 | 965 | **SEALED DOCUMENT** ADDENDUM I - re 961 Memorandum in Opposition to Motion, filed by Defendant International Business Machines Corporation. (blk) (Entered: 02/20/2007) |
| 02/20/2007 | 966 | ORDER granting 962 Motion for Leave to File Excess Pages. Signed by Judge Dale A. Kimball on 2/20/07. (blk) (Entered: 02/20/2007) |
| 02/21/2007 | 967 | Stipulated MOTION for Extension of Time to File Response/Reply *to IBM's Memorandum in Opposition to SCO's Objections to the Magistrate Judge's Order on IBM's Motion to Confine and SCO's Motion to Amend its December 2005 Submission* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Normand, Edward) (Entered: 02/21/2007) |
| 02/21/2007 | 968 | MEMORANDUM in Opposition re 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION and re 899 Objection to Magistrate Judge Decision (CORRECTED)* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit Addendum A# 2 Exhibit Addendum B# 3 Exhibit Addendum C# 4 Exhibit Addendum D# 5 Exhibit Addendum E# 6 Exhibit Addendum F# 7 Exhibit Addendum G# 8 Exhibit Addendum H# 9 Exhibit Addendum I (under seal)# 10 Exhibit Addendum J (under seal)# 11 Errata Addendum K (Unpublished Opinions))(Sorenson, Amy) (Entered: 02/21/2007) |
| 02/22/2007 | 969 | ORDER granting 967 Motion for Extension of Time to File Response/Reply re: Objections to Magistrate Judges Order.Replies due by 3/12/2007.. Signed by Judge Dale A. Kimball on 2/22/07. (blk) (Entered: 02/22/2007) |
| 02/28/2007 | 970 | **AMENDED NOTICE OF HEARING ON MOTION** re: 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim*, 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims*, 780 MOTION for Summary Judgment *on SCO's Contract Claims*, 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims*, 775 MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract*, 781 MOTION for Summary Judgment *on SCO's Copyright Claim*, 784 MOTION for Summary Judgment *on IBM's Eighth Counterclaim*, 953 Ex Parte (Not Sealed) MOTION for Leave to File SCO's Over Length Reply Memorandum in Support of Its Motion for Reconsideration of the Court's Order of November 29, 2009Ex Parte (Not Sealed) MOTION for Leave to File SCO's Over Length Reply Memorandum in Support of Its Motion for Reconsideration of the Court's Order of November 29, 2009, 894 SEALED MOTION, 783 MOTION for Summary Judgment *on SCO's Interference Claims*, 785 MOTION for Summary Judgment *on IBM's Tenth Counterclaim*, 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION* : Motion Hearing reset for 3/1/2007 02:30 PM in Room 220 before Judge Dale A. Kimball. Please note time change from 3:00 PM to 2:30 PM.(kmj) (Entered: 02/28/2007) |
| 02/28/2007 | 971 | DECLARATION of Brent O. Hatch filed by SCO Group, SCO Group. (Attachments: # |

| | | |
|---|---|---|
| | | <u>1</u> Exhibit)(Hatch, Brent) (Entered: 02/28/2007) |
| 03/01/2007 | 972 | Minute Entry for proceedings held before Judge Dale A. Kimball : Motion Hearing held on 3/1/2007 re <u>775</u> MOTION for Summary Judgment *on SCO's Third Cause of Action, For Breach of Contract* filed by SCO Group, <u>781</u> MOTION for Summary Judgment *on SCO's Copyright Claim* filed by International Business Machines Corporation, <u>780</u> MOTION for Summary Judgment *on SCO's Contract Claims* filed by International Business Machines Corporation. After hearing the arguments of counsel, the Court took the motions under advisement.Attorneys for Plaintiff: Stuart Singer, Edward Normand, Brent Hatch. Attorneys for Defendant: David Marriott, Amy Sorensen, Michael Burke, Todd Shaughnessy. Court Reporter: Ed Young. (kmj) (Entered: 03/02/2007) |
| 03/02/2007 | <u>973</u> | ORDER denying <u>778</u> MOTION for Relief for IBM's Spoliation of Evidence filed by SCO Group. Follows oral order on motion in hearing on 1/18/07. Signed by Judge Brooke C. Wells on 3/2/07. (blk) (Entered: 03/02/2007) |
| 03/05/2007 | 974 | Minute Entry for proceedings held before Judge Dale A. Kimball : Motion Hearing held on 3/5/2007 re <u>782</u> MOTION for Summary Judgment *on SCO's Unfair Competition Claim* filed by International Business Machines Corporation, <u>783</u> MOTION for Summary Judgment *on SCO's Interference Claims* filed by International Business Machines Corporation. After hearing the arguments of counsel, the Court took the motions under advisement.Attorneys for Plaintiff: Brent Hatch, Edward Normand, Stuart Singer, Mark James; Attorneys for Defendant: David Marriott, Todd Shaunessey, Amy Sorensen, Michael Burke, Gregory Limbrich. Court Reporter: Ed Young & Kelly Hicken. (kmj) (Entered: 03/07/2007) |
| 03/07/2007 | 975 | Minute Entry for proceedings held before Judge Dale A. Kimball : Motion Hearing held on 3/7/2007 re <u>776</u> MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims* filed by SCO Group, <u>784</u> MOTION for Summary Judgment *on IBM's Eighth Counterclaim* filed by International Business Machines Corporation, <u>785</u> MOTION for Summary Judgment *on IBM's Tenth Counterclaim* filed by International Business Machines Corporation, <u>777</u> MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims* filed by SCO Group. After hearing the arguments of counsel, the Court took the motions under advisement.Attorneys for Plaintiff: Brent Hatch, Stuart Singer, Edward Normand; Attorneys for Defendant: David Marriott, Amy Sorensen, Peter Donaldson, Todd Shaughnessy, Joseph Kroetsch, Jefferson Bell. Court Reporter: Kelly Hicken. (kmj) (Entered: 03/09/2007) |
| 03/12/2007 | <u>976</u> | Stipulated MOTION for Extension of Time to File Response/Reply *reply memorandum to (i) IBMs Memorandum in Opposition to SCOs Objections to the Magistrate Judges Order on IBMs Motion to Confine and (ii) IBMs Memorandum in Opposition to SCOs Motion to Amend its December 2005 Submission* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # <u>1</u> Text of Proposed Order) Motions referred to Brooke C. Wells.(Normand, Edward) (Entered: 03/12/2007) |
| 03/12/2007 | <u>977</u> | REDACTION to 942 Sealed Document *IBM's Reply Memorandum in Further Support of Its Motion for Summary Judgment on SCO's Copyright Claim (SCO's Fifth Cause of Action)* by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # <u>1</u> Exhibit Addendum A# <u>2</u> Exhibit Addendum B# <u>3</u> Exhibit Addendum C# <u>4</u> Exhibit Addendum D# <u>5</u> Exhibit Addendum E# <u>6</u> Exhibit Addendum F# <u>7</u> Exhibit Addendum G# <u>8</u> Exhibit Addendum H# <u>9</u> Supplement Addendum I# <u>10</u> Exhibit Addendum J# <u>11</u> Exhibit Addendum K# <u>12</u> Exhibit Addendum L# <u>13</u> Supplement Addendum M# <u>14</u> Exhibit Addendum N# <u>15</u> Exhibit Addendum O)(Sorenson, Amy) (Entered: 03/12/2007) |
| 03/12/2007 | <u>978</u> | REDACTION to 947 Sealed Document *IBM's Reply Memorandum in Further Support of its Motion for Summary Judgment on SCO's Unfair Competition Claim (SCO's Sixth* |

| | | |
|---|---|---|
| | | *Cause of Action)* by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit Addendum A# 2 Exhibit Addendum B# 3 Exhibit Addendum C# 4 Exhibit Addendum D# 5 Exhibit Addendum E)(Sorenson, Amy) (Entered: 03/12/2007) |
| 03/13/2007 | 979 | REDACTION to 946 Sealed Document *IBM's Reply Memorandum in Further Support of its Motion for Summary Judgment on SCO's Interference Claims (SCO's Seventh, Eighth, and Ninth Causes of Action)* by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit Addendum A# 2 Exhibit Addendum B# 3 Exhibit Addendum C# 4 Exhibit Addendum D# 5 Exhibit Addendum E)(Sorenson, Amy) (Entered: 03/13/2007) |
| 03/13/2007 | 980 | REDACTION to 945 Sealed Document *IBM's Reply Memorandum in Further Support of its Motion for Summary Judgment on its Claim for Copyright Infringement (IBM's Eighth Counterclaim)* by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit Addendum A# 2 Exhibit Addendum B)(Sorenson, Amy) (Entered: 03/13/2007) |
| 03/13/2007 | 981 | REDACTION to 938 Sealed Document *IBM's Reply Memorandum in Further Support of its Motion for Summary Judgment on SCO's Contract Claims (SCO's First, Second, Third and Fourth Causes of Action)* by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit Addendum A - Part 1# 2 Exhibit Addendum A - Part 2# 3 Exhibit Addendum B# 4 Exhibit Addendum C# 5 Exhibit Addendum D# 6 Exhibit Addendum E# 7 Exhibit Addendum F# 8 Exhibit Addendum G# 9 Exhibit Addendum H# 10 Exhibit Addenda I through GG (Unpublished Opinions))(Sorenson, Amy) (Entered: 03/13/2007) |
| 03/14/2007 | 982 | ORDER granting 976 Motion for Extension of Time to File Response/Reply re 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION* Replies due by 3/19/2007. Signed by Judge Dale A. Kimball on 3/14/07. (blk) (Entered: 03/14/2007) |
| 03/16/2007 | 983 | REDACTION to 940 Sealed Document *IBM's Reply Memorandum in Further Support of its Motion for Summary Judgment on its Claim for Declaratory Judgment of Non-Infringement (IBM's Tenth Counterclaim)* by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit Addendum A - Part 1# 2 Exhibit Addendum A - Part 2# 3 Exhibit Addendum B# 4 Exhibit Addendum C# 5 Exhibit Addendum D# 6 Exhibit Addenda E through BB (Unpublished Opinions))(Sorenson, Amy) (Entered: 03/16/2007) |
| 03/16/2007 | 984 | NOTICE OF CONVENTIONAL FILING of 1.SCOs Memorandum in Support of its Motion for Reconsideration by the Magistrate Court of the Order Denying SCOs Motion for Relief for IBMs Spoliation of Evidence and Exhibits thereto; 3.SCOs Memorandum in Support of its Objections to the Magistrate Courts Order Denying SCOs Motion for Relief for IBMs Spoliation of Evidence and Exhibits thereto; 5.Declaration of Mark F. James Regarding SCOs Objections to the Magistrate Courts Order Denying SCOs Motion for Relief for IBMs Spoliation of Evidence; 6.Declaration of Mark F. James Regarding SCOs Memorandum in Support of its Objections to the Magistrate Courts Order Denying SCOs Motion for Relief for IBMs Spoliation of Evidence; 7.Declaration of Dr. Evan Ivie in Support of SCOs Motion for Reconsideration by the Magistrate Court of the Order Denying SCOs Motion for Relief for IBMs Spoliation of Evidence; 8.Declaration of Mark Rockhind in Support of SCOs Motion for Reconsideration by the Magistrate Court of the Order Denying SCOs |

| | | |
|---|---|---|
| | | Motion for Relief for IBMs Spoliation of Evidence filed by Plaintiff SCO Group, Counter Defendant SCO Group (James, Mark) (Entered: 03/16/2007) |
| 03/16/2007 | 985 | MOTION for Leave to File Excess Pages *FOR SCOS MEMORANDUM IN SUPPORT OF ITS MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(James, Mark) (Entered: 03/16/2007) |
| 03/16/2007 | 986 | MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(James, Mark) Modified on 3/20/2007 by linking to order(blk). Modified on 6/16/2015: corrected carry-forward text (alt) (Entered: 03/16/2007) |
| 03/16/2007 | 987 | MOTION for Leave to File Excess Pages *FOR MEMORANDUM IN SUPPORT OF ITS OBJECTIONS TO THE MAGISTRATE COURTS ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(James, Mark) (Entered: 03/16/2007) |
| 03/16/2007 | 990 | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit A-C)(blk) (Entered: 03/19/2007) |
| 03/16/2007 | 995 | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT OF OBJECTIONS TO ORDER re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit A-C)(blk) (Entered: 03/20/2007) |
| 03/16/2007 | 996 | **SEALED DOCUMENT** DECLARATION OF MARK F. JAMES re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Plaintiff SCO Group. (blk) (Entered: 03/20/2007) |
| 03/16/2007 | 998 | **SEALED DOCUMENT** REPLY MEMORANDUM in Support of Cross Motion for Partial Summary Judgment on Novell's Fourth Counterclaim filed by Plaintiff SCO Group. (blk) **ENTERED ON WRONG CASE DOCKET - PLEASE DISREGARD. Clerk has entered it on the correct case #2:04cv139 DAK. Modified on 3/21/2007 (blk). (Entered: 03/20/2007)** |
| 03/16/2007 | 999 | **SEALED DOCUMENT** DECLARATION of Mark F. James filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit 1-8# 2 Exhibit 9# 3 Exhibit 10# 4 Exhibit 11) (blk) (Entered: 03/20/2007) |
| 03/16/2007 | 1000 | **SEALED DOCUMENT** DECLARATION of Dr. Evan Ivie re 973 Order filed by Plaintiff SCO Group. (blk) (Entered: 03/20/2007) |
| 03/16/2007 | 1001 | **SEALED DOCUMENT** DECLARATION of Marc Rochkind re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Plaintiff SCO Group. (blk) (Entered: 03/20/2007) |

| 03/19/2007 | 988 | ORDER granting 987 Motion for Leave to File Excess Pages. Signed by Judge Dale A. Kimball on 3/19/07. (blk) (Entered: 03/19/2007) |
|---|---|---|
| 03/19/2007 | 989 | ORDER granting 985 Motion for Leave to File Excess Pages. Signed by Judge Dale A. Kimball on 3/19/07. (blk) (Entered: 03/19/2007) |
| 03/19/2007 | 991 | REPLY to Response to Motion re 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (James, Mark) (Entered: 03/19/2007) |
| 03/19/2007 | 992 | REPLY to Response to Motion re 917 Plaintiff's MOTION for Leave to File OVER LENGTH MEMORANDUM IN SUPPORT OF ITS OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER ON IBM'S MOTION TO CONFINE *Re: Docket No. 916 (Original Objection Not Available on Docket to Link to While Filing)* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Exhibit 1# 2 Exhibit A: unpublished case)(James, Mark) (Entered: 03/19/2007) |
| 03/19/2007 | 993 | NOTICE of CORRECTED FILING by SCO Group, SCO Group re 991 Reply Memorandum/Reply to Response to Motion *to Amend/Correct DECEMBER 2005 SUBMISSION* (Normand, Edward) (Entered: 03/19/2007) |
| 03/19/2007 | 994 | REPLY to Response to Motion re 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION CORRECTED* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Exhibit A - C: Unpublished Cases)(Normand, Edward) (Entered: 03/19/2007) |
| 03/20/2007 | 997 | **SEALED DOCUMENT** DECLARATION of Mark F. James RE OBJECTIONS TO ORDER re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit 1# 2 Exhibit 2-8)(blk) (Entered: 03/20/2007) |
| 03/20/2007 | 1002 | REDACTION to 995 Sealed Document, *SCO's Memorandum in Support of Its Objections to the Magistrate Court's Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence* by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Appendix)(James, Mark) (Entered: 03/20/2007) |
| 03/20/2007 | 1003 | DECLARATION of Dr. Evan Ivie re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE *CORRECTED* filed by SCO Group, SCO Group. (Normand, Edward) (Entered: 03/20/2007) |
| 03/20/2007 | 1004 | NOTICE of CORRECTED FILING by SCO Group, SCO Group re 1000 Sealed Document *DECLARATION of Dr. Evan Ivie, correctly filed under docket entry 1003* (Normand, Edward) (Entered: 03/20/2007) |
| 03/20/2007 | 1005 | REDACTION to 999 Sealed Document *Declaration of Mark F. James Regarding SCO's Objections to the Magistrate Court's Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence* by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Exhibit)(James, Mark) (Entered: 03/20/2007) |
| 03/20/2007 | 1006 | DECLARATION of Marc Rochkind re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE *CORRECTED* filed by SCO Group. (Attachments: # 1 Exhibit A)(Normand, Edward) (Entered: 03/20/2007) |
| 03/20/2007 | 1007 | NOTICE of CORRECTED FILING by SCO Group re 1001 Sealed Document *DECLARATION of Marc Rochkind, correctly filed under docket entry 1006* (Normand, Edward) (Entered: 03/20/2007) |

| 03/21/2007 | 1008 | Modification of Docket: Docket entry #998, SCO's Sealed Reply Memorandum was entered by the clerk in the wrong case. Correction: Clerk has modified the docket text and entered this filing in SCO v. Novell, 2:04cv139, as docket #251, re 998 Sealed Document. (blk) (Entered: 03/21/2007) |
|---|---|---|
| 03/21/2007 | 1009 | REDACTION to 990 Sealed Document, *SCO's Memorandum in Support of Its Motion for Reconsideration of the Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence* by Plaintiff SCO Group. (Boruchow, Sashi) (Entered: 03/21/2007) |
| 03/21/2007 | 1010 | REDACTION to 996 Sealed Document *Declaration of Mark James Regarding SCO's Motion for Reconsideration of the Order Denying SCO's Motion for Relief for IBM's Spoliation of Evidence* by Plaintiff SCO Group. (Attachments: # 1 Exhibit 1-9) (Boruchow, Sashi) (Entered: 03/21/2007) |
| 03/23/2007 | 1011 | NOTICE: It has come to the attention of the Clerk's Office that certain attachments to a SEALED DOCUMENT filed in this case were inadvertently left unprotected during the Court's docketing process. Therefore, these sealed, confidential attachments were accessible for a short period of time to anyone who attempted to electronically access the contents of this docket entry, which clearly stated that it contained a SEALED DOCUMENT. This notice serves as a reminder that, regardless of whether SEALED DOCUMENTS are actually electronically protected from being accessed, all documents marked CONFIDENTIAL are subject to the Protective Order entered by the Court on September 16, 2003. (kmj) (Entered: 03/23/2007) |
| 03/23/2007 | 1012 | **NOTICE FROM THE CLERK'S OFFICE: From this day forward, sealed submission in this case will not be scanned for internal court use but will be maintained in the court's sealed room not to be accessed except by court personnel.** (ce) (Entered: 03/23/2007) |
| 03/28/2007 | 1013 | MOTION for Extension of Time to Respond to SCO's Motion for Reconsideration of the Order Denying SCO's Motion Regarding Spoliation and to SCO's Objections Thereto filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Sorenson, Amy) (Entered: 03/28/2007) |
| 03/29/2007 | 1014 | ORDER granting 1013 Motion for Extension of Time. Oppositions due: 4/18/07. Signed by Judge Dale A. Kimball on 3/29/07. (blk) (Entered: 03/29/2007) |
| 03/29/2007 | 1015 | Stipulated MOTION for Extension of Time for Extension of Deadlines filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Sorenson, Amy) (Entered: 03/29/2007) |
| 04/02/2007 | 1016 | MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(James, Mark) (Entered: 04/02/2007) |
| 04/02/2007 | 1017 | NOTICE OF CONVENTIONAL FILING of SCOS MEMORANDUM IN SUPPORT OF ITS MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL filed by Plaintiff SCO Group, Counter Defendant SCO Group re 1016 MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL (James, Mark) (Entered: |

| | | 04/02/2007) |
|---|---|---|
| 04/02/2007 | 1018 | REDACTION to 1017 Notice of Conventional Filing, *SCO's Memorandum in Support of its Motion to Deem a Prospective Third-Party Deposition in Related Litigation to be a Deposition Taken in This Case as Well* by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18 Part 1# 19 Exhibit 18 Part 2# 20 Exhibit 18 Part 3# 21 Exhibit 19 Part 1# 22 Exhibit 19 Part 2# 23 Exhibit 20# 24 Exhibit 21# 25 Exhibit 22# 26 Exhibit 23# 27 Exhibit A - C: Unpublished Cases)(Normand, Edward) (Entered: 04/02/2007) |
| 04/02/2007 | 1019 | **SEALED DOCUMENT** MEMORANDUM IN SUPPORT re 1016 MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL filed by Plaintiff SCO Group. *Note: No document attached. This document will be retained in the Clerk's Office sealed room for viewing by authorized persons only.* (blk) (Entered: 04/03/2007) |
| 04/02/2007 | 1020 | **SEALED DOCUMENT** EXHIBITS 18-23 re 1019 Sealed Document, filed by Plaintiff SCO Group. *Note: No document attached. This document will be retained in the Clerk's Office sealed room for viewing by authorized persons only.* (blk) (Entered: 04/03/2007) |
| 04/05/2007 | 1021 | NOTICE OF CONVENTIONAL FILING of SCO's Corrected Memorandum in Support of its Motion to Deem a Prospective Third-Party Deposition in Related Litigation to be a Deposition Taken in this Case as Well filed by Plaintiff SCO Group, Counter Defendant SCO Group (James, Mark) (Entered: 04/05/2007) |
| 04/06/2007 | 1022 | REDACTION to 1023 *SCO's Corrected Memorandum in Support of its Motion to Deem a Prospective Third-Party Deposition in Related Litigation to be a Deposition Taken in This Case as Well* by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18 Part 1# 19 Exhibit 18 Part 2# 20 Exhibit 18 Part 3# 21 Exhibit 19 Part 1# 22 Exhibit 19 Part 2# 23 Exhibit 20# 24 Exhibit 21# 25 Exhibit 22# 26 Exhibit 23# 27 Exhibit A-C: Unpublished Cases)(Normand, Edward) Modified on 4/9/2007 by linking to correct document (blk). (Entered: 04/06/2007) |
| 04/09/2007 | 1023 | **SEALED DOCUMENT** CORRECTED MEMORANDUM IN SUPPORT re 1016 MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL filed by Plaintiff SCO Group. *Note: No document attached. This document will be retained in the Clerk's Office sealed room for viewing by authorized persons only.* (blk) (Entered: 04/09/2007) |
| 04/10/2007 | 1024 | MOTION for Admission Pro Hac Vice of David Boies, Registration fee $ 15, receipt number 490581, filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Exhibit A: Application for Admission# 2 Exhibit B: ECF Registration# 3 Text of Proposed Order)(James, Mark) (Entered: 04/10/2007) |
| 04/11/2007 | 1025 | ORDER granting 1024 Motion for Admission Pro Hac Vice of David Boies for SCO Group. *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov.* |

| | | Signed by Judge Dale A. Kimball on 4/11/07. (blk) (Entered: 04/11/2007) |
|---|---|---|
| 04/13/2007 | 1026 | Stipulated MOTION for Extension of Time to Repond to Requests for Admission filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Shaughnessy, Todd) (Entered: 04/13/2007) |
| 04/16/2007 | 1027 | ORDER granting 1026 Motion for Extension of Time to respond to outstanding requests for admission. Responses due: 5/25/07. Signed by Judge Brooke C. Wells on 4/16/07. (blk) (Entered: 04/16/2007) |
| 04/17/2007 | 1028 | Stipulated MOTION for Extension of Time to File Response/Reply as to 1016 MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL, 995 Sealed Document, 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells. (Sorenson, Amy) (Entered: 04/17/2007) |
| 04/18/2007 | 1029 | ORDER granting 1028 Motion for Extension of Time to File Response/Reply re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE. Replies due by 4/27/2007. Signed by Judge Brooke C. Wells on 4/18/07. (blk) (Entered: 04/18/2007) |
| 04/20/2007 | 1030 | ORDER granting 1015 Motion for Extension of Time regarding scheduling order deadlines. *See order for deadlines set.* Signed by Judge Brooke C. Wells on 4/19/07. (blk) (Entered: 04/20/2007) |
| 04/20/2007 | 1031 | MOTION for Leave to File Sur-reply filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells. (Sorenson, Amy) (Entered: 04/20/2007) |
| 04/20/2007 | 1032 | MEMORANDUM in Opposition re 1031 MOTION for Leave to File Sur-reply filed by Plaintiff SCO Group. (Normand, Edward) (Entered: 04/20/2007) |
| 04/20/2007 | 1033 | DOCKET TEXT ORDER granting 1031 IBM's Motion for Leave to File Sur-Reply. In addition, SCO may file a response to IBM's sur-reply memorandum within 14 days. Signed by Judge Dale A. Kimball on 4/20/2007. No attached document. (awm) (Entered: 04/20/2007) |
| 04/20/2007 | 1034 | REPLY to Response to Motion re 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION and re 899 SCO's Objection to the Magistrate Judge's Decision on IBM's Motion to Confine (Sur-reply Memorandum)* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit Addendum A# 2 Exhibit Addendum B (filed under seal)# 3 Exhibit Addendum C (filed under seal)# 4 Exhibit Addendum D# 5 Exhibit Addendum E# 6 Exhibit Addendum F (unpublished opinions)# 7 Exhibit Addendum G (filed under seal))(Sorenson, Amy) (Entered: 04/20/2007) |
| 04/20/2007 | 1035 | **SEALED DOCUMENT** ADDENDUM B re 1034 SUR-REPLY Reply Memorandum/Reply to Response to Motion, filed by Defendant International Business Machines Corporation. (blk) (Entered: 04/23/2007) |
| 04/20/2007 | 1036 | **SEALED DOCUMENT** ADDENDUM C re 1034 SUR-REPLY Reply |

| | | Memorandum/Reply to Response to Motion,, filed by Defendant International Business Machines Corporation. (blk) (Entered: 04/23/2007) |
|---|---|---|
| 04/20/2007 | 1037 | **SEALED DOCUMENT** ADDENDUM G re 1034 SUR-REPLY Reply Memorandum/Reply to Response to Motion, filed by Defendant International Business Machines Corporation. (blk) (Entered: 04/23/2007) |
| 04/27/2007 | 1038 | MEMORANDUM in Opposition re 1016 MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit Addendum A# 2 Exhibit Addendum B# 3 Exhibit Addendum C# 4 Exhibit Addendum D (Unpublished Opinions))(Sorenson, Amy) (Entered: 04/27/2007) |
| 04/27/2007 | 1039 | MOTION for Leave to File Excess Pages *for Memorandum in Opposition to SCO's Motion for Reconsideration of the Order Denying SCO's Motion for Relief for IBM's Alleged Spoliation of Evidence* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells. (Sorenson, Amy) (Entered: 04/27/2007) |
| 04/27/2007 | 1040 | MOTION for Leave to File Excess Pages *on Memorandum in Opposition to SCO's Objections to the Magistrate Judge's Order Denying SCO's Motion for Relief for IBM's Alleged Spoliation of Evidence* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells. (Sorenson, Amy) (Entered: 04/27/2007) |
| 04/27/2007 | 1043 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Defendant International Business Machines Corporation. *Note: No document attached. This document will be retained in the Clerk's Office sealed room for viewing by authorized persons only.* (blk) (Entered: 04/30/2007) |
| 04/27/2007 | 1044 | **SEALED DOCUMENT** MEMORANDUM IN OPPOSITION re 899 Objection to Magistrate Judge Decision to District Court filed by Defendant International Business Machines Corporation. *Note: No document attached. This document will be retained in the Clerk's Office sealed room for viewing by authorized persons only.* (blk) (Entered: 04/30/2007) |
| 04/30/2007 | 1041 | ORDER granting 1039 Motion for Leave to File Excess Pages. Signed by Judge Dale A. Kimball on 4/30/07. (blk) (Entered: 04/30/2007) |
| 04/30/2007 | 1042 | ORDER granting 1040 Motion for Leave to File Excess Pages. Signed by Judge Dale A. Kimball on 4/30/07. (blk) (Entered: 04/30/2007) |
| 05/02/2007 | 1045 | Stipulated MOTION for Extension of Time to File Response/Reply *to IBM's Sur-Reply Memorandum in Further Opposition to SCO's Objections to the Magistrate Judge's Order on IBM's Motion to Confine and SCO's Motion to Amend its December 2005 Submission* filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Normand, Edward) (Entered: 05/02/2007) |
| 05/04/2007 | 1046 | ORDER granting 1045 Motion for Extension of Time to File Response/Reply. Replies due by 5/11/2007. Signed by Judge Dale A. Kimball on 5/3/07. (blk) (Entered: 05/04/2007) |

| 05/08/2007 | 1047 | Stipulated MOTION for Extension of Time to File Response/Reply as to 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE *Jointly* filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Boruchow, Sashi) (Entered: 05/08/2007) |
| 05/10/2007 | 1048 | Stipulated MOTION for Extension of Time for Extension of Deadlines filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Normand, Edward) (Entered: 05/10/2007) |
| 05/11/2007 | 1049 | DISREGARD - SEE ENTRY 1052 for correct order on motion. ORDER granting 1048 Motion for Extension of Time. Signed by Judge Dale A. Kimball on 5/9/07. (blk) Modified on 5/11/2007 SEE ENTRY 1052 for correct order on motion (blk). (Entered: 05/11/2007) |
| 05/11/2007 | 1050 | Stipulated MOTION for Extension of Time to File Response/Reply filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Normand, Edward) (Entered: 05/11/2007) |
| 05/11/2007 | 1051 | DISREGARD- WRONG ORDER ENTERED FOR THIS MOTION THIS MOTION IS NOT RULED ON YET. ORDER granting 1050 Motion for Extension of Time to File Response/Reply Replies due by 5/18/2007.. Signed by Judge Dale A. Kimball on 5/11/07. (blk) Modified on 5/11/2007 (BLK). (Entered: 05/11/2007) |
| 05/11/2007 | 1052 | ORDER granting 1048 Motion for Extension of Time. Rule 26(a)(3) Disclosures due 6/13/07. Exchange of Jury Instructions due 6/27/07. Motions in Limine due 7/9/07. Signed by Judge Dale A. Kimball on 5/11/07. (blk) (Entered: 05/11/2007) |
| 05/11/2007 | 1053 | ORDER granting 1047 Motion for Extension of Time to File Response/Reply re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE. Replies due by 5/18/2007. Signed by Judge Dale A. Kimball on 5/11/07. (blk) (Entered: 05/11/2007) |
| 05/11/2007 | 1054 | Modification of Docket: Error: Clerk initially docketed orders on wrong motions. Correction: Clerk has corrected this and re-entered the orders with the correct motions. They have been sent out to all counsel as usual. re 1051 Order on Motion for Extension of Time to File Response/Reply, 1053 Order on Motion for Extension of Time to File Response/Reply, 1049 Order on Motion for Extension of Time, 1048 Stipulated MOTION for Extension of Time for Extension of Deadlines, 1052 Order on Motion for Extension of Time, 1047 Stipulated MOTION for Extension of Time to File Response/Reply as to 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE *Jointly*Stipulated MOTION for Extension of Time to File Response/Reply as to 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE *Jointly*. (blk) (Entered: 05/11/2007) |
| 05/11/2007 | 1055 | REPLY to Response to Motion re 913 MOTION to Amend/Correct *DECEMBER 2005 SUBMISSION (SCO's Sur-Surreply Memorandum)* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Exhibit A-B)(Normand, Edward) (Entered: 05/11/2007) |
| 05/11/2007 | 1056 | REPLY to Response to Motion re 917 Plaintiff's MOTION for Leave to File OVER LENGTH MEMORANDUM IN SUPPORT OF ITS OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER ON IBM'S MOTION TO CONFINE *No correct* |

6/29/2016                                CM/ECF - U.S. District Court:utd

| | | |
|---|---|---|
| | | *entry to link to:SCO's Sur-surreply re: Docket Entry 921 - MEMORANDUM IN SUPPORT re 899 Objection to Magistrate Judge Decision to District Court filed by Plaintiff SCO Group.* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Normand, Edward) (Entered: 05/11/2007) |
| 05/15/2007 | 1057 | ORDER granting 1050 Motion for Extension of Time to File Response/Reply re: Objections to Magistrate Decision; 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE; 1016 MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL. Replies due by 5/25/2007. Signed by Judge Dale A. Kimball on 5/14/07. (blk) (Entered: 05/15/2007) |
| 05/25/2007 | 1058 | Stipulated MOTION for Extension of Time of Deadlines filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Sorenson, Amy) (Entered: 05/25/2007) |
| 05/25/2007 | 1059 | NOTICE OF CONVENTIONAL FILING filed by Plaintiff SCO Group, Counter Defendant SCO Group (James, Mark) (Entered: 05/25/2007) |
| 05/25/2007 | 1060 | Plaintiff's MOTION for Leave to File Excess Pages filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1) Motions referred to Brooke C. Wells.(James, Mark) (Entered: 05/25/2007) |
| 05/25/2007 | 1061 | Plaintiff's MOTION for Leave to File Excess Pages filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1) Motions referred to Brooke C. Wells.(James, Mark) (Entered: 05/25/2007) |
| 05/25/2007 | 1062 | **SEALED DOCUMENT** SEALED REPLY MEMORANDUM IN FURTHER SUPPORT OF 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Plaintiff SCO Group *Note: No document attached. This document will be retained in the Clerk's Office sealed room for viewing by authorized persons only* (alt) (Entered: 05/29/2007) |
| 05/25/2007 | 1066 | **SEALED DOCUMENT** SEALED REPLY MEMORANDUM In Further Support of Objections to the Mag Judges Order Denying Motion for Relief for IBMs Spoilation of Evidence, filed by Plaintiff SCO Group *Note: No document attached. This document will be retained in the Clerk's Office sealed room for viewing by authorized persons only* (alt) Modified on 5/30/2007: added info re: document retention (alt) (Entered: 05/30/2007) |
| 05/29/2007 | 1063 | ORDER granting 1060 Motion for Leave to File Excess Pages. Signed by Judge Dale A. Kimball on 5/29/07 (alt) (Entered: 05/29/2007) |
| 05/29/2007 | 1064 | ORDER granting 1061 Motion for Leave to File Excess Pages. Signed by Judge Dale A. Kimball on 5/29/07 (alt) (Entered: 05/29/2007) |
| 05/29/2007 | 1065 | ORDER granting 1058 Motion for Extension of Time. Signed by Judge Dale A. Kimball on 5/29/07 (alt) (Entered: 05/29/2007) |
| 06/13/2007 | 1067 | NOTICE OF FILING of Certificate of Service *of SCO's Objections and Responses to IBM's Requests for Admissions Sets 2-12* filed by Plaintiff SCO Group. (Boruchow, Sashi) (Entered: 06/13/2007) |
| 06/13/2007 | 1068 | CERTIFICATE OF SERVICE by International Business Machines Corporation *of Responses to Requests for Admission* (Sorenson, Amy) (Entered: 06/13/2007) |

| 06/15/2007 | 1069 | REPLY to Response to Motion re 1016 MOTION TO DEEM A PROSPECTIVE THIRD-PARTY DEPOSITION IN RELATED LITIGATION TO BE A DEPOSITION TAKEN IN THIS CASE AS WELL filed by Plaintiff SCO Group. (Normand, Edward) (Entered: 06/15/2007) |
|---|---|---|
| 06/18/2007 | 1070 | Disregard this entry. Wrong case number was placed on document. This will be filed in case number 2:04cv139. **SEALED DOCUMENT** EXHIBITS to SCO's Memorandum in Opposition to Novell's Evidentiary Objections to SCO's Exhibits Submitted in Support of its Summary Judgment Oppsitions Filed May 18, 2007 Incorporating by Reference Novell's Evidentiary Objections to SCO's Summary Judgment Exhibits filed by Plaintiff SCO Group. *No attachment - document retained in the sealed room.* (blk) Additional attachment(s) added on 6/19/2007 - cover sheet of document (blk). (Entered: 06/19/2007) |
| 06/19/2007 | 1071 | Modification of Docket: Document 1070 was entered on this case because it is the case number put on the pleading by counsel. The clerk has been informed that the case number is incorrect. Counsel are advised to review pleadings before filing them to ensure that the case information is correct, as the clerk will docket it on the case number given on the document. re 1070 Sealed Document. The Clerk will docket this document on case number 2:04cv139. (blk) (Entered: 06/19/2007) |
| 07/13/2007 | 1072 | MOTION for Extension of Time of Deadlines in May 29, 2007 Order filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells.(Shaughnessy, Todd) (Entered: 07/13/2007) |
| 07/16/2007 | 1073 | MEMORANDUM in Opposition re 1072 MOTION for Extension of Time of Deadlines in May 29, 2007 Order filed by Plaintiff SCO Group. (Normand, Edward) (Entered: 07/16/2007) |
| 07/16/2007 | 1074 | ORDER granting 1072 Motion for Extension of Time of deadlines set in the Court's 5/29/07 Order. Signed by Judge Dale A. Kimball on 7/16/07. (blk) (Entered: 07/16/2007) |
| 07/26/2007 | 1075 | Stipulated MOTION for Scheduling Order *(Pretrial Schedule)* filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order) Motions referred to Brooke C. Wells. (Normand, Edward) (Entered: 07/26/2007) |
| 07/30/2007 | 1076 | ORDER granting 1075 Motion for Extension of Deadlines. *See order for new dates/deadlines..* Signed by Judge Dale A. Kimball on 7/27/07. (blk) (Entered: 07/30/2007) |
| 08/10/2007 | 1077 | NOTICE OF DECISION AND REQUEST FOR STATUS UPDATE. Signed by Judge Dale A. Kimball on 8-10-07. (sih) (Entered: 08/10/2007) |
| 08/31/2007 | 1078 | RESPONSE re 1077 Order, filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Sorenson, Amy) (Entered: 08/31/2007) |
| 08/31/2007 | 1079 | STATUS REPORT *IN COMPLIANCE WITH THE COURTS NOTICE OF DECISION AND REQUEST FOR STATUS UPDATE DATED AUGUST 10, 2007* by SCO Group. (Normand, Edward) (Entered: 08/31/2007) |
| 09/14/2007 | 1080 | NOTICE of Filing for Bankruptcy by SCO Group, SCO Group (Attachments: # 1 Exhibit Exhibit A to Notice of Bankruptcy)(James, Mark) (Entered: 09/14/2007) |
| 09/20/2007 | 1081 | ORDER Administratively Closing this Case. Case may be reopened upon motion of pla(s) or dft(s). Judge Brooke C. Wells no longer assigned to case. Signed by Judge Dale A. Kimball on 9/20/07. (jwt) (Entered: 09/21/2007) |

CM/ECF - U.S. District Court:utd

| 06/30/2009 | 1082 | MOTION to Amend/Correct 38 Protective Order filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2)(Normand, Edward) (Entered: 06/30/2009) |
|---|---|---|
| 07/21/2009 | 1083 | **SEALED DOCUMENT** IBM'S MEMORANDUM IN OPPOSITION re 1082 MOTION to Amend/Correct 38 Protective Order filed by Defendant International Business Machines Corporation. (las) (Entered: 07/21/2009) |
| 08/21/2009 | 1084 | DOCUMENTS LODGED consisting of a Letter from Defense Counsel re: SCO's Motion for Modification of the Stipulated Protective Order. (las) (Entered: 08/21/2009) |
| 08/21/2009 | 1085 | ORDER denying 1082 Motion to Amend/Correct the Stipulated Protective Order. Signed by Judge Dale A. Kimball on 8/21/09. (jwt) (Entered: 08/24/2009) |
| 08/24/2009 | 1086 | ORDER OF RECUSAL Judge Dale A. Kimball recused. Case reassigned to Judge Tena Campbell for all further proceedings. Signed by Judge Dale A. Kimball on 8/24/09. (jwt) (Entered: 08/24/2009) |
| 12/10/2009 | 1087 | Ex Parte (Not Sealed) MOTION to Withdraw as Attorney filed by Plaintiff SCO Group. (Attachments: # 1 Text of Proposed Order)(Hatch, Brent) (Entered: 12/10/2009) |
| 12/14/2009 | 1088 | ORDER granting 1087 Motion to Withdraw as Attorney. Attorney John J. Brogan withdrawn from case for SCO Group. Signed by Judge Tena Campbell on 12/12/09 (alt) (Entered: 12/14/2009) |
| 07/30/2010 | 1089 | MOTION for Hearing re Status Conference filed by Plaintiff SCO Group. (Normand, Edward) (Entered: 07/30/2010) |
| 08/05/2010 | 1090 | **NOTICE OF HEARING**: (Notice generated by Mary Jane McNamee) Status Conference set for 8/11/2010 at 3:00 PM in Room 230 before Judge Tena Campbell. (mjm) (Entered: 08/05/2010) |
| 08/10/2010 | 1091 | MEMORANDUM in Opposition re 1089 MOTION for Hearing re Status Conference filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Shaughnessy, Todd) (Entered: 08/10/2010) |
| 08/12/2010 | 1092 | Minute Entry for proceedings held before Judge Tena Campbell: Status Conference held on 8/12/2010. Mr. Normand states there are 12 pending motions, but requests defendant's motion for summary judgment (docket #782) be decided first. The court hears from Mr. Marriott who believes motions should be decided as a whole. The court takes this matter under advisement. Attorney for Plaintiff: Brent Hatch, Esq; Ted Normand, Esq., Attorney for Defendant: Todd Shaughnessy, Esq; David R. Marriott, Esq. Court Reporter: Ray Fenlon. (tab) (Entered: 08/12/2010) |
| 09/10/2010 | 1093 | ORDER: court declines to re-open the case and resolve any motions - when the 10CCA has issued its decision in the Novell litigation (No. 10-4122), either party may move the court to re-open the case. Signed by Judge Tena Campbell on 9/10/10 (alt) (Entered: 09/10/2010) |
| 07/27/2011 | 1094 | NOTICE OF WITHDRAWAL OF COUNSEL of Todd M. Shaughnessy on behalf of International Business Machines Corporation (Shaughnessy, Todd) (Entered: 07/27/2011) |
| 11/04/2011 | 1095 | MOTION to Reopen Case filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 11/04/2011) |
| 11/04/2011 | 1096 | NOTICE OF CONVENTIONAL FILING of The SCO Group, Inc.'s Memorandum in |

| | | |
|---|---|---|
| | | Support of Its Motion to Reopen the Case filed by Plaintiff SCO Group re <u>1095</u> MOTION to Reopen Case (Hatch, Brent) (Entered: 11/04/2011) |
| 11/04/2011 | <u>1097</u> | MEMORANDUM in Support re <u>1095</u> MOTION to Reopen Case *REDACTED* filed by Plaintiff SCO Group. (Attachments: # <u>1</u> Exhibit A - Filed Under Seal)(Hatch, Brent) (Entered: 11/04/2011) |
| 11/04/2011 | <u>1098</u> | **SEALED DOCUMENT** SEALED MEMORANDUM IN SUPPORT OF <u>1095</u> MOTION to Reopen Case filed by Plaintiff SCO Group (Attachments: # <u>1</u> Exhibit A) (alt) (Entered: 11/07/2011) |
| 11/09/2011 | | Judge Clark Waddoups added. Judge Tena Campbell no longer assigned to case. (alt) (Entered: 11/10/2011) |
| 11/09/2011 | <u>1099</u> | ORDER OF RECUSAL: Judge Tena Campbell recused. <u>Case reassigned to Judge Clark Waddoups for all further proceedings</u>. Case number is now 2:03cv00294 <u>CW</u>. Signed by Judge Tena Campbell on 11/8/11 (alt) (Entered: 11/10/2011) |
| 11/21/2011 | <u>1100</u> | Defendant's MEMORANDUM in Opposition re <u>1095</u> MOTION to Reopen Case filed by Defendant International Business Machines Corporation. (Sorenson, Amy) (Entered: 11/21/2011) |
| 11/28/2011 | <u>1101</u> | **NOTICE OF HEARING ON MOTION** re: <u>1095</u> MOTION to Reopen Case : (Notice generated by jwt) Motion Hearing set for 4/18/2012 03:30 PM in Room 102 before Judge Clark Waddoups. (jwt) (Entered: 11/28/2011) |
| 12/08/2011 | <u>1102</u> | REPLY to Response to Motion re <u>1095</u> MOTION to Reopen Case filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 12/08/2011) |
| 12/09/2011 | <u>1103</u> | ORDER OF RECUSAL-Judge Clark Waddoups recused. Case reassigned to Judge David Sam for all further proceedings. Signed by Judge Clark Waddoups on 12/9/11. (jmr) (Entered: 12/09/2011) |
| 12/14/2011 | <u>1104</u> | ORDER OF RECUSAL Judge David Sam recused. Case reassigned to Judge Dee Benson for all further proceedings. Signed by Judge David Sam on 12/13/11. (jmr) (Entered: 12/14/2011) |
| 02/07/2012 | 1105 | ***AMENDED*** **NEW DATE AND TIME <u>NOTICE OF HEARING ON MOTION</u>** re: <u>1095</u> MOTION to Reopen Case : Motion Hearing set for 4/23/2012 02:30 PM in Room 246 before Judge Dee Benson. (reb) (Entered: 02/07/2012) |
| 03/31/2012 | 1106 | REASSIGNMENT to Newly Appointed District Judge. Case Reassigned to District Judge David Nuffer (DJ). Judge Dee Benson no longer assigned to the case. Case number will now read 2:03-cv-00294-DN. Please make changes to document captions accordingly. (asp) (Entered: 03/31/2012) |
| 04/02/2012 | | <u>**NOTICE VACATING MOTION REOPEN CASE HEARING**</u> set for 4/23/12 at 2:30 p.m. before Judge David Nuffer (moved from Judge Benson's calendar after reassignment) (asb) (Entered: 04/02/2012) |
| 04/02/2012 | | Deadlines/Hearings terminated. (asb) (Entered: 04/02/2012) |
| 06/14/2012 | <u>1107</u> | REQUEST to Submit for Decision re <u>1095</u> MOTION to Reopen Case filed by Plaintiff SCO Group. (Attachments: # <u>1</u> Exhibit A - TSG Order Granting IBM Stay Modification)(Hatch, Brent) (Entered: 06/14/2012) |
| 03/25/2013 | <u>1108</u> | MOTION for Hearing re <u>1095</u> MOTION to Reopen Case filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 03/25/2013) |
| 04/24/2013 | <u>1109</u> | MEMORANDUM DECISION AND ORDER denying <u>1095</u> Motion to Reopen Case; |

| | | denying 1108 Motion for Hearing. Signed by Judge David Nuffer on 4/22/13 (alt) (Entered: 04/24/2013) |
|---|---|---|
| 05/07/2013 | 1110 | MOTION for Reconsideration of the Court's Order Denying Motion to Reopen the Case re 1109 Order on Motion to Reopen Case, Order on Motion for Hearing, Memorandum Decision and Memorandum in Support filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Hatch, Brent) (Entered: 05/07/2013) |
| 05/24/2013 | 1111 | RESPONSE to Motion re 1110 MOTION for Reconsideration of the Court's Order Denying Motion to Reopen the Case re 1109 Order on Motion to Reopen Case, Order on Motion for Hearing, Memorandum filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit A - IBM's Memorandum Responding to SCO's Request to Reopen)(Sorenson, Amy) (Entered: 05/24/2013) |
| 06/10/2013 | 1112 | RE-FILED AS 1114 REPLY - ~~REPLY to Response to Motion re 1110 MOTION for Reconsideration of the Court's Order Denying Motion to Reopen the Case re 1109 Order on Motion to Reopen Case, Order on Motion for Hearing, Memorandum Decision filed by Plaintiff SCO Group. (Hatch, Brent)~~ Modified on 6/10/2013 by adding error text per call from counsel. They will re-file the correct reply (jlw). Modified on 6/12/2013 by (alt) (Entered: 06/10/2013) |
| 06/10/2013 | 1113 | Modification of Docket: Please disregard document 1112 . The correct document will be filed. (jlw) (Entered: 06/10/2013) |
| 06/10/2013 | 1114 | REPLY to Response to Motion re 1110 MOTION for Reconsideration of the Court's Order Denying Motion to Reopen the Case re 1109 Order on Motion to Reopen Case, Order on Motion for Hearing, Memorandum Decision filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 06/10/2013) |
| 06/14/2013 | 1115 | ORDER granting 1110 Motion to Reconsider 1109 the court's order denying the 1095 motion to reopen this case. The motion to reconsider is granted, the motion to reopen is granted and the parties are directed to make submissions as stated in the order. (DN) (Entered: 06/14/2013) |
| 06/17/2013 | 1116 | NOTICE of Appearance by Amber M. Mettler on behalf of International Business Machines Corporation (Mettler, Amber) (Entered: 06/17/2013) |
| 06/21/2013 | 1117 | MOTION for Admission Pro Hac Vice of Owen J.M. Roth , Registration fee $ 15, receipt number 1088-1856314, filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Exhibit A - Application for Admission Pro Hac Vice, # 2 Exhibit B - Electronic Case Filing Form, # 3 Text of Proposed Order)(Mettler, Amber) (Entered: 06/21/2013) |
| 06/24/2013 | 1118 | DOCKET TEXT ORDER granting 1117 Motion for Admission Pro Hac Vice of Owen J.M. Roth for International Business Machines Corporation. *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov* So ordered by Judge David Nuffer on 6/24/13 (docket text only - no attached document) (alt) (Entered: 06/24/2013) |
| 06/24/2013 | 1119 | NOTICE OF FILING of The SCO Group, Inc.'s Statement in Compliance with the Court's Order Reopening the Case re 1115 Order on Motion for Miscellaneous Relief, filed by Plaintiff SCO Group. (Attachments: # 1 Exhibit A - Proposed Judgment Dismissing SCO's Claims Mooted by the Final Judgment in SCO v. Novell)(Hatch, |

|  |  | Brent) (Entered: 06/24/2013) |
|---|---|---|
| 06/28/2013 | 1120 | RESPONSE re 1119 Notice of Filing,, filed by International Business Machines Corporation. (Attachments: # 1 Exhibit A - Proposed Judgment (Clean), # 2 Exhibit B - Proposed Judgment (Blackline), # 3 Exhibit C - Delaware Dkt. No. 1291, # 4 Exhibit D - Delaware Dkt. No. 1439)(Sorenson, Amy) (Entered: 06/28/2013) |
| 07/01/2013 | 1121 | DOCKET TEXT ORDER re 1120 Response (NOT to motion), filed by International Business Machines Corporation No attached document. SCO is directed to file a response to IBM's Objections to SCO's Proposed Partial Judgment by Monday July 8, 2013 at 5:00 p.m. Signed by Judge David Nuffer on 7/1/13. (mh) (Entered: 07/01/2013) |
| 07/08/2013 | 1122 | RESPONSE re 1120 Response (NOT to motion),,re IBM's Objections to SCO's Proposed Partial Judgment filed by SCO Group. (Attachments: # 1 Exhibit A - Updated Judgment Form, # 2 Exhibit B - Updated Judgment Form (Blackline Version))(Hatch, Brent) (Entered: 07/08/2013) |
| 07/10/2013 | 1123 | PARTIAL JUDGMENT dismissing certain claims with prejudice. Signed by Judge David Nuffer on 7/10/13 (alt) (Entered: 07/10/2013) |
| 07/11/2013 | 1124 | Stipulated MOTION for Extension of Time For Defendant/Counterclaim-Plaintiff IBM to File a Motion for Summary Judgment filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order)(Sorenson, Amy) (Entered: 07/11/2013) |
| 07/12/2013 | 1125 | ORDER granting 1124 Motion for Extension of Time: IBM shall have until 7/22/13 to file a motion for summary judgment. Signed by Judge David Nuffer on 7/12/13 (alt) (Entered: 07/12/2013) |
| 07/22/2013 | 1126 | MOTION for Partial Summary Judgment and Memorandum in Support filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Sorenson, Amy) (Entered: 07/22/2013) |
| 07/22/2013 | 1127 | AFFIDAVIT/DECLARATION of Amy F. Sorenson in Support re 1126 MOTION for Partial Summary Judgment and Memorandum in Support filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Sorenson, Amy) (Entered: 07/22/2013) |
| 08/20/2013 | 1128 | Stipulated MOTION for Extension of Time to File Response/Reply as to 1126 MOTION for Partial Summary Judgment filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Attachments: # 1 Text of Proposed Order)(Hatch, Brent) (Entered: 08/20/2013) |
| 08/21/2013 | 1129 | ORDER granting 1128 Motion for Extension of Time to File Response/Reply re 1126 MOTION for Partial Summary Judgment: Response due by 8/29/2013. Signed by Judge David Nuffer on 8/21/13 (alt) (Entered: 08/21/2013) |
| 08/29/2013 | 1130 | MEMORANDUM in Opposition re 1126 MOTION for Partial Summary Judgment filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 08/29/2013) |
| 09/16/2013 | 1131 | REPLY to Response to Motion re 1126 MOTION for Partial Summary Judgment filed by Defendant International Business Machines Corporation. (Attachments: # 1 Text of Proposed Order Granting IBMs Motion for Partial Summary Judgment on the Basis of the Novell Judgment)(Sorenson, Amy) (Entered: 09/16/2013) |
| 12/15/2014 | 1132 | MEMORANDUM DECISION AND ORDER granting in part and denying in part 1126 Motion for Partial Summary Judgment. Signed by Judge David Nuffer on 12/15/14 (alt) (Entered: 12/15/2014) |

97

| 03/02/2015 | 1133 | DOCKET TEXT ORDER No attached document. Court orders the parties file a joint status report by Noon, Friday, March 13, 2015. Signed by Judge David Nuffer on 3/2/2015. (asb) (Entered: 03/02/2015) |
| --- | --- | --- |
| 03/13/2015 | 1134 | STATUS REPORT *(Joint)* by SCO Group, SCO Group. (Hatch, Brent) (Entered: 03/13/2015) |
| 04/13/2015 | 1135 | **NOTICE OF HEARING**: <br><br> Status Conference set for Thursday, 6/11/2015 at 02:30 PM in Rm 3.100 before Judge David Nuffer. (asb) (Entered: 04/13/2015) |
| 04/15/2015 | 1136 | DOCKET TEXT ORDER No attached document <br> In their 1134 joint status report, the parties requested the opportunity to apprise the court of relevant case law decided since the pending motions were filed. The movant may file no more than five pages of additional authority on each of its pending motions on or before May 22, 2015, and the non-movant may respond (in no more than five pages as to each motion) on or before June 5, 2015. <br> According to 1134 , SCO is the movant in 782 , 783 , and 986 , and IBM is the movant in 775 and 776 . <br> Signed by Judge David Nuffer on 4/15/2015. (mec) (Entered: 04/15/2015) |
| 05/22/2015 | 1137 | MEMORANDUM in Support re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Hatch, Brent) (Entered: 05/22/2015) |
| 05/22/2015 | 1138 | MEMORANDUM in Support re 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Hatch, Brent) (Entered: 05/22/2015) |
| 05/22/2015 | 1139 | MEMORANDUM in Support re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Hatch, Brent) (Entered: 05/22/2015) |
| 05/22/2015 | 1140 | MEMORANDUM in Support re 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim*, 783 MOTION for Summary Judgment *on SCO's Interference Claims* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Sorenson, Amy) (Entered: 05/22/2015) |
| 05/27/2015 | 1141 | ERRATA to 1137 Memorandum in Support of Motion filed by Plaintiff SCO Group, Counter Defendant SCO Group *Corrected*. (Hatch, Brent) (Entered: 05/27/2015) |
| 05/28/2015 | 1142 | DOCKET TEXT ORDER No attached document <br> 1136 Docket Text Order incorrectly listed pending motions as follows: SCO was listed as the movant in 782 , 783 , and 986 , while IBM was listed as the movant in 775 and 776 . <br> The corrected listing of pending motions is as follows: SCO is the movant in 776 , 777 , and 986 ; IBM is the movant in 782 , 783 , and 784 . <br> 1136 Docket Text Order granted the parties' request to apprise the court of relevant case law decided since the pending motions were filed. With the corrected addition of 784 to the list of pending motions, IBM may file no more than five pages of additional authority in support of 784 on or before Wednesday, June 3, 2015, and SCO may respond (in no more than five pages) on or before Monday, June 8, 2015. However, this supplemental briefing on 784 is limited to authority not already provided in the supplemental briefing on 777 , also regarding IBM's eighth counterclaim. |

| | | |
|---|---|---|
| | | Signed by Judge David Nuffer on 4/15/2015. (mec) (Entered: 05/28/2015) |
| 06/03/2015 | 1143 | MEMORANDUM in Support re 784 MOTION for Summary Judgment *on IBM's Eighth Counterclaim* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Sorenson, Amy) (Entered: 06/03/2015) |
| 06/05/2015 | 1144 | RESPONSE to Motion re 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim,* 783 MOTION for Summary Judgment *on SCO's Interference Claims* filed by Plaintiff SCO Group. (Hatch, Brent) (Entered: 06/05/2015) |
| 06/05/2015 | 1145 | RESPONSE to Motion re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Sorenson, Amy) (Entered: 06/05/2015) |
| 06/05/2015 | 1146 | RESPONSE to Motion re 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims* filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Sorenson, Amy) (Entered: 06/05/2015) |
| 06/05/2015 | 1147 | RESPONSE to Motion re 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by Defendant International Business Machines Corporation, Counter Claimant International Business Machines Corporation. (Sorenson, Amy) (Entered: 06/05/2015) |
| 06/08/2015 | 1148 | RESPONSE to Motion re 784 MOTION for Summary Judgment *on IBM's Eighth Counterclaim* filed by Plaintiff SCO Group, Counter Defendant SCO Group. (Hatch, Brent) (Entered: 06/08/2015) |
| 06/11/2015 | 1149 | DOCKET TEXT ORDER No attached document<br>The parties shall exchange offers to settle the case by 4: 00 p.m. on 6/22/2015. The parties shall file notice by 4:00 p.m on 6/22/2015 (a) of their agreement on the magistrate judge to whom mediation should be referred or (b) that no agreement has been reached. If no agreement is reached, a magistrate judge will be appointed.<br>By 6/22/2015 the parties shall submit to dj.nuffer@ utd.uscourts.gov electronic versions of their slide decks used in (a) the status conference held on 6/11/2015 and (b) the 2007 oral argument related to motion 782 .<br>Signed by Judge David Nuffer on 6/11/2015. (mec) (Entered: 06/11/2015) |
| 06/11/2015 | 1150 | Minute Order. Proceedings held before Judge David Nuffer:<br>Counsel present for parties. Mr. Marriott provided a chart of what is currently before the court and the relationships of those items. Court found the motion to reconsider 986 moot based on the discussion with counsel that SCO relies on its objection 995 . Court instructed counsel that its review of the magistrates ruling underlying the objections 995 will be on the existing record and not on any new record.<br>Mr. Singer gave a narrative on the SCO v. Novell case. Mr. Marriott responded. Counsel gave brief educational and factual background summaries on the unresolved claims and motions in this case. Sequence of motions 776 , 777 , 782 , 783 , and 784 discussed. 782 and 783 will be resolved first. Court suggested that counsel might attempt to reconcile the facts on motions 782 and 783 . Counsel agreed to do so. Counsel were ordered to reconcile facts on the 782 motion within 30 days. Thereafter, the process will be evaluated before proceeding with 783 .<br>Mediation possibilities discussed and with whom it should be held. SCO prefers a magistrate judge to conduct the mediation. IBM prefers parties manage settlement on |

| | | |
|---|---|---|
| | | their own, then if ineffective, then involve a mediator as they select. Discussion heard. Court took the matter under advisement. Court adjourned. Status Conference held on 6/11/2015, Motion Hearing held on 6/11/2015 re 776 MOTION for Summary Judgment *on IBM's Second, Third, Fourth, and Fifth Counterclaims* filed by SCO Group, 782 MOTION for Summary Judgment *on SCO's Unfair Competition Claim* filed by International Business Machines Corporation, 986 MOTION FOR RECONSIDERATION BY THE MAGISTRATE COURT OF THE ORDER DENYING SCOS MOTION FOR RELIEF FROM IBMS SPOLIATION OF EVIDENCE filed by SCO Group, 784 MOTION for Summary Judgment *on IBM's Eighth Counterclaim* filed by International Business Machines Corporation, 777 MOTION for Summary Judgment *on IBM's Sixth, Seventh, and Eighth Counterclaims* filed by SCO Group, 783 MOTION for Summary Judgment *on SCO's Interference Claims* filed by International Business Machines Corporation. Attorney for Plaintiff: Brent Hatch, Stuart Singer, Edward Normand, Jason Cyrulnik, Attorney for Defendant David Marriott, Amy Sorenson, Amber Mettler. (asb) (Entered: 06/12/2015) |
| 06/16/2015 | 1151 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Status Conference held on June 11, 2015, before Judge David Nuffer. Court Reporter/Transcriber Kelly Brown Hicken CSR, RPR, RMR. **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 business days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the parties intent to redact personal data identifiers from the electronic transcript of the court proceeding. To redact additional information a Motion to Redact must be filed. The policy and forms are located on the court's website at www.utd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/7/2015. Redacted Transcript Deadline set for 7/17/2015. Release of Transcript Restriction set for 9/14/2015 (alt) Modified on 9/15/2015 by removing restricted text (las). (Entered: 06/16/2015) |
| 06/22/2015 | 1153 | NOTICE of Parties' Agreement on Appointment of Magistrate for Mediation by International Business Machines Corporation re 1149 Order,, (Sorenson, Amy) (Entered: 06/22/2015) |
| 06/23/2015 | 1154 | DOCKET TEXT ORDER REFERRING CASE to Magistrate Judge Paul M. Warner under 28:636 (b)(1) for Settlement. So ordered by Judge David Nuffer on 6/23/15 (docket text only - no attached document) (alt) (Entered: 06/23/2015) |
| 07/07/2015 | 1155 | ORDER re Settlement Conference Referral. Signed by Magistrate Judge Paul M. Warner on 7/7/15 (alt) (Entered: 07/07/2015) |
| 07/14/2015 | 1156 | DOCUMENTS LODGED consisting of a letter from IBM's counsel requesting additional time to reconcile facts for 782 Motion. (mec) (Entered: 07/14/2015) |
| 07/14/2015 | 1157 | DOCKET TEXT ORDER taking under advisement 782 Motion for Summary Judgment. On 7/13/2015, counsel for IBM submitted 1156 letter regarding the Court's 1150 order to reconcile the facts on 782 IBM's Motion for Summary Judgment. Counsel have failed to reach an agreement on the facts by the original deadline and request an additional |

## <u>CERTIFICATE OF DIGITAL SUBMISSION</u>

The undersigned certifies with respect to this filing that no privacy

redactions were necessary.  This **SEALED APPENDIX** submitted in digital form

is an exact copy of the written document filed with the Clerk.  The digital

submission has been scanned for viruses with the most recent version of a

commercial virus scanning program (using Symantec Antivirus which is updated

weekly) and, according to the program, is free of viruses.


Dated:  August 31, 2016


/s/ Edward Normand
Edward Normand
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Telephone: 914-749-8200
Facsimile:  914-749-8300
enormand@bsfllp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Sealed Appendix was served on this 31st day of August 2016 by the CM/ECF filing system to the following:

David Marriott
Evan Chesler
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019-7475
dmarriott@cravath.com
echesler@cravath.com

Peter H. Donaldson
Durham Jones & Pinegar
111 East Broadway, Suite 900
Salt Lake City, UT 84111
pdonaldson@djplaw.com

Amber M. Mettler
Amy F. Sorenson
Alan L. Sullivan
Snell & Wilmer
15 West South Temple, Suite 1200
Salt Lake City, UT 84101-1531
amettler@swlaw.com
asorenson@swlaw.com
asullivan@swlaw.com

*Counsel for Appellee*

On the same day as above, I served 1 copy of the within Sealed Appendix though the Overnight Next Day Air Federal Express, postage prepaid, upon

David Marriott (*Counsel of Record*)
Roger G. Brooks
Thomas G. Rafferty
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019-7475

I also hereby certify that on this day I caused one (1) true and correct copy of the Sealed Appendix to be transmitted to the Clerk of this Court by a third-party commercial carrier for delivery within two (2) business days.

*/s/ Edward Normand*
Edward Normand