Docket No. 16-4040

In the

# United States Court of Appeals
### *for the*
# Tenth Circuit

THE SCO GROUP, INC., a Delaware corporation,

*Plaintiff Counterclaim Defendant-Appellant,*

– v. –

INTERNATIONAL BUSINESS MACHINES CORPORATION,

*Defendant Counterclaimant-Appellee.*

_____

*Appeal from a Decision of the United States District Court for the District Of Utah, Salt Lake City, Case No. 2:03-cv-00294-DN, Honorable David O. Nuffer, U.S. District Judge*

## APPELLANT'S UNOPPOSED MOTION FOR PERMISSION TO FILE OPENING BRIEF AND APPENDIX UNDER SEAL

STUART H. SINGER
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, Florida 33301
(954) 356-0011 Telephone
(954) 356-0022 Facsimile
ssinger@bsfllp.com

EDWARD NORMAND
JASON C. CYRULNIK
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
(914) 749-8200 Telephone
(914) 749-8300 Facsimile
jcyrulnik@bsfllp.com
enormand@bsfllp.com

BRENT O. HATCH
MARK F. JAMES
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
(801) 363-6363 Telephone
(801) 363-6666 Facsimile
bhatch@hjdlaw.com
mjames@hjdlaw.com

*Attorneys for Plaintiff Counterclaim Defendant-Appellant*

Plaintiff-Appellant, The SCO Group, Inc. ("SCO"), hereby respectfully moves the Court for permission to file its Opening Brief and Appendix under seal, and states in support the following:

1. Plaintiff-Appellant's Opening Brief and Appendix are currently due on August 31, 2016.

2. This appeal concerns two summary judgment motions and a motion for leave to amend, which were originally briefed and argued between 2004 and 2007. The relevant briefing below included hundreds pages of argument and more than 25,000 pages of exhibits, all of which was filed under seal in the District Court.

3. The materials contained within the appendix are subject to a Stipulated Protective Order entered in the District Court on September 16, 2003. These documents include the disclosure of confidential, trade secret, proprietary, technical, scientific, business, and financial information concerning both parties involved in this appeal.

4. SCO respectfully seeks permission to submit the Opening Brief and Appendix under seal pursuant to the Stipulated Protective Order agreed to between the parties and ordered by the District Court.

5. IBM does not oppose these requests.

Respectfully submitted on this 31st day of August, 2016.

/s/ Edward Normand
David Boies
Edward Normand
Jason Cyrulnik
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone:  914-749-8200
Facsimile:   914-749-8300
dboies@bsfllp.com
enormand@bsfllp.com
jcyrulnik@bsfllp.com

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  801-363-6363
Facsimile:   801-363-6666
bhatch@hjdlaw.com
mjames@hjdlaw.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone:  954-356-0011
Facsimile:   954-356-0022
ssinger@bsfllp.com

*Attorneys for Plaintiff-Appellant, The SCO Group, Inc.*

## **CERTIFICATE OF DIGITAL SUBMISSION**

The undersigned certifies with respect to this filing that no privacy redactions were necessary.  This **APPELLANT'S UNOPPOSED MOTION FOR PERMISSION TO FILE OPENING BRIEF AND APPENDIX UNDER SEAL** submitted in digital form is an exact copy of the written document filed with the Clerk.  The digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program (using Symantec Antivirus which is updated weekly) and, according to the program, is free of viruses.

Dated: August 31, 2016

/s/ Edward Normand
Edward Normand
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Telephone: 914-749-8200
Facsimile:  914-749-8300
enormand@bsfllp.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2016, I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Edward Normand*
Edward Normand