FILED
United States Court of Appeals
Tenth Circuit

August 31, 2016

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff Counterclaim Defendant - Appellant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant Counterclaimant - Appellee. | No. 16-4040 |

_____

**ORDER**
_____

    This matter is before the court on *Appellant's Unopposed Motion for Permission to File Opening Brief and Appendix Under Seal*. Appellant seeks leave to file its opening brief and entire 68-volume appendix under seal because the materials include the disclosure of confidential, trade secret, proprietary, technical, scientific, business, and financial information concerning both parties in this appeal. The motion is unopposed.

    This court has stated: "A party seeking to file court records under seal must overcome a presumption, long supported by courts, that the public has a common-law right of access to judicial records . . . . To do so, 'the parties must articulate a real and substantial interest that justifies depriving the public of access to the records that inform

our decision-making process.'" *Eugene S. v. Horizon Blue Cross Blue Shield of New Jersey*, 663 F.3d 1124, 1135-36 (10th Cir. 2011) (citations omitted).

**Within 10 days** from the date of this order, Appellant shall file a supplement to its motion addressing why the parties' interest in the confidentiality of the materials overcomes the presumption in favor of the public's right to access the materials. The motion for permission to file under seal is taken under advisement, and the brief and appendix shall remain provisionally sealed pending receipt of Appellant's supplement to its motion.

Extensions of time to comply with the directives of this order are discouraged. This order does not affect any other deadlines in this case.

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Jane K. Castro
           Counsel to the Clerk