Amy F. Sorenson
Amber M. Mettler
SNELL & WILMER L.L.P.
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: 801.257.1900
asorenson@swlaw.com
amettler@swlaw.com

Evan R. Chesler
David Marriott
CRAVATH, SWAINE & MOORE, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: 212.474.1000
echesler@cravath.com
dmarriott@cravath.com

*Attorneys for Appellee International Business Machines Corporation*

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| THE SCO GROUP, Inc., a Delaware corporation, | |
| Plaintiff Counterclaim Defendant-Appellant, | Case No. 16-4040 |
| vs. | |
| International Business Machines Corporation, | District Court No. 2:03-cv-00294-DN |
| Defendant Counterclaimant-Appellee. | |

### UNOPPOSED MOTION OF APPELLEE INTERNATIONAL BUSINESS MACHINES CORPORATION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

24787720

# **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, counsel for Appellee states that Appellee International Business Machines Corporation has no parent corporation and that no publicly held company owns more than 10% of its stock.

Dated: September 6, 2016

/s/ Amy F. Sorenson
*Attorney for Appellee*

24787720

# MOTION

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and 10th Circuit Local Rules 27.4(A) and 27.5, Defendant Counterclaimant-Appellee International Business Machines Corporation ("IBM") respectfully moves the Court to extend the time to file its response brief. IBM's response brief is currently due on October 3, 2016. IBM requests an additional thirty days (through and including November 2, 2016) within which to file its brief. IBM's counsel contacted Jason Cyrulnik, counsel for Plaintiff Counterclaim Defendant-Appellant SCO Group, Inc. ("SCO"), on September 1, 2016, and Mr. Cyrulnik indicated that SCO has no objection to a 30-day extension of time for IBM to file its response brief. See 10th Cir. R. 27.1 & 27.5(B)(2).

In addition, on July 26, 2016, SCO filed an "Unopposed Motion for Extension of Time to File Appellant's Opening Brief and Appendix," in which SCO requested a briefing schedule for both parties' appellate briefs. By Order dated July 26, 2016, the Clerk of the Court granted SCO's request in part, extending the time for SCO to file its opening brief and the appendix until August 31, 2016. IBM has not filed any other motion requesting an extension of time to file its response brief. See 10th Cir. R. 27.5(B)(3).

Counsel for IBM seeks an extension in which to file IBM's response brief because their travel schedule, their other work obligations, and the complexity

24787720

involved in responding to SCO's opening brief and reviewing the extensive record in this case have rendered it impossible to complete the brief before the current deadline, October 3, 2016. In particular, primary counsel for IBM, David Marriott, is in trial in Superior Court of the State of California, Los Angeles County in the case of *Depoia v. American International Industries, Inc.* (Case No. JCCP 4674; Case No. BC607192) beginning on September 6, 2016. The trial is expected to last at least three weeks, taking up the entire time allotted for IBM to prepare its response brief. In addition, IBM must review and respond to an extensive record in preparing its brief. The appendix filed by SCO on August 31, 2016, in connection with this appeal consists of 68 separate volumes and 9,689 pages, and will require a significant amount of time to digest.

Based on the foregoing, IBM respectfully requests a 30-day extension of time, from October 3, 2016, until November 2, 2016, in which to file its response brief.

24787720

Respectfully submitted this 6th day of September, 2016.

        SNELL & WILMER L.L.P.

        /s/ Amy F. Sorenson
        Amy F. Sorenson
        Amber M. Mettler

        CRAVATH, SWAINE & MOORE, LLP
        Evan R. Chesler
        David Marriott

        *Attorneys for Appellee*

24787720

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to all parties whose names on the electronic mail notice list for this case.

| | |
|---|---|
| David Boies | Brent O. Hatch |
| Edward Normand | Mark F. James |
| Jason Cyrulnik | HATCH, JAMES & DODGE, PC |
| BOIES, SCHILLER & FLEXNER LLP | 10 West Broadway, Suite 400 |
| 333 Main Street | Salt Lake City, Utah 84101 |
| Armonk, NY 10504 | Telephone: 801-363-6363 |
| Telephone: 914-749-8200 | bhatch@hjdlaw.com |
| dboies@bsfllp.com | mjames@hjdlaw.com |
| enormand@bsfllp.com | |
| jcyrulnik@bsfllp.com | |

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: 954-356-0011
ssinger@bsfllp.com

*Attorneys for Plaintiff-Appellant, The SCO Group, Inc.*

**Privacy Redaction Certification**:  No privacy redactions were required.

**Paper copy Certification**:  No paper copies were required.

**Virus Scan Certification**:  The digital form of this document submitted to the Court was scanned for viruses using the current version of Microsoft Security Essentials Endpoint Protection, and according to the program it is virus free.

/s/ Amy F. Sorenson