FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**September 6, 2016**

Elisabeth A. Shumaker
Clerk of Court

———————————————————

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br> Plaintiff Counterclaim Defendant - Appellant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant Counterclaimant - Appellee. | No. 16-4040 |

———————————————————

## ORDER

———————————————————

This matter is before the court on the Unopposed Motion of Appellee International Business Machines Corporation for Extension of Time to File Response Brief. The motion is granted. The brief shall be served and filed on or before November 2, 2016. No further extensions will be granted on the Clerk's authority.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk