# No. 16-4040

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

THE SCO GROUP, INC., by and through the
Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,

Plaintiff-Appellant,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

Defendant-Appellee.

On Appeal from the United States District Court for the District of Utah
Hon. David Nuffer, Presiding
No. 2:03-CV-00294-DAK

**APPELLANT'S SUPPLEMENT TO ITS UNOPPOSED MOTION FOR
PERMISSION TO FILE OPENING BRIEF AND APPENDIX UNDER SEAL**

Plaintiff-Appellant, The SCO Group, Inc. ("SCO"), hereby respectfully submits this supplement to its unopposed motion for permission to file its Opening Brief and Appendix under seal, and states in support the following:

1. Plaintiff-Appellant's Opening Brief and Appendix were submitted to this court on August 31, 2016, together with an unopposed motion for permission to file that brief and appendix under seal.

2. By Order dated August 31, 2016, this Court directed Appellant to supplement its unopposed motion for permission to submit its opening brief and appendix under seal by specifying the confidential nature of the materials at issue.

3. As summarized in the motion, SCO filed its motion because the materials were replete with information that had been designated confidential by Appellee, International Business Machines Corporation, in the underlying litigation, and that information had been filed under seal in the district court and was subject to a protective order.

4. In response to this Court's directive to supplement the motion, counsel for SCO reached out to counsel for IBM to provide more detail about the nature of the confidential information. After conferring with counsel for IBM, SCO submits that only the following volumes of the appendix need to remain

under seal: Volumes 6, 7, 8, 9, 12, 14, 18, 19, 20, 21, 22, 25, 36, 37, 38, 39, 40, 43, 44, 45, 46, 47, 48, 52, 53, 54, 55, 56, 61, 62, 63, 64, 66.

5. IBM represents that the materials contained within these volumes contain confidential revenue and profitability information, as well as strategic business and marketing plans related to contemplated product offerings.

6. SCO therefore respectfully requests that the Appendix volumes identified in Paragraph 3 (above) remain under seal.

Respectfully submitted on this 12th day of September, 2016.

/s/ Edward Normand
David Boies
Edward Normand
Jason Cyrulnik
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone:  914-749-8200
Facsimile:   914-749-8300
dboies@bsfllp.com
enormand@bsfllp.com
jcyrulnik@bsfllp.com

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  801-363-6363
Facsimile:   801-363-6666

bhatch@hjdlaw.com
mjames@hjdlaw.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone:  954-356-0011
Facsimile:   954-356-0022
ssinger@bsfllp.com

*Attorneys for Plaintiff-Appellant, The SCO Group, Inc.*

**CERTIFICATE OF SERVICE**

      I, Edward Normand, hereby certify that on this 12th day of September, 2016, a true and correct copy of the foregoing **APPELLANT'S SUPPLEMENT TO ITS UNOPPOSED MOTION FOR PERMISSION TO FILE OPENING BRIEF AND APPENDIX UNDER SEAL** was electronically filed with the court and forwarded via electronic mail to the following recipients:

| | |
|---|---|
| SNELL & WILMER L.L.P.<br>Alan L. Sullivan (3152)<br>Amy F. Sorenson (8947)<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101-1004<br>Telephone: (801) 257-1900<br>Facsimile: (801) 257-1800<br>Email: asullivan@swlaw.com<br>asorenson@swlaw.com | CRAVATH, SWAINE & MOORE LLP<br>Evan R. Chesler (admitted pro hac vice)<br>David R. Marriott (7572)<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>Email: echesler@cravath.com<br>dmarriott@cravath.com |

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

                                                  /s/ Edward Normand
                                                  Edward Normand
                                                  Boies, Schiller & Flexner LLP
                                                  333 Main Street
                                                  Armonk, NY 10504
                                                  Telephone: 914-749-8200
                                                  Facsimile:  914-749-8300
                                                  enormand@bsfllp.com

## CERTIFICATE OF DIGITAL SUBMISSION

The undersigned certifies with respect to this filing that no privacy redactions were necessary.  This **APPELLANT'S SUPPLEMENT TO ITS UNOPPOSED MOTION FOR PERMISSION TO FILE OPENING BRIEF AND APPENDIX UNDER SEAL** submitted in digital form is an exact copy of the written document filed with the Clerk.  The digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program (using Symantec Antivirus which is updated weekly) and, according to the program, is free of viruses.

Dated: September 12, 2016

/s/ Edward Normand
Edward Normand
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Telephone: 914-749-8200
Facsimile:  914-749-8300
enormand@bsfllp.com