**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**September 12, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

THE SCO GROUP, INC., a Delaware
corporation,

      Plaintiff Counterclaim Defendant –
Appellant,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

      Defendant Counterclaimant –
Appellee.

No. 16-4040

_____

**ORDER**
_____

This matter is before the court on *Appellant's Supplement to Its Unopposed*

*Motion for Permission to File Opening Brief and Appendix Under Seal*. The supplement

does not discuss the opening brief. **On or before September 16, 2016**, Appellant shall

file a second supplement to its motion for permission to file opening brief and appendix

under seal, specifying whether and why the parties believe that the opening brief should

be filed under seal.

As the court's August 31, 2016 stated, this court has stated: "A party seeking to

file court records under seal must overcome a presumption, long supported by courts, that

the public has a common-law right of access to judicial records . . . .  To do so, 'the

parties must articulate a real and substantial interest that justifies depriving the public of

access to the records that inform our decision-making process.'" *Eugene S. v. Horizon Blue Cross Blue Shield of New Jersey*, 663 F.3d 1124, 1135-36 (10th Cir. 2011) (citations and internal quotation marks omitted). As noted in the *Eugene S.* case, the court takes seriously the question of whether sealing is warranted in any particular case.

Appellee's brief remains due November 2, 2016. As the court's September 6, 2016 order stated, no further extensions will be granted on the Clerk's authority.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Lindy Lucero Schaible
Counsel to the Clerk