# No. 16-4040

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

THE SCO GROUP, INC., by and through the
Chapter 11 Trustee in Bankruptcy, Edward N. Cahn,

Plaintiff-Appellant,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

Defendant-Appellee.

On Appeal from the United States District Court for the District of Utah
Hon. David Nuffer, Presiding
No. 2:03-CV-00294-DAK

**APPELLANT'S SECOND SUPPLEMENT TO ITS UNOPPOSED MOTION
FOR PERMISSION TO FILE OPENING BRIEF AND
APPENDIX UNDER SEAL**

Plaintiff-Appellant, The SCO Group, Inc. ("SCO"), hereby respectfully submits this second supplement to its unopposed motion for permission to file its Opening Brief and Appendix under seal, in response to the Court's directive.

As detailed in SCO's first supplement to its motion to seal, counsel for SCO reached out to counsel for IBM to provide more detail about the nature of the confidential information in the record in response to this Court's initial directive to supplement the motion to seal. IBM provided further detail about specific materials in the Appendix that it sought to remain sealed and the basis for that request. Counsel for IBM did not indicate a basis for sealing the remaining materials in the Appendix or materials in SCO's Opening Brief. Accordingly, SCO withdraws its initial request to have its Opening Brief filed under seal.

Respectfully submitted on this 16th day of September, 2016.

/s/ Edward Normand
David Boies
Edward Normand
Jason Cyrulnik
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone:   914-749-8200
Facsimile:   914-749-8300
dboies@bsfllp.com
enormand@bsfllp.com
jcyrulnik@bsfllp.com

Brent O. Hatch (5715)
Mark F. James (5295)
HATCH, JAMES & DODGE, PC
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  801-363-6363
Facsimile:   801-363-6666
bhatch@hjdlaw.com
mjames@hjdlaw.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone:  954-356-0011
Facsimile:   954-356-0022
ssinger@bsfllp.com

*Attorneys for Plaintiff-Appellant, The SCO Group, Inc.*

## CERTIFICATE OF SERVICE

I, Edward Normand, hereby certify that on this 16th day of September, 2016, a true and correct copy of the foregoing **APPELLANT'S SECOND SUPPLEMENT TO ITS UNOPPOSED MOTION FOR PERMISSION TO FILE OPENING BRIEF AND APPENDIX UNDER SEAL** was electronically filed with the court and forwarded via electronic mail to the following recipients:

| | |
|---|---|
| SNELL & WILMER L.L.P. | CRAVATH, SWAINE & MOORE LLP |
| Alan L. Sullivan (3152) | Evan R. Chesler (admitted pro hac vice) |
| Amy F. Sorenson (8947) | David R. Marriott (7572) |
| 15 West South Temple, Suite 1200 | Worldwide Plaza |
| Salt Lake City, UT 84101-1004 | 825 Eighth Avenue |
| Telephone: (801) 257-1900 | New York, NY 10019 |
| Facsimile: (801) 257-1800 | Telephone: (212) 474-1000 |
| Email: asullivan@swlaw.com | Facsimile: (212) 474-3700 |
| asorenson@swlaw.com | Email: echesler@cravath.com |
| | dmarriott@cravath.com |

*Attorneys for Defendant/Counterclaim-Plaintiff*
*International Business Machines Corporation*

/s/ Edward Normand
Edward Normand
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
Telephone: 914-749-8200
Facsimile:  914-749-8300
enormand@bsfllp.com

## CERTIFICATE OF DIGITAL SUBMISSION

The undersigned certifies with respect to this filing that no privacy redactions were necessary.  This **APPELLANT'S SECOND SUPPLEMENT TO ITS UNOPPOSED MOTION FOR PERMISSION TO FILE OPENING BRIEF AND APPENDIX UNDER SEAL** submitted in digital form is an exact copy of the written document filed with the Clerk.  The digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program (using Symantec Antivirus which is updated weekly) and, according to the program, is free of viruses.

Dated: September 16, 2016

        /s/ Edward Normand
        Edward Normand
        Boies, Schiller & Flexner LLP
        333 Main Street
        Armonk, NY 10504
        Telephone: 914-749-8200
        Facsimile:  914-749-8300
        enormand@bsfllp.com