FILED
United States Court of Appeals
Tenth Circuit

September 16, 2016

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation,<br><br>    Plaintiff Counterclaim Defendant - Appellant,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant Counterclaimant - Appellee. | No. 16-4040 |

_____

**ORDER**
_____

    On August 31, 2016, Appellant SCO Group, Inc. (SCO) filed a motion seeking leaving to file its opening brief and entire 68-volume appendix under seal.  Because SCO had not addressed why the parties' interest in the confidentiality of the materials overcomes the presumption in favor of public access, the court directed SCO to supplement its motion.

    SCO has since filed two supplements to its motion, stating that the materials contained in the appendix were designated as confidential by Appellee, International Business Machines (IBM), it has conferred with IBM, and many of the appendix volumes may be unsealed.  It also withdraws its request to seal the opening brief.

Upon consideration, and based on SCO's September 12 and September 16 supplements to its motion to seal, the opening brief and Appendix Volumes 1-5, 10-11, 13, 15-17, 23-24, 26-35, 41-42, 49-51, 57-60, 65, and 67-68 shall be unsealed. The remaining appendix volumes—those identified in Paragraph 4 of SCO's September 16 supplement—shall remain provisionally sealed. SCO's August 31, 2016 motion to seal remains under advisement as to the volumes identified in Paragraph 4. The final determination regarding the propriety of keeping the volumes identified in Paragraph 4 under seal permanently will be made by the panel of judges assigned to this appeal. IF IBM wishes to offer argument for the court's consideration regarding the permanent sealing of the volumes identified in Paragraph 4, it must do so within 14 days from the date of this order.

This order does not affect any other deadlines in this case.

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    *Jane K. Castro*

    by: Jane K. Castro
        Counsel to the Clerk