

**Fw: 16-4040 sco vs iibm**
CA10_Clerk to: CA10_Team2
Sent by: Nadia Brennan

10/02/2017 10:53 AM

From: CA10_Clerk/CA10/10/USCOURTS
To: CA10_Team2/CA10/10/USCOURTS@USCOURTS
Sent by: Nadia Brennan/CA10/10/USCOURTS
History: This message has been replied to.

----- Forwarded by Nadia Brennan/CA10/10/USCOURTS on 10/02/2017 10:52 AM -----

From: &lt;smerlegallant@sc-rr.com&gt;
To: clerk@ca10.uscourts.gov
Date: 10/02/2017 10:37 AM
Subject: 16-4040 sco vs iibm

To: 10th U.S. Court of Appeals
Re: SCO Vs IBM 16-4040
Dear Clerk of Court

I have an equity interest in SCO and I respectfully request a copy of the audiofile of the Oral Arguments of this case which was about 28 weeks ago. If you could just attach the file to a reply of this email it would be appreciated. Thank you.

Sarah Gallant

clerk@ca10.uscourts.gov