FILED  
United States Court of Appeals  
Tenth Circuit  

October 16, 2017  

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

THE SCO GROUP, INC., a Delaware corporation,

    Plaintiff Counterclaim Defendant - Appellant,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendant Counterclaimant - Appellee.

No. 16-4040

---

## ORDER

---

Before **KELLY**, **EBEL**, and **BACHARACH**, Circuit Judges.

---

    This matter is before the court on Movant Sarah Gallant's request to release the oral argument recording for the hearing held in this appeal on March 22, 2017. Upon consideration, the motion is granted. The Clerk is directed to forward, via email, the MP3 recording of the oral argument hearing. That recording shall be forwarded to the all parties to the appeal.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk