FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

October 30, 2017

Elisabeth A. Shumaker  
Clerk of Court

_____

THE SCO GROUP, INC., a Delaware corporation,

    Plaintiff Counterclaim Defendant - Appellant,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendant Counterclaimant - Appellee.

No. 16-4040  
(D.C. No. 2:03-CV-00294-DN)  
(D. Utah)

_____

**JUDGMENT**
_____

Before **KELLY**, **EBEL**, and **BACHARACH**, Circuit Judges.
_____

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of Utah for further proceedings in accordance with the opinion of this court.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk