FILED
United States Court of Appeals
Tenth Circuit

November 17, 2017

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————

THE SCO GROUP, INC.,

    Plaintiff Counterclaim Defendant - Appellant,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendant Counterclaimant - Appellee.

No. 16-4040

———————————————

**ORDER**

———————————————

Before **KELLY**, **EBEL**, and **BACHARACH**, Circuit Judges.

———————————————

This matter is before the court on Appellee's Petition for Panel or En Banc Rehearing. Appellant shall file a response to the petition on or before December 1, 2017.

        Entered for the Court

        *Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk