FILED  
United States Court of Appeals  
Tenth Circuit  

January 2, 2018  

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| THE SCO GROUP, INC., a Delaware corporation, <br><br> Plaintiff Counterclaim Defendant - Appellant, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant Counterclaimant - Appellee. | No. 16-4040 <br> (D.C. No. 2:03-CV-00294-DN) <br> (D. Utah) |

_____

## JUDGMENT
_____

Before **KELLY**, **EBEL**, and **BACHARACH**, Circuit Judges.

_____

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of Utah for further proceedings in accordance with the opinion of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk