Amy F. Sorenson
Amber M. Mettler
SNELL & WILMER L.L.P.
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
asorenson@swlaw.com
amettler@swlaw.com

Evan R. Chesler
David Marriott
CRAVATH, SWAINE & MOORE, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone:  212.474.1000
echesler@cravath.com
dmarriott@cravath.com

*Attorneys for Appellee International Business Machines Corporation*

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| THE SCO GROUP, Inc., a Delaware corporation, | |
| Plaintiff Counterclaim Defendant-Appellant, | Case No. 16-4040 |
| vs. | |
| International Business Machines Corporation, | District Court No. 2:03-cv-00294-DN |
| Defendant Counterclaimant-Appellee. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

(Amber M. Mettler)

4831-2833-6985

Please take notice that Amber M. Mettler hereby withdraws as counsel for Appellee International Business Machines Corporation ("IBM"). IBM will continue to be represented in the above-referenced matter by Amy F. Sorenson of Snell & Wilmer L.L.P.

Respectfully submitted this 2nd day of January, 2018

        SNELL & WILMER L.L.P.

        */s/ Amber M. Mettler*
        Amy F. Sorenson
        Amber M. Mettler

        CRAVATH, SWAINE & MOORE, LLP
        Evan R. Chesler
        David Marriott

        *Attorneys for Appellee*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of January, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to all parties whose names on the electronic mail notice list for this case.

| | |
|---|---|
| David Boies | Brent O. Hatch |
| Edward Normand | Mark F. James |
| Jason Cyrulnik | HATCH, JAMES & DODGE, PC |
| BOIES, SCHILLER & FLEXNER LLP | 10 West Broadway, Suite 400 |
| 333 Main Street | Salt Lake City, Utah 84101 |
| Armonk, NY 10504 | Telephone: 801-363-6363 |
| Telephone: 914-749-8200 | bhatch@hjdlaw.com |
| dboies@bsfllp.com | mjames@hjdlaw.com |
| enormand@bsfllp.com | |
| jcyrulnik@bsfllp.com | |

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Telephone: 954-356-0011
ssinger@bsfllp.com

*Attorneys for Plaintiff-Appellant, The SCO Group, Inc.*

**Privacy Redaction Certification**: No privacy redactions were required.

**Paper copy Certification**: No paper copies were required.

**Virus Scan Certification**: The digital form of this document submitted to the Court was scanned for viruses using the current version of Microsoft Security Essentials Endpoint Protection, and according to the program it is virus free.

*/s/ Amber M. Mettler*