**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 24, 2018 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. D. Mark Jones
United States District Court for the District of Utah
Office of the Clerk
351 South West Temple
Salt Lake City, UT 84101

**RE:** 16-4040, SCO Group v. IBM
Dist/Ag docket: 2:03-CV-00294-DN

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Evan Chesler
Jason C. Cyrulnik
Peter H. Donaldson
Brent O. Hatch
Mark F. James
David Marriott
Edward Normand
Thomas G. Rafferty
Stuart H. Singer
Amy F. Sorenson

Alan L. Sullivan
Nathan E. Wheatley

EAS/dd

2